| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| KEKER, VAN NEST & PETERS LLP <br> ELLIOT R. PETERS #158708 <br> epeters@keker.com <br> WARREN A. BRAUNIG #243884 <br> wbraunig@keker.com <br> 633 Battery Street <br> San Francisco, CA 94111-1809 <br> Telephone: (415) 391-5400 / Facsimile: (415) 397-7188 | |
| ATTORNEY(S) FOR: Commercial Real Estate Exchange, Inc. | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION, INC., <br> Plaintiff(s), <br> v. <br> COMMERCIAL REAL ESTATE EXCHANGE, INC., <br> Defendant(s) | CASE NUMBER: <br> 2:20-cv-08819 CBM (ASx) <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |
|---|---|

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendant Commercial Real Estate Exchange, Inc. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Commercial Real Estate Exchange, Inc. ("CREXi") | Defendant CREXi does not have a parent corporation and no publicly held corporation owns 10% or more of its stock. |
| Beazley | CREXi's Insurance Carrier |
| Chubb | CREXi's Insurance Carrier |
| CNA | CREXi's Insurance Carrier |
| CoStar Group, Inc. | Plaintiff. See Plaintiffs' Certification and Notice (Dkt. 5) |
| CoStar Realty Information, Inc | Plaintiff. See Plaintiffs' Certification and Notice (Dkt. 5) |

| October 13, 2020 | /s/ Elliot R. Peters |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Defendant Commercial Real Estate Exchange, Inc.