1  JESSICA STEBBINS BINA (Bar No. 248485)
2  jessica.stebbinsbina@lw.com
   LATHAM & WATKINS LLP
3  10250 Constellation Boulevard
4  Suite 1100
   Los Angeles, CA 90067
5  Tel: 424.653.5525

6
7  NICHOLAS J. BOYLE*
   nicholas.boyle@lw.com
8  SARAH A. TOMKOWIAK*
   sarah.tomkowiak@lw.com
9  CHARLES A. BERDAHL*
10 charles.berdahl@lw.com
   LATHAM & WATKINS LLP
11 555 Eleventh Street, NW
12 Suite 1000
   Washington, D.C. 20004
13 Tel: 202.637.2200

14
15 Attorneys for Plaintiffs
   * *Admitted pro hac vice*

16
17           **UNITED STATES DISTRICT COURT**
             **CENTRAL DISTRICT OF CALIFORNIA**
18

19 COSTAR GROUP, INC., and          CASE NO. 2:20-cv-8819-CBM-AS
   COSTAR REALTY
20 INFORMATION,
   INC.,
21                                  **EXHIBIT C TO PLAINTIFFS' FIRST**
                                    **AMENDED COMPLAINT**
22         Plaintiffs,

23    v.

24
25 COMMERCIAL REAL ESTATE
   EXCHANGE, INC.,
26
27         Defendant.
28

EXHIBIT C TO PLAINTIFFS' FIRST AMENDED COMPLAINT