EXHIBIT C (Part 1)

Address:                                          Registration Number:   Photographer:

501 N Grandview Ave, Daytona Beach, FL 32118              VA 2-217-849       Marc Vaughn

CoStar Image



Infringing Image on CREXi



Address:

7065 Westpointe Blvd, Orlando, FL 32835

Registration Number:

VA 2-213-570

Photographer:

Marc Vaughn

CoStar Image



Infringing Image on CREXi



Address:

7065 Westpointe Blvd, Orlando, FL 32835

Registration Number: VA 2-213-570

Photographer: Marc Vaughn

CoStar Image



Infringing Image on CREXi



Address:

7065 Westpointe Blvd, Orlando, FL 32835

Registration Number: VA 2-213-570

Photographer: Marc Vaughn

CoStar Image



Infringing Image on CREXi



Address:                                    Registration Number:   Photographer:

7065 Westpointe Blvd, Orlando, FL 32835      VA 2-213-570          Marc Vaughn

CoStar Image



Infringing Image on CREXi



Address:

146-148 W River St, Providence, RI 02904

Registration Number:    Photographer:

VA 2-213-776    Jonathan Coon

CoStar Image



Infringing Image on CREXi



Address:

6859 Tujunga Ave, North Hollywood, CA 91605

Registration Number: VA 2-213-172

Photographer: Jeremiah Unruh

CoStar Image



Infringing Image on CREXi



Address:

210 E 7th St, Fort Worth, TX 76102

Registration Number:

VA 2-213-824

Photographer:

Anthony Frazier

CoStar Image



Infringing Image on CREXi



Address:

210 E 7th St, Fort Worth, TX 76102

Registration Number:

VA 2-213-824

Photographer:

Anthony Frazier

CoStar Image



Infringing Image on CREXi



Address:                                    Registration Number:    Photographer:

210 E 7th St, Fort Worth, TX 76102          VA 2-213-824            Anthony Frazier

CoStar Image



Infringing Image on CREXi



Address:

210 E 7th St, Fort Worth, TX 76102

Registration Number:
VA 2-213-824

Photographer:
Anthony Frazier

CoStar Image



Infringing Image on CREXi



Address:                                  Registration Number:    Photographer:

225 N Shore Dr, Pittsburgh, PA 15212              VA 2-213-827          Anna Dukovich

CoStar Image



Infringing Image on CREXi



Address:                                           Registration Number:    Photographer:

911 Hope St, Stamford, CT 06907                    VA 2-213-249             Deawell Adair

CoStar Image



Infringing Image on CREXi



Address:

300 Frank W Burr Blvd, Teaneck, NJ 07666

Registration Number: VA 2-213-787

Photographer: Joseph DiBlasi

CoStar Image



Infringing Image on CREXi



Address:

Registration Number:    Photographer:

300 Frank W Burr Blvd, Teaneck, NJ 07666

VA 2-213-787    Joseph DiBlasi

CoStar Image



Infringing Image on CREXi



Address:

33775 Highway 43, Thomasville, AL 36784

Registration Number: VA 2-213-742

Photographer: Brian Falacienski

CoStar Image



Infringing Image on CREXi



Address:

33775 Highway 43, Thomasville, AL 36784

Registration Number:

VA 2-213-742

Photographer:

Brian Falacienski

CoStar Image



Infringing Image on CREXi



Address:                                          Registration Number:    Photographer:

2035 College Ave, Jackson, AL 36545               VA 2-213-742            Brian Falacienski

CoStar Image



Infringing Image on CREXi



Address:

2035 College Ave, Jackson, AL 36545

Registration Number:  Photographer:

VA 2-213-742    Brian Falacienski

CoStar Image



Infringing Image on CREXi



Address:

2825 N State Road 7, Margate, FL 33063

Registration Number:

VA 2-213-246

Photographer:

Jacques Cook

CoStar Image



Infringing Image on CREXi



Address:

20397 Route 19 N, Cranberry Township, PA 16066

Registration Number:
VA 2-213-827

Photographer:
Anna Dukovich

CoStar Image



Infringing Image on CREXi



Address:

455 E Cady St, Northville, MI 48167

Registration Number:
VA 2-215-389

Photographer:
Trisha Everitt

CoStar Image



Infringing Image on CREXi



Address:

455 E Cady St, Northville, MI 48167

Registration Number: VA 2-221-538

Photographer: Trisha Everitt

CoStar Image



Infringing Image on CREXi



Address:

455 E Cady St, Northville, MI 48167

Registration Number:    Photographer:

VA 2-215-389    Trisha Everitt

CoStar Image



Infringing Image on CREXi



Address:

455 E Cady St, Northville, MI 48167

Registration Number:
VA 2-215-389

Photographer:
Trisha Everitt

CoStar Image



Infringing Image on CREXi



Address:                                          Registration Number:    Photographer:

800 Kinderkamack Rd, Oradell, NJ 07649            VA 2-213-787            Joseph DiBlasi

CoStar Image



Infringing Image on CREXi



Address:                                      Registration Number:   Photographer:

7801 S Highway 51, Broken Arrow, OK 74014           VA 2-213-194          Justin Prokop

CoStar Image



Infringing Image on CREXi



Address:                                    Registration Number:  Photographer:

9726 Touchton Rd, Jacksonville, FL 32246              VA 2-213-571        Lori Smith

CoStar Image



Infringing Image on CREXi



Address:                                                   Registration Number:   Photographer:

1090-1092 Virginia Center Pky, Glen Allen, VA 23059        VA 2-213-994          Alicia Helm

CoStar Image



Infringing Image on CREXi



Address:

1090-1092 Virginia Center Pky, Glen Allen, VA 23059

Registration Number:
VA 2-213-994

Photographer:
Alicia Helm

CoStar Image



Infringing Image on CREXi



Address:

10501 W Research Dr, Milwaukee, WI 53226

Registration Number:  Photographer:

VA 2-213-314          Richard Ebbers

CoStar Image



Infringing Image on CREXi



Address:

Registration Number:    Photographer:

133 W Main St, Northville, MI 48167

VA 2-215-389    Trisha Everitt

CoStar Image



Infringing Image on CREXi



Address:

133 W Main St, Northville, MI 48167

Registration Number: VA 2-215-389

Photographer: Trisha Everitt

CoStar Image



Infringing Image on CREXi



Address:

133 W Main St, Northville, MI 48167

Registration Number: VA 2-221-538

Photographer: Trisha Everitt

CoStar Image



Infringing Image on CREXi



Address:

600 Broadway, Saugus, MA 01906

Registration Number:    Photographer:

VA 2-213-744    Bret Osswald

CoStar Image



Infringing Image on CREXi



Address:

3127 Washington Pike, Bridgeville, PA 15017

Registration Number:
VA 2-213-827

Photographer:
Anna Dukovich

CoStar Image



Infringing Image on CREXi



Address:

3127 Washington Pike, Bridgeville, PA 15017

Registration Number:
VA 2-213-827

Photographer:
Anna Dukovich

CoStar Image



Infringing Image on CREXi



Address:

Registration Number:    Photographer:

3127 Washington Pike, Bridgeville, PA 15017

VA 2-213-827    Anna Dukovich

CoStar Image



Infringing Image on CREXi



Address:

4914 Elm Springs Rd, Springdale, AR 72762

Registration Number:  Photographer:

