JESSICA STEBBINS BINA
(BAR NO. 248485)
jessica.stebbinsbina@lw.com
ELYSE M. GREENWALD
(BAR NO. 268050)
elyse.greenwald@lw.com
LATHAM & WATKINS LLP
10250 Constellation Boulevard
Suite 1100
Los Angeles, CA 90067
Tel: 424.653.5500
Fax: 424.653.5501

*Attorneys for Plaintiffs and Counterdefendants*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Defendant.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION, INC.,<br><br>Counterdefendants. | CASE NO. 2:20-cv-08819-CBM-AS<br><br>**COSTAR'S NOTICE OF JUDGMENT IN A RELATED CASE** |

1    Plaintiffs and Counterclaim Defendants CoStar Group, Inc. and CoStar Realty Information, Inc. ("CoStar"), by and through their counsel, respectfully give notice that on December 3, 2021, the Hon'ble Division Bench of the Rajasthan High Court, India, comprising Mr. Justice Vijay Bishnoi and Mr. Justice Arun Bhansali, entered judgment in favor of CoStar and against Arcgate Teleservices Private Ltd. and M/s Arcgate ("Arcgate") in a proceeding brought by CoStar in India in connection with Arcgate's work for Commercial Real Estate Exchange, Inc. ("CREXi"), the Defendant and Counterclaim Plaintiff in the case before this Court. CoStar specifically named Arcgate in its First Amended Complaint (in Paragraphs 139-146) as an agent of CREXi that engaged, on CREXi's behalf, in some of the misconduct that forms the basis for CoStar's claims in this case.

The judgment issued by the Rajasthan High Court is based upon consent terms and a permanent injunction against Arcgate executed by CoStar and Arcgate on November 24, 2021, and including a declaration by Arcgate's Chief Executive Officer (the "Consent Terms and Permanent Injunction"). A certified copy of the judgment was made available by the registry of the Rajasthan High Court on December 17, 2021, and a copy of the final decree entering the judgment and expressly incorporating the Consent Terms and Permanent Injunction was made available by the registry yesterday, January 11, 2022. Because the judgment, the decree, and the Consent Terms and Permanent Injunction incorporated therein, including the declaration of Arcgate's CEO attached thereto, directly relate to the allegations in this proceeding, CoStar determined it was prudent to provide notice to the Court.

A full, true, and correct copy of the judgment, the decree, including the Consent Terms and Permanent Injunction incorporated therein, and declaration attached thereto, is attached for the Court's convenience and consideration.[1]

---

[1] The documents that CoStar received from the court registrar include one repeated page at Exhibit A pages 29-30.

| | | |
|---|---|---|
| 1 | Dated: January 12, 2022 | Respectfully submitted, |
| 2 | | */s/ Nicholas J. Boyle* |
| 3 | | |
| | | Jessica Stebbins Bina (Bar No. 248485) |
| 4 | | Elyse M. Greenwald (Bar No. 268050) |
| 5 | | 10250 Constellation Boulevard |
| | | Suite 1100 |
| 6 | | Los Angeles, CA 90067 |
| | | Tel: 424.653.5500 |
| 7 | | Fax: 424.653.5501 |
| 8 | | Email: jessica.stebbinsbina@lw.com |
| 9 | | elyse.greenwald@lw.com |
| 10 | | Belinda S Lee (Bar. No. 199635) |
| 11 | | 505 Montgomery Street |
| | | Suite 2000 |
| 12 | | San Francisco, CA 94111 |
| 13 | | Tel: 415.391.0600 |
| | | Fax: 415.395.8095 |
| 14 | | Email: belinda.lee@lw.com |
| 15 | | |
| 16 | | Nicholas J. Boyle |
| | | (admitted *pro hac vice*) |
| 17 | | Sarah A. Tomkowiak |
| | | (admitted *pro hac vice*) |
| 18 | | 555 Eleventh Street, NW |
| 19 | | Suite 1000 |
| | | Washington, D.C. 20004 |
| 20 | | Tel: 202.637.2200 |
| 21 | | Fax: 202.637.2201 |
| | | Email: nicholas.boyle@lw.com |
| 22 | | sarah.tomkowiak@lw.com |
| 23 | | |
| 24 | | *Counsel for Plaintiffs and* |
| 25 | | *Counterdefendants CoStar Group, Inc.,* |
| | | *and CoStar Realty Information, Inc.* |
| 26 | | |
| 27 | | |
| 28 | | |