KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS #158708
epeters@keker.com
WARREN A. BRAUNIG #243884
wbraunig@keker.com
ELIZABETH K. MCCLOSKEY #268184
emccloskey@keker.com
NICHOLAS S. GOLDBERG #273614
ngoldberg@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant and Counterclaimant
COMMERCIAL REAL ESTATE EXCHANGE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COMMERCIAL REAL ESTATE EXCHANGE, INC., <br><br> Defendant. <br><br> COMMERCIAL REAL ESTATE EXCHANGE, INC., <br><br> Counterclaimant, <br><br> v. <br><br> COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION, INC., <br><br> Counterdefendants | Case No. 2:20-cv-08819 CBM (ASx) <br><br> **DEFENDANT AND COUNTERCLAIMANT CREXI'S APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF CREXI'S FIRST AMENDED COUNTERCLAIMS** <br><br> Ctrm: 8B, 8th Floor <br> Judge: Hon. Consuelo B. Marshall <br><br> Date Filed: September 25, 2020 <br><br> Trial Date: October 3, 2023 |

Pursuant to Local Rule 79-5, this Court's Procedures, and the Stipulated Protective Order entered in this Action on January 14, 2022 (Dkt. 105), Defendant and Counterclaimant Commercial Real Estate Exchange, Inc. ("CREXi") hereby submits this Application for Leave to File Under Seal Certain Documents in Support of CREXi's First Amended Counterclaims. Certain material that CREXi cites in its First Amended Counterclaims has been designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Plaintiffs CoStar Group, Inc. and CoStar Realty Information, Inc. (collectively, "CoStar") pursuant to the Stipulated Protective Order.  CREXi thus requests that the following documents be filed under seal:

    1.    Portions of CREXi's First Amended Counterclaims, which describe or quote documents designated "Highly Confidential – Attorneys' Eyes Only" by CoStar pursuant to the Protective Order.

    2.    **Exhibit C** to CREXi's First Amended Counterclaims, which consists of two communications between CoStar the U.S. Federal Trade Commission that have been designated "Highly Confidential – Attorneys' Eyes Only" by CoStar pursuant to the Protective Order.

Pursuant to Local Rule 79-5.2.2(b), CREXi's counsel contacted CoStar's counsel on August 1, 2022 and provided notice that CREXi intended to file the designated material described above, and asked whether CoStar would withdraw the designation.  Three days later, CoStar's counsel responded, stating that CoStar intends to maintain confidentiality over this designated material.  Accordingly, CREXi files such materials provisionally under seal pursuant to Local Rule 79-5.

//
//
//
//
//

2

DEFENDANT AND COUNTERCLAIMANT CREXI'S APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF CREXI'S FIRST AMENDED COUNTERCLAIMS
Case No. 2:20-cv-08819 CBM (ASx)

1879329

Dated: August 5, 2022          KEKER, VAN NEST & PETERS LLP

By: /s/ *Elliot R. Peters*
Elliot R. Peters
Warren A. Braunig
Elizabeth K. McCloskey
Nicholas S. Goldberg
Connie P. Sung
Jason George
Christine Zaleski

Attorneys for Defendant and Counterclaimant
COMMERCIAL REAL ESTATE EXCHANGE, INC.