KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS #158708
epeters@keker.com
WARREN A. BRAUNIG #243884
wbraunig@keker.com
ELIZABETH K. MCCLOSKEY #268184
emccloskey@keker.com
NICHOLAS S. GOLDBERG #273614
ngoldberg@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendant and Counterclaimant
COMMERCIAL REAL ESTATE EXCHANGE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Defendant.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION, INC.,<br><br>Counterdefendants | Case No. 2:20-cv-08819 CBM (ASx)<br><br>**ORDER GRANTING DEFENDANT AND COUNTERCLAIMANT CREXI'S APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF CREXI'S FIRST AMENDED COUNTERCLAIMS [160]**<br><br>Ctrm:   8B, 8th Floor<br>Judge:  Hon. Consuelo B. Marshall<br><br>Date Filed   September 25, 2020<br><br>Trial Date:   October 3, 2023 |

1  The Court, having read and considered Defendant and Counterclaimant
2  Commercial Real Estate Exchange, Inc.'s ("CREXi's") Application for Leave to
3  File Under Seal Certain Documents in Support of First Amended Counterclaims
4  ("Application"), and compelling reasons having been established, hereby **GRANTS**
5  CREXi's Application.

6  The documents set forth below, which were submitted on August 5, 2022, are
7  to be filed under seal pursuant to Local Rule 79-5:

| Documents to be Filed Under Seal |
|---|
| Unredacted Version of CREXi's First Amended Counterclaims |
| Exhibit C to CREXi's First Amended Counterclaims |

**IT IS SO ORDERED.**

Dated: AUGUST 16, 2022     By: _____
                                Hon. Consuelo B. Marshall
                                United States District Judge