KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS #158708
epeters@keker.com
WARREN A. BRAUNIG #243884
wbraunig@keker.com
ELIZABETH K. MCCLOSKEY #268184
emccloskey@keker.com
NICHOLAS S. GOLDBERG #273614
ngoldberg@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant and Counterclaimant
COMMERCIAL REAL ESTATE EXCHANGE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COMMERCIAL REAL ESTATE EXCHANGE, INC., <br><br> Defendant. <br><br> COMMERCIAL REAL ESTATE EXCHANGE, INC., <br><br> Counterclaimant, <br><br> v. <br><br> COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION, INC., <br><br> Counterdefendants | Case No. 2:20-cv-08819 CBM (ASx) <br><br> **DISCOVERY MATTER** <br><br> **CREXI'S NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY REGARDING COSTAR'S SETTLEMENT WITH ARCGATE** <br><br> Date: September 29, 2022 <br> Time: 10:00 a.m. <br> Ctrm: 540 <br> Judge: Hon. Alka Sagar <br><br> Date Filed: September 25, 2020 <br><br> Discovery Cutoff: November 4, 2022 <br> Pretrial-Conference: August 1, 2023 <br> Trial: October 3, 2023 |

1
CREXI'S NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY REGARDING COSTAR'S
SETTLEMENT WITH ARCGATE
Case No. 2:20-cv-08819 CBM (ASx)

1890577

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on September 29, 2022, at 10:00 a.m., or as soon thereafter as this matter can be heard, in the courtroom of Magistrate Judge Alka Sagar, located at the Roybal Federal Building and United States Courthouse, 255 E. Temple Street, Los Angeles, CA 90012, Courtroom 540, Defendant and Counterclaimant Commercial Real Estate Exchange, Inc. ("CREXi") will move this Court to compel Plaintiffs and Counterdefendants CoStar Group, Inc. and CoStar Realty Information, Inc. (collectively, "CoStar") to produce documents responsive to CREXi's Request for Production Nos. 92, 93, 94, 97, and 98 seeking discovery concerning CoStar's settlement with Arcgate.

This motion is based on this Notice of Motion and Motion, the accompanying Joint Stipulation and Declarations of Elizabeth K. McCloskey, Lawson Dees, Rohan K. George, Nicholas J. Boyle, Faraz Sagar, and former Justice B.N. Srikrishna, the accompanying application for sealing and supporting declaration, all files and records in this action, the arguments of counsel, and such additional matters as may be judicially noticed by the Court or may come before the Court prior to or at the hearing on this matter.

Dated: August 23, 2022　　　　　　　　KEKER, VAN NEST & PETERS LLP

By:　/s/ *Elliot R. Peters*
　　　ELLIOT R. PETERS
　　　WARREN A. BRAUNIG
　　　ELIZABETH K. MCCLOSKEY
　　　NICHOLAS S. GOLDBERG

　　　Attorneys for Defendant and Counterclaimant
　　　COMMERCIAL REAL ESTATE
　　　EXCHANGE, INC.

2
CREXI'S NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY REGARDING COSTAR'S SETTLEMENT WITH ARCGATE
Case No. 2:20-cv-08819 CBM (ASx)

1890577