# EXHIBIT A

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | CIVIL MINUTES - GENERAL | | AMENDED |
|---|---|---|---|
| Case No. | CV 20-8819-CBM(PDx) | Date | AUGUST 30, 2021 |
| Title | CoStar Group, Inc. et al v. Commercial Real Estate Exchange Inc. | | |

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Yolanda Skipper | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendant |
| N/A | | N/A |

**Proceedings:** In Chambers-Off the Record

The Scheduling Conference, currently set for August 31, 2021, is hereby taken off calendar. The Court will set the following deadlines:

Fact discovery shall be completed on or before November 4, 2022.
Settlement conference shall be held on or before April 1, 2022.

Motions shall be set for oral argument on or before April 25, 2023 at 10:00 a.m.
Last date to file motions in limine June 23, 2023.
Last date to lodge pretrial documents July 25, 2023.
Pre Trial Conference is set on August 1, 2023 at 2:30 p.m.
Jury Trial is set on October 3, 2023 at 10:00 a.m.(est. 30 days).

Initial Expert disclosure due no later than December 16, 2022.
Rebuttal expert disclosure completion due no later than February 10, 2023.
Expert discovery shall be completed on or before February 25, 2023.

IT IS SO ORDERED.

:

Initials of Preparer     YS