KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS #158708
epeters@keker.com
WARREN A. BRAUNIG #243884
wbraunig@keker.com
ELIZABETH K. MCCLOSKEY #268184
emccloskey@keker.com
NICHOLAS S. GOLDBERG #273614
ngoldberg@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant and Counterclaimant
COMMERCIAL REAL ESTATE EXCHANGE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Defendant.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION, INC.,<br><br>Counterdefendants | Case No. 2:20-cv-08819 CBM (ASx)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING CREXI'S MOTION TO COMPEL DISCOVERY REGARDING COSTAR'S SETTLEMENT WITH ARCGATE**<br><br>Date: September 29, 2022<br>Time: 10:00 a.m.<br>Ctrm: 540<br>Judge: Hon. Alka Sagar<br><br>Date Filed: September 25, 2020<br><br>Discovery Cutoff: November 4, 2022<br>Pretrial-Conference: August 1, 2023<br>Trial: October 3, 2023 |

1

1890578

Defendant Commercial Real Estate Exchange, Inc.'s ("CREXi") motion to compel Plaintiffs CoStar Group, Inc. and CoStar Realty Information, Inc. (collectively, "CoStar") to produce documents responsive to CREXi's Request for Production Nos. 92, 93, 94, 97, and 98 seeking discovery concerning CoStar's settlement with Arcgate.

Having considered the papers submitted by counsel, the applicable law, all files and records in this action, and the arguments of counsel, and good cause appearing, the Court hereby GRANTS CREXi's Motion to Compel.

**IT IS SO ORDERED.**

Dated:  By: _____
Hon. Alka Sagar
Magistrate Judge

2
[PROPOSED] ORDER GRANTING MOTION TO COMPEL DISCOVERY REGARDING COSTAR'S SETTLEMENT WITH ARCGATE
Case No. 2:20-cv-08819 CBM (ASx)

1890578