KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS #158708
epeters@keker.com
WARREN A. BRAUNIG #243884
wbraunig@keker.com
ELIZABETH K. MCCLOSKEY #268184
emccloskey@keker.com
NICHOLAS S. GOLDBERG #273614
ngoldberg@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant and Counterclaimant
COMMERCIAL REAL ESTATE EXCHANGE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COMMERCIAL REAL ESTATE EXCHANGE, INC., <br><br> Defendant. | Case No. 2:20-cv-08819 CBM (ASx) <br><br> **DISCOVERY MATTER** <br><br> **DECLARATION OF LAWSON DEES IN SUPPORT OF MOTION TO COMPEL ARCGATE DOCUMENTS** <br><br> Judge: Hon. Alka Sagar <br> Date Filed: September 25, 2020 <br> Trial Date: None set |
| COMMERCIAL REAL ESTATE EXCHANGE, INC., <br><br> Counterclaimant, <br><br> v. <br><br> COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION, INC., <br><br> Counterdefendants | |

I, Lawson Dees, declare as follows:

1. I am Vice President of Operations at Commercial Real Estate Exchange, Inc. ("CREXi"). I submit this declaration in support of CREXi's motion to compel settlement communications between CoStar and Arcgate. I have been a CREXi employee since 2015. In that time, I have been deeply involved in CREXi's operations, including the types of data services described below. In my roles at CREXi, I have also overseen the use of independent contractors to provide support to CREXi's operations.

2. Because of my history and roles at CREXi, I am familiar with the relationship between CREXi and Arcgate and the work that CREXi asked Arcgate to perform. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently as to those facts.

3. Starting in 2017, CREXi began to use Arcgate as an independent contractor for data services, which included obtaining contact information for potential customers and maintaining the accuracy of broker contact information in CREXi's database. Arcgate was provided work on an ad hoc basis and typically charged a fee per record of data processed.

4. I am unfamiliar with the entity Arcgate Teleservices Private Limited or any relationship with it, which I understand was the defendant in the lawsuit CoStar brought in India. When CREXi first retained Arcgate as an independent contractor, invoices for their services came from an entity simply called "Arcgate." When we entered a written agreement in October 2020, that contract was between CREXi and M/s Arcgate, not Arcgate Teleservices Private Limited.

5. Throughout CREXi's relationship with Arcgate, CREXi never assigned Arcgate any tasks related to photographs. The tasks that CREXi paid Arcgate to perform involved the data services mentioned above.

6. I have reviewed the declaration of Kunal Bagla filed in this matter. That declaration includes numerous inaccurate or misleading assertions regarding

CREXi's relationship with Arcgate and the tasks Arcgate performed for CREXi. I address a few illustrative examples below.

7. Mr. Bagla's declaration refers to correspondence between James Burton and Arcgate in May 2020. Mr. Bagla's declaration claims that "CREXi gave Arcgate instructions to delete references to CoStar websites that appeared in CREXi's system as the source of information in that system, but not to delete the information itself" and that CREXi was requesting Arcgate to "remove all traces of a CoStar website as the source of this information in CREXi's system." Dkt. 100-1 ¶¶ 21-22. I am familiar with the circumstances of Arcgate's work on this project, and I have reviewed the referenced correspondence between Mr. Burton and Arcgate, a true and correct copy of which is attached as Exhibit A to this declaration.

8. Mr. Bagla's characterizations are false and misleading. The purpose of the task Mr. Burton assigned to Arcgate was not to remove "all traces of a CoStar website as the source of information," but rather was to *avoid* using CoStar's websites to update CREXi's listings. I am familiar with the Website and Cross-reference notes fields of CREXi's database discussed in Mr. Burton's emails with Arcgate. CREXi offers a cross-referencing service to brokers. In that service, the broker provides CREXi the broker's listings website, and on a recurring basis, CREXi updates the broker's listings on CREXi to match those on the broker's listings website. In 2020, the Website and Cross-reference notes fields were part of the data associated with each broker. At the time, the "Website" field was intended to reflect the homepage for that broker rather than the webpage providing that broker's listings. The "Website" field in CREXi's database is a link to the homepage associated with the broker, is usually populated by brokers themselves, and does *not* indicate the source of CREXi's data about a broker or their listings. The "Cross-reference notes" field was intended to contain the link to the broker's

listings website for use with the cross-reference service, that is, the field to be used to update the broker's listings on CREXi on a recurring basis.

9. CREXi retained Arcgate to move the link in the Website field to the Cross-reference notes field so that that link would be used for the cross-reference service. The purpose of using this broker-provided website link for the cross-reference service was to ensure that CREXi was using the website the broker had authorized CREXi to access to update the broker's listings.

10. After Arcgate completed the task of moving the website links to the Cross-reference notes field, Mr. Burton asked Arcgate to remove references to City Feet, Showcase, and other websites that I understand are CoStar websites, so that the cross-reference service would *not* use those websites to update broker listings on CREXi. CREXi asked Arcgate to perform this next step because broker websites, rather than competitor websites, are considered the most accurate and current source of listings data, and CREXi wanted to avoid sourcing data from CoStar websites. If the link in the Website field the broker added, was a link to LoopNet or some other CoStar website, Arcgate was instructed to remove those websites. (The cross-reference service likewise was instructed not to use LoopNet or other CoStar websites to update the broker's listings.) In other words, this data exercise was about *preventing* the use of CoStar websites when performing the cross-reference service for brokers.

