UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | CV 20-08819-CBM (ASx) | Date | September 14, 2022 |
|---|---|---|---|
| Title | *CoStar Group, Inc., and CoStar Realty Information Inc. v. Commercial Real Estate Exchange Inc.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | CS 09/14/22 |
| Deputy Clerk | Court Reporter / Recorder |

**Attorneys Present for Plaintiffs:**
Elyse Greenwald, Sarah Tomkowiak, Nicholas Boyle

**Attorneys Present for Defendant**
Niall Frizzell, Warren Braunig, Elliot Peters

**Proceedings (In Chambers):** **Order Re Informal Discovery Conference (Dkt. No. 184)**

On September 7, 2022, the parties requested an informal discovery conference ("IDC") regarding CoStar's compliance with the Court's February 18, 2022 Order (see Dkt. No. 111), granting in part CREXI's motion to compel CoStar's communications with the Federal Trade Commission ("FTC") that bear on the antitrust allegations in this matter. The Court has received and reviewed the parties' joint submission regarding this discovery dispute. A telephonic hearing was held on September 14, 2022. For the reasons stated at the hearing, the Court orders CoStar to provide a supplemental response to Request for Production No. 75, to include not only its communications with the FTC, but also documents produced to, or exchanged with, the FTC that "bear on the antitrust allegations in this matter, CoStar's purported exclusive agreements with customers, its modification of property listing information or images and trademark infringement." (Dkt. No. 111 at 7).

The parties are directed to meet and confer regarding a time frame within which CoStar must conduct its review of documents for records responsive to RFP No. 75 and, in accordance with the FTC's request, permit the FTC to review the documents that CoStar intends to produce to CREXI. Given CoStar's familiarity with the underlying records, the Court expects that CoStar will complete its review no later than thirty (30) days from the date of this Order.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 20-08819-CBM (ASx) | Date | September 14, 2022 |
|---|---|---|---|
| Title | *CoStar Group, Inc., and CoStar Realty Information Inc. v. Commercial Real Estate Exchange Inc.* | | |

The Court grants CoStar's unopposed request to SEAL the hearing on this IDC.

**IT IS SO ORDERED.**

cc: Consuelo B. Marshall
United States District Judge

                                               : 19
Initials of Preparer    AF