JESSICA STEBBINS BINA (BAR NO. 248485)
jessica.stebbinsbina@lw.com
ELYSE M. GREENWALD (BAR NO. 268050)
elyse.greenwald@lw.com
LATHAM & WATKINS LLP
10250 Constellation Boulevard
Suite 1100
Los Angeles, CA 90067
Tel: 424.653.5500
Fax: 424.653.5501

*Attorneys for Plaintiffs and Counterdefendants*
*CoStar Group, Inc., and CoStar Realty Information, Inc.*

[Additional Counsel Listed on the Next Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COMMERCIAL REAL ESTATE EXCHANGE, INC., <br><br> Defendant. <br><br> ——————————— <br><br> COMMERCIAL REAL ESTATE EXCHANGE, INC., <br><br> Counterclaimant, <br><br> v. <br><br> COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC., <br><br> Counterdefendants. | CASE NO. 2:20-cv-8819-CBM-AS <br><br> **COSTAR'S APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN INFORMATION IN COSTAR'S MOTION TO DISMISS CREXI'S AMENDED COUNTERCLAIMS** <br><br> Date: December 6, 2022 <br> Time: 10:00 a.m. <br> Courtroom: 8D <br> Before: Hon. Consuelo B. Marshall <br><br> Trial Date: October 3, 2023 |

1  BELINDA S LEE (BAR NO. 199635)
2  belinda.lee@lw.com
   LATHAM & WATKINS LLP
3  505 Montgomery Street
4  Suite 2000
   San Francisco, CA 94111
5  Tel: 415.391.0600
6  Fax: 415.395.8095

7  NICHOLAS J. BOYLE*
8  nicholas.boyle@lw.com
   SARAH A. TOMKOWIAK*
9  sarah.tomkowiak@lw.com
10 DAVID L. JOHNSON**
   david.johnson@lw.com
11 LATHAM & WATKINS LLP
12 555 Eleventh Street, NW
   Suite 1000
13 Washington, D.C. 20004
14 Tel: 202.637.2200
   Fax: 202.637.2201
15
16 *   *Admitted pro hac vice*
   ** *Pro hac vice* forthcoming
17

18
19
20
21
22
23
24
25
26
27
28

Pursuant to Local Rule 79-5, this Court's Procedures, the Stipulated Protective Order entered in this Action on January 14, 2022 (Dkt. 105), and the Court's August 16, 2022 Order (Dkt. 170), Plaintiffs and Counterdefendants CoStar Group, Inc. and CoStar Realty Information, Inc. (collectively, "CoStar") hereby submit this Application For Leave To File Under Seal Certain Information In CoStar's Motion to Dismiss CREXi's Amended Counterclaims (the "Application").

As required by Local Rule 79-5, CoStar requests that certain information in CoStar's Notice of Motion and Motion to Dismiss CREXi's Amended Counterclaims; Memorandum of Points and Authorities ("Motion to Dismiss") be filed under seal. More specifically, CoStar requests leave to file under seal the following portions of its Motion to Dismiss:

1. Footnote 2 of its Motion to Dismiss, which references allegations in CREXi's First Amended Counterclaims (Dkt. 170-1) that the Court has already held may be filed under seal. *See* Aug. 16, 2022 Order (granting sealing request and finding that CoStar demonstrated "compelling reasons" for sealing certain allegations in CREXi's First Amended Counterclaims) (Dkt. 170).

Pursuant to Local Rule 79-5-2.2(a), counsel for CoStar contacted counsel for CREXi regarding this sealing application on September 13, 2022. Counsel for CREXi indicated that CREXi took no position on the sealing of information that the Court had already held may be filed under seal.

The Court has already found that compelling reasons exist to support the sealing of the information referenced in Footnote 2. Accordingly, based on that holding, and the reasons discussed in the Sealed Declaration of Elyse M. Greenwald in Support of CoStar's Application for Leave to File Under Seal, CoStar respectfully requests that the Court grant CoStar's Application and allow CoStar to file Footnote 2 of its Motion to Dismiss under seal. A Proposed Order granting such relief is attached.

| | |
|---|---|
| | Respectfully submitted, |
| Dated: September 16, 2022 | **LATHAM & WATKINS LLP** |
| | By: */s/ Nicholas J. Boyle* |
| | Nicholas J. Boyle (admitted *pro hac vice*) |
| | Sarah A. Tomkowiak (admitted *pro hac vice*) |
| | David L. Johnson (*pro hac vice* forthcoming) |
| | 555 Eleventh Street, NW |
| | Suite 1000 |
| | Washington, D.C. 20004 |
| | Tel: 202.637.2200 |
| | Fax: 202.637.2201 |
| | Email: nicholas.boyle@lw.com |
| | sarah.tomkowiak@lw.com |
| | david.johnson@lw.com |
| | |
| | Jessica Stebbins Bina (Bar No. 248485) |
| | Elyse M. Greenwald (Bar No. 268050) |
| | 10250 Constellation Boulevard |
| | Suite 1100 |
| | Los Angeles, CA 90067 |
| | Tel: 424.653.5500 |
| | Fax: 424.653.5501 |
| | Email: jessica.stebbinsbina@lw.com |
| | elyse.greenwald@lw.com |
| | |
| | Belinda S Lee (Bar. No. 199635) |
| | 505 Montgomery Street |
| | Suite 2000 |
| | San Francisco, CA 94111 |
| | Tel: 415.391.0600 |
| | Fax: 415.395.8095 |
| | Email: belinda.lee@lw.com |
| | |
| | *Attorneys for Plaintiffs and Counterdefendants CoStar Group, Inc., and CoStar Realty Information, Inc.* |