| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| 2 | ELLIOT R. PETERS #158708<br>epeters@keker.com |
| 3 | WARREN A. BRAUNIG #243884<br>wbraunig@keker.com |
| 4 | NICHOLAS S. GOLDBERG #273614<br>ngoldberg@keker.com |
| 5 | 633 Battery Street<br>San Francisco, CA 94111-1809 |
| 6 | Telephone: 415 391 5400<br>Facsimile: 415 397 7188 |
| 7 | Attorneys for Defendant and Counterclaimant<br>COMMERCIAL REAL ESTATE EXCHANGE, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Defendant.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION, INC.,<br><br>Counterdefendants | Case No. 2:20-cv-08819 CBM (ASx)<br><br>**JOINT STIPULATION REGARDING CASE SCHEDULE**<br><br>Ctrm:     8D, 8th Floor<br>Judge:    Hon. Consuelo B. Marshall<br><br>Date Filed: September 25, 2020<br><br>Discovery Cutoff: November 4, 2022<br>Pre-Trial Conference: August 1, 2023<br>Trial Date: October 3, 2023 |

Plaintiffs and Counterdefendants CoStar Group, Inc. and CoStar Realty Information, Inc. (collectively, "CoStar"), and Defendant and Counterclaimant Commercial Real Estate Exchange, Inc. ("CREXi"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on August 30, 2021, the Court issued a minute order setting case deadlines (Dkt. 84), which it later modified (Dkt. 85);

WHEREAS, the parties agree that an approximately seven-month extension of the case schedule is appropriate in light of the current status of discovery;

WHEREAS, the parties agree that an increase in the allowable number fact depositions is appropriate in light of the complexities of the claims and defenses in this case;

NOW, THEREFORE, the parties hereby stipulate and agree to amend the case schedule as follows:

| Event | Current Date | Amended Date |
|---|---|---|
| Substantial completion of document productions | N/A | February 15, 2023 |
| Fact discovery cutoff | November 4, 2022 | May 31, 2023 |
| Initial expert disclosure due | December 16, 2022 | July 14, 2023 |
| Rebuttal expert disclosure due | February 10, 2023 | August 18, 2023 |
| Expert discovery cutoff | February 25, 2023 | September 8, 2023 |
| Last day to set motions for oral argument | April 25, 2023 | November 14, 2023 |
| Last day to file motions in limine | June 23, 2023 | December 19, 2023 |
| Last day to lodge pretrial documents | July 25, 2023 | January 30, 2024 |
| Pretrial Conference | August 1, 2023 at 2:30 p.m. | February 6, 2024 at 2:30 p.m. |
| Jury Trial | October 3, 2023 at 10:00 a.m. | March 25, 2024 at 10:00 a.m. |

NOW, THEREFORE, the parties further stipulate that CoStar and CREXi may each take a total of twenty (20) fact depositions, without prejudice to any party's ability to later seek leave under Federal Rule of Civil Procedure 30(a)(2) to take additional fact depositions if justified.

Dated: September 21, 2022          LATHAM & WATKINS LLP

                                   By:  /s/ *Sarah A. Tomkowiak*
                                        Sarah A. Tomkowiak

                                   Attorneys for Plaintiffs and
                                   Counterdefendants
                                   COSTAR GROUP, INC. and COSTAR
                                   REALTY INFORMATION, INC.

Dated: September 21, 2022          KEKER, VAN NEST & PETERS LLP

                                   By:  /s/ *Nicholas S. Goldberg*
                                        Nicholas S. Goldberg

                                   Attorneys for Defendant and Counterclaimant
                                   COMMERCIAL REAL ESTATE
                                   EXCHANGE, INC.

# ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Nicholas S. Goldberg, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the stipulation's content and have authorized the stipulation.

DATED: September 21, 2022          By:   */s/ Nicholas S. Goldberg*
                                         Nicholas S. Goldberg