Address:                                          Registration Number: Photographer:

4900 Ivey Rd, Acworth, GA 30101                   VA 2-171-254          Adrienne Tann

CoStar Image



CREXi Infringing Image



Address:

2650 Yale Blvd SE, Albuquerque, NM 87106

Registration Number: VA 2-291-137

Photographer: Niv Rozenberg

CoStar Image



CREXi Infringing Image



Address:                                                      Registration Number: Photographer:

9109 Parkway E, Birmingham, AL 35206              VA 1-432-717          Cathy Morris

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

2030 25th Ave N, Nashville, TN 37208              VA 1-434-483         Andrew Nelson

CoStar Image



CREXi Infringing Image



Address:

300 W General Screven Way, Hinesville, GA 31313

Registration Number: VA 1-919-472

Photographer: Ryan Gwilliam

CoStar Image



CREXi Infringing Image



Address:                                  Registration Number:  Photographer:

3041 Owen Dr, Antioch, TN 37013           VA 1-434-784          Andrew Nelson

CoStar Image



CREXi Infringing Image





Address:

3041 Owen Dr, Antioch, TN 37013

Registration Number: VA 1-434-784

Photographer: Andrew Nelson

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

7631-7641 Pacific Blvd, Huntington Park, CA 90255           VA 2-063-771       J. Blomdahl

CoStar Image



CREXi Infringing Image



Address:

17824 Us-41, Lutz, FL 33549

Registration Number: VA 1-431-092

Photographer: Martha Henry

CoStar Image



CREXi Infringing Image



Address:

17824 Us-41, Lutz, FL 33549

Registration Number: VA 1-431-092

Photographer: Martha Henry

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

3721-3725 N Beach St, Fort Worth, TX 76137          VA 2-273-883      Adnan Jebbeh

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

9540-9572 W Linebaugh Ave, Tampa, FL 33626           VA 1-436-792        Clint Bliss

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

9669 Highland Rd, White Lake, MI 48386               VA 2-075-963          Douglas Wright

CoStar Image



CREXi Infringing Image



Address:

9669 Highland Rd, White Lake, MI 48386

Registration Number: VA 2-110-934

Photographer: Jackie Blair

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

9669 Highland Rd, White Lake, MI 48386                VA 2-110-934         Jackie Blair

CoStar Image



CREXi Infringing Image



Address:

259 S Glynn St, Fayetteville, GA 30214

Registration Number: VA 1-431-139

Photographer: Isaiah Buchanan

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

955 W Wade Hampton Blvd, Greer, SC 29650          VA 2-099-516          William Neary

CoStar Image



CREXi Infringing Image



Address:

265 Tyrone Rd, Fayetteville, GA 30214

Registration Number: VA 1-918-808

Photographer: Isaiah Buchanan

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1200 Pass Rd, Gulfport, MS 39501                  VA 1-435-143      Brian Falacienski

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

1200 Pass Rd, Gulfport, MS 39501            VA 2-062-075          Brian Falacienski

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1200 Pass Rd, Gulfport, MS 39501                  VA 2-062-075          Brian Falacienski

CoStar Image



CREXi Infringing Image



Exhibit C, Page 16152

Address:                                                    Registration Number: Photographer:

1200 Pass Rd, Gulfport, MS 39501                           VA 2-062-075        Brian Falacienski

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number:  Photographer:

4023-4041 Slauson Ave, Maywood, CA 90270        VA 1-435-207        Christiaan Cruz

CoStar Image



CREXi Infringing Image



Address:

1080 Standard St, Reno, NV 89506

Registration Number: VA 1-432-670

Photographer: Melissa Greulich

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

238 8th Ave, Aynor, SC 29511                VA 1-918-645          Nathan Alvey

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

13618-13620 W Hillsborough Ave, Tampa, FL 33635       VA 1-435-924      James Petrylka

CoStar Image



CREXi Infringing Image



Address:

13618-13620 W Hillsborough Ave, Tampa, FL 33635

Registration Number: VA 1-435-924

Photographer: James Petrylka

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

12525 E Mission Ave, Spokane, WA 99216            VA 2-119-681        John Othic

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

855 El Camino Real, Palo Alto, CA 94301           VA 1-431-586        Christopher Lau

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

5121 Buehlers Dr, Medina, OH 44256               VA 2-057-933         Pamela Lawrentz

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number: Photographer:

5121 Buehlers Dr, Medina, OH 44256            VA 2-057-933          Pamela Lawrentz

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number:  Photographer:

2572 Abels Ln, Las Vegas, NV 89115              VA 2-301-207           Jay Sanchez

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

2572 Abels Ln, Las Vegas, NV 89115          VA 2-301-207          Jay Sanchez

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

10689 Sudley Manor Dr, Manassas, VA 20109         VA 2-074-641        Anna Northrup

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

30 W Salisbury St, Williamsport, MD 21795        VA 1-434-765        Gene Inserto

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

10603 E 86th St, Owasso, OK 74055                 VA 1-431-627          Tony Harris

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

10603 E 86th St, Owasso, OK 74055                     VA 1-434-620          Wendy Smith

CoStar Image



CREXi Infringing Image



Address:

107 Commons Dr, Mooresville, NC 28117

Registration Number: VA 2-229-920

Photographer: Ryan Gwilliam

CoStar Image



CREXi Infringing Image



Address:                                Registration Number: Photographer:

107 Commons Dr, Mooresville, NC 28117        VA 2-229-920        Ryan Gwilliam

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

107 Commons Dr, Mooresville, NC 28117             VA 2-229-920         Ryan Gwilliam

CoStar Image



CREXi Infringing Image



Address:

2489 Tobacco Rd, Hephzibah, GA 30815

Registration Number:  Photographer:

VA 1-431-349        Jason Benns

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

314 E Benson Hwy, Tucson, AZ 85713          VA 2-208-570          Kristen Rademacher

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

3551 13th St, Saint Cloud, FL 34769         VA 1-434-615        Robert Dallas

CoStar Image



CREXi Infringing Image



Address:

4691 Brownsboro Rd, Winston-Salem, NC 27106

Registration Number: VA 2-059-922

Photographer: Andrea Erickson

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number:   Photographer:

