Address:                                                          Registration Number:  Photographer:

76 W Landis Ave, Vineland, NJ 08360                              VA 1-431-592          Valdur Kaselaan

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

101 Rice Bent Way, Columbia, SC 29229             VA 1-435-277        Jason Benns

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

918 S White Horse Pike, Somerdale, NJ 08083       VA 2-183-825        Carmen Gerace

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

1003 E Nine Mile Rd, Hazel Park, MI 48030         VA 1-431-236           Lisa Borkus

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

61-69 W Putnam Ave, Porterville, CA 93257         VA 1-429-426         America Rivas

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

5550 Kaynorth Rd, Lansing, MI 48911              VA 1-429-646           John Ehnis

CoStar Image



CREXi Infringing Image



Exhibit C, Page 16479

Address:

5500 Kaynorth Rd, Lansing, MI 48911

Registration Number: VA 1-434-406

Photographer: Trisha Everitt

CoStar Image



CREXi Infringing Image



Exhibit C, Page 16480

Address:                                    Registration Number:  Photographer:

5500 Kaynorth Rd, Lansing, MI 48911         VA 1-434-406           Trisha Everitt

CoStar Image



CREXi Infringing Image



Address:                                   Registration Number:  Photographer:

4179-4195 NW 167th St, Opa Locka, FL 33055          VA 2-065-739        Rigoberto Perdomo

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

4179-4195 NW 167th St, Opa Locka, FL 33055        VA 2-065-739          Rigoberto Perdomo

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number:  Photographer:

8812 E Sprague Ave, Spokane, WA 99212                 VA 1-429-436          Jonathan Jantz

CoStar Image



CREXi Infringing Image



Address:

8812 E Sprague Ave, Spokane, WA 99212

Registration Number: VA 1-429-436

Photographer: Jonathan Jantz

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

135 Parkway Office Ct, Cary, NC 27518              VA 2-142-964          Emily Bealmear

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

1213 3rd Ave N, Nampa, ID 83687                 VA 1-429-119        Jonathan Scobby

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

1213 3rd Ave N, Nampa, ID 83687             VA 1-429-119        Jonathan Scobby

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number:  Photographer:

1213 3rd Ave N, Nampa, ID 83687                       VA 1-431-264        Jonathan Scobby

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

2325 Madrona Ave SE, Salem, OR 97302                VA 1-436-771        Taylour White

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

1945 E Indian School Rd, Phoenix, AZ 85016          VA 2-178-888        Nicholas Cassano

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

4885 Hoffman Blvd, Hoffman Estates, IL 60192      VA 2-230-358        Emilia Czader

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

13763 Inglewood Ave, Hawthorne, CA 90250          VA 1-429-424        Richard Redlich

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

13763 Inglewood Ave, Hawthorne, CA 90250          VA 2-131-316          John Ehart

CoStar Image



CREXi Infringing Image



Address:

1535-1537 Paonia St, Colorado Springs, CO 80915

Registration Number: VA 1-919-796

Photographer: Stacey Rocero

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

36538 State Road 54, Zephyrhills, FL 33541        VA 2-076-317           James Petrylka

CoStar Image



CREXi Infringing Image



Address:

1871 SE Tiffany Ave, Port Saint Lucie, FL 34952

Registration Number: VA 1-431-742

Photographer: Arne Nielsen

CoStar Image



CREXi Infringing Image



Address:

1871 SE Tiffany Ave, Port Saint Lucie, FL 34952

Registration Number: VA 2-224-494

Photographer: Jack Cook

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

1871 SE Tiffany Ave, Port Saint Lucie, FL 34952            VA 2-224-494        Jack Cook

CoStar Image



CREXi Infringing Image



Address:

5 Lake Carolina Way, Columbia, SC 29229

Registration Number: Photographer:

VA 1-430-044      Jason Benns

CoStar Image



CREXi Infringing Image



Address:

Registration Number: Photographer:

4716 Capital Cir SW, Tallahassee, FL 32305

VA 2-118-685        David McCord

CoStar Image



CREXi Infringing Image





Address:

163 Washington St, Norwell, MA 02061

Registration Number: VA 1-429-421

Photographer: Jonathan Coon

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

1713-1739 Main St, Weston, FL 33326             VA 2-257-810       Jack Cook

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

1713-1739 Main St, Weston, FL 33326              VA 2-257-810          Jack Cook

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

1713-1739 Main St, Weston, FL 33326         VA 2-257-810        Jack Cook

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number: Photographer:

300 Gleed Ave, East Aurora, NY 14052          VA 1-436-200        Stewart Cairns

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

1101 Sc-9-byp W, Lancaster, SC 29720                        VA 1-435-277        Jason Benns

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

1165 E Waterloo Rd, Akron, OH 44306             VA 2-243-475        Katie Toth

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

2626 Fort Campbell Blvd, Hopkinsville, KY 42240    VA 2-142-173    Andrew Nelson

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

3905 Troy Hwy, Montgomery, AL 36116         VA 2-303-605          Tommy Daspit

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

1239 E McKellips Rd, Mesa, AZ 85203          VA 2-161-342        Tim Nelson

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

327-329 W Fayette St, Syracuse, NY 13202     VA 2-099-515        Tina Wood

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number: Photographer:

28999 5 Mile Rd, Livonia, MI 48154            VA 2-237-950        Trisha Everitt

CoStar Image



CREXi Infringing Image



Address:

18-20 Daisy St, Lawrence, MA 01841

Registration Number: VA 1-434-364

Photographer: Jeff Tippett

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

206 N 8th St, Allentown, PA 18102                 VA 1-636-885        Mitchell Birnbaum

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

206 N 8th St, Allentown, PA 18102           VA 1-636-885          Mitchell Birnbaum

CoStar Image



CREXi Infringing Image



Exhibit C, Page 16516

Address:                                    Registration Number: Photographer:

