Address:                                          Registration Number:  Photographer:

1953 Walton Way, Augusta, GA 30904                VA 1-436-019        Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

S 72nd St, Papillion, NE 68046                  VA 1-431-637          Chris Petersen

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

S 72nd St, Papillion, NE 68046                    VA 1-431-637        Chris Petersen

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

10439 S 51st St, Phoenix, AZ 85044          VA 2-222-873        John Williams

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

3160 Geneva St, Los Angeles, CA 90020           VA 2-257-783         Zach Lipp

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

1905-1909 Bragg Blvd, Fayetteville, NC 28303      VA 1-431-235          Nathan Alvey

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

9631 Hedden Rd, Evansville, IN 47725              VA 1-431-101        Dale Rushing

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

2830 Cleveland Ave NW, Canton, OH 44709          VA 1-636-600          Pamela Lawrentz

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

5004-5028 N Oracle Rd, Tucson, AZ 85704          VA 1-434-338          Carrie Williams

CoStar Image



CREXi Infringing Image



Address:                                   Registration Number: Photographer:

369-399 E 84th Dr, Merrillville, IN 46410          VA 2-186-502     Mohammad Tomaleh

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

2608 Commons Blvd, Augusta, GA 30909        VA 2-102-857       Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

2600 Manitou Rd, Rochester, NY 14653            VA 2-159-253         Frank Taddeo

CoStar Image



CREXi Infringing Image



Address:

56 Beach St, Staten Island, NY 10304

Registration Number: VA 1-436-209

Photographer: John Georgiadis

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

945 Houston Northcutt Blvd, Mount Pleasant, SC 29464        VA 1-919-472        Ryan Gwilliam

CoStar Image



CREXi Infringing Image



Address:                                                     Registration Number: Photographer:

199 West Rd, Pleasant Valley, NY 12569          VA 2-278-874          Joseph DiBlasi

CoStar Image



CREXi Infringing Image



Address:

199 West Rd, Pleasant Valley, NY 12569

Registration Number: VA 2-278-874

Photographer: Joseph DiBlasi

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

4220 Carson St, Denver, CO 80239            VA 1-431-106        Steve Saxton

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

6300 Sheriff Rd, Landover, MD 20785              VA 1-434-765        Gene Inserto

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number: Photographer:

1021 Pinnacle Point Dr, Columbia, SC 29223    VA 2-059-775         Jason Benns

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

1021 Pinnacle Point Dr, Columbia, SC 29223      VA 1-435-277       Jason Benns

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

1021 Pinnacle Point Dr, Columbia, SC 29223         VA 1-435-277         Jason Benns

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number:  Photographer:

1021 Pinnacle Point Dr, Columbia, SC 29223           VA 2-213-270          Ryan Gwilliam

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

1021 Pinnacle Point Dr, Columbia, SC 29223          VA 2-213-270      Ryan Gwilliam

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

1021 Pinnacle Point Dr, Columbia, SC 29223    VA 2-213-270      Ryan Gwilliam

CoStar Image



CREXi Infringing Image



Address:                                         Registration Number: Photographer:

1021 Pinnacle Point Dr, Columbia, SC 29223        VA 2-213-270        Ryan Gwilliam

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

80 W Shaw Ave, Clovis, CA 93612          VA 1-435-833          John Bolling

CoStar Image



CREXi Infringing Image



Exhibit C, Page 16826

Address:

610 Grove St, Fort Worth, TX 76102

Registration Number: Photographer:

VA 1-636-703        Keith Howard

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

2506-2512 Wildwood Rd, Allison Park, PA 15101     VA 1-640-681        Theresa DeShantz

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

909 N Loop 288, Denton, TX 76209                  VA 1-421-687        Keith Howard

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

2099 E River Rd, Tucson, AZ 85718                 VA 2-208-570          Kristen Rademacher

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

2601 Wayne St, Endicott, NY 13760                 VA 1-636-061        Rona Houser

CoStar Image



CREXi Infringing Image



Address:

163 W 23rd St, New York, NY 10011

Registration Number: VA 2-268-132

Photographer: Inessa Binenbaum

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1919 Hampton St, Columbia, SC 29201              VA 1-430-044          Jason Benns

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number:   Photographer:

3100 22nd Ave N, Saint Petersburg, FL 33713                      VA 1-436-268          Clint Bliss

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

3100 22nd Ave N, Saint Petersburg, FL 33713       VA 2-134-462          Leila Sally

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1818 Crane Ridge Dr, Jackson, MS 39216            VA 1-920-014        Brian Falacienski

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

4 N New Warrington Rd, Pensacola, FL 32506         VA 2-316-649          Andrew Williams

CoStar Image



CREXi Infringing Image



Address:

Registration Number: Photographer:

4 N New Warrington Rd, Pensacola, FL 32506

VA 2-316-649    Andrew Williams

CoStar Image



CREXi Infringing Image



Address:                                         Registration Number: Photographer:

4 N New Warrington Rd, Pensacola, FL 32506        VA 2-316-649        Andrew Williams

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

4 N New Warrington Rd, Pensacola, FL 32506        VA 2-316-649          Andrew Williams

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

4 N New Warrington Rd, Pensacola, FL 32506    VA 2-316-649      Andrew Williams

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

4 N New Warrington Rd, Pensacola, FL 32506          VA 2-316-649      Andrew Williams

CoStar Image



CREXi Infringing Image



Exhibit C, Page 16842

Address:                                                    Registration Number: Photographer:

4 N New Warrington Rd, Pensacola, FL 32506                  VA 2-316-649        Andrew Williams

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number: Photographer:

