Address:

142 W Vivian St, Belton, MO 64012

Registration Number: Photographer:

VA 1-421-742          Travis Taylor

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

2832 4th St N, Saint Petersburg, FL 33704           VA 1-434-461        James Petrylka

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

2832 4th St N, Saint Petersburg, FL 33704              VA 1-434-461      James Petrylka

CoStar Image



CREXi Infringing Image



Address:

9915-9923 Montana Ave, El Paso, TX 79925

Registration Number:    Photographer:

VA 1-421-666    Linda Miner

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number: Photographer:

15095 7th St, Victorville, CA 92395           VA 1-918-770        Daniel Marquez

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

519 Delaware Ave, Fort Pierce, FL 34950           VA 1-434-767          Carolyn Crisp

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

519 Delaware Ave, Fort Pierce, FL 34950              VA 1-434-767         Carolyn Crisp

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1280 Jefferson Blvd, Warwick, RI 02886           VA 1-421-683         Matthew Reilly

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number:  Photographer:

1280 Jefferson Blvd, Warwick, RI 02886          VA 1-421-683          Matthew Reilly

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

1280 Jefferson Blvd, Warwick, RI 02886      VA 2-134-412        Jonathan Coon

CoStar Image



CREXi Infringing Image



Address:

1280 Jefferson Blvd, Warwick, RI 02886

Registration Number: Photographer:

VA 2-134-412        Jonathan Coon

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

5708-5718 11-31 S, Crystal Lake, IL 60014         VA 1-434-274        Justin Schmidt

CoStar Image



CREXi Infringing Image



Address:

5708-5718 11-31 S, Crystal Lake, IL 60014

Registration Number: VA 2-075-965

Photographer: Dulce Rodriguez

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

950 Elm Ridge Center Dr, Rochester, NY 14626      VA 1-435-820          Frank Taddeo

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

4005 N Fresno St, Fresno, CA 93726                   VA 1-437-166        John Bolling

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

8509-8519 Jefferson St, Albuquerque, NM 87113      VA 2-182-289        Janel Herrera

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

1430 Lelia Dr, Jackson, MS 39216            VA 1-920-014           Brian Falacienski

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

2460 Bristol Rd, Bensalem, PA 19020                  VA 1-421-717        Mitchell Birnbaum

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

330 Ed Wright Ln, Newport News, VA 23606          VA 1-434-393        Randy Rose

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number:  Photographer:

4834 Richmond Rd, Warrensville Heights, OH 44128        VA 2-276-703        Katie Toth

CoStar Image



CREXi Infringing Image





Address:                                      Registration Number:  Photographer:

2360 Main St, Morro Bay, CA 93442             VA 1-403-915           Jeanne Kinney

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

2360 Main St, Morro Bay, CA 93442                 VA 1-403-915        Jeanne Kinney

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

400-450 Palm Ave, Hialeah, FL 33010              VA 1-421-755         Ygor Vanderbiest

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

2663-2665 Mission St, San Francisco, CA 94110        VA 2-075-004      George Chao

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number:  Photographer:

33-49 Briggs Dr, Ontario, OH 44906              VA 1-918-836           Pamela Lawrentz

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

8535 Tanglewood Sq, Chagrin Falls, OH 44023        VA 1-435-623        Linda Cook

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

9780 E Ave, Hesperia, CA 92345                    VA 1-918-736      Daniel Marquez

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number:  Photographer:

101 Sun Ave NE, Albuquerque, NM 87109         VA 2-278-378          Niv Rozenberg

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

225 May St, Edison, NJ 08837                VA 2-076-892        Michael Johnson

CoStar Image



CREXi Infringing Image





| | | |
|---|---|---|
| Address: | Registration Number: | Photographer: |
| 510 H St NE, Washington, DC 20002 | VA 1-431-090 | Gene Inserto |

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

28301 Ferry Rd, Warrenville, IL 60555          VA 2-278-336      Robert Gigliotti

CoStar Image



CREXi Infringing Image



Address:

28301 Ferry Rd, Warrenville, IL 60555

Registration Number: VA 2-278-336

Photographer: Robert Gigliotti

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

28301 Ferry Rd, Warrenville, IL 60555             VA 2-278-336        Robert Gigliotti

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

28301 Ferry Rd, Warrenville, IL 60555        VA 2-278-336        Robert Gigliotti

CoStar Image



CREXi Infringing Image



Address:                                                      Registration Number:  Photographer:

3231 Lycoming Creek Rd, Williamsport, PA 17701    VA 1-421-745        Rona Houser

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

590-600 Toll Gate Rd, Warwick, RI 02886     VA 1-436-226        Jonathan Coon

CoStar Image



CREXi Infringing Image



Address:

590-600 Toll Gate Rd, Warwick, RI 02886

Registration Number: VA 1-436-226

Photographer: Jonathan Coon

CoStar Image



CREXi Infringing Image





Address:                                                    Registration Number: Photographer:

590-600 Toll Gate Rd, Warwick, RI 02886          VA 1-436-226          Jonathan Coon

CoStar Image



CREXi Infringing Image



Address:

590-600 Toll Gate Rd, Warwick, RI 02886

Registration Number: VA 1-436-226

Photographer: Jonathan Coon

CoStar Image



CREXi Infringing Image



Address:

590-600 Toll Gate Rd, Warwick, RI 02886

Registration Number: VA 1-436-226

Photographer: Jonathan Coon

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

22401 Jefferson Blvd, Smithsburg, MD 21783                  VA 2-168-771        Tyler Priola

CoStar Image



CREXi Infringing Image



Address:

10556 W Fairview Ave, Boise, ID 83704

Registration Number: VA 1-421-698

Photographer: Jonathan Scobby

CoStar Image



CREXi Infringing Image



Address:

10556 W Fairview Ave, Boise, ID 83704

Registration Number: VA 1-421-698

Photographer: Jonathan Scobby

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

5650 Pensacola Blvd, Pensacola, FL 32505          VA 1-920-014        Brian Falacienski

CoStar Image



CREXi Infringing Image



**Exhibit C, Page 17182**

Address:                                          Registration Number: Photographer:

1614 Kanawha Blvd E, Charleston, WV 25311          VA 1-421-691        Mark Jarrett

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

2976 Aukele St, Lihue, HI 96766                   VA 1-434-330           Diane Rubright

CoStar Image



CREXi Infringing Image



Exhibit C, Page 17184

Address:

5809 Preston Rd, Plano, TX 75093

Registration Number: VA 2-143-440

Photographer: Robert Beary

CoStar Image



CREXi Infringing Image



Address:

600 Brickell Ave, Miami, FL 33131

Registration Number: Photographer:

VA 2-178-037        Jack Cook

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

5-7 Cross St, Hawthorne, NY 10532                 VA 1-435-235        Deawell Adair

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

5-7 Cross St, Hawthorne, NY 10532           VA 1-435-235           Deawell Adair

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number:  Photographer:

5-7 Cross St, Hawthorne, NY 10532             VA 1-435-235          Deawell Adair

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

57 Ozick Dr, Durham, CT 06422                     VA 1-431-226         Ed Messenger

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

57 Ozick Dr, Durham, CT 06422                   VA 1-431-226         Ed Messenger

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

2131 Kalakaua Ave, Honolulu, HI 96815       VA 2-236-476          Paul Peck

CoStar Image



CREXi Infringing Image



Address:

5259 Stone Mountain Hwy, Stone Mountain, GA 30087

Registration Number: VA 2-060-068

Photographer: Bonnie Heath

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

3012-3066 Village Park Dr, Plover, WI 54467          VA 2-236-865          Scott Mason
                                                                          Bittinger

CoStar Image



CREXi Infringing Image



Address:

3012-3066 Village Park Dr, Plover, WI 54467

Registration Number:

VA 2-236-865

Photographer:

Scott Mason Bittinger

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

3012-3066 Village Park Dr, Plover, WI 54467    VA 2-236-865    Scott Mason
                                                               Bittinger

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

2301 Villa Ave, Clovis, CA 93612            VA 2-108-866          John Bolling

CoStar Image



CREXi Infringing Image



Address:

Registration Number: Photographer:

8850 N MacArthur Blvd, Irving, TX 75063

VA 2-257-236        Chris Pearce

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

8850 N MacArthur Blvd, Irving, TX 75063           VA 2-257-236        Chris Pearce

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

6720 Charlotte Pike, Nashville, TN 37209     VA 2-149-033       Andrew Nelson

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

7200 NW 7th Ave, Miami, FL 33150                  VA 2-129-663          Al Paris

CoStar Image



CREXi Infringing Image



Address:

7200 NW 7th Ave, Miami, FL 33150

Registration Number: VA 2-129-663

Photographer: Al Paris

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

12932-12944 SW 120th St, Miami, FL 33186          VA 1-918-707          Carolyn Crisp

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

12932-12944 SW 120th St, Miami, FL 33186          VA 1-918-707        Carolyn Crisp

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

12932-12944 SW 120th St, Miami, FL 33186         VA 1-918-707        Carolyn Crisp

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number:  Photographer:

12932-12944 SW 120th St, Miami, FL 33186           VA 2-132-772           Al Paris

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

12932-12944 SW 120th St, Miami, FL 33186      VA 2-132-772      Al Paris

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

12932-12944 SW 120th St, Miami, FL 33186        VA 2-132-772        Al Paris

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1591 Magnolia Ave, El Cajon, CA 92020             VA 2-256-594         Michael Hirsch

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

4525 E Central Ave, Wichita, KS 67208       VA 1-421-669        Lawrence Ediger

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

5615 MacCorkle Ave SE, Charleston, WV 25304    VA 1-421-691        Mark Jarrett

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

119 N Stanton St, El Paso, TX 79901               VA 1-407-460        Linda Miner

CoStar Image



CREXi Infringing Image



Address:

119 N Stanton St, El Paso, TX 79901

Registration Number: VA 1-434-238

Photographer: Chuck Carpenter

CoStar Image



CREXi Infringing Image



Address:

6740 E University Dr, Mesa, AZ 85205

Registration Number: Photographer:

VA 2-164-185          Peter Sills

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

6740 E University Dr, Mesa, AZ 85205              VA 2-164-185           Peter Sills

CoStar Image



CREXi Infringing Image



Address:

1231 E Tallmadge Ave, Akron, OH 44310

Registration Number: VA 1-929-775

Photographer: Pamela Lawrentz

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

1105 E Foster Rd, Santa Maria, CA 93455           VA 1-421-781          Ernst Mutchnick

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1105 E Foster Rd, Santa Maria, CA 93455           VA 1-421-781         Ernst Mutchnick

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number: Photographer:

1105 E Foster Rd, Santa Maria, CA 93455        VA 1-431-355        Ernst Mutchnick

CoStar Image



CREXi Infringing Image



Address:

1105 E Foster Rd, Santa Maria, CA 93455

Registration Number: VA 1-431-355

Photographer: Ernst Mutchnick

CoStar Image



CREXi Infringing Image



Address:                                                Registration Number: Photographer:

3915 Constellation Rd, Lompoc, CA 93436                 VA 1-391-671           Ernst Mutchnick

CoStar Image



CREXi Infringing Image



Address:

Registration Number: Photographer:

3915 Constellation Rd, Lompoc, CA 93436

VA 1-391-671      Ernst Mutchnick

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

3800 Tuller Rd, Dublin, OH 43017            VA 1-922-391          Sam Blythe

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

3800 Tuller Rd, Dublin, OH 43017                  VA 1-922-391      Sam Blythe

CoStar Image



CREXi Infringing Image



Address:

130 41st St S, Birmingham, AL 35222

Registration Number: VA 1-926-406

Photographer: Laurie Goodwin

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number: Photographer:

2 S Water St, Mobile, AL 36602                VA 1-918-698        Brian Falacienski

CoStar Image



CREXi Infringing Image



Address:

3470 Centennial Blvd, Colorado Springs, CO 80907

Registration Number: VA 1-434-611

Photographer: Stacey Rocero

CoStar Image



CREXi Infringing Image



Address:

540 Village Green Dr, Gallatin, TN 37066

Registration Number: VA 1-434-483

Photographer: Andrew Nelson

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

540 Village Green Dr, Gallatin, TN 37066    VA 1-434-483        Andrew Nelson

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

2225 S Henry St, Williamsburg, VA 23185           VA 1-431-286          Randy Rose

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

2225 S Henry St, Williamsburg, VA 23185         VA 1-431-286        Randy Rose

CoStar Image



CREXi Infringing Image



Address:

1405 Newton St, Tallmadge, OH 44278

Registration Number: Photographer:

VA 1-421-737    Pamela Lawrentz

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1511 Key Rd, Columbia, SC 29201                   VA 1-431-587        Jason Benns

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

2932 E Long Lake Rd, Troy, MI 48085             VA 1-434-313        Douglas Wright

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

1 N Summit Ave, Gaithersburg, MD 20877                VA 1-918-693         Gene Inserto

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number:  Photographer:

1 N Summit Ave, Gaithersburg, MD 20877          VA 1-918-693          Gene Inserto

CoStar Image



CREXi Infringing Image



Address:

1400 9th St SW, Massillon, OH 44647

Registration Number: Photographer:

VA 1-434-384       Tony Griffie

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

1400 9th St SW, Massillon, OH 44647                  VA 1-434-384        Tony Griffie

CoStar Image



CREXi Infringing Image



Address:

53 McGarry Blvd, Kearneysville, WV 25430

Registration Number: Photographer:

VA 1-919-055          Gene Inserto

CoStar Image



CREXi Infringing Image



Address:

1360 Oviedo Marketplace Blvd, Oviedo, FL 32765

Registration Number: VA 1-421-685

Photographer: Kevin Coleman

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number:   Photographer:

50 NW 20th Ave, Portland, OR 97209                 VA 1-434-235            Christopher Weaver

CoStar Image



CREXi Infringing Image



Address:

24954 Brookpark Rd, North Olmsted, OH 44070

Registration Number: VA 1-436-760

Photographer: Linda Cook

CoStar Image



CREXi Infringing Image



Address:

590 Lipoa Pky, Kihei, HI 96753

Registration Number: VA 1-434-379

Photographer: Ron Bailey

CoStar Image



CREXi Infringing Image



Address:                                            Registration Number: Photographer:

182-184 Monroe Ave, Rochester, NY 14607            VA 1-435-820        Frank Taddeo

CoStar Image



CREXi Infringing Image



Address:

182-184 Monroe Ave, Rochester, NY 14607

Registration Number: VA 1-435-820

Photographer: Frank Taddeo

CoStar Image



CREXi Infringing Image



Address:

182-184 Monroe Ave, Rochester, NY 14607

Registration Number: VA 1-435-820

Photographer: Frank Taddeo

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number:   Photographer:

1227 Bluff Rd, Columbia, SC 29201               VA 1-918-544           Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number:  Photographer:

8511-8521 Manassas Dr, Manassas Park, VA 20111        VA 1-421-789          Pia Miai

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

607 W Dr Martin Luther King Jr Blvd, Tampa, FL 33603      VA 2-063-544      James Petrylka

CoStar Image



CREXi Infringing Image



Address:

809 S Franklin Ave, Normal, IL 61761

Registration Number: VA 2-122-407

Photographer: Jonathan Fairfield

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1757 King St, Alexandria, VA 22314               VA 1-434-282      Pia Miai

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

6061 Commerce Dr, Westland, MI 48185            VA 1-940-279          Trisha Everitt

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

52 SW 5th Ct, Pompano Beach, FL 33060                       VA 2-048-113        Carolyn Crisp

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

52 SW 5th Ct, Pompano Beach, FL 33060                      VA 2-048-113        Carolyn Crisp

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1301-1309 N 19th Ave, Hollywood, FL 33020        VA 1-405-335        Mark White

CoStar Image



CREXi Infringing Image



Address:                                                      Registration Number: Photographer:

1301-1309 N 19th Ave, Hollywood, FL 33020          VA 1-405-335          Mark White

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

150-170 N L St, Livermore, CA 94550                  VA 1-436-156        Anita Shin

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

150-170 N L St, Livermore, CA 94550              VA 1-436-156        Anita Shin

CoStar Image



CREXi Infringing Image



Address:

150-170 N L St, Livermore, CA 94550

Registration Number: Photographer:

VA 1-436-156        Anita Shin

CoStar Image



CREXi Infringing Image



Address:

7160 Argus Dr, Rockford, IL 61107

Registration Number: VA 1-405-408

Photographer: Brian McCann

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

3520 S Baldwin Rd, Orion Township, MI 48359       VA 2-057-875        Lisa Borkus

CoStar Image



CREXi Infringing Image



Address:

Registration Number: Photographer:

2844-2868 E Highland Rd, Highland, MI 48356

VA 2-110-934        Jackie Blair

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

3035 Jackson Bluff Rd, Tallahassee, FL 32304               VA 1-919-117        David McCord

CoStar Image



CREXi Infringing Image



Address:

19770 Kingsland Blvd, Katy, TX 77450

Registration Number:    Photographer:

VA 1-434-737    Alexis Belk

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

311 W Idaho St, Boise, ID 83702                  VA 1-405-377        Jonathan Scobby

CoStar Image



CREXi Infringing Image



Address:

5222 Pirrone Ct, Salida, CA 95368

Registration Number: Photographer:

VA 2-060-036          Enrique Meza

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

102-108 Green St, Bensenville, IL 60106           VA 2-023-383        Justin Schmidt

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

202 Raleigh St, Wilmington, NC 28412                  VA 2-144-375        Lawrence Hiatt

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number:  Photographer:

1830-1836 Lincoln St, Hollywood, FL 33020       VA 1-405-335        Mark White

CoStar Image



CREXi Infringing Image



Address:                                                   Registration Number: Photographer:

2900 W Sam Houston Pky S, Houston, TX 77042               VA 2-296-403       Steve Lee

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

2900 W Sam Houston Pky S, Houston, TX 77042                 VA 2-296-403        Steve Lee

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

2900 W Sam Houston Pky S, Houston, TX 77042       VA 2-296-403         Steve Lee

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

2900 W Sam Houston Pky S, Houston, TX 77042                 VA 2-296-403          Steve Lee

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

2900 W Sam Houston Pky S, Houston, TX 77042        VA 2-296-403        Steve Lee

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

2900 W Sam Houston Pky S, Houston, TX 77042          VA 2-296-403          Steve Lee

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

2900 W Sam Houston Pky S, Houston, TX 77042       VA 2-296-403        Steve Lee

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

2900 W Sam Houston Pky S, Houston, TX 77042                VA 2-296-403        Steve Lee

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

2900 W Sam Houston Pky S, Houston, TX 77042        VA 2-296-403        Steve Lee

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

2900 W Sam Houston Pky S, Houston, TX 77042        VA 2-296-403         Steve Lee

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

2900 W Sam Houston Pky S, Houston, TX 77042     VA 2-296-403         Steve Lee

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number: Photographer:

2900 W Sam Houston Pky S, Houston, TX 77042          VA 2-296-403          Steve Lee

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number:  Photographer:

2900 W Sam Houston Pky S, Houston, TX 77042   VA 2-296-403          Steve Lee

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

2900 W Sam Houston Pky S, Houston, TX 77042                VA 2-296-403        Steve Lee

CoStar Image



CREXi Infringing Image



Address:

Registration Number: Photographer:

3812 E Davison St, Hamtramck, MI 48212

VA 1-919-348        Trisha Everitt

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

3675 Hewatt Ct, Snellville, GA 30039              VA 2-060-068          Bonnie Heath

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number: Photographer:

3675 Hewatt Ct, Snellville, GA 30039                             VA 2-060-068         Bonnie Heath

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

2842 W Henrietta Rd, Rochester, NY 14623           VA 1-919-647          Frank Taddeo

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1101 Ferguson St, Columbia, SC 29201              VA 2-022-708          Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:

209 W Spring St, Sylacauga, AL 35150

Registration Number: VA 1-434-729

Photographer: Cathy Morris

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

18 Endeavor, Irvine, CA 92618                     VA 1-434-485        Gene Wyrrick

CoStar Image



CREXi Infringing Image



Address:                                            Registration Number: Photographer:

3525 Whitehall Park Dr, Charlotte, NC 28273         VA 2-207-880        Ryan Gwilliam

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

3525 Whitehall Park Dr, Charlotte, NC 28273       VA 2-207-880        Ryan Gwilliam

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

5400 Prairie Stone Pkwy, Hoffman Estates, IL 60192          VA 2-099-507          Mohammad Tomaleh

CoStar Image



CREXi Infringing Image



Address:

950 Corbindale Rd, Houston, TX 77024

Registration Number:   Photographer:

VA 2-118-920

Fred Farhad
Ranjbaran

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

10151 Us-70 Hwy E, Clayton, NC 27527               VA 1-435-640        Lawrence Hiatt

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

10151 Us-70 Hwy E, Clayton, NC 27527                 VA 1-435-640          Lawrence Hiatt

CoStar Image



CREXi Infringing Image



Address:

Registration Number: Photographer:

1 Abbey Ln, Queensbury, NY 12804

VA 2-266-938        Tina Wood

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

15851-15873 Commerce Ct, Upper Marlboro, MD 20774          VA 1-918-811        Gene Inserto

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

915 Washington St, Forrest City, AR 72335         VA 2-088-611        Mary Drost

CoStar Image



CREXi Infringing Image



Address:

500 N Juniper Dr, Chandler, AZ 85226

Registration Number: Photographer:

VA 2-022-710    Tim Nelson

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

2730 Airport Way, Boise, ID 83705                 VA 1-405-377          Jonathan Scobby

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

2730 Airport Way, Boise, ID 83705                VA 1-405-377        Jonathan Scobby

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

316 NE 1st St, Pompano Beach, FL 33060                      VA 1-405-350        Carolyn Crisp

CoStar Image



CREXi Infringing Image



Address:                                                  Registration Number: Photographer:

925 Washington St, Forrest City, AR 72335                 VA 1-391-645          Kimberly Spencer

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

3555 Cypress Creek Pky, Houston, TX 77068        VA 2-284-925        Tommy Orellana

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

2315 Dougherty Ferry Rd, Des Peres, MO 63122               VA 1-435-218        James Hunstein

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

1710 N Franklin St, Pittsburgh, PA 15233              VA 1-434-464        Alan Battles

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

3557 Butterfield Rd, Aurora, IL 60502                VA 2-178-869          Gian Lorenzo Ferretti

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

3557 Butterfield Rd, Aurora, IL 60502       VA 2-178-869    Gian Lorenzo Ferretti

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

3557 Butterfield Rd, Aurora, IL 60502             VA 2-178-869          Gian Lorenzo Ferretti

CoStar Image



CREXi Infringing Image



Address:

484 Central Ave, Albany, NY 12206

Registration Number: VA 1-436-735

Photographer: Tina Wood

CoStar Image



CREXi Infringing Image



Address:

484 Central Ave, Albany, NY 12206

Registration Number: Photographer:

VA 1-436-735        Tina Wood

CoStar Image



CREXi Infringing Image



Address:

397-447 Ferry St, Newark, NJ 07105

Registration Number: Photographer:

VA 2-236-792     James Leynse

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

1 Brewster St, Glen Cove, NY 11542                         VA 2-268-702          Jeffrey Siegel

CoStar Image



CREXi Infringing Image



Address:

333 Metro Park, Rochester, NY 14623

Registration Number: VA 2-159-253

Photographer: Frank Taddeo

CoStar Image



CREXi Infringing Image



Address:

333 Metro Park, Rochester, NY 14623

Registration Number:  Photographer:

VA 2-159-253         Frank Taddeo

CoStar Image



CREXi Infringing Image



Address:

333 Metro Park, Rochester, NY 14623

Registration Number: Photographer:

VA 2-159-253          Frank Taddeo

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

333 Metro Park, Rochester, NY 14623              VA 2-159-253        Frank Taddeo

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

333 Metro Park, Rochester, NY 14623         VA 2-159-253        Frank Taddeo

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

333 Metro Park, Rochester, NY 14623               VA 2-159-253         Frank Taddeo

CoStar Image



CREXi Infringing Image



Address:

333 Metro Park, Rochester, NY 14623

Registration Number: Photographer:

VA 2-159-253        Frank Taddeo

CoStar Image



CREXi Infringing Image



Address:                                         Registration Number: Photographer:

333 Metro Park, Rochester, NY 14623              VA 2-159-253         Frank Taddeo

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number: Photographer:

333 Metro Park, Rochester, NY 14623          VA 2-159-253         Frank Taddeo

CoStar Image



CREXi Infringing Image



Address:

333 Metro Park, Rochester, NY 14623

Registration Number: VA 2-171-647

Photographer: Frank Taddeo

CoStar Image



CREXi Infringing Image



Address:

333 Metro Park, Rochester, NY 14623

CoStar Image

Registration Number: VA 2-171-647

Photographer: Frank Taddeo



CREXi Infringing Image

Exhibit C, Page 17325



Exhibit C, Page 17326

Address:                                          Registration Number:  Photographer:

190-194 Monroe Ave, Rochester, NY 14607          VA 1-435-820          Frank Taddeo

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

475 Canal St, Holyoke, MA 01040                   VA 1-405-363         Jonathan Coon

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

475 Canal St, Holyoke, MA 01040                 VA 1-405-363          Jonathan Coon

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

874 4th St, San Rafael, CA 94901            VA 2-088-194        George Chao

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

804 E Pulaski Hwy, Elkton, MD 21921               VA 1-919-645        Patrick O'Conor

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

266 W 23rd St, Hialeah, FL 33010                VA 1-403-879      Ygor Vanderbiest

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

1051-1059 W Belmont Ave, Chicago, IL 60657           VA 1-434-341        Kimberly Atwood

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

7260-7314 Lake Shore Blvd, Mentor, OH 44060      VA 1-434-257        Linda Cook

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

2275 Marion Dr, Las Vegas, NV 89115                VA 2-134-741        Jay Sanchez

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number:  Photographer:

3000-3080 S Calhoun Rd, New Berlin, WI 53151    VA 1-431-071          Chuck Carpenter

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

100 Cumberland Plz, Crossville, TN 38555          VA 2-112-297        Molly Mullin

CoStar Image



CREXi Infringing Image



Exhibit C, Page 17337

Address:

1275 N 91st Ave, Tolleson, AZ 85353

Registration Number: VA 2-090-457

Photographer: Nicholas Cassano

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

680 N Independence Blvd, Romeoville, IL 60446              VA 2-107-782        Melanie Shaw

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

680 N Independence Blvd, Romeoville, IL 60446              VA 2-107-782        Melanie Shaw

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number: Photographer:

680 N Independence Blvd, Romeoville, IL 60446                     VA 2-107-782          Melanie Shaw

CoStar Image



CREXi Infringing Image



Address:

571 E Sunset Rd, Henderson, NV 89011

Registration Number: VA 2-053-298

Photographer: Jay Sanchez

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

571 E Sunset Rd, Henderson, NV 89011              VA 2-053-298        Jay Sanchez

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

12 Crescent St, Holyoke, MA 01040                 VA 1-405-363        Jonathan Coon

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

741 Avignon Dr, Ridgeland, MS 39157              VA 1-405-373      Sara McKercher

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

741 Avignon Dr, Ridgeland, MS 39157                        VA 1-405-373       Sara McKercher

CoStar Image



CREXi Infringing Image



Address:

800 NW 54th St, Miami, FL 33127

Registration Number: Photographer:

VA 2-065-739    Rigoberto Perdomo

CoStar Image



CREXi Infringing Image



Address:

800 NW 54th St, Miami, FL 33127

Registration Number: Photographer:

VA 2-065-739      Rigoberto Perdomo

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

6134 Innovation Way, Carlsbad, CA 92009           VA 2-224-271        Michael Hirsch

CoStar Image



CREXi Infringing Image



Address:

6134 Innovation Way, Carlsbad, CA 92009

Registration Number: Photographer:

VA 2-224-271       Michael Hirsch

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

6134 Innovation Way, Carlsbad, CA 92009           VA 2-224-271       Michael Hirsch

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

2749-2779 Janitell Rd, Colorado Springs, CO 80906    VA 2-207-627      Stacey Rocero