VA 2-213-567  Michael Denison

CoStar Image



Infringing Image on CREXi



Address:
221 N Court St, Tucson, AZ 85701

Registration Number:
VA 2-213-582

Photographer:
Kristen Rademacher

CoStar Image



Infringing Image on CREXi



Address:

Registration Number:  Photographer:

221 N Court St, Tucson, AZ 85701

VA 2-213-582    Kristen Rademacher

CoStar Image



Infringing Image on CREXi



Address:                                          Registration Number:  Photographer:

221 N Court St, Tucson, AZ 85701                  VA 2-213-582           Kristen Rademacher

CoStar Image



Infringing Image on CREXi



Address:                                  Registration Number:  Photographer:

221 N Court St, Tucson, AZ 85701          VA 2-213-582          Kristen Rademacher

CoStar Image



Infringing Image on CREXi



Address:                                    Registration Number:   Photographer:

121 Champion Way, Canonsburg, PA 15317          VA 2-213-827       Anna Dukovich

CoStar Image



Infringing Image on CREXi



Address:

Registration Number:    Photographer:

121 Champion Way, Canonsburg, PA 15317

VA 2-213-827    Anna Dukovich

CoStar Image



Infringing Image on CREXi



Address:

121 Champion Way, Canonsburg, PA 15317

Registration Number:  Photographer:

VA 2-213-827          Anna Dukovich

CoStar Image



Infringing Image on CREXi



Address:

750 Holiday Dr, Pittsburgh, PA 15220

Registration Number:    Photographer:

VA 2-213-827    Anna Dukovich

CoStar Image



Infringing Image on CREXi



Address:                          Registration Number:    Photographer:

2290 10th Ave N, Lake Worth, FL 33461            VA 2-213-246           Jacques Cook

CoStar Image



Infringing Image on CREXi



Address:                          Registration Number:   Photographer:

2290 10th Ave N, Lake Worth, FL 33461         VA 2-213-246          Jacques Cook

CoStar Image



Infringing Image on CREXi



Address:

2290 10th Ave N, Lake Worth, FL 33461

Registration Number:
VA 2-213-246

Photographer:
Jacques Cook

CoStar Image



Infringing Image on CREXi



Address:                                          Registration Number:   Photographer:

2290 10th Ave N, Lake Worth, FL 33461             VA 2-213-246           Jacques Cook

CoStar Image



Infringing Image on CREXi



Address:                              Registration Number:  Photographer:

102-228 Astro Shopping Ctr, Newark, DE 19711        VA 2-206-231       Bill Marrs

CoStar Image



Infringing Image on CREXi



Address:                                          Registration Number:    Photographer:

33 Boston Post Rd W, Marlborough, MA 01752        VA 2-206-227            Bret Osswald

CoStar Image



Infringing Image on CREXi



Address:

8120 Woodmont Ave, Bethesda, MD 20814

Registration Number:  Photographer:

VA 2-207-584  Tyler Priola

CoStar Image



Infringing Image on CREXi



Address:

30325 6 Mile Rd, Livonia, MI 48154

Registration Number: VA 2-207-594

Photographer: Trisha Everitt

CoStar Image



Infringing Image on CREXi



Address:                              Registration Number:    Photographer:

30325 6 Mile Rd, Livonia, MI 48154    VA 2-207-594           Trisha Everitt

CoStar Image



Infringing Image on CREXi



Address:                                      Registration Number:   Photographer:

30325 6 Mile Rd, Livonia, MI 48154            VA 2-207-594           Trisha Everitt

CoStar Image



Infringing Image on CREXi



Address:

30325 6 Mile Rd, Livonia, MI 48154

Registration Number:    Photographer:

VA 2-207-594    Trisha Everitt

CoStar Image



Infringing Image on CREXi



Address:

30325 6 Mile Rd, Livonia, MI 48154

Registration Number:

VA 2-207-594

Photographer:

Trisha Everitt

CoStar Image



Infringing Image on CREXi



Address:

16479 Dallas Pky, Addison, TX 75001

Registration Number: VA 2-206-247

Photographer: Anthony Frazier

CoStar Image



Infringing Image on CREXi



Address:

16479 Dallas Pky, Addison, TX 75001

Registration Number: VA 2-206-247

Photographer: Anthony Frazier

CoStar Image



Infringing Image on CREXi



Address:

16479 Dallas Pky, Addison, TX 75001

Registration Number: VA 2-206-247

Photographer: Anthony Frazier

CoStar Image



Infringing Image on CREXi



Address:

2 E Navajo Rd, Tucson, AZ 85705

Registration Number: VA 2-208-570

Photographer: Kristen Rademacher

CoStar Image



Infringing Image on CREXi



Address:

Registration Number:    Photographer:

2 E Navajo Rd, Tucson, AZ 85705

VA 2-208-570    Kristen Rademacher

CoStar Image



Infringing Image on CREXi



Address:

5619 NW 86th St, Johnston, IA 50131

Registration Number: Photographer:

VA 2-207-650    Drew Davis

CoStar Image



Infringing Image on CREXi



Address:

Registration Number:    Photographer:

5619 NW 86th St, Johnston, IA 50131

VA 2-207-650    Drew Davis

CoStar Image



Infringing Image on CREXi



Address:                                                Registration Number:  Photographer:

5627 NW 86th St, Johnston, IA 50131                     VA 2-207-650           Drew Davis

CoStar Image



Infringing Image on CREXi



Address:

4273 S Highway 92, Sierra Vista, AZ 85650

Registration Number:   Photographer:

VA 2-208-570    Kristen Rademacher

CoStar Image



Infringing Image on CREXi



Address:

4273 S Highway 92, Sierra Vista, AZ 85650

Registration Number:    Photographer:

VA 2-208-570    Kristen Rademacher

CoStar Image



Infringing Image on CREXi



Address:

Registration Number:   Photographer:

4273 S Highway 92, Sierra Vista, AZ 85650

VA 2-208-570           Kristen Rademacher

CoStar Image



Infringing Image on CREXi



Address:

4273 S Highway 92, Sierra Vista, AZ 85650

Registration Number:
VA 2-208-570

Photographer:
Kristen Rademacher

CoStar Image



Infringing Image on CREXi



Address:

4273 S Highway 92, Sierra Vista, AZ 85650

Registration Number:

VA 2-208-570

Photographer:

Kristen Rademacher

CoStar Image



Infringing Image on CREXi



Address:

4273 S Highway 92, Sierra Vista, AZ 85650

Registration Number:

VA 2-208-570

Photographer:

Kristen Rademacher

CoStar Image



Infringing Image on CREXi



Address:

4273 S Highway 92, Sierra Vista, AZ 85650

Registration Number: VA 2-208-570

Photographer: Kristen Rademacher

CoStar Image



Infringing Image on CREXi



Address:                                                Registration Number:    Photographer:

4273 S Highway 92, Sierra Vista, AZ 85650                VA 2-208-570           Kristen Rademacher

CoStar Image



Infringing Image on CREXi



Address:

Registration Number:    Photographer:

4273 S Highway 92, Sierra Vista, AZ 85650

VA 2-208-570    Kristen Rademacher

CoStar Image



Infringing Image on CREXi



Address:                          Registration Number:    Photographer:

4273 S Highway 92, Sierra Vista, AZ 85650          VA 2-208-570          Kristen Rademacher

CoStar Image



Infringing Image on CREXi



Address:

4273 S Highway 92, Sierra Vista, AZ 85650

Registration Number:

VA 2-208-570

Photographer:

Kristen Rademacher

CoStar Image



Infringing Image on CREXi



Address:                                    Registration Number:    Photographer:

20301-20309 Bruce B. Downs Blvd, Tampa, FL 33647         VA 2-207-707    Clint Bliss

CoStar Image



Infringing Image on CREXi



Address:

10100 Sardis Crossing Dr, Charlotte, NC 28270

Registration Number: VA 2-207-964

Photographer: Paul Bentley

CoStar Image



Infringing Image on CREXi



Address:                                          Registration Number:  Photographer:

4853 Williams Dr, Georgetown, TX 78633           VA 2-207-572           Lars Frazer

CoStar Image



Infringing Image on CREXi



Address:

Registration Number:    Photographer:

4853 Williams Dr, Georgetown, TX 78633

VA 2-207-572    Lars Frazer

CoStar Image



Infringing Image on CREXi



Address:

Registration Number:     Photographer:

4853 Williams Dr, Georgetown, TX 78633

VA 2-207-572               Lars Frazer

CoStar Image



Infringing Image on CREXi



Address:

Registration Number:    Photographer:

4853 Williams Dr, Georgetown, TX 78633

VA 2-207-572    Lars Frazer

CoStar Image



Infringing Image on CREXi



Address:

4853 Williams Dr, Georgetown, TX 78633

Registration Number:

VA 2-207-572

Photographer:

Lars Frazer

CoStar Image



Infringing Image on CREXi



Address:                          Registration Number:    Photographer:

4853 Williams Dr, Georgetown, TX 78633        VA 2-207-572    Lars Frazer

CoStar Image



Infringing Image on CREXi



Address:

4853 Williams Dr, Georgetown, TX 78633

Registration Number: Photographer:

VA 2-207-572        Lars Frazer

CoStar Image



Infringing Image on CREXi



Address:

Registration Number:    Photographer:

4853 Williams Dr, Georgetown, TX 78633

VA 2-207-572    Lars Frazer

CoStar Image



Infringing Image on CREXi



Address:

4853 Williams Dr, Georgetown, TX 78633

Registration Number:   Photographer:

VA 2-207-572          Lars Frazer

CoStar Image



Infringing Image on CREXi



Address:

4853 Williams Dr, Georgetown, TX 78633

Registration Number: VA 2-207-572

Photographer: Lars Frazer

CoStar Image



Infringing Image on CREXi



Address:

533-535 N Mur-Len Rd, Olathe, KS 66062

Registration Number:  Photographer:

VA 2-206-244          Anya Ivantseva

CoStar Image



Infringing Image on CREXi



Address:
6 Vreeland Rd, Florham Park, NJ 07932

Registration Number:
VA 2-208-187

Photographer:
Joseph DiBlasi

CoStar Image



Infringing Image on CREXi



Address:

7050 Crystal Dr, Fort Myers, FL 33907

Registration Number:    Photographer:

VA 2-207-889    Richard Grant

CoStar Image



Infringing Image on CREXi



Address:                          Registration Number:   Photographer:

7050 Crystal Dr, Fort Myers, FL 33907        VA 2-207-889        Richard Grant

CoStar Image



Infringing Image on CREXi



Address:  Registration Number:  Photographer:

37980-38000 Ann Arbor Rd, Livonia, MI 48150    VA 2-207-594    Trisha Everitt

CoStar Image



Infringing Image on CREXi



Address:

Registration Number:  Photographer:

37980-38000 Ann Arbor Rd, Livonia, MI 48150    VA 2-207-594    Trisha Everitt

CoStar Image



Infringing Image on CREXi



Address:

37980-38000 Ann Arbor Rd, Livonia, MI 48150

Registration Number:

VA 2-207-594

Photographer:

Trisha Everitt

CoStar Image



Infringing Image on CREXi



Address:                                          Registration Number:   Photographer:

37980-38000 Ann Arbor Rd, Livonia, MI 48150            VA 2-207-594      Trisha Everitt

CoStar Image



Infringing Image on CREXi



Address:

14675 Interstate 35 N, Selma, TX 78154

Registration Number:    Photographer:

VA 2-206-230    Blake Bowden

CoStar Image



Infringing Image on CREXi



Address:                                          Registration Number:    Photographer:

2452 Park Rd, Charlotte, NC 28203                 VA 2-207-880             Ryan Gwilliam

CoStar Image



Infringing Image on CREXi



Address:                                              Registration Number:  Photographer:

902 N Circle Dr, Colorado Springs, CO 80909           VA 2-207-627           Stacey Rocero

CoStar Image



Infringing Image on CREXi



Address:                       Registration Number:  Photographer:

1499 Gulf to Bay Blvd, Clearwater, FL 33755        VA 2-211-385        Leila Sally

CoStar Image



Infringing Image on CREXi



Address:

15499 N Dale Mabry Hwy, Tampa, FL 33618

Registration Number:

VA 2-207-707

Photographer:

Clint Bliss

CoStar Image



Infringing Image on CREXi



Address:

5949 Sherry Ln, Dallas, TX 75225

Registration Number: VA 2-206-247

Photographer: Anthony Frazier

CoStar Image



Infringing Image on CREXi



Address:                                                      Registration Number:   Photographer:

3915 E Exposition Ave, Denver, CO 80209          VA 2-206-276          Alex Dickerson

CoStar Image



Infringing Image on CREXi



Address:

3915 E Exposition Ave, Denver, CO 80209

Registration Number:

VA 2-206-276

Photographer:

Alex Dickerson

CoStar Image



Infringing Image on CREXi



Address:

3915 E Exposition Ave, Denver, CO 80209

Registration Number:
VA 2-206-276

Photographer:
Alex Dickerson

CoStar Image



Infringing Image on CREXi



Address:                                    Registration Number:    Photographer:

9550 W Van Buren St, Tolleson, AZ 85353                VA 2-208-195           John Williams

CoStar Image



Infringing Image on CREXi



Address:

9550 W Van Buren St, Tolleson, AZ 85353

Registration Number:  Photographer:

VA 2-208-195    John Williams

CoStar Image



Infringing Image on CREXi



Address:

107 Hampton Rd, Clearwater, FL 33759

Registration Number:

VA 2-208-090

Photographer:

Leila Sally

CoStar Image



Infringing Image on CREXi



Address:

2730 N McMullen Booth Rd, Clearwater, FL 33761

Registration Number:

VA 2-211-385

Photographer:

Leila Sally

CoStar Image



Infringing Image on CREXi



Address:

12655 N Central Expy, Dallas, TX 75243

Registration Number:  Photographer:

VA 2-206-247        Anthony Frazier

CoStar Image



Infringing Image on CREXi



Address:

4414 S Florida Ct, Lakeland, FL 33813

Registration Number: VA 2-160-658

Photographer: Jeffery Palmer

CoStar Image



Infringing Image on CREXi



Address:

4414 S Florida Ct, Lakeland, FL 33813

Registration Number:  Photographer:

VA 2-160-658      Jeffery Palmer

CoStar Image



Infringing Image on CREXi



Address:

3800 S Ocean Dr, Hollywood, FL 33019

Registration Number:    Photographer:

VA 2-207-549    Jacques Cook

CoStar Image



Infringing Image on CREXi



Address:
371-528 Maier Pl, Columbus, OH 43215

Registration Number:
VA 2-207-875

Photographer:
Sam Blythe

CoStar Image



Infringing Image on CREXi



Address:

371-528 Maier Pl, Columbus, OH 43215

Registration Number:
VA 2-207-875

Photographer:
Sam Blythe

CoStar Image



Infringing Image on CREXi



Address:                                    Registration Number:    Photographer:

371-528 Maier Pl, Columbus, OH 43215                VA 2-207-875           Sam Blythe

CoStar Image



Infringing Image on CREXi



Address:                          Registration Number:    Photographer:

200 Lake Ave, Lake Worth, FL 33460        VA 2-207-549        Jacques Cook

CoStar Image



Infringing Image on CREXi



Address:

19790 W Dixie Hwy, Aventura, FL 33180

Registration Number:
VA 2-206-225

Photographer:
Brian Sokolowski

CoStar Image



Infringing Image on CREXi



Address:

19790 W Dixie Hwy, Aventura, FL 33180

Registration Number: VA 2-206-225

Photographer: Brian Sokolowski

CoStar Image



Infringing Image on CREXi



Address:

2560 Gulf to Bay Blvd, Clearwater, FL 33765

Registration Number: VA 2-211-385

Photographer: Leila Sally

CoStar Image



Infringing Image on CREXi



Address:                                                     Registration Number:   Photographer:

15 E Midland Ave, Paramus, NJ 07652                         VA 2-208-187           Joseph DiBlasi

CoStar Image



Infringing Image on CREXi



Address:                                          Registration Number:    Photographer:

212-217 W 6th St, Richmond, VA 23224              VA 2-206-273            Alicia Helm

CoStar Image



Infringing Image on CREXi



Address:                              Registration Number:   Photographer:
215 W 7th St, Richmond, VA 23224      VA 2-206-273           Alicia Helm

CoStar Image



Infringing Image on CREXi



Address:                          Registration Number:  Photographer:

215 W 7th St, Richmond, VA 23224              VA 2-206-273      Alicia Helm

CoStar Image



Infringing Image on CREXi



Address:

2000 E Sample Rd, Lighthouse Point, FL 33064

Registration Number:  Photographer:

VA 2-220-755    Giovanny Lopez

CoStar Image



Infringing Image on CREXi



Address:                              Registration Number:  Photographer:

2440 Madison Ave, Covington, KY 41014          VA 2-206-228     Bob Benkert

CoStar Image



Infringing Image on CREXi



Address:                                                      Registration Number:    Photographer:

2440 Madison Ave, Covington, KY 41014                        VA 2-206-228            Bob Benkert

CoStar Image



Infringing Image on CREXi



Address:                              Registration Number:    Photographer:

2459 Madison Ave, Covington, KY 41014         VA 2-206-228       Bob Benkert

CoStar Image



Infringing Image on CREXi



Address:                              Registration Number:   Photographer:

2459 Madison Ave, Covington, KY 41014            VA 2-206-228        Bob Benkert

CoStar Image



Infringing Image on CREXi



Address:                                                     Registration Number:   Photographer:

7704 E 38th St, Tulsa, OK 74145                             VA 2-208-161           Justin Prokop

CoStar Image



Infringing Image on CREXi



Address:                                    Registration Number:   Photographer:

7704 E 38th St, Tulsa, OK 74145            VA 2-208-161           Justin Prokop

CoStar Image



Infringing Image on CREXi



Address:

998 Dudley Rd, Edgewood, KY 41017

Registration Number: VA 2-206-228

Photographer: Bob Benkert

CoStar Image



Infringing Image on CREXi



Address:                          Registration Number:    Photographer:

789 Sherman St, Denver, CO 80203           VA 2-206-276       Alex Dickerson

CoStar Image



Infringing Image on CREXi



Address:

8000 Corporate Center Dr, Charlotte, NC 28226

Registration Number:

VA 2-207-964

Photographer:

Paul Bentley

CoStar Image



Infringing Image on CREXi



Address:

600 Brickell Ave, Miami, FL 33131

Registration Number: VA 2-206-225

Photographer: Brian Sokolowski

CoStar Image



Infringing Image on CREXi



Address:

600 Brickell Ave, Miami, FL 33131

Registration Number: VA 2-206-225

Photographer: Brian Sokolowski

CoStar Image



Infringing Image on CREXi



Address:                                Registration Number:  Photographer:

600 Brickell Ave, Miami, FL 33131                VA 2-206-225         Brian Sokolowski

CoStar Image



Infringing Image on CREXi



Address:                                    Registration Number:  Photographer:

200 New Hartford Rd, Winsted, CT 06098      VA 2-207-641          Ed Messenger

CoStar Image



Infringing Image on CREXi



Address:

675 Central Ave, Murray Hill, NJ 07974

Registration Number: VA 2-208-187

Photographer: Joseph DiBlasi

CoStar Image



Infringing Image on CREXi



Address:                          Registration Number:   Photographer:

282 N Walnut St, Bath, PA 18014              VA 2-208-231         Jim Rider

CoStar Image



Infringing Image on CREXi



Address:

282 N Walnut St, Bath, PA 18014

Registration Number: VA 2-208-231

Photographer: Jim Rider

CoStar Image



Infringing Image on CREXi



Address:

Registration Number:    Photographer:

282 N Walnut St, Bath, PA 18014

VA 2-208-231    Jim Rider

CoStar Image

Infringing Image on CREXi



Address:                                Registration Number:    Photographer:

1545 Ring Rd, Chesapeake, VA 23320          VA 2-207-612          Theresa Jackson

CoStar Image



Infringing Image on CREXi



Address:

Registration Number:  Photographer:

2416 Connecticut Ave, Kenner, LA 70062

VA 2-206-251    Andrew Williams

CoStar Image



Infringing Image on CREXi



Address:

2416 Connecticut Ave, Kenner, LA 70062

Registration Number: VA 2-206-251

Photographer: Andrew Williams

CoStar Image



Infringing Image on CREXi



Address:

8240-8290 E 41st St, Tulsa, OK 74145

Registration Number: VA 2-206-232

Photographer: Benjamin Stephens

CoStar Image



Infringing Image on CREXi



Address:

11281 Tamiami Trl E, Naples, FL 34113

Registration Number:    Photographer:

VA 2-207-889    Richard Grant

CoStar Image



Infringing Image on CREXi



Address:                                          Registration Number:    Photographer:

11281 Tamiami Trl E, Naples, FL 34113              VA 2-207-889            Richard Grant

CoStar Image



Infringing Image on CREXi



Address:                                        Registration Number:    Photographer:

1804-1808 N Damen, Chicago, IL 60647            VA 2-208-193            Jon Fairfield

CoStar Image



Infringing Image on CREXi



Address:                                          Registration Number:    Photographer:

1804-1808 N Damen, Chicago, IL 60647                      VA 2-208-193          Jon Fairfield

CoStar Image



Infringing Image on CREXi



Address:

2001 N Willow Ave, Broken Arrow, OK 74012

Registration Number: VA 2-206-232

Photographer: Benjamin Stephens

CoStar Image



Infringing Image on CREXi



Address:
220 Hull St, Richmond, VA 23224

Registration Number:
VA 2-206-273

Photographer:
Alicia Helm

CoStar Image



Infringing Image on CREXi



Address:                                    Registration Number:    Photographer:

220 Hull St, Richmond, VA 23224             VA 2-206-273             Alicia Helm

CoStar Image



Infringing Image on CREXi



Address:
220 Hull St, Richmond, VA 23224

Registration Number:
VA 2-206-273

Photographer:
Alicia Helm

CoStar Image



Infringing Image on CREXi



Address:                                    Registration Number:   Photographer:

18805 W Catawba Ave, Cornelius, NC 28031          VA 2-119-554      Scott Brotherton

CoStar Image



Infringing Image on CREXi



Address:

225 E Mason St, Milwaukee, WI 53202

Registration Number: VA 2-207-890

Photographer: Richard Ebbers

CoStar Image



Infringing Image on CREXi



Address:

225 E Mason St, Milwaukee, WI 53202

Registration Number: VA 2-207-890

Photographer: Richard Ebbers

CoStar Image



Infringing Image on CREXi



Address:                          Registration Number:   Photographer:

2 E Congress St, Tucson, AZ 85701          VA 2-208-570       Kristen Rademacher

CoStar Image



Infringing Image on CREXi



Address:                              Registration Number:   Photographer:

7345 Davis Blvd, Naples, FL 34104                VA 2-207-889          Richard Grant

CoStar Image



Infringing Image on CREXi



Address:

6803 W 64th St, Overland Park, KS 66202

Registration Number:

VA 2-110-300

Photographer:

Brooke Wasson

CoStar Image



Infringing Image on CREXi



Address:                          Registration Number:  Photographer:

400 Holiday Dr, Pittsburgh, PA 15220          VA 2-206-248        Anna Dukovich

CoStar Image



Infringing Image on CREXi



Address:

3127 Washington Pike, Bridgeville, PA 15017

Registration Number: VA 2-206-248

Photographer: Anna Dukovich

CoStar Image



Infringing Image on CREXi



Address:                                              Registration Number:  Photographer:

3127 Washington Pike, Bridgeville, PA 15017           VA 2-206-248           Anna Dukovich

CoStar Image



Infringing Image on CREXi



Address:                  Registration Number:    Photographer:

3127 Washington Pike, Bridgeville, PA 15017          VA 2-206-248          Anna Dukovich

CoStar Image



Infringing Image on CREXi



Address:                                              Registration Number:   Photographer:

3127 Washington Pike, Bridgeville, PA 15017          VA 2-206-248           Anna Dukovich

CoStar Image



Infringing Image on CREXi



Address:                          Registration Number:   Photographer:

330 Lynnway, Lynn, MA 01901         VA 2-206-238          Bret Osswald

CoStar Image



Infringing Image on CREXi



Address:

5404 Hoover Blvd, Tampa, FL 33634

Registration Number:

VA 2-207-545

Photographer:

James Petrylka

CoStar Image



Infringing Image on CREXi



Address:                                  Registration Number:   Photographer:

5404 Hoover Blvd, Tampa, FL 33634              VA 2-207-545          James Petrylka

CoStar Image



Infringing Image on CREXi



Address:

2126-2130 W Belmont Ave, Chicago, IL 60618

Registration Number:

VA 2-208-193

Photographer:

Jon Fairfield

CoStar Image



Infringing Image on CREXi



Address:

Registration Number:    Photographer:

1001 25th Ave, Phenix City, AL 36869

VA 2-207-550    Isaiah Buchanan

CoStar Image



Infringing Image on CREXi



Address:

1001 25th Ave, Phenix City, AL 36869

Registration Number: VA 2-207-550

Photographer: Isaiah Buchanan

CoStar Image



Infringing Image on CREXi



Address:

Registration Number:    Photographer:

153 Blanding Blvd, Orange Park, FL 32073

VA 2-206-224    Carlos Monsalve

CoStar Image



Infringing Image on CREXi



Address:

153 Blanding Blvd, Orange Park, FL 32073

Registration Number:
VA 2-206-224

Photographer:
Carlos Monsalve

CoStar Image



Infringing Image on CREXi



Address:                                    Registration Number:    Photographer:

153 Blanding Blvd, Orange Park, FL 32073            VA 2-206-224         Carlos Monsalve

CoStar Image



Infringing Image on CREXi



Address:

Registration Number: Photographer:

1205 Warren Ave, Cherry Hill, NJ 08002

VA 2-206-222      Carmen Gerace

CoStar Image



Infringing Image on CREXi



Address:

200 Metro Blvd, Nutley, NJ 07110

Registration Number: VA 2-208-186

Photographer: Joseph DiBlasi

CoStar Image



Infringing Image on CREXi



Address:                                    Registration Number:   Photographer:

2810 N Swan Rd, Tucson, AZ 85712                VA 2-208-148         Kristen Rademacher

CoStar Image



Infringing Image on CREXi



Address:                                    Registration Number:  Photographer:

2810 N Swan Rd, Tucson, AZ 85712            VA 2-208-148           Kristen Rademacher

CoStar Image



Infringing Image on CREXi



Address:                             Registration Number:   Photographer:

333 SE 2nd Ave, Miami, FL 33131           VA 2-206-225        Brian Sokolowski

CoStar Image



Infringing Image on CREXi



Address:

1450 Us Highway 22 W, Mountainside, NJ 07092

Registration Number:    Photographer:

VA 2-205-928    Joseph DiBlasi

CoStar Image



Infringing Image on CREXi



Address:

1450 Us Highway 22 W, Mountainside, NJ 07092

Registration Number: VA 2-205-928

Photographer: Joseph DiBlasi

CoStar Image



Infringing Image on CREXi



Address:

1121 Alafaya Trl, Oviedo, FL 32765

Registration Number: VA 2-205-871

Photographer: Marc Vaughn

CoStar Image



Infringing Image on CREXi



Address:

1121 Alafaya Trl, Oviedo, FL 32765

Registration Number:  Photographer:

VA 2-205-871  Marc Vaughn

CoStar Image



Infringing Image on CREXi



Address:

90 W Mitchell Hammock Rd, Oviedo, FL 32765

Registration Number: VA 2-205-871

Photographer: Marc Vaughn

CoStar Image



Infringing Image on CREXi



Address:                              Registration Number:  Photographer:

300 Littleton Rd, Parsippany, NJ 07054        VA 2-205-928        Joseph DiBlasi

CoStar Image



Infringing Image on CREXi



Address:

3035 Jackson Bluff Rd, Tallahassee, FL 32304

Registration Number:  Photographer:

VA 2-204-835    David McCord

CoStar Image



Infringing Image on CREXi



Address:                                    Registration Number:    Photographer:
239 Washington St, Jersey City, NJ 07302                 VA 2-206-146          James Hooker

CoStar Image



Infringing Image on CREXi



Address:

11702 Bellflower Blvd, Downey, CA 90241

Registration Number:  Photographer:

VA 2-203-256    Christiaan Cruz

CoStar Image



Infringing Image on CREXi



Address:                              Registration Number:  Photographer:

2877 Elwood Rd, Hammonton, NJ 08037        VA 2-205-915        Carmen Gerace

CoStar Image



Infringing Image on CREXi



Address:

1766 Old Norcross Rd, Lawrenceville, GA 30044

Registration Number:

VA 2-205-823

Photographer:

Dan Kohler

CoStar Image



Infringing Image on CREXi



Address:

1766 Old Norcross Rd, Lawrenceville, GA 30044

Registration Number:  Photographer:

VA 2-205-823         Dan Kohler

CoStar Image



Infringing Image on CREXi



Address:                          Registration Number:  Photographer:

2420 S Lakemont Ave, Orlando, FL 32814        VA 2-205-871        Marc Vaughn

CoStar Image



Infringing Image on CREXi



Address:

2420 S Lakemont Ave, Orlando, FL 32814

Registration Number:

VA 2-205-871

Photographer:

Marc Vaughn

CoStar Image



Infringing Image on CREXi



Address:

2 S Biscayne Blvd, Miami, FL 33131

Registration Number: VA 2-204-972

Photographer: Brian Sokolowski

CoStar Image



Infringing Image on CREXi



Address:

2 S Biscayne Blvd, Miami, FL 33131

Registration Number:

VA 2-204-972

Photographer:

Brian Sokolowski

CoStar Image



Infringing Image on CREXi



Address:

13621 S Mur Len Rd, Olathe, KS 66062

Registration Number: VA 2-204-626

Photographer: Anya Ivantseva

CoStar Image



Infringing Image on CREXi



Address:

3118 Edgewood Ave, Jacksonville, FL 32209

Registration Number: VA 2-205-912

Photographer: Carlos Monsalve

CoStar Image



Infringing Image on CREXi



Address:

3118 Edgewood Ave, Jacksonville, FL 32209

Registration Number: Photographer:

VA 2-205-912          Carlos Monsalve

CoStar Image



Infringing Image on CREXi



Address:                                    Registration Number:  Photographer:

3118 Edgewood Ave, Jacksonville, FL 32209              VA 2-205-912        Carlos Monsalve

CoStar Image



Infringing Image on CREXi



Address:

3135 Peoples St, Johnson City, TN 37604

Registration Number:  Photographer:

VA 2-205-803         Molly Mullin

CoStar Image



Infringing Image on CREXi



Address:

1805 W State Of Franklin Rd, Johnson City, TN 37604

Registration Number: Photographer:

VA 2-205-803                Molly Mullin

CoStar Image



Infringing Image on CREXi



Address:

455 T Elmer Cox Rd, Greeneville, TN 37743

Registration Number: VA 2-205-803

Photographer: Molly Mullin

CoStar Image



Infringing Image on CREXi



Address:                              Registration Number:  Photographer:

6400 Corporate Park Dr, Loudon, TN 37774      VA 2-205-803         Molly Mullin

CoStar Image



Infringing Image on CREXi



Address:

411 Highland Ave, Loudon, TN 37774

Registration Number: VA 2-205-803

Photographer: Molly Mullin

CoStar Image



Infringing Image on CREXi



Address:                              Registration Number:    Photographer:

411 Highland Ave, Loudon, TN 37774        VA 2-205-803        Molly Mullin

CoStar Image



Infringing Image on CREXi



Address:

990 Epco Dr, Dandridge, TN 37725

Registration Number:    Photographer:

VA 2-205-803    Molly Mullin

CoStar Image



Infringing Image on CREXi



Address:

109-123 W Highway 25 70, Dandridge, TN 37725

Registration Number: Photographer:

VA 2-205-803    Molly Mullin

CoStar Image



Infringing Image on CREXi



Address:                                Registration Number:   Photographer:

718 Leonard Ave, Albemarle, NC 28001           VA 2-205-561        Ryan Gwilliam

CoStar Image



Infringing Image on CREXi



Address:                                                    Registration Number:  Photographer:

2809-2847 W Andrew Johnson Hwy, Morristown, TN 37814        VA 2-205-803          Molly Mullin

CoStar Image



Infringing Image on CREXi



Address:

780 Leonard Ave, Albemarle, NC 28001

Registration Number:    Photographer:

VA 2-205-561    Ryan Gwilliam

CoStar Image



Infringing Image on CREXi



Address:                          Registration Number:    Photographer:

780 Leonard Ave, Albemarle, NC 28001          VA 2-205-561          Ryan Gwilliam

CoStar Image



Infringing Image on CREXi



Address:

175 Hampton Point Dr, Saint Augustine, FL 32092

Registration Number:    Photographer:

VA 2-205-912    Carlos Monsalve

CoStar Image



Infringing Image on CREXi



Address:                                      Registration Number:    Photographer:

3755 Sixes Rd, Canton, GA 30114               VA 2-205-823             Dan Kohler

CoStar Image



Infringing Image on CREXi



Address:                          Registration Number:   Photographer:

3755 Sixes Rd, Canton, GA 30114   VA 2-205-823           Dan Kohler

CoStar Image



Infringing Image on CREXi



Address:

780 Leonard Ave, Albemarle, NC 28001

Registration Number: VA 2-205-561

Photographer: Ryan Gwilliam

CoStar Image



Infringing Image on CREXi



Address:                                   Registration Number:    Photographer:

750 Leonard Ave, Albemarle, NC 28001        VA 2-205-561            Ryan Gwilliam

CoStar Image



Infringing Image on CREXi



Address:

12555 Valley View St, Garden Grove, CA 92845

Registration Number: VA 2-205-481

Photographer: Eric Norton

CoStar Image



Infringing Image on CREXi

Address:                                    Registration Number:  Photographer:

1080 Harter Pkwy, Yuba City, CA 95993        VA 2-205-587         Wesley Jimerson

CoStar Image



Infringing Image on CREXi



Address:

1080 Harter Pkwy, Yuba City, CA 95993

Registration Number: VA 2-205-587

Photographer: Wesley Jimerson

CoStar Image



Infringing Image on CREXi



Address:

1080 Harter Pkwy, Yuba City, CA 95993

CoStar Image

Registration Number:

VA 2-205-587

Photographer:

Wesley Jimerson



Infringing Image on CREXi



Address:

1080 Harter Pkwy, Yuba City, CA 95993

Registration Number: VA 2-205-587

Photographer: Wesley Jimerson

CoStar Image



Infringing Image on CREXi



Address:                          Registration Number:   Photographer:

1080 Harter Pkwy, Yuba City, CA 95993        VA 2-205-587          Wesley Jimerson

CoStar Image



Infringing Image on CREXi



Address:

4901 Olde Towne Pky, Marietta, GA 30068

Registration Number:  Photographer:

VA 2-206-133    Kris Kasabian

CoStar Image



Infringing Image on CREXi



Address:                           Registration Number:   Photographer:

3435 NW Pine Ave, Ocala, FL 34475   VA 2-205-781          Clint Bliss

CoStar Image



Infringing Image on CREXi



Address:

689-691 Sanford Ave, Newark, NJ 07106

Registration Number: VA 2-204-831

Photographer: Steve Cuttler

CoStar Image



Infringing Image on CREXi



Address:                          Registration Number:    Photographer:

2 E Navajo Rd, Tucson, AZ 85705              VA 2-205-786      Kristen Rademacher

CoStar Image



Infringing Image on CREXi



Address:                          Registration Number:   Photographer:

2401 W Almond Ave, Madera, CA 93637          VA 2-205-760        John Bolling

CoStar Image



Infringing Image on CREXi



Address:

2420 S Lakemont Ave, Orlando, FL 32814

Registration Number: VA 2-205-871

Photographer: Marc Vaughn

CoStar Image



Infringing Image on CREXi



Address:                          Registration Number:    Photographer:

2420 S Lakemont Ave, Orlando, FL 32814         VA 2-205-871        Marc Vaughn

CoStar Image



Infringing Image on CREXi



Address:

2420 S Lakemont Ave, Orlando, FL 32814

Registration Number:   Photographer:

VA 2-205-871           Marc Vaughn

CoStar Image



Infringing Image on CREXi



Address:                          Registration Number:  Photographer:

2420 S Lakemont Ave, Orlando, FL 32814        VA 2-205-871       Marc Vaughn

CoStar Image



Infringing Image on CREXi



Address:

1512-1514 Curtis St, Denver, CO 80202

Registration Number: Photographer:

VA 2-205-808          Linda Jaquez

CoStar Image



Infringing Image on CREXi



Address:                        Registration Number:   Photographer:

13900 Conlan Cir, Charlotte, NC 28277        VA 2-205-561        Ryan Gwilliam

CoStar Image



Infringing Image on CREXi



Address:
1853 W Gordon St, Valdosta, GA 31601

Registration Number:
VA 2-204-835

Photographer:
David McCord

CoStar Image



Infringing Image on CREXi



Address:

1853 W Gordon St, Valdosta, GA 31601

Registration Number:

VA 2-204-835

Photographer:

David McCord

CoStar Image



Infringing Image on CREXi



Address: | Registration Number: | Photographer:

280-286 Paseo Reyes Dr, Saint Augustine, FL 32095    VA 2-205-912    Carlos Monsalve

CoStar Image



Infringing Image on CREXi



Address:

280-286 Paseo Reyes Dr, Saint Augustine, FL 32095

Registration Number:    Photographer:

VA 2-205-912    Carlos Monsalve

CoStar Image



Infringing Image on CREXi



Address:                                          Registration Number:   Photographer:

5300 Crosswind Dr, Columbus, OH 43228             VA 2-205-188           Sam Blythe

CoStar Image



Infringing Image on CREXi



Address:

5300 Crosswind Dr, Columbus, OH 43228

Registration Number:

VA 2-205-188

Photographer:

Sam Blythe

CoStar Image



Infringing Image on CREXi



Address:
5300 Crosswind Dr, Columbus, OH 43228

Registration Number:
VA 2-205-188

Photographer:
Sam Blythe

CoStar Image



Infringing Image on CREXi



Address:                              Registration Number:    Photographer:

5300 Crosswind Dr, Columbus, OH 43228          VA 2-205-188        Sam Blythe

CoStar Image



Infringing Image on CREXi



Address:

Registration Number: Photographer:

5300 Crosswind Dr, Columbus, OH 43228

VA 2-205-188     Sam Blythe

CoStar Image



Infringing Image on CREXi



Address:                           Registration Number:   Photographer:

5300 Crosswind Dr, Columbus, OH 43228        VA 2-205-188          Sam Blythe

CoStar Image



Infringing Image on CREXi



Address:                          Registration Number:    Photographer:

1100 Immokalee Rd, Naples, FL 34110        VA 2-205-126    Richard Grant

CoStar Image



Infringing Image on CREXi



Address:

Registration Number:     Photographer:

1100 Immokalee Rd, Naples, FL 34110

VA 2-205-126     Richard Grant

CoStar Image



Infringing Image on CREXi



Address:                                          Registration Number:    Photographer:

1100 Immokalee Rd, Naples, FL 34110              VA 2-205-126            Richard Grant

CoStar Image



Infringing Image on CREXi



Address:

295 Kietzke Ln, Reno, NV 89502

Registration Number:  Photographer:

VA 2-205-587           Wesley Jimerson

CoStar Image



Infringing Image on CREXi



Address:                                          Registration Number:    Photographer:

400 Grapevine Hwy, Hurst, TX 76054                VA 2-205-497            Stacey Callaway

CoStar Image



Infringing Image on CREXi



Address:

Registration Number:

Photographer:

400 Grapevine Hwy, Hurst, TX 76054

VA 2-205-497

Stacey Callaway

CoStar Image



Infringing Image on CREXi



Address:

Registration Number: Photographer:

1853 W Gordon St, Valdosta, GA 31601

VA 2-204-835

David McCord

CoStar Image



Infringing Image on CREXi



Address:

1853 W Gordon St, Valdosta, GA 31601

Registration Number: VA 2-204-835

Photographer: David McCord

CoStar Image



Infringing Image on CREXi



Address:

9665 Chesapeake Dr, San Diego, CA 92123

Registration Number: VA 2-205-596

Photographer: Michael Hirsch

CoStar Image



Infringing Image on CREXi



Address:

9665 Chesapeake Dr, San Diego, CA 92123

Registration Number: VA 2-205-596    Photographer: Michael Hirsch

CoStar Image



Infringing Image on CREXi



Address:                               Registration Number:   Photographer:

1261 Applegate Rd, Atwater, CA 95301              VA 2-205-760        John Bolling

CoStar Image



Infringing Image on CREXi



Address:
2121 SW 19th Avenue Rd, Ocala, FL 34471

Registration Number: VA 2-205-871

Photographer: Marc Vaughn

CoStar Image



Infringing Image on CREXi



Address:                          Registration Number:   Photographer:

2121 SW 19th Avenue Rd, Ocala, FL 34471      VA 2-205-871        Marc Vaughn

CoStar Image



Infringing Image on CREXi



Address:

2121 SW 19th Avenue Rd, Ocala, FL 34471

Registration Number:    Photographer:

VA 2-205-871    Marc Vaughn

CoStar Image



Infringing Image on CREXi



Address:                                    Registration Number:    Photographer:
2121 SW 19th Avenue Rd, Ocala, FL 34471                VA 2-205-871           Marc Vaughn

CoStar Image



Infringing Image on CREXi



Address:
2121 SW 19th Avenue Rd, Ocala, FL 34471

Registration Number:
VA 2-205-871

Photographer:
Marc Vaughn

CoStar Image



Infringing Image on CREXi



Address:                          Registration Number:  Photographer:
2121 SW 19th Avenue Rd, Ocala, FL 34471       VA 2-205-871      Marc Vaughn

CoStar Image



Infringing Image on CREXi



Address:                              Registration Number:  Photographer:

2121 SW 19th Avenue Rd, Ocala, FL 34471        VA 2-205-871        Marc Vaughn

CoStar Image



Infringing Image on CREXi



Address:

2121 SW 19th Avenue Rd, Ocala, FL 34471

Registration Number: VA 2-205-871

Photographer: Marc Vaughn

CoStar Image



Infringing Image on CREXi



Address:                                        Registration Number:  Photographer:
2121 SW 19th Avenue Rd, Ocala, FL 34471          VA 2-205-871          Marc Vaughn

CoStar Image



Infringing Image on CREXi



Address:                                  Registration Number:    Photographer:

2121 SW 19th Avenue Rd, Ocala, FL 34471            VA 2-205-871    Marc Vaughn

CoStar Image



Infringing Image on CREXi



Address:                                              Registration Number:  Photographer:

14360 SW 139th Ct, Miami, FL 33186                    VA 2-204-972           Brian Sokolowski

CoStar Image



Infringing Image on CREXi



Address:                                    Registration Number:    Photographer:
14360 SW 139th Ct, Miami, FL 33186          VA 2-204-972            Brian Sokolowski

CoStar Image



Infringing Image on CREXi



Address:

14360 SW 139th Ct, Miami, FL 33186

Registration Number:  Photographer:

VA 2-204-972          Brian Sokolowski

CoStar Image



Infringing Image on CREXi



Address:

14360 SW 139th Ct, Miami, FL 33186

Registration Number: VA 2-204-972

Photographer: Brian Sokolowski

CoStar Image



Infringing Image on CREXi



Address:                          Registration Number:  Photographer:

1665 Carpenter Rd S, Tifton, GA 31793        VA 2-204-835        David McCord

CoStar Image



Infringing Image on CREXi



Address:

1665 Carpenter Rd S, Tifton, GA 31793

Registration Number:

VA 2-204-835

Photographer:

David McCord

CoStar Image



Infringing Image on CREXi



Address:

1665 Carpenter Rd S, Tifton, GA 31793

Registration Number:  Photographer:

VA 2-204-835  David McCord

CoStar Image



Infringing Image on CREXi



Address:                          Registration Number:   Photographer:

1665 Carpenter Rd S, Tifton, GA 31793        VA 2-204-835        David McCord

CoStar Image



Infringing Image on CREXi



Address:                          Registration Number:  Photographer:

1665 Carpenter Rd S, Tifton, GA 31793          VA 2-204-835          David McCord

CoStar Image



Infringing Image on CREXi



Address:                                Registration Number:    Photographer:

1665 Carpenter Rd S, Tifton, GA 31793          VA 2-204-835          David McCord

CoStar Image



Infringing Image on CREXi



Address:

1050 W Chandler Blvd, Chandler, AZ 85224

Registration Number:

VA 2-206-291

Photographer:

John Williams

CoStar Image



Infringing Image on CREXi



Address:                                                    Registration Number:     Photographer:

1050 W Chandler Blvd, Chandler, AZ 85224          VA 2-206-291            John Williams

CoStar Image



Infringing Image on CREXi



Address:                              Registration Number:  Photographer:

1050 W Chandler Blvd, Chandler, AZ 85224    VA 2-206-291        John Williams

CoStar Image



Infringing Image on CREXi



Address:

1050 W Chandler Blvd, Chandler, AZ 85224

Registration Number: Photographer:

VA 2-206-291          John Williams

CoStar Image



Infringing Image on CREXi



Address:                                          Registration Number:    Photographer:

1050 W Chandler Blvd, Chandler, AZ 85224         VA 2-206-291            John Williams

CoStar Image



Infringing Image on CREXi



Address:

1050 W Chandler Blvd, Chandler, AZ 85224

Registration Number:    Photographer:

VA 2-206-291    John Williams

CoStar Image



Infringing Image on CREXi



Address:

1230 W Washington St, Tempe, AZ 85281

Registration Number:

VA 2-206-291

Photographer:

John Williams

CoStar Image



Infringing Image on CREXi



Address:

1500 N Priest Dr, Tempe, AZ 85281

Registration Number: VA 2-206-291

Photographer: John Williams

CoStar Image



Infringing Image on CREXi



Address:

8200 W Interstate 10, San Antonio, TX 78230

Registration Number:

VA 2-204-975

Photographer:

Blake Bowden

CoStar Image



Infringing Image on CREXi



Address:                          Registration Number:    Photographer:
5480 E 22nd St, Tucson, AZ 85711            VA 2-205-786        Kristen Rademacher

CoStar Image



Infringing Image on CREXi



Address:
1264 La Quinta Dr, Orlando, FL 32809

Registration Number:
VA 2-205-871

Photographer:
Marc Vaughn

CoStar Image



Infringing Image on CREXi



Address:                            Registration Number:   Photographer:
1264 La Quinta Dr, Orlando, FL 32809      VA 2-205-871         Marc Vaughn

CoStar Image



Infringing Image on CREXi



Address:

1264 La Quinta Dr, Orlando, FL 32809

Registration Number: VA 2-205-871

Photographer: Marc Vaughn

CoStar Image



Infringing Image on CREXi



Address:                                    Registration Number:   Photographer:

4007 E Paradise Falls Dr, Tucson, AZ 85712         VA 2-205-786      Kristen Rademacher

CoStar Image



Infringing Image on CREXi



Address:                                          Registration Number:  Photographer:

4007 E Paradise Falls Dr, Tucson, AZ 85712        VA 2-205-786           Kristen Rademacher

CoStar Image



Infringing Image on CREXi



Address:                                      Registration Number:    Photographer:

2820 S Jones Blvd, Las Vegas, NV 89146        VA 2-206-263            Jay Sanchez

CoStar Image



Infringing Image on CREXi



Address:

1630 NE 1st Ave, Miami, FL 33132

Registration Number:

VA 2-204-972

Photographer:

Brian Sokolowski

CoStar Image



Infringing Image on CREXi



Address:

Registration Number:

Photographer:

2307 N Fine Ave, Fresno, CA 93727

VA 2-196-470

John Bolling

CoStar Image



Infringing Image on CREXi



Address:

1727 Orlando Central Pky, Orlando, FL 32809

Registration Number: VA 2-196-422

Photographer: Marc Vaughn

CoStar Image



Infringing Image on CREXi



Address:

1727 Orlando Central Pky, Orlando, FL 32809

Registration Number:   Photographer:

VA 2-196-422   Marc Vaughn

CoStar Image



Infringing Image on CREXi



Address:

1727 Orlando Central Pky, Orlando, FL 32809

Registration Number: VA 2-196-422

Photographer: Marc Vaughn

CoStar Image



Infringing Image on CREXi



Address:                          Registration Number:    Photographer:

1727 Orlando Central Pky, Orlando, FL 32809        VA 2-196-422          Marc Vaughn

CoStar Image



Infringing Image on CREXi



Address:

Registration Number:    Photographer:

1727 Orlando Central Pky, Orlando, FL 32809

VA 2-196-422    Marc Vaughn

CoStar Image



Infringing Image on CREXi



Address:

1727 Orlando Central Pky, Orlando, FL 32809

Registration Number: VA 2-196-422

Photographer: Marc Vaughn

CoStar Image



Infringing Image on CREXi



Address:                                                    Registration Number:    Photographer:

1727 Orlando Central Pky, Orlando, FL 32809                 VA 2-196-422            Marc Vaughn

CoStar Image



Infringing Image on CREXi



Address:
1727 Orlando Central Pky, Orlando, FL 32809

Registration Number:
VA 2-196-422

Photographer:
Marc Vaughn

CoStar Image



Infringing Image on CREXi



Address:

1727 Orlando Central Pky, Orlando, FL 32809

Registration Number:  Photographer:

VA 2-196-422           Marc Vaughn

CoStar Image



Infringing Image on CREXi



Address:                                  Registration Number:  Photographer:

1727 Orlando Central Pky, Orlando, FL 32809          VA 2-196-422      Marc Vaughn

CoStar Image



Infringing Image on CREXi



Address:

1727 Orlando Central Pky, Orlando, FL 32809

Registration Number: VA 2-196-422

Photographer: Marc Vaughn

CoStar Image



Infringing Image on CREXi



Address:

1515 NW 167th St, Miami, FL 33169

Registration Number: VA 2-195-985

Photographer: Jacques Cook

CoStar Image



Infringing Image on CREXi



Address:                        Registration Number:    Photographer:

23930 Sunnymead Blvd, Moreno Valley, CA 92553          VA 2-200-059          Christiaan Cruz

CoStar Image



Infringing Image on CREXi



Address:

23930 Sunnymead Blvd, Moreno Valley, CA 92553

Registration Number:

VA 2-200-059

Photographer:

Christiaan Cruz

CoStar Image



Infringing Image on CREXi



Address:                                    Registration Number:  Photographer:

23930 Sunnymead Blvd, Moreno Valley, CA 92553        VA 2-200-059        Christiaan Cruz

CoStar Image



Infringing Image on CREXi