11. Mr. Bagla's declaration also asserts, in "one project of particular significance," CREXi instructed Arcgate in April 2020 to "harvest significant amounts of real estate data" from "the competing CoStar auction website Ten-X" by "cop[ying] real estate auction listing data." Dkt. 100-1 ¶¶ 20, 23. Mr. Bagla's declaration is grossly misleading, both as to the purpose of the process and what was being performed by Arcgate. As an initial matter, I understand that CoStar only acquired Ten-X on June 24, 2020,[1] months *after* the April 2020 discussions with

---

[1] https://www.businesswire.com/news/home/20200624005481/en/CoStar-Group-

Arcgate that Mr. Bagla references. Mr. Bagla's statement that this project involved "the competing CoStar auction website Ten-X" is thus inaccurate. In fact, I told Arcgate to stop this project in early June 2020, before the acquisition of Ten-X by CoStar was complete.

12. Mr. Bagla's declaration is likewise misleading because this request was made to prevent *Ten-X* from improperly using *CREXi's* network. Around that time, CREXi became aware that Ten-X employees were often visiting CREXi's website. CREXi also became aware that many users of Ten-X were also listing their Ten-X auctioned properties on CREXi, with links or references back to Ten-X, essentially using CREXi listings to advertise auctions on Ten-X's platform. I asked Arcgate to gather information about the auctions on Ten-X's website to (1) determine whether Ten-X had poached listings or auctions from CREXi; and (2) to obtain information about what auctions were listed on Ten-X so that CREXi could *remove* the listings referring to Ten-X auctions from CREXi's platform, and prevent Ten-X from piggybacking on CREXi's network. The information gathered was not used to copy and import data into CREXi's system. Rather, it was done to monitor and prevent what we feared was unfair competition, the poaching of listings, and piggybacking on CREXi's resources by Ten-X.

13. These are just a few examples of the false and misleading information in Mr. Bagla's declaration. What Mr. Bagla describes is not consistent with the direction Arcgate was given by CREXi, nor the spirit of how CREXi intends to compete. The declaration draws inferences and makes accusations that do not comport with reality. The tone and content of Mr. Bagla's declaration leads me to believe that someone else, namely CoStar, drafted the declaration and put those words into his mouth.

Closes-Acquisition-of-Ten-X-Commercial-the-Leading-Digital-Auction-Platform-for-Commercial-Real-Estate

I declare under penalty of perjury and the laws of the United States and California that the foregoing is true and correct. Executed on July 25, 2022, in Playa Vista, California.

_____
Lawson Dees

# EXHIBIT A

| | |
|---|---|
| **From:** | James Burton [james@crexi.com] |
| **Sent:** | 5/22/2020 6:35:37 AM |
| **To:** | Arcgate - CREXi [crexi@arcgate.com] |
| **Subject:** | RE: NEW HIGH PRIORITY PROJECT |
| **Attachments:** | image001.png; image002.png; image003.png; image004.png; image005.png |

Great, thank you so much!

Great work!

**JAMES BURTON**

_____

213.986.2282
james@crexi.com





---

**From:** Arcgate - CREXi <crexi@arcgate.com>
**Sent:** Thursday, May 21, 2020 11:25 PM
**To:** James Burton <james@crexi.com>
**Subject:** Re: NEW HIGH PRIORITY PROJECT

Hi James,

We have already checked and removed all these links "Showcase, Costar, Looplink, Loopnet, Cityfeet" from all the accounts. Please check.

Regards,
Arcgate - CREXi Team

On 05/21/2020 10:06 PM, James Burton wrote:

What about cityfeet?

**JAMES BURTON**

_____

CoStar00046597

213.986.2282
james@crexi.com



---

**From:** Arcgate - CREXi <crexi@arcgate.com>
**Sent:** Thursday, May 21, 2020 9:13 AM
**To:** James Burton <james@crexi.com>
**Subject:** Re: NEW HIGH PRIORITY PROJECT

Hi James,

Thank you for the notice here. We have again checked and found showcase only in 1 account. We have removed this. Please check and let us know if you have any questions.

Regards,
Arcgate - CREXi Team

On 05/21/2020 06:51 PM, James Burton wrote:

Thank you!

I am still seeing showcase and city feet links in the cross reference notes for websites.

Can we please re-scrub to ensure those are all removed?

Thanks,

**JAMES BURTON**

213.986.2282
james@crexi.com




CoStar00046598

**From:** Arcgate - CREXi <crexi@arcgate.com>
**Sent:** Thursday, May 21, 2020 4:05 AM
**To:** James Burton <james@crexi.com>
**Subject:** Re: NEW HIGH PRIORITY PROJECT

Hi James,

We have completed this task as per the new instructions. Please find the Google Sheet for your review. Also, please check the Arcgate Remarks column.

Regards,
Arcgate - CREXi Team

On 05/15/2020 05:41 PM, Arcgate - CREXi wrote:


Hi James,

Thank you for the new task. We have started working on it.

Price for this task is as per the below:
- To put the website section in cross-reference notes section: $0.05
- Google Search for website to find correct website: $0.1
- To put website on CREXi: $0.05

Please check and let us know if you have any questions.

Regards,
Arcgate - CREXi Team

On 05/15/2020 02:12 AM, James Burton wrote:


Arcgate –

This is a simple project, but needs to be done really carefully. Please make this your top priority.

1.  Open the attached spreadsheet
2.  Copy the Account ID from the spreadsheet (reference capture)
3.  Paste the Account ID in the ID section on accounts in CREXi admin (reference capture 2)
4.  Please remove the website from the "Website" section and add it to the cross reference notes section (reference capture 3) (there should then not be anything in the "Website" section)
5.  Click on Save & Exit
6.  Please then google each brokerage and please make sure to put their correct home page to their website back in the "website" section (like when you performed account cleanup, do the same but for websites for the attached IDs).

Please let me know if you have any questions.

Thanks,

CoStar00046599

JAMES BURTON

CUSTOMER SUCCESS OPERATIONS MANAGER
213.986.2282
james@crexi.com





CoStar00046600