4691 Brownsboro Rd, Winston-Salem, NC 27106        VA 2-059-922           Andrea Erickson

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

250 W Douglas Ave, Wichita, KS 67202              VA 1-431-073         Lawrence Ediger

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

3290 Ezell Pike, Antioch, TN 37013                VA 1-431-137        Mark McNamara

CoStar Image



CREXi Infringing Image



Address:                                  Registration Number: Photographer:

3290 Ezell Pike, Antioch, TN 37013        VA 1-431-137        Mark McNamara

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

14916 Telegraph Rd, Flat Rock, MI 48134          VA 2-076-793        Trisha Everitt

CoStar Image



CREXi Infringing Image



Address:                                                Registration Number: Photographer:

14916 Telegraph Rd, Flat Rock, MI 48134                VA 2-076-793          Trisha Everitt

CoStar Image



CREXi Infringing Image



Address:

14916 Telegraph Rd, Flat Rock, MI 48134

Registration Number: VA 2-076-793

Photographer: Trisha Everitt

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

31455 Northwestern Hwy, Farmington Hills, MI 48334      VA 1-435-734      Douglas Wright

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

31455 Northwestern Hwy, Farmington Hills, MI 48334    VA 1-435-734      Douglas Wright

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

41990 Cook St, Palm Desert, CA 92211                       VA 1-919-959        Nick Del Cioppo

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

8072 Monroe Ave, Stanton, CA 90680               VA 1-431-100        Bill Helm

CoStar Image



CREXi Infringing Image



Address:                                                                  Registration Number: Photographer:

8072 Monroe Ave, Stanton, CA 90680                      VA 1-431-100        Bill Helm

CoStar Image



CREXi Infringing Image





Address:                                        Registration Number: Photographer:

5252 Mission St, San Francisco, CA 94112        VA 1-436-129        George Chao

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

114 Old Route 22, Duncansville, PA 16635                VA 1-431-104        Rona Houser

CoStar Image



CREXi Infringing Image



Address:                                         Registration Number: Photographer:

1120 W Clay St, Richmond, VA 23220              VA 1-929-747        Randy Rose

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

5010 Chesebro Rd, Agoura Hills, CA 91301          VA 2-047-576        Adam Davis

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1240-1260 Barclay Blvd, Buffalo Grove, IL 60089        VA 2-123-479        Melanie Shaw

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

200 High St, Chestertown, MD 21620          VA 1-435-000        Patrick O'Conor

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

200 High St, Chestertown, MD 21620          VA 1-435-000      Patrick O'Conor

CoStar Image



CREXi Infringing Image



Address:
800 S Central Ave, Glendale, CA 91204

Registration Number: Photographer:
VA 2-290-918         Evan Bracken

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

800 S Central Ave, Glendale, CA 91204             VA 2-290-918        Evan Bracken

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

64-66 N 1st St, Banning, CA 92220              VA 2-164-168      Nick Del Cioppo

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

64-66 N 1st St, Banning, CA 92220            VA 2-164-168      Nick Del Cioppo

CoStar Image



CREXi Infringing Image



Address:                                            Registration Number: Photographer:

68 Camp St, Hyannis, MA 02601                       VA 2-074-751      Spencer Crispino

CoStar Image



CREXi Infringing Image



Address:

68 Camp St, Hyannis, MA 02601

CoStar Image

Registration Number: VA 2-074-751

Photographer: Spencer Crispino



CREXi Infringing Image



Address:                                                      Registration Number:    Photographer:

510 E El Camino Real, Sunnyvale, CA 94087                     VA 1-431-586           Christopher Lau

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

2 E Rollins Rd, Round Lake Beach, IL 60073                 VA 2-217-992        Justin Schmidt

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

200 Goodman Rd, Southaven, MS 38671               VA 2-068-299        Mary Drost

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

2199 N Fraser St, Georgetown, SC 29440      VA 1-434-305          Nathan Alvey

CoStar Image



CREXi Infringing Image



Exhibit C, Page 16204

Address:                                          Registration Number: Photographer:

2329 E WT Harris Blvd, Charlotte, NC 28213        VA 1-431-081        Ray Dodds

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

2329 E WT Harris Blvd, Charlotte, NC 28213        VA 1-435-275        Jill Gilbert

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number: Photographer:

4242-4244 W Linebaugh Ave, Tampa, FL 33624    VA 1-431-092    Martha Henry

CoStar Image



CREXi Infringing Image



Address:

806 Bluecrab Rd, Newport News, VA 23606

Registration Number: VA 2-207-612

Photographer: Theresa Jackson

CoStar Image



CREXi Infringing Image



Address:

806 Bluecrab Rd, Newport News, VA 23606

Registration Number: VA 2-207-612

Photographer: Theresa Jackson

CoStar Image



CREXi Infringing Image





Address:                                                    Registration Number: Photographer:

280 Main St, Westminster, MD 21157          VA 1-431-099       Mike Schisler

CoStar Image



CREXi Infringing Image



Address:

29 N 7th Ave, Cottage Grove, OR 97424

Registration Number: VA 1-431-640

Photographer: Jeremy Polzel

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

8746 W Sunset Blvd, West Hollywood, CA 90069               VA 2-291-065          Sherri Johnson

CoStar Image



CREXi Infringing Image



Address:

1000 Corporate Dr, Stafford, VA 22554

Registration Number: VA 2-266-547

Photographer: Jesse Snyder

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

550 W Rancho Vista Blvd, Palmdale, CA 93551          VA 2-092-678          Adam Davis

CoStar Image



CREXi Infringing Image



Address:                                                      Registration Number:  Photographer:

2315-2319 Stewart Ave, Silver Spring, MD 20910               VA 1-431-090        Gene Inserto

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

570-590 Blossom Hill Rd, San Jose, CA 95123                VA 2-026-592        Christopher Lau

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number:  Photographer:

570-590 Blossom Hill Rd, San Jose, CA 95123    VA 2-026-592      Christopher Lau

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

570-590 Blossom Hill Rd, San Jose, CA 95123        VA 2-026-592          Christopher Lau

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

570-590 Blossom Hill Rd, San Jose, CA 95123                 VA 2-079-434          David McClure

CoStar Image



CREXi Infringing Image



Address:                                                      Registration Number:  Photographer:

4013-4027 W Pico Blvd, Los Angeles, CA 90019      VA 2-074-667        Kevin Reece