604-606 N 4th Ave, Tucson, AZ 85705         VA 2-205-786         Kristen Rademacher

CoStar Image



CREXi Infringing Image



Address:                                                      Registration Number: Photographer:

8502 Two Notch Rd, Columbia, SC 29223                        VA 2-088-686        Ryan Devaney

CoStar Image



CREXi Infringing Image





Address:                                             Registration Number: Photographer:

8910 Two Notch Rd, Columbia, SC 29223               VA 1-435-277        Jason Benns

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

901 Rio Grande St, Austin, TX 78701               VA 1-431-325          Michael Marx

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

6565 Kimball Dr, Gig Harbor, WA 98335           VA 1-431-306          Alex Mock

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

11449 Denton Dr, Dallas, TX 75229                     VA 1-435-932        Robert Beary

CoStar Image



CREXi Infringing Image



Address:

11449 Denton Dr, Dallas, TX 75229

Registration Number: Photographer:

VA 2-149-034          Andrew Compomizzi

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

9724 D Kingston Pike, Knoxville, TN 37922          VA -1-431-102        Jason Hensley

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

210 - 7 Whiting St, Hingham, MA 02043             VA 1-637-096        Jonathan Coon

CoStar Image



CREXi Infringing Image



Address:

6711 Lake Andrew Dr, Viera, FL 32940

Registration Number: VA 1-434-615

Photographer: Robert Dallas

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1847-1865 SE Port St Lucie Blvd, Port Saint Lucie, FL 34952    VA 1-636-695    Arne Nielsen

CoStar Image



CREXi Infringing Image





Address:

2291 Waynoka Rd, Colorado Springs, CO 80915

Registration Number: VA 2-057-976

Photographer: Stacey Rocero

CoStar Image



CREXi Infringing Image



Exhibit C, Page 16528

Address:                                    Registration Number: Photographer:

8 N Clarendon Ave, Avondale Estates, GA 30002        VA 1-434-454        Bonnie Heath

CoStar Image



CREXi Infringing Image





Address:                                          Registration Number: Photographer:

4701 N Federal Hwy, Fort Lauderdale, FL 33308     VA 2-048-113          Carolyn Crisp

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

15511 Edwards St, Huntington Beach, CA 92647      VA 1-638-215          Geoffrey Rubino

CoStar Image



CREXi Infringing Image



Address:                                         Registration Number: Photographer:

1103-1111 E Las Olas Blvd, Fort Lauderdale, FL 33301      VA 1-636-021        Mark White

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number:  Photographer:

175 38-39 Derby St, Hingham, MA 02043                 VA 1-637-096          Jonathan Coon

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

175 38-39 Derby St, Hingham, MA 02043                      VA 1-637-096        Jonathan Coon

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

4640 Champlain Dr, Lincoln, NE 68521                 VA 1-918-773        Chris Petersen

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

1165 Chuck Dawley Blvd, Mount Pleasant, SC 29464      VA 1-434-608        Ryan Gwilliam

CoStar Image



CREXi Infringing Image



Exhibit C, Page 16536

Address:                                    Registration Number:  Photographer:

2109 19th St, Lubbock, TX 79401             VA 1-421-712          Julie Cate

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

9220 Bancroft Ave, Oakland, CA 94603          VA 1-434-456        Anita Shin

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

3805 19th St, Lubbock, TX 79410                   VA 1-636-034          Julie Cate

CoStar Image



CREXi Infringing Image



Address:

3805 19th St, Lubbock, TX 79410

Registration Number: VA 1-636-034

Photographer: Julie Cate

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

600-610 W Main St, Merced, CA 95340         VA 2-103-958         John Bolling

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

5411 Morningside Dr, Houston, TX 77005            VA 1-436-729         Stephanie McCoy

CoStar Image



CREXi Infringing Image



| Address: | Registration Number: | Photographer: |
|---|---|---|
| 5411 Morningside Dr, Houston, TX 77005 | VA 1-436-729 | Stephanie McCoy |

CoStar Image



CREXi Infringing Image



Address:                                                      Registration Number: Photographer:

3301-3305 NE 32nd St, Fort Lauderdale, FL 33308              VA 2-171-256        Al Paris

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

3301-3305 NE 32nd St, Fort Lauderdale, FL 33308    VA 2-171-256        Al Paris

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

3301-3305 NE 32nd St, Fort Lauderdale, FL 33308    VA 2-171-256        Al Paris

CoStar Image



CREXi Infringing Image



Address:                                                Registration Number: Photographer:

175 S Union Blvd, Colorado Springs, CO 80910            VA 2-267-024        Stacey Rocero

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

4009 Option Pass, Fort Wayne, IN 46818                VA 1-636-616        Dwayne Walker

CoStar Image



CREXi Infringing Image



Address:

690 Route 25A, Setauket, NY 11733

Registration Number: VA 2-023-398

Photographer: Joseph Furio

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

501 NE 183 St, Miami, FL 33179                    VA 1-919-063          Carolyn Crisp

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

5350 W 12th Ave, Hialeah, FL 33012                VA 2-178-765          Al Paris

CoStar Image



CREXi Infringing Image



Address:

5350 W 12th Ave, Hialeah, FL 33012

Registration Number: VA 2-178-765

Photographer: Al Paris

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

3851-3913 Wekiva Springs Rd, Longwood, FL 32779    VA 2-196-422    Marc Vaughn

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

170 Pontiac Business Center Dr, Columbia, SC 29229       VA 1-636-748       Jason Benns

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

27300 Wixom Rd, Novi, MI 48374              VA 1-435-517          Trisha Everitt

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

12398 Fm 423, Frisco, TX 75033              VA 2-143-440        Robert Beary

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

5933 -5943 Harbour Park Dr, Midlothian, VA 23112        VA 1-436-144        Matthew Cook