4 N New Warrington Rd, Pensacola, FL 32506    VA 2-316-649        Andrew Williams

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

4 N New Warrington Rd, Pensacola, FL 32506        VA 2-316-649        Andrew Williams

CoStar Image



CREXi Infringing Image



Address:                                                Registration Number: Photographer:

4 N New Warrington Rd, Pensacola, FL 32506              VA 2-316-649          Andrew Williams

CoStar Image



CREXi Infringing Image



Address:                                                     Registration Number: Photographer:

4 N New Warrington Rd, Pensacola, FL 32506                   VA 2-316-649          Andrew Williams

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

4 N New Warrington Rd, Pensacola, FL 32506       VA 2-316-649          Andrew Williams

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

4 N New Warrington Rd, Pensacola, FL 32506           VA 2-316-649          Andrew Williams

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

4 N New Warrington Rd, Pensacola, FL 32506           VA 2-316-649         Andrew Williams

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

4 N New Warrington Rd, Pensacola, FL 32506        VA 2-316-649          Andrew Williams

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

4 N New Warrington Rd, Pensacola, FL 32506        VA 2-316-649          Andrew Williams

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

4 N New Warrington Rd, Pensacola, FL 32506    VA 2-316-649        Andrew Williams

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

4 N New Warrington Rd, Pensacola, FL 32506           VA 2-316-649          Andrew Williams

CoStar Image



CREXi Infringing Image



Address:                                         Registration Number: Photographer:

4 N New Warrington Rd, Pensacola, FL 32506        VA 2-316-649        Andrew Williams

CoStar Image



CREXi Infringing Image



Address:

4 N New Warrington Rd, Pensacola, FL 32506

Registration Number: VA 2-316-649

Photographer: Andrew Williams

CoStar Image



CREXi Infringing Image





Address:                                                          Registration Number: Photographer:

555-557 Worthington St, Springfield, MA 01105          VA 1-636-702       Jonathan Coon

CoStar Image



CREXi Infringing Image



Address:

113 W 43rd St, Garden City, ID 83714

Registration Number: VA 1-636-075

Photographer: Jonathan Scobby

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

113 W 43rd St, Garden City, ID 83714                        VA 1-636-075          Jonathan Scobby

CoStar Image



CREXi Infringing Image



Address:

203 W 43rd St, Garden City, ID 83714

Registration Number: VA 1-636-075

Photographer: Jonathan Scobby

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

203 W 43rd St, Garden City, ID 83714                       VA 1-636-075        Jonathan Scobby

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number:  Photographer:

7326 College St, Irmo, SC 29063               VA 1-430-044          Jason Benns

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1345 Garner Ln, Columbia, SC 29210                VA 1-434-827        Ryan Devaney

CoStar Image



CREXi Infringing Image



Exhibit C, Page 16863



Address:

4625 Cortez Rd W, Bradenton, FL 34210

Registration Number: VA 1-435-205

Photographer: James Petrylka

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

1631 NW St Lucie West Blvd, Port Saint Lucie, FL 34986      VA 1-636-733         Arne Nielsen

CoStar Image



CREXi Infringing Image



Address:                                            Registration Number: Photographer:

220 Rhett Ave SW, Huntsville, AL 35801              VA 1-434-370          Laurie Goodwin

CoStar Image



CREXi Infringing Image



Address:                                         Registration Number:  Photographer:

220 Rhett Ave SW, Huntsville, AL 35801           VA 1-434-370          Laurie Goodwin

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

4601 Lincoln Ave, Evansville, IN 47714      VA 1-636-729      Jason Koenig

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

247-249 Union St, Springfield, MA 01105           VA 1-636-702         Jonathan Coon

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

244 N Front St, Allentown, PA 18102               VA 1-659-241        Mitchell Birnbaum

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

244 N Front St, Allentown, PA 18102                   VA 1-659-241         Mitchell Birnbaum

CoStar Image



CREXi Infringing Image



Address:

20451 S Tamiami Trl, Estero, FL 33928

Registration Number: VA 2-267-187

Photographer: Richard Grant

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

290 NW Nicholas Pky, Cape Coral, FL 33991           VA 2-205-126        Richard Grant

CoStar Image



CREXi Infringing Image



Exhibit C, Page 16874

Address:                                              Registration Number: Photographer:

11303-11324 Chicago Cir, Omaha, NE 68154             VA 1-434-315        Chris Petersen

CoStar Image



CREXi Infringing Image



Address:                                         Registration Number: Photographer:

5820 N Commerce Plz, Jackson, MS 39206           VA 1-636-073         Sara McKercher

CoStar Image



CREXi Infringing Image



Address:

465 Pike St, Monroeville, AL 36460

Registration Number: VA 2-230-364

Photographer: Dustin Pacheco

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

465 Pike St, Monroeville, AL 36460          VA 2-230-364          Dustin Pacheco

CoStar Image



CREXi Infringing Image



Address:

12778 Rancho Penasquitos Blvd, San Diego, CA 92129

Registration Number: VA 1-636-044

Photographer: Joerg Boetel

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1430 Vanderbilt Dr, El Paso, TX 79935             VA 1-636-725        Linda Miner

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

100 Calhoun St, Charleston, SC 29401        VA 2-160-105          Thaddeus Rombauer

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number: Photographer:

501 Greene St, Augusta, GA 30901              VA 1-436-749          Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

501 Greene St, Augusta, GA 30901              VA 1-436-749        Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:

1920 Alton Rd, Miami Beach, FL 33139

Registration Number: VA 2-111-565

Photographer: Rigoberto Perdomo

CoStar Image



CREXi Infringing Image



Address:

1920 Alton Rd, Miami Beach, FL 33139

Registration Number: VA 2-111-565

Photographer: Rigoberto Perdomo

CoStar Image



CREXi Infringing Image



Address:

1920 Alton Rd, Miami Beach, FL 33139

Registration Number: VA 2-111-565

Photographer: Rigoberto Perdomo

CoStar Image



CREXi Infringing Image



Address:

1920 Alton Rd, Miami Beach, FL 33139

Registration Number: VA 2-111-565

Photographer: Rigoberto Perdomo

CoStar Image



CREXi Infringing Image



Address:

1920 Alton Rd, Miami Beach, FL 33139

Registration Number: VA 2-111-565

Photographer: Rigoberto Perdomo

CoStar Image



CREXi Infringing Image



Address:

1920 Alton Rd, Miami Beach, FL 33139

Registration Number: VA 2-111-565

Photographer: Rigoberto Perdomo

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

1920 Alton Rd, Miami Beach, FL 33139          VA 2-111-565      Rigoberto Perdomo

CoStar Image



CREXi Infringing Image



Address:                                               Registration Number: Photographer:

1920 Alton Rd, Miami Beach, FL 33139          VA 2-134-029        Al Paris

CoStar Image



CREXi Infringing Image



Address:

1920 Alton Rd, Miami Beach, FL 33139

Registration Number: VA 2-134-029

Photographer: Al Paris

CoStar Image



CREXi Infringing Image



Address:                                             Registration Number: Photographer:

1920 Alton Rd, Miami Beach, FL 33139                 VA 2-134-029        Al Paris

CoStar Image



CREXi Infringing Image



Address:

518 W Riverside Ave, Spokane, WA 99201

Registration Number: VA 1-636-701

Photographer: Jonathan Jantz

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

4282 Belair Frontage Rd, Augusta, GA 30909        VA 1-919-461        Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

375 Main St, Poughkeepsie, NY 12601                VA 2-291-197        Collin Quinlivan

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:    Photographer:

375 Main St, Poughkeepsie, NY 12601         VA 2-291-197            Collin Quinlivan

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

375 Main St, Poughkeepsie, NY 12601          VA 2-291-197          Collin Quinlivan

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

523 9th St, Augusta, GA 30901                   VA 1-918-544        Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1499 Lee Trevino Ave, El Paso, TX 79936           VA 1-636-725        Linda Miner

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

293-297 Main St, Poughkeepsie, NY 12601         VA 2-179-352        Collin Quinlivan

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

2153 State Road 44, New Smyrna Beach, FL 32168    VA 2-060-583    Carlos Monsalve

CoStar Image



CREXi Infringing Image



Address:

53 Asheland Ave, Asheville, NC 28801

Registration Number: VA 1-635-741Â

Photographer: Christopher Newman

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

735 W Broward Blvd, Fort Lauderdale, FL 33312        VA 1-918-790        David Dunn

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1500 Union Ave, Union Beach, NJ 07735             VA 2-284-070        Joseph DiBlasi

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1500 Union Ave, Union Beach, NJ 07735             VA 2-284-070        Joseph DiBlasi

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

1500 Union Ave, Union Beach, NJ 07735        VA 2-284-070        Joseph DiBlasi

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

20 Staff Sargeant Pendleton Way, Yakima, WA 98901          VA 1-638-211        Jonathan Jantz

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

2891 Tricom St, North Charleston, SC 29406        VA 1-436-750          Ryan Gwilliam

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

10005 Two Notch Rd, Columbia, SC 29223                     VA 1-636-748       Jason Benns

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

1637 Kingsview Dr, Lebanon, OH 45036        VA 1-434-377        Robert Clayton

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

5502 Walsh Ln, Rogers, AR 72758                   VA 2-271-377        Michael Denison

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

4115 River Watch Pky, Augusta, GA 30907                     VA 1-436-789          Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

4115 River Watch Pky, Augusta, GA 30907                    VA 1-436-789        Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

4115 River Watch Pky, Augusta, GA 30907                    VA 1-436-789          Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

4521 E Jensen St, Mesa, AZ 85205            VA 1-436-666       Nicholas Cassano

CoStar Image



CREXi Infringing Image



Address:                                            Registration Number:  Photographer:

4521 E Jensen St, Mesa, AZ 85205                    VA 2-119-967          Tim Nelson

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

4521 E Jensen St, Mesa, AZ 85205                  VA 2-119-967        Tim Nelson

CoStar Image



CREXi Infringing Image



Address:

3459 Ringsby Ct, Denver, CO 80216

Registration Number: Photographer:

VA 2-188-186    Linda JÃ¡quez

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

15411-15423 W High St, Middlefield, OH 44062          VA 2-078-423        Linda Cook

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

15411-15423 W High St, Middlefield, OH 44062          VA 2-078-423       Linda Cook

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

586 Broad St, Augusta, GA 30901                   VA 2-088-686        Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:

582 Broad St, Augusta, GA 30901

CoStar Image

Registration Number: Photographer:

VA 1-641-406          Bonnie Heath



CREXi Infringing Image

Exhibit C, Page 16923



Address:                                          Registration Number: Photographer:

578-580 Broad St, Augusta, GA 30901              VA 1-919-851         Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

10470 W Cheyenne Ave, Las Vegas, NV 89129        VA 2-222-906        Jay Sanchez

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

4045 Tyrone Blvd, Saint Petersburg, FL 33709      VA 1-434-461        James Petrylka

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

2301 Sheffield Rd, Aliquippa, PA 15001                     VA 1-436-785          Steve Cuttler

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

2301 Sheffield Rd, Aliquippa, PA 15001                      VA 1-436-785        Steve Cuttler

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

3725 Rivers Ave, North Charleston, SC 29405       VA 1-700-368        Kristin Burrows

CoStar Image



CREXi Infringing Image



Address:

4105 W Bethel Ave, Muncie, IN 47304

Registration Number: Photographer:

VA 1-431-084        Jason Koenig

CoStar Image



CREXi Infringing Image



Address:

4105 W Bethel Ave, Muncie, IN 47304

Registration Number: Photographer:

VA 2-123-281        Jennifer White

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

8129-8133 Florida Blvd, Baton Rouge, LA 70806         VA 1-434-754         Mary McGinn

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

850-856 S Vermont Ave, Los Angeles, CA 90005               VA 1-436-047      J. Blomdahl

CoStar Image



CREXi Infringing Image



Address:

1309 Ridge Rd, Rockwall, TX 75087

Registration Number: Photographer:

VA 1-434-719     Darrell Shultz

CoStar Image



CREXi Infringing Image



Address:                                                                 Registration Number:  Photographer:

7921-7925 Old Georgetown Rd, Bethesda, MD 20814        VA 1-434-862        Gene Inserto

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

3295 W Elder St, Boise, ID 83705                  VA 1-435-228        Jonathan Scobby

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

5151 Gosford Rd, Bakersfield, CA 93313            VA 1-635-822        Nicole Raymond

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

1720-1724 N Rand Rd, Palatine, IL 60074                    VA 1-636-058        Shawna Mangurten

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

2420-2480 San Ramon Blvd, San Ramon, CA 94583     VA 1-431-768        Anita Shin

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1300 Concord Ter, Sunrise, FL 33323              VA 2-230-359        Eileen Escarda

CoStar Image



CREXi Infringing Image



Exhibit C, Page 16941

Address:

Registration Number: Photographer:

1 Page Ave, Asheville, NC 28801

VA 2-165-044     William Neary

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

102 Fulton Ave, Poughkeepsie, NY 12603                     VA 1-636-762          Ed Messenger

CoStar Image



CREXi Infringing Image



Address:

106-112 W Front St, Monroe, MI 48161

Registration Number:    Photographer:

VA 1-919-054    Dwayne Walker

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

106-112 W Front St, Monroe, MI 48161             VA 1-919-054          Dwayne Walker

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

3404-3320 W Southern Ave, Phoenix, AZ 85041                VA 2-208-195      John Williams

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

3404-3320 W Southern Ave, Phoenix, AZ 85041       VA 2-208-195        John Williams

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

3404-3320 W Southern Ave, Phoenix, AZ 85041       VA 2-208-195      John Williams

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

3404-3320 W Southern Ave, Phoenix, AZ 85041                VA 2-208-195        John Williams

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

3404-3320 W Southern Ave, Phoenix, AZ 85041      VA 2-208-195        John Williams

CoStar Image



CREXi Infringing Image



Address:

5706 Wyalong Dr, Charlotte, NC 28227

Registration Number: VA 2-196-048

Photographer: Ryan Gwilliam

CoStar Image



CREXi Infringing Image



Address:                                         Registration Number:  Photographer:

5706 Wyalong Dr, Charlotte, NC 28227             VA 2-196-048          Ryan Gwilliam

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

750 Mcguire Pl, Newport News, VA 23601                      VA 1-640-428      Randy Rose

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

750 Mcguire Pl, Newport News, VA 23601            VA 1-640-428        Randy Rose

CoStar Image



CREXi Infringing Image



Exhibit C, Page 16954

Address:                                          Registration Number: Photographer:

342 Dale St, Perris, CA 92571                     VA 2-164-168        Nick Del Cioppo

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1216-1232 Normandy Dr, Miami Beach, FL 33141      VA 2-134-028        Al Paris

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

1216-1232 Normandy Dr, Miami Beach, FL 33141         VA 2-134-028        Al Paris

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

4 Raymond Ave, Poughkeepsie, NY 12603             VA 1-636-762        Ed Messenger

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

320 E Main St, Spartanburg, SC 29302                 VA 2-192-985        William Neary

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

320 E Main St, Spartanburg, SC 29302             VA 2-192-985        William Neary

CoStar Image



CREXi Infringing Image



Address:

320 E Main St, Spartanburg, SC 29302

Registration Number: Photographer:

VA 2-192-985        William Neary

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

320 E Main St, Spartanburg, SC 29302             VA 2-192-985        William Neary

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

I-29 Hwy, Kansas City, MO 64163                            VA 2-221-750        Anya Ivantseva

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

I-29 Hwy, Kansas City, MO 64163                       VA 2-221-750        Anya Ivantseva

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number: Photographer:

I-29 Hwy, Kansas City, MO 64163                                  VA 2-221-750        Anya Ivantseva

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number:  Photographer:

I-29 Hwy, Kansas City, MO 64163                        VA 2-221-750        Anya Ivantseva

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

I-29 Hwy, Kansas City, MO 64163                            VA 2-221-750        Anya Ivantseva

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

I-29 Hwy, Kansas City, MO 64163                   VA 2-221-750        Anya Ivantseva

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

I-29 Hwy, Kansas City, MO 64163                       VA 2-221-750        Anya Ivantseva

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

I-29 Hwy, Kansas City, MO 64163                      VA 2-221-750        Anya Ivantseva

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

I-29 Hwy, Kansas City, MO 64163                   VA 2-221-750         Anya Ivantseva

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

I-29 Hwy, Kansas City, MO 64163                            VA 2-221-750        Anya Ivantseva