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

33200 W 14 Mile Rd, West Bloomfield, MI 48322   VA 2-258-324        Owen Kaufman

CoStar Image



CREXi Infringing Image



Exhibit C, Page 17353

Address:

3876 El Camino Real, Palo Alto, CA 94306

Registration Number:  Photographer:

VA 1-391-644    Kristen Thomas

CoStar Image



CREXi Infringing Image



Exhibit C, Page 17354

Address:

3876 El Camino Real, Palo Alto, CA 94306

Registration Number: VA 1-391-644

Photographer: Kristen Thomas

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

888 W Ventura Blvd, Camarillo, CA 93010            VA 1-918-768        Daniel Kanooni

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

1001 SE Monterey Commons Blvd, Stuart, FL 34996       VA 1-405-330        Anna Brady

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

4747 N Peoria Ave, Tulsa, OK 74126          VA 2-148-878        Nick Branston

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

4747 N Peoria Ave, Tulsa, OK 74126               VA 2-148-878        Nick Branston

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

16250 Evans Pl, Omaha, NE 68116             VA 2-257-456        Seth Johanson

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

16250 Evans Pl, Omaha, NE 68116                    VA 2-257-456         Seth Johanson

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

2020 Land O Lakes Blvd, Lutz, FL 33549                      VA 2-221-745        Clint Bliss

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

2020 Land O Lakes Blvd, Lutz, FL 33549                      VA 2-221-745          Clint Bliss

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number: Photographer:

2020 Land O Lakes Blvd, Lutz, FL 33549                           VA 2-221-745          Clint Bliss

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

4-6 Martine Ave, White Plains, NY 10606           VA 2-293-841        Collin Quinlivan

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

7611 N Grand Prairie Dr, Peoria, IL 61615                  VA 1-435-229        Kimberly Atwood

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

2235 NW 20th St, Miami, FL 33142                          VA 2-108-144      Rigoberto Perdomo

CoStar Image



CREXi Infringing Image



Address:

431 Hamilton St, Geneva, NY 14456

Registration Number: Photographer:

VA 1-434-477          Stewart Cairns

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

1280 E County Line Rd, Ridgeland, MS 39157                  VA 1-636-073        Sara McKercher

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

525 N 21st Ave, Hollywood, FL 33020                VA 2-079-288          Carolyn Crisp

CoStar Image



CREXi Infringing Image



Address:

1333-1339 Shearers Rd, Mooresville, NC 28115

Registration Number: VA 2-111-155

Photographer: Scott Brotherton

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

3227-E Sunset Blvd, West Columbia, SC 29169    VA 1-431-587        Jason Benns

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number: Photographer:

3227 Sunset Blvd, West Columbia, SC 29169                        VA 1-431-587        Jason Benns

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

31 S Kirkman Rd, Orlando, FL 32811               VA 1-405-334          Robert Baal

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

8-16 Austin St, Worcester, MA 01609                  VA 1-434-841         Shelly Bourbeau

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:
954-960 Main St, Branford, CT 06405              VA 2-062-431        Ed Messenger

CoStar Image



CREXi Infringing Image



Address:                                                      Registration Number: Photographer:

954-960 Main St, Branford, CT 06405                          VA 2-062-431      Ed Messenger

CoStar Image



CREXi Infringing Image



Address:

201 Benton Ave, Linthicum Heights, MD 21090

Registration Number: VA 1-435-000

Photographer: Patrick O'Conor

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1634 Taylor St, Columbia, SC 29201                VA 1-405-413        Jason Benns

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

844 SE Ocean Blvd, Stuart, FL 34994              VA 1-434-327        David Dunn

CoStar Image



CREXi Infringing Image



Exhibit C, Page 17381

Address:

73 Troy Rd, East Greenbush, NY 12061

Registration Number: Photographer:

VA 2-256-997          Collin Quinlivan

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1005 Bruce B Downs Blvd, Zephyrhills, FL 33544    VA 1-391-695        Syd Krawczyk

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

1005 Bruce B Downs Blvd, Zephyrhills, FL 33544             VA 1-391-695        Syd Krawczyk

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

4600 S K St, Tulare, CA 93274                     VA 1-405-340        America Rivas

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

1510 Gregg St, Columbia, SC 29201                    VA 1-405-413        Jason Benns

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1516 Gregg St, Columbia, SC 29201          VA 1-405-413        Jason Benns

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

1818 Versailles Rd, Lexington, KY 40504                     VA 1-431-101      Dale Rushing

CoStar Image



CREXi Infringing Image



Address:

2005 Stringtown Rd, Grove City, OH 43123

Registration Number:

VA 1-434-742

Photographer:

Aleksandar Bulajic
Mose

CoStar Image



CREXi Infringing Image



Exhibit C, Page 17389

Address:                                                          Registration Number: Photographer:

100 World Dr, Peachtree City, GA 30269                           VA 1-919-020        Isaiah Buchanan

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

800 Town & Country Blvd, Houston, TX 77024        VA 2-266-942        Steve Lee

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

47-250 Hui Iwa St, Kaneohe, HI 96744            VA 2-078-420        Kye Corfield

CoStar Image



CREXi Infringing Image



Address:

Registration Number: Photographer:

1545 Sumter St, Columbia, SC 29201

VA 1-405-413        Jason Benns

CoStar Image



CREXi Infringing Image



Address:

45900 Commerce St, Indio, CA 92201

Registration Number: VA 2-104-128

Photographer: Nick Del Cioppo

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

45900 Commerce St, Indio, CA 92201                 VA 2-104-128        Nick Del Cioppo

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

751-763 E 200th St, Euclid, OH 44119                       VA 1-933-755          Linda Cook

CoStar Image



CREXi Infringing Image



Address:

751-763 E 200th St, Euclid, OH 44119

CoStar Image

Registration Number: Photographer:

VA 2-077-342        Kristin Locurto



CREXi Infringing Image



Address:

751-763 E 200th St, Euclid, OH 44119

Registration Number: VA 2-077-342

Photographer: Kristin Locurto

CoStar Image



CREXi Infringing Image



Address:

11832 Standing Stone Dr, Gretna, NE 68028

Registration Number: VA 1-918-786

Photographer: Chris Petersen

CoStar Image



CREXi Infringing Image



Address:                                         Registration Number: Photographer:

685-689 N High St, Columbus, OH 43215            VA 2-258-040         Sam Blythe

CoStar Image



CREXi Infringing Image



Address:

340 E Main St, Spartanburg, SC 29302

Registration Number: Photographer:

VA 2-192-985        William Neary



CoStar Image



CREXi Infringing Image





Address:                                          Registration Number:  Photographer:

340 E Main St, Spartanburg, SC 29302              VA 2-192-985          William Neary

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

340 E Main St, Spartanburg, SC 29302                       VA 2-192-985          William Neary

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

340 E Main St, Spartanburg, SC 29302                  VA 2-192-985         William Neary

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

340 E Main St, Spartanburg, SC 29302                 VA 2-192-985        William Neary

CoStar Image



CREXi Infringing Image



Address:

4466 County Highway P, Jackson, WI 53037

Registration Number: VA 2-142-293

Photographer: Adam Santoni

CoStar Image



CREXi Infringing Image



Address:                                                Registration Number: Photographer:

100 Louis Henna Blvd, Round Rock, TX 78664             VA 1-434-913        Michael Marx

CoStar Image



CREXi Infringing Image



Address:                                                Registration Number: Photographer:

2-10 S Main St, Gloversville, NY 12078                  VA 2-284-934        Tina Wood

CoStar Image



CREXi Infringing Image



Address:
4430-4486 SE Federal Hwy, Stuart, FL 34997

Registration Number: Photographer:
VA 2-093-712        David Dunn

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

4430-4486 SE Federal Hwy, Stuart, FL 34997           VA 2-093-712          David Dunn

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

3290 NE Indian River Dr, Jensen Beach, FL 34957            VA 2-134-787      Giovanny Lopez

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

3290 NE Indian River Dr, Jensen Beach, FL 34957        VA 2-134-787        Giovanny Lopez

CoStar Image



CREXi Infringing Image



Address:

3290 NE Indian River Dr, Jensen Beach, FL 34957

Registration Number: Photographer:

VA 2-134-787     Giovanny Lopez

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

4320-4356 SE Federal Hwy, Stuart, FL 34997                 VA 1-405-330      Anna Brady

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

4320-4356 SE Federal Hwy, Stuart, FL 34997                 VA 1-405-330        Anna Brady

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

1326 Baptist World Center Dr, Nashville, TN 37207     VA 1-431-137      Mark McNamara

CoStar Image



CREXi Infringing Image



Address:

1201 E Ocean Ave, Lompoc, CA 93436

Registration Number: VA 1-391-671

Photographer: Ernst Mutchnick

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1201 E Ocean Ave, Lompoc, CA 93436               VA 1-391-671          Ernst Mutchnick

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

10 Eldridge St, New York, NY 10002          VA 1-391-697        Nicholas Havholm

CoStar Image



CREXi Infringing Image



Address:

10 Eldridge St, New York, NY 10002

Registration Number: VA 1-391-697

Photographer: Nicholas Havholm

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

10 Eldridge St, New York, NY 10002                         VA 1-434-617          Victor Rivera

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number:  Photographer:

10 Eldridge St, New York, NY 10002               VA 1-434-617          Victor Rivera

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

605 Route 25A, Rocky Point, NY 11778              VA 1-435-226        Joseph Furio

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

3385 Roy Orr Blvd, Grand Prairie, TX 75050                 VA 2-148-655        Joan Sheahan

CoStar Image



CREXi Infringing Image



Address:

615 Elsinore Pl, Cincinnati, OH 45202

Registration Number: VA 2-182-287

Photographer: Greg Grupenhof

CoStar Image



CREXi Infringing Image



Address:

615 Elsinore Pl, Cincinnati, OH 45202

Registration Number:  Photographer:

VA 2-182-287      Greg Grupenhof

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

615 Elsinore Pl, Cincinnati, OH 45202                      VA 2-182-287        Greg Grupenhof

CoStar Image



CREXi Infringing Image



Address:

1526 E Goshen Ave, Visalia, CA 93292

Registration Number: VA 1-405-340

Photographer: America Rivas

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1526 E Goshen Ave, Visalia, CA 93292              VA 1-405-340        America Rivas

CoStar Image



CREXi Infringing Image



Address:

1649 Montgomery Rd, Aurora, IL 60504

Registration Number: Photographer:

VA 2-057-993        Barbara Rudolf

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number: Photographer:

1001 Day Hill Rd, Windsor, CT 06095           VA 1-436-776        Stewart Cairns

CoStar Image



CREXi Infringing Image



Address:

21 Corporate Hill Dr, Little Rock, AR 72205

Registration Number: Photographer:

VA 1-407-554      Paul Heer

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

19378 Central Rd, Apple Valley, CA 92307              VA 1-636-705         Daniel Marquez

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

19378 Central Rd, Apple Valley, CA 92307           VA 1-918-736        Daniel Marquez

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

218-246 Memorial Ave, West Springfield, MA 01089    VA 1-431-226        Ed Messenger

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

218-246 Memorial Ave, West Springfield, MA 01089    VA 1-431-226        Ed Messenger

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

911 Lady St, Columbia, SC 29201                      VA 1-434-991        Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

911 Lady St, Columbia, SC 29201                  VA 2-077-858      Ryan Devaney

CoStar Image



CREXi Infringing Image



| Address: | Registration Number: | Photographer: |
|---|---|---|
| 820 Roosevelt Ave, Irvine, CA 92620 | VA 2-250-254 | Ling Ge |