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

4013-4027 W Pico Blvd, Los Angeles, CA 90019        VA 2-131-137      Kevin Reece

CoStar Image



CREXi Infringing Image





Address:                                                    Registration Number:  Photographer:

4013-4027 W Pico Blvd, Los Angeles, CA 90019              VA 2-131-137        Kevin Reece

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

12904-13050 N Dale Mabry Hwy, Tampa, FL 33618             VA 2-236-678        Stephen Flint

CoStar Image



CREXi Infringing Image



Address:                                            Registration Number: Photographer:

5140 E Fowler Ave, Tampa, FL 33617                  VA 1-435-205        James Petrylka

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

19900 W Catawba Ave, Cornelius, NC 28031          VA 2-023-196          Roni-Leigh Burritt

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number:   Photographer:

2619 Centennial Blvd, Tallahassee, FL 32308            VA 2-059-575          David McCord

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

149 Jackson St NE, Albuquerque, NM 87108          VA 1-920-010        Scott Kerr

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

8044-8068 S 84th St, La Vista, NE 68128         VA 1-435-241        Chris Petersen

CoStar Image



CREXi Infringing Image



Address:

1086 Main St, Sewell, NJ 08080

Registration Number: VA 1-431-592

Photographer: Valdur Kaselaan

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

3926 Wesley St, Myrtle Beach, SC 29579      VA 2-057-074      Ryan Gwilliam

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

2400 Far Hills Ave, Dayton, OH 45419                       VA 2-088-334        Holly Routzohn

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

3300 N Interstate 35, Austin, TX 78705      VA 2-058-318          Michael Marx

CoStar Image



CREXi Infringing Image



Address:

100 Country Club Dr, Hendersonville, TN 37075

Registration Number: VA 2-275-635

Photographer: Chase Brock

CoStar Image



CREXi Infringing Image



Address:

100 Country Club Dr, Hendersonville, TN 37075

Registration Number: VA 2-275-635

Photographer: Chase Brock

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

100 Country Club Dr, Hendersonville, TN 37075      VA 2-275-635        Chase Brock

CoStar Image



CREXi Infringing Image



Address:                                         Registration Number:   Photographer:

5220 Lee Blvd, Lehigh Acres, FL 33971            VA 1-434-345           Michael Suter

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number: Photographer:

7013-7015 Third Ave, Brooklyn, NY 11209       VA 2-038-232        Joe Cubiotti

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

301 Clarence St, Los Angeles, CA 90033            VA 1-435-219        John Ehart

CoStar Image



CREXi Infringing Image



Address:

19866-19874 NW 27th Ave, Miami Gardens, FL 33056

Registration Number: VA 1-435-209

Photographer: Carolyn Crisp

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

143-145 W 900 N, Springville, UT 84663            VA 1-436-747        Todd Cook

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number:  Photographer:

143-145 W 900 N, Springville, UT 84663                           VA 1-436-747          Todd Cook

CoStar Image



CREXi Infringing Image



Address:

1110 London St, Myrtle Beach, SC 29577

CoStar Image

Registration Number: VA 1-431-105

Photographer: Nathan Alvey



CREXi Infringing Image





Address:                                    Registration Number:  Photographer:

922 Austin Ln, Honolulu, HI 96817          VA 2-123-492          Odeelo Dayondon

CoStar Image



CREXi Infringing Image



Address:

1355 Western Ave, Chillicothe, OH 45601

Registration Number: VA 2-143-586

Photographer: Holly Routzohn

CoStar Image



CREXi Infringing Image



Address:                    Registration Number: Photographer:

1355 Western Ave, Chillicothe, OH 45601      VA 2-143-586      Holly Routzohn

CoStar Image



CREXi Infringing Image



Address:

1355 Western Ave, Chillicothe, OH 45601

Registration Number: VA 2-143-586

Photographer: Holly Routzohn

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

1355 Western Ave, Chillicothe, OH 45601              VA 2-143-586        Holly Routzohn

CoStar Image



CREXi Infringing Image



Address:                                                Registration Number: Photographer:

1355 Western Ave, Chillicothe, OH 45601                 VA 2-143-586        Holly Routzohn

CoStar Image



CREXi Infringing Image



Address:

1355 Western Ave, Chillicothe, OH 45601

Registration Number: VA 2-143-586

Photographer: Holly Routzohn

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

1700 Parkway Plaza Dr, Normal, IL 61761     VA 1-431-641         Kimberly Atwood

CoStar Image



CREXi Infringing Image



Address:

1700 Parkway Plaza Dr, Normal, IL 61761

Registration Number: VA 1-431-641

Photographer: Kimberly Atwood

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

1510 Randolph St, Carrollton, TX 75006                     VA 1-434-332        Darrell Shultz

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

1510 Randolph St, Carrollton, TX 75006      VA 1-434-332         Darrell Shultz

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:   Photographer:

621 Dana St NE, Warren, OH 44483            VA 1-431-096           Pamela Lawrentz

CoStar Image



CREXi Infringing Image



Address:

Registration Number: Photographer:

621 Dana St NE, Warren, OH 44483

VA 1-431-096        Pamela Lawrentz

CoStar Image



CREXi Infringing Image



Address:
12183-12185 Springfield Pike, Cincinnati, OH 45246

Registration Number: VA 2-059-727

Photographer: Bob Benkert

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

4112 Williams Dr, Georgetown, TX 78628             VA 2-074-648         Ashton Bray

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

3338 Oakwell Ct, San Antonio, TX 78218      VA 2-267-063        Blake Bowden

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

3338 Oakwell Ct, San Antonio, TX 78218            VA 2-267-063          Blake Bowden

CoStar Image



CREXi Infringing Image



Address:

11407-11433 W 87th Ter, Overland Park, KS 66214

Registration Number: VA 2-088-258

Photographer: Anya Ivantseva

CoStar Image



CREXi Infringing Image



Address:

926 Kohou St, Honolulu, HI 96817

Registration Number:     Photographer:

VA 2-077-368          Odeelo Dayondon

CoStar Image



CREXi Infringing Image



Address:

661 Atlantic City Blvd, Bayville, NJ 08721

Registration Number: VA 2-224-497

Photographer: James Hooker

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

661 Atlantic City Blvd, Bayville, NJ 08721        VA 2-224-497         James Hooker

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

661 Atlantic City Blvd, Bayville, NJ 08721        VA 2-224-497        James Hooker

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number:  Photographer:

661 Atlantic City Blvd, Bayville, NJ 08721            VA 2-224-497          James Hooker

CoStar Image



CREXi Infringing Image



Exhibit C, Page 16265

Address:                                        Registration Number:  Photographer:

661 Atlantic City Blvd, Bayville, NJ 08721      VA 2-224-497      James Hooker

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

661 Atlantic City Blvd, Bayville, NJ 08721            VA 2-224-497      James Hooker

CoStar Image



CREXi Infringing Image



Address:

661 Atlantic City Blvd, Bayville, NJ 08721

Registration Number: VA 2-224-497

Photographer: James Hooker

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

661 Atlantic City Blvd, Bayville, NJ 08721                  VA 2-224-497          James Hooker

CoStar Image



CREXi Infringing Image



Address:

661 Atlantic City Blvd, Bayville, NJ 08721

Registration Number: VA 2-224-497

Photographer: James Hooker

CoStar Image



CREXi Infringing Image



Address:                                                         Registration Number: Photographer:

661 Atlantic City Blvd, Bayville, NJ 08721          VA 2-224-497      James Hooker

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

661 Atlantic City Blvd, Bayville, NJ 08721        VA 2-224-497          James Hooker

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

661 Atlantic City Blvd, Bayville, NJ 08721   VA 2-224-497      James Hooker

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

Centennial Pky, North Las Vegas, NV 89081       VA 2-063-954        Jay Sanchez

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

12304 Kinsman Rd, Newbury, OH 44065               VA 2-068-450        Linda Cook

CoStar Image



CREXi Infringing Image



Exhibit C, Page 16276

Address:                                          Registration Number: Photographer:

30901 Gratiot Ave, Roseville, MI 48066            VA 1-431-089          Lisa Borkus

CoStar Image



CREXi Infringing Image





Address:

1002 S Kirkwood Rd, Kirkwood, MO 63122

Registration Number: VA 2-060-106

Photographer: Courtney Wilson

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number:  Photographer:

1002 S Kirkwood Rd, Kirkwood, MO 63122          VA 2-060-106          Courtney Wilson

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number:  Photographer:

1002 S Kirkwood Rd, Kirkwood, MO 63122               VA 2-060-106           Courtney Wilson

CoStar Image



CREXi Infringing Image



Address:

17101 Haggerty Rd, Northville, MI 48168

Registration Number: VA 1-436-746

Photographer: Trisha Everitt

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

9210 Irvington BLB Hwy, Irvington, AL 36544    VA 1-918-692    Brian Falacienski

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

16111 Via Shavano, San Antonio, TX 78249          VA 1-434-770          Cindy Kelleher

CoStar Image



CREXi Infringing Image



**Exhibit C, Page 16283**

Address:                                              Registration Number: Photographer:

16111 Via Shavano, San Antonio, TX 78249             VA 1-434-770        Cindy Kelleher

CoStar Image



CREXi Infringing Image



Address:

1246 Old State Route 74, Batavia, OH 45103

CoStar Image

Registration Number: VA 2-060-580

Photographer: Bob Benkert



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

17388-17430 W 13 Mile Rd, Beverly Hills, MI 48025          VA 2-025-859          Douglas Wright

CoStar Image



CREXi Infringing Image



Address:

Registration Number: Photographer:

4801 West Blvd, Charlotte, NC 28208

VA 1-635-954        Ray Dodds

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

4801 West Blvd, Charlotte, NC 28208                VA 1-635-954          Ray Dodds

CoStar Image



CREXi Infringing Image



Address:

48804-48884 Romeo Plank Rd, Macomb Township, MI 48044

Registration Number: VA 1-434-708

Photographer: Lisa Borkus

CoStar Image



CREXi Infringing Image



Address:                                         Registration Number: Photographer:

4075-4095 American Way, Memphis, TN 38118        VA 1-437-111        Mary Drost

CoStar Image



CREXi Infringing Image





Address:                                    Registration Number: Photographer:

12912 Hill Country Blvd, Bee Cave, TX 78738    VA 1-434-913      Michael Marx

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

12912 Hill Country Blvd, Bee Cave, TX 78738       VA 2-097-339        Leigh Christian

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

2800 Keagy Rd, Salem, VA 24153                    VA 2-148-666          Charlotte Alvey

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

2800 Keagy Rd, Salem, VA 24153              VA 2-148-666          Charlotte Alvey

CoStar Image



CREXi Infringing Image



Address:                                                Registration Number: Photographer:

2800 Keagy Rd, Salem, VA 24153                          VA 2-099-502         Charlotte Alvey

CoStar Image



CREXi Infringing Image



Address:

1400 International Dr, Sturtevant, WI 53177

Registration Number:   Photographer:

VA 2-207-563          Gian Lorenzo Ferretti

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

1 Kensington Sq, New Kensington, PA 15068          VA 2-218-253          Anna Dukovich

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number: Photographer:

2010 E Tyler Ave, Fresno, CA 93701            VA 1-431-581        Enrique Meza

CoStar Image



CREXi Infringing Image



Address:                                         Registration Number: Photographer:

2010 E Tyler Ave, Fresno, CA 93701               VA 1-431-581        Enrique Meza

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

1206 S Parallel Ave, Fresno, CA 93702       VA 1-437-166       John Bolling

CoStar Image



CREXi Infringing Image



Address:

1467 W Fairway Dr, Santa Maria, CA 93455

Registration Number: VA 2-206-088

Photographer: Jeremiah Unruh

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number:  Photographer:

1467 W Fairway Dr, Santa Maria, CA 93455      VA 2-206-088          Jeremiah Unruh

CoStar Image



CREXi Infringing Image



Address:

Registration Number: Photographer:

1467 W Fairway Dr, Santa Maria, CA 93455

VA 2-206-088    Jeremiah Unruh

CoStar Image



CREXi Infringing Image



**Exhibit C, Page 16303**



Address:                                             Registration Number: Photographer:

1467 W Fairway Dr, Santa Maria, CA 93455            VA 2-206-088        Jeremiah Unruh

CoStar Image



CREXi Infringing Image



Exhibit C, Page 16304

Address:                                      Registration Number:  Photographer:

32105 Ca-79 S, Temecula, CA 92592             VA 2-078-443         Nick Del Cioppo

CoStar Image



CREXi Infringing Image





Address:

32175 Ca-79 S, Temecula, CA 92592

Registration Number:  Photographer:

VA 2-078-443      Nick Del Cioppo

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

5783 Heisley Rd, Mentor, OH 44060           VA 2-078-423          Linda Cook

CoStar Image



CREXi Infringing Image



Address:                                     Registration Number: Photographer:

1455 S Lapeer Rd, Lake Orion, MI 48360       VA 2-266-854          Owen Kaufman

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

1455 S Lapeer Rd, Lake Orion, MI 48360                      VA 2-266-854          Owen Kaufman

CoStar Image



CREXi Infringing Image



Address:

1455 S Lapeer Rd, Lake Orion, MI 48360

Registration Number: VA 2-266-854

Photographer: Owen Kaufman

CoStar Image



CREXi Infringing Image



Address:

3100 W Highland Rd, Howell, MI 48843

Registration Number: VA 2-022-656

Photographer: Trisha Everitt

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

421 E Coeur D Alene Ave, Coeur d'Alene, ID 83814        VA 1-432-671        Jonathan Jantz

CoStar Image



CREXi Infringing Image



Address:                                         Registration Number: Photographer:

421 E Coeur D Alene Ave, Coeur d'Alene, ID 83814      VA 1-432-671      Jonathan Jantz

CoStar Image



CREXi Infringing Image



Address:

1287 3rd Ave, Chula Vista, CA 91911

Registration Number:  Photographer:

VA 2-088-338        Dustin Pacheco

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

5601-5689 W Monee Manhattan Rd, Monee, IL 60449             VA 2-108-367          Mohammad Tomaleh

CoStar Image



CREXi Infringing Image



Address:

5601-5689 W Monee Manhattan Rd, Monee, IL 60449

Registration Number: VA 2-108-367

Photographer: Mohammad Tomaleh

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

201 Egg Harbor Rd, Sewell, NJ 08080               VA 1-431-592          Valdur Kaselaan

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

201 Egg Harbor Rd, Sewell, NJ 08080         VA 2-024-972          Steve Baist

CoStar Image



CREXi Infringing Image



Address:

201 Egg Harbor Rd, Sewell, NJ 08080

Registration Number: VA 2-257-935

Photographer: Mitchell Birnbaum

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

201 Egg Harbor Rd, Sewell, NJ 08080                        VA 2-257-935          Mitchell Birnbaum

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

4853 Big Island Dr, Jacksonville, FL 32246        VA 2-263-588        Carlos Monsalve

CoStar Image



CREXi Infringing Image



Address:

4853 Big Island Dr, Jacksonville, FL 32246

Registration Number: VA 2-263-588

Photographer: Carlos Monsalve

CoStar Image



CREXi Infringing Image



Address:

4853 Big Island Dr, Jacksonville, FL 32246

Registration Number: VA 2-263-588

Photographer: Carlos Monsalve

CoStar Image



CREXi Infringing Image



Address:

4853 Big Island Dr, Jacksonville, FL 32246

Registration Number: VA 2-263-588

Photographer: Carlos Monsalve

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number: Photographer:

11109 River Run Blvd, Bakersfield, CA 93311   VA 2-161-713        John Bolling

CoStar Image



CREXi Infringing Image





Address:                                                          Registration Number:  Photographer:

700 W 23rd St, Panama City, FL 32405                              VA 1-434-764          David McCord

CoStar Image



CREXi Infringing Image



Address:

403 W 2nd Ave, Owasso, OK 74055

Registration Number: VA 2-228-776

Photographer: Benjamin Stephens

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number:    Photographer:

7070 Miller Rd, Swartz Creek, MI 48473           VA 2-025-136           Trisha Everitt

CoStar Image



CREXi Infringing Image



Address:

27401 Ynez Rd, Temecula, CA 92591

Registration Number:    Photographer:

VA 1-920-040        Nick Del Cioppo

CoStar Image



CREXi Infringing Image



Address:

970 Durham Rd, Langhorne, PA 19047

Registration Number: Photographer:

VA 2-090-467          Mitchell Keingarsky

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:    Photographer:

3469 E Grand River Ave, Howell, MI 48843    VA 2-022-656           Trisha Everitt

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

3469 E Grand River Ave, Howell, MI 48843          VA 2-022-656         Trisha Everitt

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number:  Photographer:

2370 Skyway Dr, Santa Maria, CA 93455               VA 1-431-355         Ernst Mutchnick

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

2370 Skyway Dr, Santa Maria, CA 93455             VA 1-431-355         Ernst Mutchnick

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

339 Union St, Spartanburg, SC 29306         VA 1-431-232           Kristy Eppolito

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

12708 Montana Ave, El Paso, TX 79938              VA 2-213-585        Kristen Rademacher

CoStar Image



CREXi Infringing Image



Address:

3402 Kildaire Farm Rd, Cary, NC 27518

Registration Number: VA 1-434-908

Photographer: Lawrence Hiatt

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

4803 St Elmo Ave, Bethesda, MD 20814        VA 1-919-524        Michael Murphy

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

211 Veterans Rd, Columbia, SC 29209              VA 1-431-587        Jason Benns

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number:  Photographer:

700 Schell Ln, Phoenixville, PA 19460          VA 2-143-587        Ian Barnes

CoStar Image



CREXi Infringing Image





Address:                                          Registration Number: Photographer:

140 Macready Dr, Merced, CA 95341                 VA 1-434-481          Andrea Carlos

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

20601 W Highway 202, Tehachapi, CA 93561             VA 1-434-621          William Haas

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

606 Valley St, Manchester, NH 03103               VA 1-435-066        Jeff Tippett

CoStar Image



CREXi Infringing Image



Address:

250 Commerce Ave, Atwater, CA 95301

Registration Number: VA 2-218-000

Photographer: John Bolling

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

422 Morris Ave, Long Branch, NJ 07740             VA 2-076-892        Michael Johnson

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

65 N Broad St, Woodbury, NJ 08096          VA 1-918-629      Mitchell Keingarsky

CoStar Image



CREXi Infringing Image



Address:                                                Registration Number:  Photographer:

671 McDaniel St, Atlanta, GA 30312                      VA 1-435-233          Isaiah Buchanan

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

671 McDaniel St, Atlanta, GA 30312              VA 1-435-233        Isaiah Buchanan

CoStar Image



CREXi Infringing Image





Address:

944 S Topeka Ave, Fresno, CA 93721

Registration Number: VA 1-431-581

Photographer: Enrique Meza

CoStar Image



CREXi Infringing Image



Address:

944 S Topeka Ave, Fresno, CA 93721

Registration Number: VA 1-431-581

Photographer: Enrique Meza

CoStar Image



CREXi Infringing Image



Address:

944 S Topeka Ave, Fresno, CA 93721

CoStar Image

Registration Number: VA 1-431-581

Photographer: Enrique Meza



CREXi Infringing Image





Address:

944 S Topeka Ave, Fresno, CA 93721

Registration Number: VA 1-431-581

Photographer: Enrique Meza

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number: Photographer:

944 S Topeka Ave, Fresno, CA 93721            VA 2-062-477        John Bolling

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

944 S Topeka Ave, Fresno, CA 93721          VA 2-062-477          John Bolling

CoStar Image



CREXi Infringing Image



Address:                                         Registration Number: Photographer:

944 S Topeka Ave, Fresno, CA 93721               VA 2-062-477        John Bolling

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

2651 Shop Rd, Columbia, SC 29209                  VA 2-022-708        Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

2170-2178 Lost Nation Rd, Willoughby, OH 44094    VA 1-434-257      Linda Cook

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

2170-2178 Lost Nation Rd, Willoughby, OH 44094    VA 1-434-257    Linda Cook

CoStar Image



CREXi Infringing Image



Address:                                     Registration Number: Photographer:

10725 Double R Blvd, Reno, NV 89521          VA 1-431-135        Melissa Greulich

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1808 Potomac Pl, College Station, TX 77840        VA 1-434-913        Michael Marx

CoStar Image



CREXi Infringing Image



Address:

1808 Potomac Pl, College Station, TX 77840

Registration Number: VA 1-434-913

Photographer: Michael Marx

CoStar Image



CREXi Infringing Image



Address:

50 Brackett Rd, Eastham, MA 02642

Registration Number: Photographer:

VA 1-434-268        Jonathan Coon

CoStar Image



CREXi Infringing Image



Address:                                                  Registration Number:  Photographer:

610 Uptown Blvd, Cedar Hill, TX 75104                     VA 2-266-537          Erik Carlson

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number:  Photographer:

610 Uptown Blvd, Cedar Hill, TX 75104                 VA 2-266-537          Erik Carlson

CoStar Image



CREXi Infringing Image



Exhibit C, Page 16365

Address:                                    Registration Number:  Photographer:

610 Uptown Blvd, Cedar Hill, TX 75104        VA 2-266-537         Erik Carlson

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

610 Uptown Blvd, Cedar Hill, TX 75104           VA 2-266-537         Erik Carlson

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

3636 S Mooney Blvd, Visalia, CA 93277           VA 1-429-426        America Rivas

CoStar Image



CREXi Infringing Image



Address:

107 E Marketridge Rd, Ridgeland, MS 39157

Registration Number:    Photographer:

VA 1-429-427        Sara McKercher

CoStar Image



CREXi Infringing Image



Address:

Registration Number: Photographer:

1721 8th Street Dr NE, Hickory, NC 28601

VA 2-160-076        Scott Brotherton

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

8575 Tanglewood Sq, Chagrin Falls, OH 44023               VA 1-435-623          Linda Cook

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

2530 San Fernando Rd, Los Angeles, CA 90065          VA 1-429-149        Tom Thompson

CoStar Image



CREXi Infringing Image



Address:                                                Registration Number:  Photographer:

29700 Harper Ave, Saint Clair Shores, MI 48082         VA 1-434-350          Lisa Borkus

CoStar Image



CREXi Infringing Image



Address:

328 Office Square Ln, Virginia Beach, VA 23462

Registration Number: VA 1-434-609

Photographer: Randy Rose

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

925 River Centre Pl, Lawrenceville, GA 30043    VA 1-429-142       Bonnie Heath

CoStar Image



CREXi Infringing Image



Address:

1015 Commerce Blvd, Midway, FL 32343

Registration Number: VA 1-431-109

Photographer: David McCord

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number:  Photographer:

3827 Broad River Rd, Columbia, SC 29210         VA 2-022-708          Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

3827 Broad River Rd, Columbia, SC 29210              VA 2-022-708        Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:

3827 Broad River Rd, Columbia, SC 29210

Registration Number: VA 2-022-708

Photographer: Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:

3827 Broad River Rd, Columbia, SC 29210

Registration Number: VA 2-022-708

Photographer: Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

3827 Broad River Rd, Columbia, SC 29210           VA 2-022-708      Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

3827 Broad River Rd, Columbia, SC 29210      VA 2-022-708      Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:

3827 Broad River Rd, Columbia, SC 29210

Registration Number: VA 2-022-708

Photographer: Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

3827 Broad River Rd, Columbia, SC 29210           VA 2-022-708          Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

100 Biddle Ave, Newark, DE 19702                  VA 1-434-618          Valdur Kaselaan

CoStar Image



CREXi Infringing Image



Address:                                               Registration Number: Photographer:

1001 Scenic Pky, Chesapeake, VA 23323                  VA 1-431-110        Randy Rose

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

3101 Gilmore Ave, Bakersfield, CA 93308             VA 2-148-646      John Bolling

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

31355-31383 Orchard Lake Rd, Farmington, MI 48334    VA 2-092-665       Douglas Wright

CoStar Image



CREXi Infringing Image



Address:

5720 S University Ave, Little Rock, AR 72209

Registration Number: VA 2-258-332

Photographer: Michael Denison

CoStar Image



CREXi Infringing Image



Address:

5720 S University Ave, Little Rock, AR 72209

Registration Number: VA 2-258-332

Photographer: Michael Denison

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number:  Photographer:

4528-4540 S Dale Mabry Hwy, Tampa, FL 33611          VA 2-236-678          Stephen Flint