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

5090 S Us-1, Fort Pierce, FL 34982               VA 1-636-695         Arne Nielsen

CoStar Image



CREXi Infringing Image



**Exhibit C, Page 16558**

Address:                                    Registration Number: Photographer:

1447 Medical Park Blvd, Wellington, FL 33414    VA 1-431-284        Carolyn Crisp

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

8291 Dani Dr, Fort Myers, FL 33966          VA 2-267-187          Richard Grant

CoStar Image



CREXi Infringing Image



Address:

8291 Dani Dr, Fort Myers, FL 33966

Registration Number: VA 2-267-187

Photographer: Richard Grant

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

3330 Pacific Ave SE, Olympia, WA 98501        VA 1-636-735        Alex Mock

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

43920 Margarita Rd, Temecula, CA 92592            VA 1-434-289        Nick Del Cioppo

CoStar Image



CREXi Infringing Image



Exhibit C, Page 16563

Address:                                          Registration Number: Photographer:

1313 E 3rd Ave, Anchorage, AK 99501               VA 1-636-746        Glenn Aronwits

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

4700 State Highway 121, Plano, TX 75024          VA 2-026-705      Robert Beary

CoStar Image



CREXi Infringing Image



Address:

4700 State Highway 121, Plano, TX 75024

Registration Number: VA 2-026-705

Photographer: Robert Beary

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1216 Ameritech Blvd, Youngstown, OH 44509         VA 1-636-588          Linda Cook

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

136-18 39th Ave, Flushing, NY 11354         VA 2-064-992        Perez Folds

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

4139 Columbia Rd, Augusta, GA 30907               VA 2-074-596           Ryan Devaney

CoStar Image



CREXi Infringing Image



Exhibit C, Page 16569

Address:                                    Registration Number: Photographer:

119 Old Evans Rd, Augusta, GA 30907          VA 1-636-753        Bonnie Heath

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

119 Old Evans Rd, Augusta, GA 30907              VA 1-919-461          Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

6731-6765 Sunset Strip, Sunrise, FL 33313         VA 1-431-067        Mark White

CoStar Image



CREXi Infringing Image



Address:

2570 Gracie Dr, Baldwin, WI 54002

Registration Number: VA 2-074-618

Photographer: David Alexander

CoStar Image



CREXi Infringing Image



Address:                                                        Registration Number: Photographer:

2720 N Tamiami Trl, North Fort Myers, FL 33903     VA 1-434-704        Michael Suter

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

12266 Seminole Blvd, Largo, FL 33778             VA 2-099-305        Leila Sally

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

12266 Seminole Blvd, Largo, FL 33778        VA 2-099-305        Leila Sally

CoStar Image



CREXi Infringing Image



Address:

804 Main St, Osterville, MA 02655

Registration Number: Photographer:

VA 1-435-225        Jonathan Coon

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

804 Main St, Osterville, MA 02655               VA 1-435-225        Jonathan Coon

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1625 W Mockingbird Ln, Dallas, TX 75235           VA 2-264-169        Mike Healey

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

1220 20th St SE, Salem, OR 97302                     VA 2-208-005      Michael Zaugg

CoStar Image



CREXi Infringing Image



Address:

170 W Shaw Ave, Clovis, CA 93612

Registration Number: Photographer:

VA 2-263-672      John Bolling

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

170 W Shaw Ave, Clovis, CA 93612                VA 2-263-672        John Bolling

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

170 W Shaw Ave, Clovis, CA 93612                           VA 2-263-672         John Bolling

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

3714 Executive Center Dr, Augusta, GA 30907    VA 1-636-753        Bonnie Heath

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

3714 Executive Center Dr, Augusta, GA 30907        VA 1-918-993        Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:

3714 Executive Center Dr, Augusta, GA 30907

Registration Number: VA 1-918-993

Photographer: Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

22 Adams Ave, Endicott, NY 13760                      VA 1-636-061         Rona Houser

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

8057 Washington Village Dr, Dayton, OH 45458       VA 1-635-984      Zachary Robb

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

8057 Washington Village Dr, Dayton, OH 45458          VA 1-430-485        Zachary Robb

CoStar Image



CREXi Infringing Image



Address:

1450 W Horizon Ridge Pky, Henderson, NV 89012

CoStar Image

Registration Number: Photographer:

VA 1-434-369          Jennifer Carpenter



CREXi Infringing Image

Exhibit C, Page 16590



Address:                                                     Registration Number:  Photographer:

7730-7798 Atlanta Hwy, Montgomery, AL 36117                 VA 2-110-248          Austin Lucas

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

718-730 E Valley Blvd, San Gabriel, CA 91776      VA 1-918-518        Mike Bellsmith

CoStar Image



CREXi Infringing Image



Exhibit C, Page 16593

Address:                                              Registration Number: Photographer:

5151 N Palm Ave, Fresno, CA 93704                    VA 2-145-779      John Bolling

CoStar Image



CREXi Infringing Image



Address:                                                Registration Number: Photographer:

3061 N Federal Hwy, Fort Lauderdale, FL 33306          VA 2-224-494        Jack Cook

CoStar Image



CREXi Infringing Image



Address:                                         Registration Number: Photographer:

3061 N Federal Hwy, Fort Lauderdale, FL 33306    VA 2-224-494      Jack Cook

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:    Photographer:

3061 N Federal Hwy, Fort Lauderdale, FL 33306     VA 2-224-494            Jack Cook

CoStar Image



CREXi Infringing Image



Address:                                                      Registration Number: Photographer:

9600-9628 E Arapahoe Rd, Greenwood Village, CO 80112          VA 2-244-413        Jeffrey Morris

CoStar Image



CREXi Infringing Image



Address:

Registration Number:  Photographer:

1586 E Commercial Blvd, Fort Lauderdale, FL 33334     VA 2-048-113     Carolyn Crisp

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

1586 E Commercial Blvd, Fort Lauderdale, FL 33334          VA 2-048-113          Carolyn Crisp

CoStar Image



CREXi Infringing Image



Address:

1586 E Commercial Blvd, Fort Lauderdale, FL 33334

Registration Number: VA 2-048-113

Photographer: Carolyn Crisp

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number:  Photographer:

1586 E Commercial Blvd, Fort Lauderdale, FL 33334        VA 2-048-113        Carolyn Crisp

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

800 S 4th St, Fort Smith, AR 72901               VA 1-636-358        Lacey Bridgmon

CoStar Image



CREXi Infringing Image



Address:                                                      Registration Number: Photographer:

1323 SE 3rd Ave, Fort Lauderdale, FL 33316                    VA 1-636-021        Mark White

CoStar Image



CREXi Infringing Image



Address:

4305 Airpark Blvd, Duluth, MN 55811

Registration Number: Photographer:

VA 1-636-621        David Alexander

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

17 Park of Commerce Blvd, Savannah, GA 31405               VA 1-434-608          Ryan Gwilliam

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

455-467 Court St NE, Salem, OR 97301              VA 1-636-504          Ryan Gwilliam

CoStar Image



CREXi Infringing Image



Address:                                                      Registration Number: Photographer:

145 Liberty St NE, Salem, OR 97301                            VA 1-636-504        Ryan Gwilliam

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

2323 Milledgeville Rd, Augusta, GA 30904          VA 1-636-748        Jason Benns

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

2323 Milledgeville Rd, Augusta, GA 30904          VA 1-636-748        Jason Benns

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

107 Everett Rd, Albany, NY 12205                  VA 1-636-541          Rona Houser

CoStar Image



CREXi Infringing Image



Address:

804 Penn Ave, Pittsburgh, PA 15222

CoStar Image

Registration Number: Photographer:

VA 1-435-819        Alan Battles



CREXi Infringing Image

Exhibit C, Page 16612



Exhibit C, Page 16613

Address:                                                          Registration Number: Photographer:

5617 N Rhett Ave, North Charleston, SC 29406                     VA 2-281-198        Jon Puckett

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

5617 N Rhett Ave, North Charleston, SC 29406                VA 2-281-198        Jon Puckett

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

5617 N Rhett Ave, North Charleston, SC 29406               VA 2-281-198      Jon Puckett

CoStar Image



CREXi Infringing Image



Address:

572 S Salina St, Syracuse, NY 13202

Registration Number: VA 1-434-753

Photographer: Edward Bulken

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

572 S Salina St, Syracuse, NY 13202                        VA 1-435-908        Stewart Cairns

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

755 Jefferson Ave, Miami Beach, FL 33139          VA 2-295-994        Ricardo Cornejo

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

755 Jefferson Ave, Miami Beach, FL 33139              VA 2-295-994          Ricardo Cornejo

CoStar Image



CREXi Infringing Image



Address:

755 Jefferson Ave, Miami Beach, FL 33139

Registration Number: VA 2-295-994

Photographer: Ricardo Cornejo

CoStar Image



CREXi Infringing Image



Address:

755 Jefferson Ave, Miami Beach, FL 33139

Registration Number: Photographer:

VA 2-295-994    Ricardo Cornejo

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

755 Jefferson Ave, Miami Beach, FL 33139          VA 2-295-994        Ricardo Cornejo

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

755 Jefferson Ave, Miami Beach, FL 33139         VA 2-295-994       Ricardo Cornejo

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

745 Jefferson Ave, Miami Beach, FL 33139          VA 2-295-994        Ricardo Cornejo

CoStar Image



CREXi Infringing Image



Address:

745 Jefferson Ave, Miami Beach, FL 33139

Registration Number: VA 2-295-994

Photographer: Ricardo Cornejo

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

745 Jefferson Ave, Miami Beach, FL 33139          VA 2-295-994        Ricardo Cornejo

CoStar Image



CREXi Infringing Image



Address:

745 Jefferson Ave, Miami Beach, FL 33139

Registration Number: Photographer:

VA 2-295-994          Ricardo Cornejo

CoStar Image



CREXi Infringing Image



Address:

745 Jefferson Ave, Miami Beach, FL 33139

Registration Number: VA 2-295-994

Photographer: Ricardo Cornejo

CoStar Image



CREXi Infringing Image



Address:

745 Jefferson Ave, Miami Beach, FL 33139

Registration Number: VA 2-295-994

Photographer: Ricardo Cornejo

CoStar Image



CREXi Infringing Image



Address:

761 Jefferson Ave, Miami Beach, FL 33139

Registration Number: Photographer:

VA 2-295-994        Ricardo Cornejo

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

761 Jefferson Ave, Miami Beach, FL 33139          VA 2-295-994        Ricardo Cornejo

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

761 Jefferson Ave, Miami Beach, FL 33139           VA 2-295-994        Ricardo Cornejo

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

761 Jefferson Ave, Miami Beach, FL 33139             VA 2-295-994      Ricardo Cornejo

CoStar Image



CREXi Infringing Image



Address:

761 Jefferson Ave, Miami Beach, FL 33139

Registration Number: Photographer:

VA 2-295-994      Ricardo Cornejo

CoStar Image



CREXi Infringing Image



Address:

761 Jefferson Ave, Miami Beach, FL 33139

Registration Number: Photographer:

VA 2-295-994        Ricardo Cornejo

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

761 Jefferson Ave, Miami Beach, FL 33139          VA 2-295-994    Ricardo Cornejo

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

761 Jefferson Ave, Miami Beach, FL 33139    VA 2-295-994        Ricardo Cornejo

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

761 Jefferson Ave, Miami Beach, FL 33139          VA 2-295-994          Ricardo Cornejo

CoStar Image



CREXi Infringing Image



**Exhibit C, Page 16639**

Address:                                                    Registration Number: Photographer:

761 Jefferson Ave, Miami Beach, FL 33139        VA 2-295-994        Ricardo Cornejo

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

761 Jefferson Ave, Miami Beach, FL 33139      VA 2-295-994        Ricardo Cornejo

CoStar Image



CREXi Infringing Image



**Exhibit C, Page 16641**

Address:                                              Registration Number: Photographer:

761 Jefferson Ave, Miami Beach, FL 33139             VA 2-295-994      Ricardo Cornejo

CoStar Image



CREXi Infringing Image



Address:

761 Jefferson Ave, Miami Beach, FL 33139

Registration Number: VA 2-295-994

Photographer: Ricardo Cornejo

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

761 Jefferson Ave, Miami Beach, FL 33139          VA 2-295-994          Ricardo Cornejo

CoStar Image



CREXi Infringing Image



Address:

761 Jefferson Ave, Miami Beach, FL 33139

Registration Number:    Photographer:

VA 2-295-994    Ricardo Cornejo

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

800 Winchester Rd, Lexington, KY 40505            VA 1-434-724          Dale Rushing

CoStar Image



CREXi Infringing Image



Address:

625 Stanwix St, Pittsburgh, PA 15222

Registration Number: Photographer:

VA 2-216-210     Alan Battles

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

3510-3514 Parsons Blvd, Flushing, NY 11354    VA 1-636-597        Brian Van Sise

CoStar Image



CREXi Infringing Image



Exhibit C, Page 16648

Address:                                         Registration Number: Photographer:

13613 Us Highway 1, Sebastian, FL 32958          VA 1-636-078        Kevin Coleman

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

328 Person St, Fayetteville, NC 28301                VA 2-047-042        Lawrence Hiatt

CoStar Image



CREXi Infringing Image



Address:

7400-7440 NW River Park Dr, Parkville, MO 64152

Registration Number: VA 2-213-726

Photographer: Brooke Wasson

CoStar Image



CREXi Infringing Image



Address:

362-374 S Salina St, Syracuse, NY 13202

Registration Number: VA 1-636-510

Photographer: Edward Bulken

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

362-374 S Salina St, Syracuse, NY 13202           VA 1-918-527          Tina Wood

CoStar Image



CREXi Infringing Image

Exhibit C, Page 16653



**Exhibit C, Page 16654**

Address:

362-374 S Salina St, Syracuse, NY 13202

CoStar Image

Registration Number:  Photographer:

VA 1-918-527      Tina Wood



CREXi Infringing Image

Exhibit C, Page 16655



**Exhibit C, Page 16656**

Address:                                    Registration Number: Photographer:

1 Alton Rd, Albany, NY 12203                VA 1-436-757          Tina Wood

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

1 Alton Rd, Albany, NY 12203                         VA 1-436-757          Tina Wood

CoStar Image



CREXi Infringing Image



Exhibit C, Page 16658

Address:                                          Registration Number:  Photographer:

1 Alton Rd, Albany, NY 12203                      VA 1-436-757          Tina Wood

CoStar Image



CREXi Infringing Image



Address:                                                              Registration Number:   Photographer:

1627-1639 Washington Ave, Miami Beach, FL 33139        VA 1-636-721        Jose Rosales

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

1627-1639 Washington Ave, Miami Beach, FL 33139            VA 1-636-721        Jose Rosales

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

1694 N Monroe St, Tallahassee, FL 32303                    VA 2-143-028        David McCord

CoStar Image



CREXi Infringing Image



Address:

201 Center St, Kingsport, TN 37660

Registration Number: VA 2-077-715

Photographer: Terri Stanley

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

2835 Miami Village Dr, Miamisburg, OH 45342       VA 1-434-624        Zachary Robb

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

E Manning Ave, Parlier, CA 93648                 VA 1-636-390        Enrique Meza

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

E Manning Ave, Parlier, CA 93648                  VA 1-636-758         Enrique Meza

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

E Manning Ave, Parlier, CA 93648                      VA 1-431-581          Enrique Meza

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:    Photographer:

176 Patriots Point Rd, Mount Pleasant, SC 29464            VA 2-205-780           Vance Lessard

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

176 Patriots Point Rd, Mount Pleasant, SC 29464      VA 2-205-780        Vance Lessard

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

176 Patriots Point Rd, Mount Pleasant, SC 29464            VA 2-205-780        Vance Lessard

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number: Photographer:

2401 NW 5th Ave, Miami, FL 33127                                 VA 2-178-765        Al Paris

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

2401 NW 5th Ave, Miami, FL 33127                  VA 2-178-765         Al Paris

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

5701 Old Troy Pike, Huber Heights, OH 45424        VA 1-432-677        Zachary Robb

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number:  Photographer:

5701 Old Troy Pike, Huber Heights, OH 45424          VA 1-432-677          Zachary Robb

CoStar Image



CREXi Infringing Image



Address:

5701 Old Troy Pike, Huber Heights, OH 45424

Registration Number: VA 1-434-624

Photographer: Zachary Robb

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

5701 Old Troy Pike, Huber Heights, OH 45424    VA 1-434-624        Zachary Robb

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

100 Towson Ave, Fort Smith, AR 72901             VA 1-636-771        Lacey Bridgmon

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

2398 Hendersonville Rd, Arden, NC 28704     VA 1-636-723        Christopher Newman

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

975 Ridge Rd, Webster, NY 14580                            VA 1-421-701        John Schlia

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number: Photographer:

467 S Rivershore Ln, Eagle, ID 83616                             VA 1-636-075        Jonathan Scobby

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

467 S Rivershore Ln, Eagle, ID 83616                       VA 1-636-075          Jonathan Scobby

CoStar Image



CREXi Infringing Image



Address:

407 SE 24th St, Fort Lauderdale, FL 33316

Registration Number: VA 2-249-907   Photographer: Jack Cook

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

407 SE 24th St, Fort Lauderdale, FL 33316                   VA 2-249-907        Jack Cook

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

407 SE 24th St, Fort Lauderdale, FL 33316                   VA 2-249-907      Jack Cook

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

407 SE 24th St, Fort Lauderdale, FL 33316        VA 2-249-907        Jack Cook

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

407 SE 24th St, Fort Lauderdale, FL 33316            VA 2-249-907        Jack Cook

CoStar Image



CREXi Infringing Image



Address:

100 SW 19th St, Moore, OK 73160

Registration Number: Photographer:

VA 2-023-648          Jana Carson

CoStar Image



CREXi Infringing Image



Address:

100 SW 19th St, Moore, OK 73160

Registration Number: Photographer:

VA 2-023-648        Jana Carson

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

2221 5th Ave, Ronkonkoma, NY 11779                         VA 2-023-172        Joseph Furio

CoStar Image



CREXi Infringing Image



Address:

10510 S Dransfeldt Rd, Parker, CO 80134

Registration Number: Photographer:

VA 2-167-214        Stacey Rocero

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

9200 Belvedere Rd, Royal Palm Beach, FL 33411        VA 2-237-961        Jack Cook

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number: Photographer:

9200 Belvedere Rd, Royal Palm Beach, FL 33411          VA 2-237-961      Jack Cook

CoStar Image



CREXi Infringing Image



Address:

3800 Naturally Fresh Blvd, College Park, GA 30349

Registration Number: VA 2-157-927

Photographer: Adrienne Tann

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

3800 Naturally Fresh Blvd, College Park, GA 30349           VA 2-157-927        Adrienne Tann

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

294 Candelaria St, El Paso, TX 79907        VA 1-636-725         Linda Miner

CoStar Image



CREXi Infringing Image



Address:

450 S Salina St, Syracuse, NY 13202

CoStar Image

Registration Number: Photographer:

VA 1-918-527        Tina Wood



CREXi Infringing Image



**Exhibit C, Page 16697**



Address:                                        Registration Number:  Photographer:

8170 S Tryon Dr, Charlotte, NC 28273            VA 2-075-104          Paul Bentley

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

8146-8156 S Tryon St, Charlotte, NC 28273          VA 2-075-104          Paul Bentley

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1401 Dunbar Ave, Dunbar, WV 25064                 VA 1-636-718         Charlotte Alvey

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

2740-2760 SW Brigantine Pl, Port Saint Lucie, FL 34953    VA 1-431-742      Arne Nielsen

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

71587 Highway 111, Rancho Mirage, CA 92270            VA 1-434-289        Nick Del Cioppo

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

71587 Highway 111, Rancho Mirage, CA 92270           VA 1-434-289      Nick Del Cioppo

CoStar Image



CREXi Infringing Image





Address:                                          Registration Number: Photographer:

1655 Bernardin Ave, Columbia, SC 29204           VA 2-099-038        Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number: Photographer:

2328 Commercial Way, Spring Hill, FL 34606          VA 2-295-005        David Hall

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

2328 Commercial Way, Spring Hill, FL 34606       VA 2-295-005      David Hall

CoStar Image



CREXi Infringing Image



Address:

650 N 137th Ave, Goodyear, AZ 85338

Registration Number: Photographer:

VA 2-164-185     Peter Sills

CoStar Image



CREXi Infringing Image



Address:

14251 Powell Rd, Spring Hill, FL 34609

Registration Number: VA 2-065-699

Photographer: James Petrylka

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

2525 N 117th Ave, Omaha, NE 68164                    VA 2-257-456        Seth Johanson

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number:  Photographer:

3310 W Southern Ave, Phoenix, AZ 85041               VA 2-208-195          John Williams

CoStar Image



CREXi Infringing Image



Address:

3144 Orchard Park Rd, West Seneca, NY 14224

Registration Number: VA 1-919-647

Photographer: Frank Taddeo

CoStar Image



CREXi Infringing Image



Address:

3144 Orchard Park Rd, West Seneca, NY 14224

Registration Number: Photographer:

VA 1-919-647        Frank Taddeo

CoStar Image



CREXi Infringing Image



Address:

4850 W Henrietta Rd, Henrietta, NY 14467

Registration Number: VA 2-088-002

Photographer: Frank Taddeo

CoStar Image



CREXi Infringing Image



Address:                                         Registration Number: Photographer:

228 W Landis Ave, Vineland, NJ 08360             VA 1-436-733      Mitchell Keingarsky

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

228 W Landis Ave, Vineland, NJ 08360              VA 1-436-733        Mitchell Keingarsky

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

957 Johnston St, Akron, OH 44306                  VA 1-431-096        Pamela Lawrentz

CoStar Image



CREXi Infringing Image



Address:

500 W 7th St, Los Angeles, CA 90014

Registration Number: VA 2-294-952

Photographer: Evan Bracken

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number: Photographer:

500 Lexington Ave, Fort Smith, AR 72901       VA 1-636-771        Lacey Bridgmon

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1618-1624 N A St, Fort Smith, AR 72901            VA 1-636-771      Lacey Bridgmon

CoStar Image



CREXi Infringing Image



Address:

2432 Mccall Ave, Selma, CA 93662

Registration Number: Photographer:

VA 1-636-390          Enrique Meza

CoStar Image



CREXi Infringing Image



Address:

3075 S Commerce Rd, Walled Lake, MI 48390

Registration Number: VA 1-636-609

Photographer: Lisa Borkus

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number:  Photographer:

3075 S Commerce Rd, Walled Lake, MI 48390          VA 1-636-609          Lisa Borkus

CoStar Image



CREXi Infringing Image



Address:

2 Sheppard Rd, Voorhees, NJ 08043

Registration Number: Photographer:

VA 1-436-212    Jerry Block

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

5725 Ivanhoe Ct, Fayetteville, NC 28314          VA 1-435-008        Lawrence Hiatt

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

5725 Ivanhoe Ct, Fayetteville, NC 28314     VA 1-435-008      Lawrence Hiatt

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

5725 Ivanhoe Ct, Fayetteville, NC 28314          VA 1-435-008        Lawrence Hiatt

CoStar Image



CREXi Infringing Image



Address:

5725 Ivanhoe Ct, Fayetteville, NC 28314

Registration Number: VA 1-435-008

Photographer: Lawrence Hiatt

CoStar Image



CREXi Infringing Image



Address:

5725 Ivanhoe Ct, Fayetteville, NC 28314

Registration Number: Photographer:

VA 1-435-008          Lawrence Hiatt

CoStar Image



CREXi Infringing Image



Address:

230 Sawtooth Ct, Fayetteville, NC 28314

Registration Number: Photographer:

VA 1-435-008          Lawrence Hiatt

CoStar Image



CREXi Infringing Image



Address:

230 Sawtooth Ct, Fayetteville, NC 28314

Registration Number: Photographer:

VA 1-435-008          Lawrence Hiatt

CoStar Image



CREXi Infringing Image



Address:

230 Sawtooth Ct, Fayetteville, NC 28314

Registration Number: VA 1-435-008

Photographer: Lawrence Hiatt

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

230 Sawtooth Ct, Fayetteville, NC 28314               VA 1-435-008         Lawrence Hiatt

CoStar Image



CREXi Infringing Image



Address:                                                      Registration Number: Photographer:

230 Sawtooth Ct, Fayetteville, NC 28314          VA 1-435-008          Lawrence Hiatt

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

124 Nanticoke Ave, Endicott, NY 13760            VA 1-636-061        Rona Houser

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:   Photographer:

124 Nanticoke Ave, Endicott, NY 13760            VA 1-636-061           Rona Houser

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1524-1544 Alton Rd, Miami Beach, FL 33139         VA 2-076-180          Al Paris

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

1524-1544 Alton Rd, Miami Beach, FL 33139   VA 2-076-180        Al Paris

CoStar Image



CREXi Infringing Image



Address:

1524-1544 Alton Rd, Miami Beach, FL 33139

Registration Number: VA 2-076-180    Photographer: Al Paris

CoStar Image



CREXi Infringing Image



Address:

1524-1544 Alton Rd, Miami Beach, FL 33139

Registration Number: VA 2-076-180

Photographer: Al Paris

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

4220 Executive Cir, Fort Myers, FL 33916        VA 2-143-500        Richard Grant

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

269 Market St, Warren, RI 02885                   VA 2-022-726        Jonathan Coon

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

2012 Cornhusker Rd, Bellevue, NE 68123                     VA 1-431-285      Chris Petersen

CoStar Image



CREXi Infringing Image



Address:

400-408 S 16th St, Fort Smith, AR 72901

Registration Number: Photographer:

VA 1-636-771      Lacey Bridgmon

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number:  Photographer:

429 Walker St, Augusta, GA 30901                     VA 1-636-614          Bonnie Heath

CoStar Image



CREXi Infringing Image



Address:

429 Walker St, Augusta, GA 30901

Registration Number: Photographer:

VA 1-636-614        Bonnie Heath

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number:  Photographer:

2747 Sherwin Ave, Ventura, CA 93003                  VA 1-636-731          Ernst Mutchnick

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

10639 Professional Circle Dr, Reno, NV 89521       VA 1-636-037        Craig Darragh

CoStar Image



CREXi Infringing Image



Address:

9787-9789 Charlotte Hwy, Fort Mill, SC 29707

Registration Number:  Photographer:

VA 2-207-964        Paul Bentley

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

3150 Perimeter Pky, Augusta, GA 30909             VA 1-435-277      Jason Benns

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

3150 Perimeter Pky, Augusta, GA 30909                       VA 1-435-277        Jason Benns

CoStar Image



CREXi Infringing Image



Address:                                         Registration Number: Photographer:

9530 E Colfax Ave, Aurora, CO 80010              VA 2-059-771        Jason Tuomey

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number: Photographer:

17910-17912 Union Tpke, Fresh Meadows, NY 11366          VA 1-636-597          Brian Van Sise

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

120 S 31st St, Omaha, NE 68131                  VA 2-223-951        Drew Davis

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number:  Photographer:

1004 Laurel Oak Rd, Voorhees, NJ 08043                VA 1-635-858           Valdur Kaselaan

CoStar Image



CREXi Infringing Image



Address:

4700 Douglas Cir, Lincoln, NE 68504

Registration Number: VA 1-636-394

Photographer: Eric Bernstein



CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

3401 Forest Dr, Columbia, SC 29204          VA 1-436-749         Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:

1795 S Victoria Ave, Ventura, CA 93003

Registration Number: Photographer:

VA 1-636-731          Ernst Mutchnick

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

1795 S Victoria Ave, Ventura, CA 93003             VA 1-636-731        Ernst Mutchnick

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number:  Photographer:

51555 Desert Club Dr, La Quinta, CA 92253                        VA 2-075-080        Nick Del Cioppo

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

4507-4521 W Lawrence Ave, Chicago, IL 60630                VA 1-431-064        Sonya Williams

CoStar Image



CREXi Infringing Image



Exhibit C, Page 16760

Address:

Registration Number: Photographer:

1703-1715 N Rand Rd, Palatine, IL 60074

VA 2-110-547    Dulce Rodriguez

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

513-523 NW Enterprise Dr, Port Saint Lucie, FL 34986    VA 1-636-733    Arne Nielsen

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

790 Southpark Blvd, Colonial Heights, VA 23834     VA 2-075-374          Emily Bealmear

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

2760 Forgue Dr, Naperville, IL 60564                       VA 1-431-350        Kimberly Atwood

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

999 N 500 West, Bountiful, UT 84010         VA 2-268-812      Kyle Aiken

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

1155 Quail Ct, Pewaukee, WI 53072           VA 2-178-768        Adam Santoni

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

400 PATTERSON Ln, Charleston, WV 25311          VA 1-720-114        Ray Dodds

CoStar Image



CREXi Infringing Image



Exhibit C, Page 16767

Address:                                          Registration Number: Photographer:

2300 SE 4th Ave, Fort Lauderdale, FL 33316        VA 1-636-728        Mark White

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

2300 SE 4th Ave, Fort Lauderdale, FL 33316                  VA 1-636-728        Mark White

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

11700 Barker Cypress Rd, Cypress, TX 77433           VA 1-435-224         Stephanie McCoy

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

5056 International Blvd, North Charleston, SC 29418         VA 1-436-750        Ryan Gwilliam

CoStar Image



CREXi Infringing Image



Address:

5111 Trenholm Rd, Columbia, SC 29206

Registration Number: Photographer:

VA 1-436-749        Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:

4875 Forest Dr, Columbia, SC 29206

Registration Number: VA 1-919-461

Photographer: Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

1215-1303 N Berkeley Blvd, Goldsboro, NC 27534             VA 1-405-347          Lawrence Hiatt

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

3120 Southwest Fwy, Houston, TX 77098              VA 2-250-076         Steve Lee

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:   Photographer:

16095-16111 SE McLoughlin Blvd, Milwaukie, OR 97267        VA 2-160-201           Chloe Miller

CoStar Image



CREXi Infringing Image



Address:                                                     Registration Number: Photographer:

16095-16111 SE McLoughlin Blvd, Milwaukie, OR 97267     VA 2-160-201        Chloe Miller

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

16095-16111 SE McLoughlin Blvd, Milwaukie, OR 97267        VA 2-160-201          Chloe Miller

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

16095-16111 SE McLoughlin Blvd, Milwaukie, OR 97267         VA 2-160-201        Chloe Miller

CoStar Image



CREXi Infringing Image



Address:

16095-16111 SE McLoughlin Blvd, Milwaukie, OR 97267

Registration Number: VA 2-160-201

Photographer: Chloe Miller

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

16095-16111 SE McLoughlin Blvd, Milwaukie, OR 97267        VA 2-160-201        Chloe Miller

CoStar Image



CREXi Infringing Image



Address:

774 Beal Pky NW, Fort Walton Beach, FL 32547

Registration Number: VA 1-436-048

Photographer: Ron Bailey

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

13812 Red Hill Ave, Tustin, CA 92780             VA 1-405-417        Joerg Boetel

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

12707 Jefferson Ave, Newport News, VA 23602       VA 1-434-393         Randy Rose

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number: Photographer:

12641 Corporate Lakes Dr, Fort Myers, FL 33913        VA 2-224-426        Richard Grant

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1269-1275 Corporate Center Pky, Santa Rosa, CA 95407     VA 1-636-720     Chris Thompson

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number: Photographer:

1253 Greene St, Augusta, GA 30901                                VA 1-636-614        Bonnie Heath

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

2725 N State St, Jackson, MS 39216                VA 1-918-698        Brian Falacienski

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

2725 N State St, Jackson, MS 39216                    VA 1-918-698          Brian Falacienski

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

809 Regal Dr, Huntsville, AL 35801                 VA 1-919-320        Laurie Goodwin

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

630 Blue Ridge Ter, Columbia, SC 29203           VA 2-063-647          Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

630 Blue Ridge Ter, Columbia, SC 29203           VA 2-063-647        Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:                                                     Registration Number: Photographer:

6750 Victoria Rd, Youngstown, OH 44515                       VA 1-636-507        Linda Cook

CoStar Image



CREXi Infringing Image



Address:

160 Iowa Ln, Cary, NC 27511

Registration Number: Photographer:

VA 1-436-208          Lawrence Hiatt

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

2601 Beene Blvd, Bossier City, LA 71111      VA 1-635-867        Keith Howard

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

2610 Mirabeau Dr, Huntsville, AL 35805          VA 1-435-181        Laurie Goodwin

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

5757 N Ridge Ave, Chicago, IL 60660                  VA 2-208-193        Jonathan Fairfield

CoStar Image



CREXi Infringing Image



Address:

Registration Number: Photographer:

3645-3649 N Harbor Ln, Boise, ID 83703

VA 1-636-075        Jonathan Scobby

CoStar Image



CREXi Infringing Image



Address:                                         Registration Number: Photographer:

1953 Walton Way, Augusta, GA 30904              VA 1-436-019        Ryan Devaney

CoStar Image



CREXi Infringing Image