CoStar Image



CREXi Infringing Image



Address:                                                      Registration Number: Photographer:

2905 Westinghouse Blvd, Charlotte, NC 28273                   VA 2-218-377        Paul Bentley

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

379 Old Greenville Hwy, Clemson, SC 29631                  VA 1-434-400        William Neary

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

379 Old Greenville Hwy, Clemson, SC 29631         VA 1-434-400         William Neary

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

379 Old Greenville Hwy, Clemson, SC 29631                  VA 1-434-400          William Neary

CoStar Image



CREXi Infringing Image





Address:                                          Registration Number:  Photographer:

501 S Wells St, Chicago, IL 60607                VA 1-636-767           Sonya Williams

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

501 S Wells St, Chicago, IL 60607                     VA 1-636-767         Sonya Williams

CoStar Image



CREXi Infringing Image



Address:

237 Main St, Hackettstown, NJ 07840

Registration Number: Photographer:

VA 1-635-662     John Georgiadis

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

292 Commerce Park Dr, Ridgeland, MS 39157         VA 1-700-352        Sara McKercher

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

292 Commerce Park Dr, Ridgeland, MS 39157   VA 1-700-352    Sara McKercher

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

292 Commerce Park Dr, Ridgeland, MS 39157                   VA 1-700-352       Sara McKercher

CoStar Image



CREXi Infringing Image



Address:

100 Greystone Blvd, Columbia, SC 29210

Registration Number: VA 2-022-708

Photographer: Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

100 Greystone Blvd, Columbia, SC 29210            VA 2-022-708        Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:                                             Registration Number:  Photographer:

100 Greystone Blvd, Columbia, SC 29210              VA 2-077-858         Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

100 Greystone Blvd, Columbia, SC 29210             VA 2-077-858      Ryan Devaney

CoStar Image



CREXi Infringing Image



Exhibit C, Page 16986

Address:                                    Registration Number: Photographer:

100 Greystone Blvd, Columbia, SC 29210        VA 2-077-858      Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:

601 E Jefferson St, Montgomery, AL 36104

Registration Number: Photographer:

VA 1-434-801          Laurie Goodwin

CoStar Image



CREXi Infringing Image





Address:                                                    Registration Number: Photographer:

2701 Eastlake Ave E, Seattle, WA 98102              VA 2-119-681        John Othic

CoStar Image



CREXi Infringing Image





Address:                                        Registration Number: Photographer:

1000 Westbank Dr, Austin, TX 78746              VA 2-076-072        Ashton Bray

CoStar Image



CREXi Infringing Image



Address:                                             Registration Number: Photographer:

3550 Route 130, Irwin, PA 15642                      VA 2-279-790        Alan Battles

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

7535-7735 Granger Rd, Valley View, OH 44125       VA 1-923-444        Linda Cook

CoStar Image



CREXi Infringing Image



Address:

7535-7735 Granger Rd, Valley View, OH 44125

Registration Number: VA 1-923-444

Photographer: Linda Cook

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

6260 39th St N, Pinellas Park, FL 33781                     VA 2-099-305        Leila Sally

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

8711 N Dixie Dr, Dayton, OH 45414                 VA 1-434-624        Zachary Robb

CoStar Image



CREXi Infringing Image



Address:

1201-1261 Commerce Ave, Atwater, CA 95301

Registration Number: VA 2-122-481

Photographer: John Bolling

CoStar Image



CREXi Infringing Image





Address:                                              Registration Number: Photographer:

980 Garfield St, Eugene, OR 97402                    VA 1-638-248        Jeremy Polzel

CoStar Image



CREXi Infringing Image



Address:

623 E Market St, Akron, OH 44304

Registration Number: Photographer:

VA 1-637-949        Pamela Lawrentz

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number: Photographer:

623 E Market St, Akron, OH 44304              VA 1-637-949          Pamela Lawrentz

CoStar Image



CREXi Infringing Image



Address:

3371 One Pl, Memphis, TN 38116

Registration Number: VA 1-434-713

Photographer: Mary Drost

CoStar Image



CREXi Infringing Image





Address:                                    Registration Number: Photographer:

428 N Broad St, Fairborn, OH 45324          VA 1-636-765        Zachary Robb

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

428 N Broad St, Fairborn, OH 45324               VA 1-636-765        Zachary Robb

CoStar Image



CREXi Infringing Image



Address:

901 Bush River Rd, Columbia, SC 29210

Registration Number: Photographer:

VA 1-434-827      Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

731-739 Emory St, Imperial Beach, CA 91932        VA 1-434-290        Joerg Boetel

CoStar Image



CREXi Infringing Image



Address:                                             Registration Number: Photographer:

8157 E 96th St, Indianapolis, IN 46256              VA 1-636-759       Jason Koenig

CoStar Image



CREXi Infringing Image



Address:

8157 E 96th St, Indianapolis, IN 46256

Registration Number: Photographer:

VA 1-636-759     Jason Koenig

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

9537 W Colonial Dr, Ocoee, FL 34761                   VA 1-918-633        Robert Dallas

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

50 W Shaw Ave, Clovis, CA 93612                       VA 1-435-833          John Bolling

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

129 Oak Dr, Lexington, SC 29073                            VA 1-434-991        Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

69 Parker St, Newburyport, MA 01950                   VA 1-641-400        Brad Mintz

CoStar Image



CREXi Infringing Image



Address:

1927 S Tryon St, Charlotte, NC 28203

Registration Number: VA 2-196-048

Photographer: Ryan Gwilliam

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

8229 Tyler Blvd, Mentor, OH 44060                          VA 1-434-257         Linda Cook

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

1301 Decatur St, New Orleans, LA 70116               VA 1-635-750        Roger McKissack

CoStar Image



CREXi Infringing Image



**Exhibit C, Page 17014**

Address:

1301 Decatur St, New Orleans, LA 70116

CoStar Image

Registration Number: VA 1-635-750

Photographer: Roger McKissack



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

1301 Decatur St, New Orleans, LA 70116                     VA 1-434-896        Mary McGinn

CoStar Image



CREXi Infringing Image



**Exhibit C, Page 17018**

Address:                                             Registration Number: Photographer:

31565 Rancho Pueblo Rd, Temecula, CA 92592          VA 2-090-455        Nick Del Cioppo

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

42700 Garfield Rd, Clinton Township, MI 48038              VA 1-431-089        Lisa Borkus

CoStar Image



CREXi Infringing Image



Address:                                                Registration Number: Photographer:

2415 Atrium Way, Nashville, TN 37214                    VA 1-635-996          Mark McNamara

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

2381 Valentine Ave, Bronx, NY 10458                  VA 1-431-071        Chuck Carpenter

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

5201 S Chuichu Rd, Casa Grande, AZ 85193        VA 2-059-738        Barb Hildenbrand

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

50001 Governors Dr, Chapel Hill, NC 27517                  VA 2-149-155        Emily Bealmear

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

101 River Ridge Cir, Jeffersonville, IN 47130      VA 1-434-321        Dale Rushing

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

500 E Vine Dr, Fort Collins, CO 80524             VA 1-435-278      Jason Tuomey

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

511 Bush River Rd, Columbia, SC 29210             VA 1-434-395          Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:

511 Bush River Rd, Columbia, SC 29210

Registration Number: Photographer:

VA 1-434-395          Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

1121 Main St, Charleston, WV 25302          VA 2-059-952          Charlotte Alvey

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number: Photographer:

804-904 S Central Expy, Anna, TX 75409        VA 1-950-606        Darrell Shultz

CoStar Image



CREXi Infringing Image



Address:                                                Registration Number: Photographer:

5121 Kingdom Way, Raleigh, NC 27607                     VA 2-112-458        Marshall Main

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

5121 Kingdom Way, Raleigh, NC 27607                  VA 2-112-458        Marshall Main

CoStar Image



CREXi Infringing Image



Address:

5121 Kingdom Way, Raleigh, NC 27607

Registration Number: VA 2-112-458

Photographer: Marshall Main

CoStar Image



CREXi Infringing Image



Address:

5121 Kingdom Way, Raleigh, NC 27607

Registration Number: Photographer:

VA 2-160-240          Lawrence Hiatt

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

108 Cloverdale Dr, Alabaster, AL 35007      VA 1-432-717        Cathy Morris

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

501 S Walnut St, Wilmington, DE 19801           VA 2-110-313        Bill Marrs

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

501 S Walnut St, Wilmington, DE 19801        VA 2-110-313        Bill Marrs

CoStar Image



CREXi Infringing Image



Address:

5735 E McKellips Rd, Mesa, AZ 85215

Registration Number: VA 2-206-291

Photographer: John Williams

CoStar Image



CREXi Infringing Image



Address:

70 Route 23, Franklin, NJ 07416

CoStar Image

Registration Number: VA 2-026-168

Photographer: John Georgiadis



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

9449 E 21st St, Wichita, KS 67206                          VA 1-700-364        Lawrence Ediger

CoStar Image



CREXi Infringing Image



Address:

301 Orchard Ct, Ridgeland, MS 39157

Registration Number: VA 1-700-352

Photographer: Sara McKercher

CoStar Image



CREXi Infringing Image



Address:

301 Orchard Ct, Ridgeland, MS 39157

Registration Number:  Photographer:

VA 1-700-352        Sara McKercher

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

301 Orchard Ct, Ridgeland, MS 39157                        VA 1-700-352        Sara McKercher

CoStar Image



CREXi Infringing Image





Address:                                          Registration Number: Photographer:

5801 Cleveland Ave, Riverdale, MD 20737          VA 1-635-727        Gene Inserto

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

200 W Front St, Wheaton, IL 60187           VA 1-700-366        Laura Curtis

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

40 W Shaw Ave, Clovis, CA 93612                   VA 1-435-833          John Bolling

CoStar Image



CREXi Infringing Image



Address:

25213-25223 Gratiot Ave, Roseville, MI 48066

Registration Number: VA 1-436-274

Photographer: Douglas Wright

CoStar Image



CREXi Infringing Image



Address:

25213-25223 Gratiot Ave, Roseville, MI 48066

Registration Number: VA 1-436-274

Photographer: Douglas Wright

CoStar Image



CREXi Infringing Image



Address:

25213-25223 Gratiot Ave, Roseville, MI 48066

Registration Number: VA 1-436-274

Photographer: Douglas Wright

CoStar Image



CREXi Infringing Image



Address:

25213-25223 Gratiot Ave, Roseville, MI 48066

Registration Number: Photographer:

VA 1-436-274        Douglas Wright

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

207 Mcleod Rd, Columbia, SC 29203                 VA 1-636-764         Jason Benns

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

20 Computer Dr W, Albany, NY 12205                VA 1-637-350         James Cameron

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

290 S 1st St, Turlock, CA 95380                   VA 1-434-731          Enrique Meza

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

11205-11215 John Galt Blvd, Omaha, NE 68137      VA 1-435-241      Chris Petersen

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number: Photographer:

51625 Desert Club Dr, La Quinta, CA 92253     VA 2-075-080       Nick Del Cioppo

CoStar Image



CREXi Infringing Image



Address:

652 Boston Post Rd, Guilford, CT 06437

Registration Number: VA 1-431-271

Photographer: John Ferguson

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

652 Boston Post Rd, Guilford, CT 06437            VA 1-431-271        John Ferguson

CoStar Image



CREXi Infringing Image



Address:

5601 Kenilworth Ave, Riverdale, MD 20737

Registration Number: VA 1-918-811

Photographer: Gene Inserto

CoStar Image



CREXi Infringing Image



Address:

5601 Kenilworth Ave, Riverdale, MD 20737

Registration Number: VA 1-918-811

Photographer: Gene Inserto

CoStar Image



CREXi Infringing Image



Address:

882-884 S Lipan St, Denver, CO 80223

Registration Number: VA 1-918-901

Photographer: Stacey Rocero

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

128 N Northshore Dr, Knoxville, TN 37919             VA 1-435-242          Jason Hensley

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

7415 E Southern Ave, Mesa, AZ 85209              VA 2-047-735Â      Tim Nelson

CoStar Image



CREXi Infringing Image



Address:

7415 E Southern Ave, Mesa, AZ 85209

Registration Number: VA 2-047-735Â    Photographer: Tim Nelson

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

7415 E Southern Ave, Mesa, AZ 85209              VA 2-119-967        Tim Nelson

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

7415 E Southern Ave, Mesa, AZ 85209              VA 2-122-868          Tim Nelson

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number:  Photographer:

299 New Brunswick Ave, Perth Amboy, NJ 08861          VA 2-131-168          John Georgiadis

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

1700 Wabash Ave, Springfield, IL 62704      VA 1-435-019      Ron Bailey

CoStar Image



CREXi Infringing Image



Address:                                                      Registration Number:  Photographer:

1625 Western Dr, West Chicago, IL 60185          VA 1-421-725          Laura Curtis

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1920 E Spring St, Tucson, AZ 85719                VA 1-435-139        Carrie Williams

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1920 E Spring St, Tucson, AZ 85719                VA 1-435-139        Carrie Williams

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

411 Briarwood Dr, Jackson, MS 39206                        VA 1-434-237        Brian Falacienski

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

409 Briarwood Dr, Jackson, MS 39206              VA 1-434-237        Brian Falacienski

CoStar Image



CREXi Infringing Image



Address:                                                  Registration Number: Photographer:

5299 Jonesboro Rd, Morrow, GA 30260                      VA 2-062-570        Raegan Perkins

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

739 N Easton Rd, Doylestown, PA 18902                       VA 1-421-717         Mitchell Birnbaum

CoStar Image



CREXi Infringing Image



Address:

739 N Easton Rd, Doylestown, PA 18902

Registration Number: VA 1-421-717

Photographer: Mitchell Birnbaum

CoStar Image



CREXi Infringing Image



Address:

739 N Easton Rd, Doylestown, PA 18902

Registration Number: VA 1-421-717

Photographer: Mitchell Birnbaum

CoStar Image



CREXi Infringing Image



Address:

739 N Easton Rd, Doylestown, PA 18902

Registration Number: Photographer:

VA 1-421-717      Mitchell Birnbaum

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number: Photographer:

5781 S Fort Apache Rd, Las Vegas, NV 89148                        VA 2-027-134        Jay Sanchez

CoStar Image



CREXi Infringing Image



Address:

26721 Dublin Woods Cir, Bonita Springs, FL 34135

Registration Number: VA 1-421-672

Photographer: Michael Suter

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

800-900 N Nimitz Hwy, Honolulu, HI 96817             VA 2-093-116          Odeelo Dayondon

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

5455 Executive Pl, Jackson, MS 39206        VA 1-920-014      Brian Falacienski

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1835-1855 Successful Dr, Fairborn, OH 45324       VA 1-421-746      Zachary Robb

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1730 Dickerson Blvd, Monroe, NC 28110            VA 1-421-718        Ray Dodds

CoStar Image



CREXi Infringing Image



Address:

1730 Dickerson Blvd, Monroe, NC 28110

Registration Number: Photographer:

VA 2-078-449          Nick Laurence

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1220 Sycamore Sq, Midlothian, VA 23113            VA 2-075-969        Emily Bealmear

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

5920-5934 SE Federal Hwy, Stuart, FL 34997                 VA 2-177-919        David Dunn

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

5920-5934 SE Federal Hwy, Stuart, FL 34997                 VA 2-177-919        David Dunn

CoStar Image



CREXi Infringing Image



Address:

5920-5934 SE Federal Hwy, Stuart, FL 34997

Registration Number: VA 2-177-919

Photographer: David Dunn

CoStar Image



CREXi Infringing Image



Address:                                                      Registration Number: Photographer:

5920-5934 SE Federal Hwy, Stuart, FL 34997                   VA 2-177-919        David Dunn

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

5920-5934 SE Federal Hwy, Stuart, FL 34997                 VA 2-177-919        David Dunn

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

5920-5934 SE Federal Hwy, Stuart, FL 34997           VA 2-177-919        David Dunn

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

5920-5934 SE Federal Hwy, Stuart, FL 34997                 VA 2-177-919        David Dunn

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

5920-5934 SE Federal Hwy, Stuart, FL 34997       VA 2-177-919        David Dunn

CoStar Image



CREXi Infringing Image



Address:

104 Maynard St, Williamsport, PA 17701

Registration Number: VA 2-326-053

Photographer: Jay Ratchford

CoStar Image



CREXi Infringing Image



Address:

104 Maynard St, Williamsport, PA 17701

Registration Number: VA 2-326-053

Photographer: Jay Ratchford

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

104 Maynard St, Williamsport, PA 17701                VA 2-326-053        Jay Ratchford

CoStar Image



CREXi Infringing Image



Address:

104 Maynard St, Williamsport, PA 17701

Registration Number:  Photographer:

VA 2-326-053        Jay Ratchford

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

104 Maynard St, Williamsport, PA 17701                     VA 2-326-053        Jay Ratchford

CoStar Image



CREXi Infringing Image



Address:

104 Maynard St, Williamsport, PA 17701

Registration Number: VA 2-326-053

Photographer: Jay Ratchford

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

104 Maynard St, Williamsport, PA 17701            VA 2-326-053       Jay Ratchford

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

104 Maynard St, Williamsport, PA 17701       VA 2-326-053      Jay Ratchford

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

104 Maynard St, Williamsport, PA 17701              VA 2-326-053        Jay Ratchford

CoStar Image



CREXi Infringing Image





Address:

104 Maynard St, Williamsport, PA 17701

Registration Number: VA 2-326-053

Photographer: Jay Ratchford

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

104 Maynard St, Williamsport, PA 17701            VA 2-326-053        Jay Ratchford

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

104 Maynard St, Williamsport, PA 17701           VA 2-326-053         Jay Ratchford

CoStar Image



CREXi Infringing Image



Address:

104 Maynard St, Williamsport, PA 17701

Registration Number: Photographer:

VA 2-326-053    Jay Ratchford

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

104 Maynard St, Williamsport, PA 17701            VA 2-326-053        Jay Ratchford

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

104 Maynard St, Williamsport, PA 17701           VA 2-326-053         Jay Ratchford

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number: Photographer:

104 Maynard St, Williamsport, PA 17701        VA 2-326-053        Jay Ratchford

CoStar Image



CREXi Infringing Image





Address:                                                    Registration Number: Photographer:

104 Maynard St, Williamsport, PA 17701          VA 2-326-053        Jay Ratchford

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

104 Maynard St, Williamsport, PA 17701      VA 2-326-053      Jay Ratchford

CoStar Image



CREXi Infringing Image





Address:                                                Registration Number: Photographer:

104 Maynard St, Williamsport, PA 17701                 VA 2-326-053      Jay Ratchford

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

104 Maynard St, Williamsport, PA 17701          VA 2-326-053        Jay Ratchford

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

104 Maynard St, Williamsport, PA 17701           VA 2-326-053        Jay Ratchford

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

104 Maynard St, Williamsport, PA 17701           VA 2-326-053        Jay Ratchford

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number:  Photographer:

104 Maynard St, Williamsport, PA 17701              VA 2-326-053        Jay Ratchford

CoStar Image



CREXi Infringing Image



Address:                                                     Registration Number: Photographer:

104 Maynard St, Williamsport, PA 17701          VA 2-326-053        Jay Ratchford

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

104 Maynard St, Williamsport, PA 17701      VA 2-326-053      Jay Ratchford

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

104 Maynard St, Williamsport, PA 17701                VA 2-326-053         Jay Ratchford

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

104 Maynard St, Williamsport, PA 17701            VA 2-326-053        Jay Ratchford

CoStar Image



CREXi Infringing Image





Address:

104 Maynard St, Williamsport, PA 17701

Registration Number: Photographer:

VA 2-326-053        Jay Ratchford

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

9 Pennsylvania Ave, Charleston, WV 25302          VA 2-148-666        Charlotte Alvey

CoStar Image



CREXi Infringing Image



Address:

366 Chicopee St, Chicopee, MA 01013

Registration Number: Photographer:

VA 1-421-700          Jonathan Coon

CoStar Image



CREXi Infringing Image



Address:

106 York Way, Bermuda Run, NC 27006

Registration Number: VA 2-148-666

Photographer: Charlotte Alvey

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

377 S Hamilton Ct, Gilbert, AZ 85233                       VA 2-022-710        Tim Nelson

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

48 NW 13th Ave, Miami, FL 33125                      VA 1-421-791      Henry Hernandez

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

485-525 Spencerport Rd, Rochester, NY 14606       VA 2-110-613        Frank Taddeo

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number:  Photographer:

485-525 Spencerport Rd, Rochester, NY 14606           VA 2-110-613          Frank Taddeo

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

2915 Rocky Mountain Ave, Loveland, CO 80538       VA 1-435-278       Jason Tuomey

CoStar Image



CREXi Infringing Image



Address:

2222 Cotner Ave, Los Angeles, CA 90064

Registration Number: Photographer:

VA 1-436-634          Kenneth Lund

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

4941 Benchmark Centre, Swansea, IL 62226        VA 1-431-633        Courtney Wilson

CoStar Image



CREXi Infringing Image



Address:

3848 Altamesa Blvd, Fort Worth, TX 76133

Registration Number: VA 2-050-343    Photographer: Nancy Honeycutt

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

383 Main St, Laurel, MD 20707                      VA 1-421-749          Gene Inserto

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1808-1810 Court St, Pekin, IL 61554              VA 1-421-748         Catherine Ciosek

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

1808-1810 Court St, Pekin, IL 61554                        VA 1-421-748        Catherine Ciosek

CoStar Image



CREXi Infringing Image



Address:

7253 W Sunset Ave, Springdale, AR 72762

Registration Number: Photographer:

VA 2-112-309        Michael Denison

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

142 W Vivian St, Belton, MO 64012           VA 1-421-742        Travis Taylor

CoStar Image



CREXi Infringing Image