CoStar Image



CREXi Infringing Image



Exhibit C, Page 17442

Address:                                                      Registration Number: Photographer:

850 Roosevelt Ave, Irvine, CA 92620                          VA 2-250-254        Ling Ge

CoStar Image



CREXi Infringing Image



Address:

Registration Number: Photographer:

25 N Canfield Niles Rd, Youngstown, OH 44515

VA 2-119-729    Pamela Lawrentz

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

130-154 W Branch St, Arroyo Grande, CA 93420                VA 1-403-915          Jeanne Kinney

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

130-154 W Branch St, Arroyo Grande, CA 93420          VA 1-403-915          Jeanne Kinney

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number: Photographer:

130-154 W Branch St, Arroyo Grande, CA 93420        VA 1-434-731        Enrique Meza

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

130-154 W Branch St, Arroyo Grande, CA 93420               VA 1-434-731          Enrique Meza

CoStar Image



CREXi Infringing Image



Address:

318 N Haddon Ave, Haddonfield, NJ 08033

Registration Number: Photographer:

VA 1-918-629        Mitchell Keingarsky

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number: Photographer:

S Fortuna Rd & 40th Rd, Yuma, AZ 85367                            VA 1-403-994        Scott Davis

CoStar Image



CREXi Infringing Image



Address:                                                  Registration Number: Photographer:

S Fortuna Rd, Yuma, AZ 85367                             VA 1-403-994          Scott Davis

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

701 Gervais St, Columbia, SC 29201               VA 1-391-689        Jason Benns

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1237 Gadsden St, Columbia, SC 29201              VA 1-391-689        Jason Benns

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

215 E Bay St, Charleston, SC 29401                          VA 2-179-211        Emily Bealmear

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

215 E Bay St, Charleston, SC 29401               VA 2-179-211          Emily Bealmear

CoStar Image



CREXi Infringing Image



Address:

N Dupont Hwy, Dover, DE 19904

Registration Number: VA 1-918-616

Photographer: Simon Berg

CoStar Image



CREXi Infringing Image



Address:

20220-20238 S Avalon Blvd, Carson, CA 90746

Registration Number: VA 1-919-015

Photographer: Christiaan Cruz

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

11317 Steele St S, Parkland, WA 98444            VA 1-431-756         Gary Palmer

CoStar Image



CREXi Infringing Image



Address:

150 S Monroe St, Tallahassee, FL 32301

Registration Number: Photographer:

VA 1-919-085        David McCord

CoStar Image



CREXi Infringing Image



**Exhibit C, Page 17459**

Address:

150 S Monroe St, Tallahassee, FL 32301

Registration Number: Photographer:

VA 1-919-085        David McCord

CoStar Image



CREXi Infringing Image



Address:

1536 S Pine Ave, Ocala, FL 34471

Registration Number: VA 1-403-941

Photographer: Frank Vanis

CoStar Image



CREXi Infringing Image



Address:

1536 S Pine Ave, Ocala, FL 34471

Registration Number: Photographer:

VA 1-403-941        Frank Vanis

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

3732-3734 Cedarcrest Rd, Acworth, GA 30101        VA 1-434-417        Isaiah Buchanan

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

26501-26505 Aliso Creek Rd, Aliso Viejo, CA 92656          VA 2-205-481        Eric Norton

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

26501-26505 Aliso Creek Rd, Aliso Viejo, CA 92656          VA 2-205-481          Eric Norton

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1305 Laurel St, Columbia, SC 29201               VA 1-391-689        Jason Benns

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

1812 Lincoln St, Columbia, SC 29201         VA 1-919-461      Ryan Devaney

CoStar Image



CREXi Infringing Image



**Exhibit C, Page 17467**

Address:                                                    Registration Number: Photographer:

1001-1010 Greystone Sq, Jackson, TN 38305        VA 1-434-713        Mary Drost

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

313 Buschs Frontage Rd, Annapolis, MD 21409      VA 1-434-300        Patrick O'Conor

CoStar Image



CREXi Infringing Image



Address:

2600 W 35th St, Chicago, IL 60632

Registration Number: Photographer:

VA 1-434-341     Kimberly Atwood

CoStar Image



CREXi Infringing Image



Address:

2361 A St, Santa Maria, CA 93455

Registration Number: VA 1-431-133

Photographer: Ernst Mutchnick

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

2361 A St, Santa Maria, CA 93455                  VA 1-431-133          Ernst Mutchnick

CoStar Image



CREXi Infringing Image



Address:
2369 A St, Santa Maria, CA 93455

Registration Number: Photographer:
VA 1-431-133     Ernst Mutchnick

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

2369 A St, Santa Maria, CA 93455                           VA 1-431-133        Ernst Mutchnick

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

1416 Calhoun St, Columbia, SC 29201         VA 1-918-993          Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

1501 Grandview Ave, Paulsboro, NJ 08066     VA 1-403-944        Jonas Kleiner

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

33459-33485 W 8 Mile Rd, Livonia, MI 48152       VA 2-207-594          Trisha Everitt

CoStar Image



CREXi Infringing Image



Address:

33459-33485 W 8 Mile Rd, Livonia, MI 48152

Registration Number: VA 2-207-594

Photographer: Trisha Everitt

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

33459-33485 W 8 Mile Rd, Livonia, MI 48152        VA 2-207-594         Trisha Everitt

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

33459-33485 W 8 Mile Rd, Livonia, MI 48152         VA 2-207-594        Trisha Everitt

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

5841-5857 Broadway Ave, Cleveland, OH 44127       VA 1-434-257        Linda Cook

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

520 W Main St, Visalia, CA 93291            VA 1-391-665        America Rivas

CoStar Image



CREXi Infringing Image