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

4528-4540 S Dale Mabry Hwy, Tampa, FL 33611               VA 2-236-678        Stephen Flint

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number: Photographer:

4528-4540 S Dale Mabry Hwy, Tampa, FL 33611        VA 2-236-678        Stephen Flint

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

717-721 S Spring St, Los Angeles, CA 90014        VA 1-403-899        Jeff Rogers

CoStar Image



CREXi Infringing Image

Exhibit C, Page 16394



Address:                                          Registration Number: Photographer:

515 S Court St, Montgomery, AL 36104              VA 1-430-043          Cathy Morris

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

710-720 E Northwest Hwy, Mount Prospect, IL 60056           VA 2-088-604          Jonathan Fairfield

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

4949 Grand Ave, Gurnee, IL 60031           VA 2-119-669        Justin Schmidt

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

8324 W Northview St, Boise, ID 83704        VA 1-429-119        Jonathan Scobby

CoStar Image



CREXi Infringing Image



Address:

8324 W Northview St, Boise, ID 83704

Registration Number: VA 1-429-119

Photographer: Jonathan Scobby

CoStar Image



CREXi Infringing Image



Address:

2360-2380 Vantage Dr, Elgin, IL 60124

Registration Number: VA 2-258-053

Photographer: Justin Schmidt

CoStar Image



CREXi Infringing Image



Address:

2360-2380 Vantage Dr, Elgin, IL 60124

Registration Number: Photographer:

VA 2-258-053        Justin Schmidt

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1020 E Chevy Chase Dr, Glendale, CA 91205          VA 1-391-726      Jeff Rogers

CoStar Image



CREXi Infringing Image



Address:                                                Registration Number: Photographer:

3321 Mobile Hwy, Montgomery, AL 36108                   VA 1-432-717        Cathy Morris

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

594 Territorial Dr, Bolingbrook, IL 60440        VA 1-919-009        Katie Larsen

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number:  Photographer:

6471 Taylor Mill Rd, Independence, KY 41051          VA 1-435-689        Bob Benkert

CoStar Image



CREXi Infringing Image



Exhibit C, Page 16406

Address:                                    Registration Number:  Photographer:

110 E John St, Matthews, NC 28105           VA 2-207-964          Paul Bentley

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

1649-1655 Savannah Hwy, Charleston, SC 29407      VA 2-108-132          Ryan Gwilliam

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number:  Photographer:

1441 W 6th St, Corona, CA 92882               VA 1-434-289           Nick Del Cioppo

CoStar Image



CREXi Infringing Image



Address:                                     Registration Number: Photographer:

5370 Stone Mountain Hwy, Stone Mountain, GA 30087    VA 1-429-142        Bonnie Heath

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

5370 Stone Mountain Hwy, Stone Mountain, GA 30087          VA 1-431-310          Bonnie Heath

CoStar Image



CREXi Infringing Image



Address:

831 S 1st St, Louisville, KY 40203

Registration Number: VA 1-429-143

Photographer: Dale Rushing

CoStar Image



CREXi Infringing Image



Address:

831 S 1st St, Louisville, KY 40203

CoStar Image

Registration Number: VA 1-429-143

Photographer: Dale Rushing



CREXi Infringing Image



Exhibit C, Page 16413

Address:

831 S 1st St, Louisville, KY 40203

Registration Number: VA 1-429-143

Photographer: Dale Rushing

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

299 State Docks Rd, Phenix City, AL 36869       VA 1-430-050        Isaiah Buchanan

CoStar Image



CREXi Infringing Image



Address:                                                     Registration Number: Photographer:

5370 Stone Mountain Hwy, Stone Mountain, GA 30087            VA 1-431-310        Bonnie Heath

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number:  Photographer:

5370 Stone Mountain Hwy, Stone Mountain, GA 30087      VA 1-431-310       Bonnie Heath

CoStar Image



CREXi Infringing Image



Address:

5370 Stone Mountain Hwy, Stone Mountain, GA 30087

Registration Number: VA 1-431-310

Photographer: Bonnie Heath

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

2120 Teall Ave, Syracuse, NY 13206          VA 1-429-652        Edward Bulken

CoStar Image



CREXi Infringing Image



Address:

2120 Teall Ave, Syracuse, NY 13206

Registration Number: VA 1-429-652

Photographer: Edward Bulken

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

5221 S Westmoreland Rd, Dallas, TX 75237    VA 1-429-416        Darrell Shultz

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

5221 S Westmoreland Rd, Dallas, TX 75237    VA 1-431-250        Darrell Shultz

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

5835 W Palmaire Dr, Glendale, AZ 85301            VA 2-136-036          Peter Sills

CoStar Image



CREXi Infringing Image



Address:

11203-11221 York Rd, Cockeysville, MD 21030

Registration Number: VA 2-206-252

Photographer: Andrew Voxakis

CoStar Image



CREXi Infringing Image



Address:

11203-11221 York Rd, Cockeysville, MD 21030

Registration Number: VA 2-206-252

Photographer: Andrew Voxakis

CoStar Image



CREXi Infringing Image



Exhibit C, Page 16425

Address:                                          Registration Number: Photographer:

908 Baltimore Ave, Kansas City, MO 64105          VA 1-429-127        Brooke Wasson

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number:  Photographer:

1001-1011 Wilshire Blvd, Santa Monica, CA 90401    VA 1-435-870      Kenneth Lund

CoStar Image



CREXi Infringing Image



Address:                                            Registration Number:  Photographer:

410-412 E Sherman Ave, Coeur d'Alene, ID 83814      VA 1-431-145        Jonathan Jantz

CoStar Image



CREXi Infringing Image



Exhibit C, Page 16428



Address:                                           Registration Number:  Photographer:

3118 W Route 10, Denville, NJ 07834                VA 1-429-140          John Georgiadis

CoStar Image



CREXi Infringing Image



Address:

2110 N Frazier St, Conroe, TX 77301

Registration Number: VA 1-434-629

Photographer: Stephanie McCoy

CoStar Image



CREXi Infringing Image



Address:                                             Registration Number: Photographer:

1676 Oakbrook Dr, Gainesville, GA 30507              VA 1-434-454        Bonnie Heath

CoStar Image



CREXi Infringing Image





Address:

1676 Oakbrook Dr, Gainesville, GA 30507

Registration Number: VA 1-434-454

Photographer: Bonnie Heath

CoStar Image



CREXi Infringing Image



Address:

126 Spring St, Pleasanton, CA 94566

Registration Number: Photographer:

VA 1-407-520          Anita Shin

CoStar Image



CREXi Infringing Image



Address:

37600-37644 Ford Rd, Westland, MI 48185

Registration Number: VA 2-038-526

Photographer: Trisha Everitt

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

37600-37644 Ford Rd, Westland, MI 48185          VA 2-038-526          Trisha Everitt

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

37600-37644 Ford Rd, Westland, MI 48185          VA 2-038-526          Trisha Everitt

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

518 E Main St, Lexington, SC 29072                VA 2-088-207          Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:   Photographer:

600 Montgomery St, Montgomery, AL 36104          VA 1-434-801        Laurie Goodwin

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

710 Us-80, Flowood, MS 39232                VA 1-429-427          Sara McKercher

CoStar Image



CREXi Infringing Image



Address:

143 Hawbaker Industrial Dr, State College, PA 16803

Registration Number: VA 1-430-633

Photographer: Rona Houser

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

117 N Gold Dr, Robbinsville, NJ 08691            VA 1-429-115          Michael Johnson

CoStar Image



CREXi Infringing Image



**Exhibit C, Page 16441**



Address:

140 Erie Blvd, Schenectady, NY 12305

Registration Number: VA 2-023-690

Photographer: Tina Wood

CoStar Image



CREXi Infringing Image



Address:                                                Registration Number: Photographer:

11001 Southern Blvd, Royal Palm Beach, FL 33411          VA 2-060-302          Carolyn Crisp

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

20 NW 34th Ter, Miami, FL 33127                   VA 1-434-232          Carolyn Crisp

CoStar Image



CREXi Infringing Image



Address:

2937 Veneman Ave, Modesto, CA 95356

Registration Number:

VA 2-230-234

Photographer:

John Bolling

CoStar Image



CREXi Infringing Image



Address:

2937 Veneman Ave, Modesto, CA 95356

Registration Number: VA 2-230-234

Photographer: John Bolling

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:   Photographer:

710 Littlepage St, Fredericksburg, VA 22401    VA 1-431-098        Pia Miai

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

30-46 Joseph Ave, Rochester, NY 14605            VA 1-429-420        John Schlia

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

2909 Poston Ave, Nashville, TN 37203        VA 1-434-483        Andrew Nelson

CoStar Image



CREXi Infringing Image



Address:

15050 Marsh Ln, Addison, TX 75001

Registration Number: VA 2-135-891

Photographer: Stacey Callaway

CoStar Image



CREXi Infringing Image



Address:
8595 Explorer Dr, Colorado Springs, CO 80920

Registration Number: VA 1-429-116

Photographer: Robbie Bottorff

CoStar Image



CREXi Infringing Image





Address:                                                    Registration Number: Photographer:

8595 Explorer Dr, Colorado Springs, CO 80920              VA 1-429-116      Robbie Bottorff

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

8595 Explorer Dr, Colorado Springs, CO 80920               VA 1-434-611        Stacey Rocero

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

915 E Seminary Dr, Fort Worth, TX 76115           VA 1-430-062        Keith Howard

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

915 E Seminary Dr, Fort Worth, TX 76115           VA 1-430-062         Keith Howard

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

915 E Seminary Dr, Fort Worth, TX 76115           VA 1-430-062        Keith Howard

CoStar Image



CREXi Infringing Image



Exhibit C, Page 16456

Address:

8000 Indian Head Hwy, Fort Washington, MD 20744

Registration Number: VA 1-918-811

Photographer: Gene Inserto

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

7400 Livingston Rd, Fort Washington, MD 20745              VA 1-429-136        Gene Inserto

CoStar Image



CREXi Infringing Image





Address:                                             Registration Number: Photographer:

7400 Livingston Rd, Fort Washington, MD 20745        VA 1-429-136        Gene Inserto

CoStar Image



CREXi Infringing Image



Exhibit C, Page 16459

Address:                                              Registration Number: Photographer:

671 S Perry St, Montgomery, AL 36104                  VA 1-434-370        Laurie Goodwin

CoStar Image



CREXi Infringing Image

Exhibit C, Page 16460



Address:                                          Registration Number: Photographer:

1-9 Commerce Dr, Schaumburg, IL 60173            VA 1-430-100        Shawna Mangurten

CoStar Image



CREXi Infringing Image



Address:

62 Berlin Rd, Stratford, NJ 08084

Registration Number: VA 1-434-275

Photographer: Mitchell Keingarsky

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

15801 85th St, Redmond, WA 98052                  VA 1-428-750           Eric Ericson

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

1470 Tobias Gadson Blvd, Charleston, SC 29407        VA 1-434-608        Ryan Gwilliam

CoStar Image



CREXi Infringing Image



Address:

1470 Tobias Gadson Blvd, Charleston, SC 29407

Registration Number: VA 1-434-608

Photographer: Ryan Gwilliam

CoStar Image



CREXi Infringing Image



Address:

1470 Tobias Gadson Blvd, Charleston, SC 29407

Registration Number: VA 1-434-608

Photographer: Ryan Gwilliam

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

2809 Superior Dr, Wake Forest, NC 27587          VA 1-919-655          Lawrence Hiatt

CoStar Image



CREXi Infringing Image



Address:

5621 Campbell Rd, Houston, TX 77041

Registration Number: VA 1-434-781

Photographer: Alexis Belk

CoStar Image



CREXi Infringing Image



Address:

581 Howe Ave, Cuyahoga Falls, OH 44221

Registration Number: VA 1-436-031

Photographer: Pamela Lawrentz

CoStar Image



CREXi Infringing Image



Address:

2513 Folex Way, Spring Valley, CA 91978

Registration Number: VA 2-213-565

Photographer: Michael Hirsch

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

510-520 Upper Chesapeake Dr, Bel Air, MD 21014        VA 1-431-099        Mike Schisler

CoStar Image



CREXi Infringing Image



Address:

510-520 Upper Chesapeake Dr, Bel Air, MD 21014

Registration Number: VA 1-434-711

Photographer: Patrick O'Conor

CoStar Image



CREXi Infringing Image

