Address:                                          Registration Number:  Photographer:

921 Cedar Lake Rd, Biloxi, MS 39532               VA 1-437-171          Brian Falacienski

CoStar Image



CREXi Infringing Image



Address:

921 Cedar Lake Rd, Biloxi, MS 39532

Registration Number: VA 1-437-171

Photographer: Brian Falacienski

CoStar Image



CREXi Infringing Image



Address:                                         Registration Number:   Photographer:

513 Airways Blvd, Jackson, TN 38301              VA 1-923-621           Mary Drost

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

513 Airways Blvd, Jackson, TN 38301               VA 1-923-621          Mary Drost

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

Fieldstone Ct & Highland Ave, Cheshire, CT 06410           VA 2-088-030          Deawell Adair

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

Fieldstone Ct & Highland Ave, Cheshire, CT 06410          VA 2-088-030       Deawell Adair

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

Fieldstone Ct & Highland Ave, Cheshire, CT 06410          VA 2-101-947          Alexandra Olsen

CoStar Image



CREXi Infringing Image



Address:

Registration Number: Photographer:

235 N Greenbush Rd, Troy, NY 12180

VA 1-432-669        Tina Wood

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

235 N Greenbush Rd, Troy, NY 12180          VA 1-432-669          Tina Wood

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

3025 University Ave, Columbus, GA 31907           VA 2-075-582          Isaiah Buchanan

CoStar Image



CREXi Infringing Image



Address:                                  Registration Number:  Photographer:

951-965 W Oak St, North Aurora, IL 60542    VA 2-079-433      Melanie Shaw

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

181 Boyd St, Montgomery, NY 12549                     VA 1-918-987           Deawell Adair

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

8105-8191 NE 3rd Pl, Miami, FL 33138              VA 1-434-707        Mark White

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

175 E Crossroads Pky, Bolingbrook, IL 60440          VA 1-434-396        Samantha Wickham

CoStar Image



CREXi Infringing Image



Address:                                                      Registration Number:  Photographer:

1700 Willow Lawn Dr, Richmond, VA 23230       VA 2-182-531      Alicia Helm

CoStar Image



CREXi Infringing Image



Address:

596 Mobil Ave, Camarillo, CA 93010

Registration Number: VA 1-431-355

Photographer: Ernst Mutchnick

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

1356 Franklin St, Santa Clara, CA 95050     VA 1-403-907        Guy Claudin

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1356 Franklin St, Santa Clara, CA 95050           VA 2-060-507      Christopher Lau

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

1327 W Jackson St, Thomasville, GA 31792             VA 1-918-734          David McCord

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

9349 Waterstone Blvd, Cincinnati, OH 45249           VA 2-122-420        Holly Routzohn

CoStar Image



CREXi Infringing Image



Address:                                         Registration Number: Photographer:

9349 Waterstone Blvd, Cincinnati, OH 45249       VA 2-122-420        Holly Routzohn

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

1400 North Acres Rd, Prescott, WI 54021          VA 1-435-234        David Alexander

CoStar Image



CREXi Infringing Image



Exhibit C, Page 17504

Address:                                                    Registration Number:  Photographer:

1005-1025 Osgood St, North Andover, MA 01845                VA 1-434-607          Shelly Bourbeau

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

1005-1025 Osgood St, North Andover, MA 01845          VA 1-434-607          Shelly Bourbeau

CoStar Image



CREXi Infringing Image



Address:

1005-1025 Osgood St, North Andover, MA 01845

Registration Number: VA 2-063-439

Photographer: Jeff Tippett

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

1725 E 10th St, Jeffersonville, IN 47130                    VA 2-107-788        Dale Rushing

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

12420 Milestone Center Dr, Germantown, MD 20876    VA 2-278-363          Tyler Priola

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

1501 Main St, Columbia, SC 29201                  VA 2-217-790          Ryan Gwilliam

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

1514 S Monroe St, Tallahassee, FL 32301           VA 1-436-721           David McCord

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number:  Photographer:

1514 S Monroe St, Tallahassee, FL 32301         VA 1-436-721        David McCord

CoStar Image



CREXi Infringing Image



Exhibit C, Page 17512

Address:                                        Registration Number: Photographer:

1514 S Monroe St, Tallahassee, FL 32301          VA 1-436-721        David McCord

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number:  Photographer:

16959 CR-44, La Salle, CO 80645                       VA 2-213-572           Linda Jáquez

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

16959 CR-44, La Salle, CO 80645             VA 2-213-572          Linda Jáquez

CoStar Image



CREXi Infringing Image



Exhibit C, Page 17515

Address:

16959 CR-44, La Salle, CO 80645

Registration Number: VA 2-213-572

Photographer: Linda Jáquez

CoStar Image



CREXi Infringing Image



Exhibit C, Page 17516

Address:                                    Registration Number: Photographer:

16959 CR-44, La Salle, CO 80645             VA 2-213-572        Linda Jáquez

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

16959 CR-44, La Salle, CO 80645                    VA 2-213-572           Linda Jáquez

CoStar Image



CREXi Infringing Image



Exhibit C, Page 17518

Address:                                                           Registration Number: Photographer:

16959 CR-44, La Salle, CO 80645                                    VA 2-213-572          Linda Jáquez

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

16959 CR-44, La Salle, CO 80645            VA 2-213-572       Linda Jáquez

CoStar Image



CREXi Infringing Image



Address:

37-41 E Main St, Alhambra, CA 91801

Registration Number: VA 2-230-279

Photographer: Jeremiah Unruh

CoStar Image



CREXi Infringing Image



Address:

37-41 E Main St, Alhambra, CA 91801

Registration Number: VA 2-230-279

Photographer: Jeremiah Unruh

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

37-41 E Main St, Alhambra, CA 91801          VA 2-230-279      Jeremiah Unruh

CoStar Image



CREXi Infringing Image



Address:

6520 E Lake Mead Blvd, Las Vegas, NV 89156

Registration Number: VA 1-431-080

Photographer: Michael Collison

CoStar Image



CREXi Infringing Image



Address:

600 Strada Cir, Mansfield, TX 76063

Registration Number: VA 2-149-034

Photographer: Andrew Compomizzi

CoStar Image



CREXi Infringing Image



Address:

600 Strada Cir, Mansfield, TX 76063

Registration Number: Photographer:

VA 2-149-034          Andrew Compomizzi

CoStar Image



CREXi Infringing Image



Address:

3325 Aspen Grove Dr, Franklin, TN 37067

Registration Number: VA 1-391-706

Photographer: Mark McNamara

CoStar Image



CREXi Infringing Image



Address:                                            Registration Number: Photographer:

2205 Main St, Columbia, SC 29201                    VA 2-022-708        Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number: Photographer:

535 W 14 Mile Rd, Madison Heights, MI 48071   VA 1-434-350        Lisa Borkus

CoStar Image



CREXi Infringing Image



Address:

2001 Niagara Falls Blvd, Amherst, NY 14228

Registration Number:

VA 1-636-104

Photographer:

Aleksandar Bulajic Mose

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

300 Riverside Dr E, Bradenton, FL 34208           VA 1-919-467      Michael Suter

CoStar Image



CREXi Infringing Image



Address:

300 Riverside Dr E, Bradenton, FL 34208

Registration Number: Photographer:

VA 2-269-775        Leila Sally

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

300 Riverside Dr E, Bradenton, FL 34208           VA 2-269-775          Leila Sally

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

300 Riverside Dr E, Bradenton, FL 34208                     VA 2-269-775          Leila Sally

CoStar Image



CREXi Infringing Image



| Address: | Registration Number: | Photographer: |
|---|---|---|
| 300 Riverside Dr E, Bradenton, FL 34208 | VA 2-269-775 | Leila Sally |

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

9790 Irvine Center Dr, Irvine, CA 92618      VA 1-436-732          Nara Cox

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

9790 Irvine Center Dr, Irvine, CA 92618               VA 1-436-732         Nara Cox

CoStar Image



CREXi Infringing Image



Address:

105 Mueller Brass Rd, Covington, TN 38019

Registration Number: Photographer:

VA 1-435-857        Chuck Carpenter

CoStar Image



CREXi Infringing Image



Address:

105 Mueller Brass Rd, Covington, TN 38019

Registration Number: VA 1-435-857

Photographer: Chuck Carpenter

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

1463-1473 N Davis Rd, Salinas, CA 93907                     VA 1-403-990          Oscar Gutierrez

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1463-1473 N Davis Rd, Salinas, CA 93907            VA 1-434-728         Christopher Lau

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

1525-1529 Haight St, San Francisco, CA 94117    VA 1-918-744        Benjamin Garcia

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

3800 Glenwood Ave, Raleigh, NC 27612              VA 2-213-164        Emily Bealmear

CoStar Image



CREXi Infringing Image



Address:                                                Registration Number: Photographer:

3800 Glenwood Ave, Raleigh, NC 27612                    VA 2-213-164        Emily Bealmear

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

3800 Glenwood Ave, Raleigh, NC 27612        VA 2-213-164        Emily Bealmear

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

9910 Irvine Center Dr, Irvine, CA 92618     VA 1-436-732          Nara Cox

CoStar Image



CREXi Infringing Image



Address:                                            Registration Number: Photographer:

9890 Irvine Center Dr, Irvine, CA 92618             VA 1-436-732          Nara Cox

CoStar Image



CREXi Infringing Image



Address:                                                      Registration Number:  Photographer:

1950 Young St, Honolulu, HI 96826                             VA 2-135-656          Odeelo Dayondon

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

7711 Beach Blvd, Buena Park, CA 90620                       VA 2-146-781          Bill Helm

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number:  Photographer:

805-823 Manatee Ave, Bradenton, FL 34205             VA 2-257-745          Raif Fluker

CoStar Image



CREXi Infringing Image



Address:

2123 Country Club Blvd, Stockton, CA 95204

Registration Number: VA 1-391-703

Photographer: Elysse Rishwain-Brown

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

3091 SE Waaler St, Stuart, FL 34997               VA 2-060-801        David Dunn

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

3091 SE Waaler St, Stuart, FL 34997              VA 2-060-801        David Dunn

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

3091 SE Waaler St, Stuart, FL 34997             VA 2-060-801        David Dunn

CoStar Image



CREXi Infringing Image



Exhibit C, Page 17554

Address:                                          Registration Number: Photographer:

3545 Camino Del Rio S, San Diego, CA 92108        VA 2-103-960        Dustin Pacheco

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

2194 Hudson Ave, Rochester, NY 14617              VA 2-088-173         Frank Taddeo

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

1295 E Florence Blvd, Casa Grande, AZ 85122           VA 1-431-346          Barb Hildenbrand

CoStar Image



CREXi Infringing Image



**Exhibit C, Page 17557**

Address:

1295 E Florence Blvd, Casa Grande, AZ 85122

Registration Number: VA 1-431-346

Photographer: Barb Hildenbrand

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

1295 E Florence Blvd, Casa Grande, AZ 85122           VA 2-059-738          Barb Hildenbrand

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:   Photographer:

1295 E Florence Blvd, Casa Grande, AZ 85122       VA 2-059-738          Barb Hildenbrand

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

15300 N Western Ave, Edmond, OK 73013            VA 2-258-007        Richard Waltemath

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

290-291 Valley Station Dr, Buellton, CA 93427      VA 1-407-492      Ernst Mutchnick

CoStar Image



CREXi Infringing Image



Address:                                                  Registration Number: Photographer:

290-291 Valley Station Dr, Buellton, CA 93427            VA 1-407-492        Ernst Mutchnick

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

445 N Jeff Davis Dr, Fayetteville, GA 30214           VA 1-404-001          Kelley Klein

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1 Conway Ct, Troy, NY 12180                       VA 1-407-523        James Cameron

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

1 Conway Ct, Troy, NY 12180                     VA 1-407-523        James Cameron

CoStar Image



CREXi Infringing Image



Address:

21671 Gateway Center Dr, Diamond Bar, CA 91765

Registration Number: VA 2-048-886

Photographer: Christiaan Cruz

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number: Photographer:

750 Colonel Ledyard Hwy, Ledyard, CT 06339         VA 2-131-351        Ed Messenger

CoStar Image



CREXi Infringing Image



Address:

1300 W Jefferson St, Franklin, IN 46131

Registration Number: VA 1-434-514

Photographer: Robert Clayton

CoStar Image



CREXi Infringing Image





Address:                                    Registration Number: Photographer:

171 Lake St N, Big Lake, MN 55309           VA 1-434-622        David Alexander

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

301 Camp Craft Rd, Austin, TX 78746               VA 1-997-938        Michael Marx

CoStar Image



CREXi Infringing Image



Exhibit C, Page 17571

Address:                                              Registration Number: Photographer:

3854 Charles Raper Jonas Hwy, Stanley, NC 28164      VA 1-437-135         Jill Gilbert

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

840 W Hamilton St, Allentown, PA 18101          VA 1-434-293      Mitchell Birnbaum

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

840 W Hamilton St, Allentown, PA 18101            VA 2-144-848        Jim Rider

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

2220 Heinz Rd, Iowa City, IA 52240                    VA 1-391-709        Jesse Denker

CoStar Image



CREXi Infringing Image



Address:                                                  Registration Number: Photographer:

4450 N Brawley Ave, Fresno, CA 93722                      VA 1-435-980         John Bolling

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

3200-3214 NE 2 Ave, Miami, FL 33137               VA 1-434-232          Carolyn Crisp

CoStar Image



CREXi Infringing Image



Address:

3200-3214 NE 2 Ave, Miami, FL 33137

Registration Number: Photographer:

VA 1-434-232        Carolyn Crisp

CoStar Image



CREXi Infringing Image



Address:

3200-3214 NE 2 Ave, Miami, FL 33137

Registration Number: Photographer:

VA 1-434-232      Carolyn Crisp

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

3200-3214 NE 2 Ave, Miami, FL 33137            VA 1-434-232         Carolyn Crisp

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

3200-3214 NE 2 Ave, Miami, FL 33137         VA 2-093-665        Al Paris

CoStar Image



CREXi Infringing Image



Address:

3200-3214 NE 2 Ave, Miami, FL 33137

Registration Number: VA 2-093-665

Photographer: Al Paris

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

3200-3214 NE 2 Ave, Miami, FL 33137              VA 2-093-665        Al Paris

CoStar Image



CREXi Infringing Image





Address:                                              Registration Number: Photographer:

6949 Speedway Blvd, Las Vegas, NV 89115              VA 2-222-906        Jay Sanchez

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

6949 Speedway Blvd, Las Vegas, NV 89115           VA 2-222-906        Jay Sanchez

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

6949 Speedway Blvd, Las Vegas, NV 89115              VA 2-222-906        Jay Sanchez

CoStar Image



CREXi Infringing Image



Exhibit C, Page 17586

Address:                                                    Registration Number: Photographer:

6949 Speedway Blvd, Las Vegas, NV 89115                     VA 2-222-906        Jay Sanchez

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

220 S Mooney Blvd, Visalia, CA 93291               VA 1-391-665          America Rivas

CoStar Image



CREXi Infringing Image



Address:

Registration Number:  Photographer:

417 Zarragossa St, Pensacola, FL 32502

VA 1-920-014      Brian Falacienski

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

110 Howard Ln, Fayetteville, GA 30215                      VA 1-404-001      Kelley Klein

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number:  Photographer:

4815 List Dr, Colorado Springs, CO 80919           VA 1-421-754          Robbie Bottorff

CoStar Image



CREXi Infringing Image



Address:                                                      Registration Number: Photographer:

4815 List Dr, Colorado Springs, CO 80919                     VA 2-059-793      Jason Tuomey

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

8359 W Sunset Rd, Las Vegas, NV 89113             VA 2-258-199          Zachary Mirer

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

8359 W Sunset Rd, Las Vegas, NV 89113             VA 2-258-199          Zachary Mirer

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

45540-45592 Michigan Ave, Canton, MI 48188                 VA 2-291-045        Trisha Everitt

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1720 E Route 70, Cherry Hill, NJ 08003           VA 1-436-112      Jerry Block

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number: Photographer:

2908 W Main St, Visalia, CA 93291                                 VA 1-434-731         Enrique Meza

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

4584 Calimesa St, Las Vegas, NV 89115             VA 1-431-080       Michael Collison

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

45 River Park Pl W, Fresno, CA 93720              VA 2-257-786        John Bolling

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

12740 Earhart Ave, Auburn, CA 95602                VA 1-437-110        Thomas Stuebe

CoStar Image



CREXi Infringing Image



Address:                                                  Registration Number: Photographer:

3630 Cincinnati Ave, Rocklin, CA 95765                    VA 1-434-700      Steven Cranston

CoStar Image



CREXi Infringing Image



Address:                                                      Registration Number: Photographer:

1721 E Southlake Blvd, Southlake, TX 76092        VA 1-391-676        Keith Howard

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

644 Church Rd, Madison, MS 39110                  VA 1-391-719       Sara McKercher

CoStar Image



CREXi Infringing Image



Address:

6676 Towne Center Dr, Dayton, OH 45414

Registration Number: VA 1-432-677

Photographer: Zachary Robb

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number: Photographer:

1080 S La Cienega Blvd, Los Angeles, CA 90035          VA 2-285-689        Sherri Johnson

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

1080 S La Cienega Blvd, Los Angeles, CA 90035              VA 2-285-689      Sherri Johnson

CoStar Image



CREXi Infringing Image



Address:

941 E Charleston Rd, Palo Alto, CA 94303

Registration Number: Photographer:

VA 1-431-586          Christopher Lau

CoStar Image



CREXi Infringing Image



Address:

941 E Charleston Rd, Palo Alto, CA 94303

Registration Number: VA 2-228-124

Photographer: Clinton Perry

CoStar Image



CREXi Infringing Image



Address:

121 W Rand Rd, Lakemoor, IL 60051

CoStar Image

Registration Number: VA 2-075-453

Photographer: Justin Schmidt



CREXi Infringing Image



Address:                                                          Registration Number: Photographer:

15251 Hesperian Blvd, San Leandro, CA 94578        VA 1-434-456         Anita Shin

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1709 Mahan Dr, Tallahassee, FL 32308              VA 1-434-764       David McCord

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

3600 Maclay Blvd S, Tallahassee, FL 32312                   VA 2-077-989          David McCord

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

3600 Maclay Blvd S, Tallahassee, FL 32312                  VA 2-077-989        David McCord

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

219 6th St, San Francisco, CA 94103               VA 1-435-462        George Chao

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

219 6th St, San Francisco, CA 94103                   VA 1-435-462      George Chao

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1333 Market St, Tallahassee, FL 32312             VA 1-436-859        David McCord

CoStar Image



CREXi Infringing Image



Address:

124 Marriott Dr, Tallahassee, FL 32301

Registration Number: Photographer:

VA 2-118-692          David McCord

CoStar Image



CREXi Infringing Image



Address:                                                      Registration Number: Photographer:

6225 Mission Gorge Rd, San Diego, CA 92120                   VA 1-918-551        Joerg Boetel

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

1221 Airport Rd, Destin, FL 32541           VA 1-434-237        Brian Falacienski

CoStar Image



CREXi Infringing Image



Address:

727 Commerce Dr, Venice, FL 34292

Registration Number: Photographer:

VA 2-067-299        Richard Grant

CoStar Image



CREXi Infringing Image



Address:

417 Commercial Ct, Venice, FL 34292

Registration Number: VA 1-919-467

Photographer: Michael Suter

CoStar Image



CREXi Infringing Image



Address:

420 Nokomis Ave S, Venice, FL 34285

Registration Number: Photographer:

VA 1-434-345        Michael Suter

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

40735 Murrieta Hot Springs Rd, Murrieta, CA 92562    VA 1-919-414      Nick Del Cioppo

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

726-730 Market St, San Diego, CA 92101            VA 1-431-238        Joerg Boetel

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

3941 Stevens Creek Blvd, Santa Clara, CA 95051      VA 2-025-471        Christopher Lau

CoStar Image



CREXi Infringing Image



Address:

6-46 S Abbott Ave, Milpitas, CA 95035

Registration Number: VA 2-275-624

Photographer: Christopher Lau

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number: Photographer:

200 N Main St, East Longmeadow, MA 01028          VA 1-407-447          Jonathan Coon

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

200 Tamiami Trl N, Venice, FL 34285              VA 1-434-345          Michael Suter

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

1052-1060 Endeavor Ct, Nokomis, FL 34275              VA 1-434-704      Michael Suter

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1052-1060 Endeavor Ct, Nokomis, FL 34275          VA 1-434-704        Michael Suter

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

405 Commercial Ct, Venice, FL 34292         VA 1-919-467         Michael Suter

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

26790 Ynez Ct, Temecula, CA 92591          VA 1-920-040        Nick Del Cioppo

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

27445 Jefferson Ave, Temecula, CA 92590           VA 1-920-040        Nick Del Cioppo

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

333 Clematis St, West Palm Beach, FL 33401          VA 2-023-716         David Dunn

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

7006-7010 Ridge Rd, Port Richey, FL 34668                  VA 2-276-641          David Hall

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

7006-7010 Ridge Rd, Port Richey, FL 34668          VA 2-276-641        David Hall

CoStar Image



CREXi Infringing Image



Exhibit C, Page 17636

Address:                                                    Registration Number: Photographer:

7006-7010 Ridge Rd, Port Richey, FL 34668          VA 2-276-641          David Hall

CoStar Image



CREXi Infringing Image



Address:

7006-7010 Ridge Rd, Port Richey, FL 34668

Registration Number: Photographer:

VA 2-276-641        David Hall

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

400 E Highland Ave, Clermont, FL 34711              VA 1-434-378      Robert Dallas

CoStar Image



CREXi Infringing Image



Address:                                                      Registration Number: Photographer:

3191 Gulf Breeze Pky, Gulf Breeze, FL 32563         VA 1-435-755        Brian Falacienski

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

3191 Gulf Breeze Pky, Gulf Breeze, FL 32563       VA 1-435-755       Brian Falacienski

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

3300-3380 NE Sugarhill Ave, Jensen Beach, FL 34957    VA 1-435-720      Mark Dolan

CoStar Image



CREXi Infringing Image



Exhibit C, Page 17642

Address:                                          Registration Number: Photographer:

7925-8065 San Miguel Canyon Rd, Salinas, CA 93907       VA 2-171-048       Christopher Lau

CoStar Image



CREXi Infringing Image



Address:

13200-13210 W Dixie Hwy, North Miami, FL 33161

Registration Number: Photographer:

VA 2-087-892          Al Paris

CoStar Image



CREXi Infringing Image



Address:                                                      Registration Number: Photographer:

4201-4261 SW 72nd Ave, Miami, FL 33155                       VA 1-434-707      Mark White

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

4201-4261 SW 72nd Ave, Miami, FL 33155                      VA 1-434-707      Mark White

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number:  Photographer:

10450 NW 29th Ter, Doral, FL 33172                               VA 2-078-454          Mark White

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

237-241 Miracle Mile, Miami, FL 33134          VA 1-436-718          Carolyn Crisp

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

320-322 Miracle Mile, Coral Gables, FL 33134        VA 1-436-718        Carolyn Crisp

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

2390 SW 8th St, Miami, FL 33135                   VA 2-285-691      Ricardo Cornejo

CoStar Image



CREXi Infringing Image



Address:

3075 SW 39th Ave, Miami, FL 33146

Registration Number: VA 1-434-707

Photographer: Mark White

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

1409 Rollins Rd, Burlingame, CA 94010                 VA 1-950-608        Benjamin Garcia

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

1320-1326 Broadway, Burlingame, CA 94010                   VA 1-950-608        Benjamin Garcia

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

2121 SW 19th Avenue Rd, Ocala, FL 34471                     VA 2-205-871        Marc Vaughn

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

2121 SW 19th Avenue Rd, Ocala, FL 34471              VA 2-205-871      Marc Vaughn

CoStar Image



CREXi Infringing Image



Address:

2701 Vista Pky, Royal Palm Beach, FL 33411

Registration Number: Photographer:

VA 2-143-598        Giovanny Lopez

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

1124-1126 Clement St, San Francisco, CA 94118              VA 1-410-749          Abigail Klein

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

8455 Steller Dr, Culver City, CA 90232            VA 1-435-207        Christiaan Cruz

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number: Photographer:

8455 Steller Dr, Culver City, CA 90232              VA 1-435-207        Christiaan Cruz

CoStar Image



CREXi Infringing Image



Address:

5657-5673 Las Virgenes Rd, Calabasas, CA 91302

Registration Number: VA 1-436-180

Photographer: Adam Davis

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

1201 E Colorado St, Glendale, CA 91205          VA 2-038-154        John Ehart

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

14320 Addison St, Sherman Oaks, CA 91423              VA 2-213-274        David Jackson

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

14320 Addison St, Sherman Oaks, CA 91423                   VA 2-213-274         David Jackson

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

8411 Secura Way, Whittier, CA 90606               VA 1-434-860        Mike Bellsmith

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

8411 Secura Way, Whittier, CA 90606                        VA 1-434-860          Mike Bellsmith

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

15013-15019 Califa St, Van Nuys, CA 91411                  VA 1-435-272          Ryan Melideo

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

11963-11967 Ventura Blvd, Studio City, CA 91604       VA 1-918-792         John Ehart

CoStar Image



CREXi Infringing Image



Address:

11022 Spring Cypress Rd, Tomball, TX 77377

Registration Number: Photographer:

VA 1-435-224        Stephanie McCoy

CoStar Image



CREXi Infringing Image



Address:

13372 Newport Ave, Tustin, CA 92780

Registration Number: VA 2-022-673

Photographer: Mike Bellsmith

CoStar Image



CREXi Infringing Image



Address:

1195 N Main St, Providence, RI 02904

Registration Number: VA 1-918-709

Photographer: Jonathan Coon

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

6546 N Blackstone Ave, Fresno, CA 93710              VA 2-038-244        John Bolling

CoStar Image



CREXi Infringing Image



Address:

6546 N Blackstone Ave, Fresno, CA 93710

Registration Number: Photographer:

VA 2-038-244        John Bolling

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

7020 N Marks Ave, Fresno, CA 93711                          VA 2-196-470         John Bolling

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

54750-54840 Mound Rd, Shelby Township, MI 48316       VA 1-434-313        Douglas Wright

CoStar Image



CREXi Infringing Image



Address:                                                        Registration Number: Photographer:

9463-9471 N Fort Washington Rd, Fresno, CA 93730               VA 2-164-244       John Bolling

CoStar Image



CREXi Infringing Image



Address:

92 E San Jose Ave, Fresno, CA 93710

Registration Number: VAu 1-282-042

Photographer: John Bolling

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

6767 N Fresno St, Fresno, CA 93710                          VA 2-208-223        John Bolling

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number: Photographer:

9433-9447 N Fort Washington Rd, Fresno, CA 93730                  VA 2-164-244      John Bolling

CoStar Image



CREXi Infringing Image



Address:                                                 Registration Number: Photographer:

9433-9447 N Fort Washington Rd, Fresno, CA 93730          VA 2-263-672        John Bolling

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

5025 Timothy Ln, Jacksonville, FL 32210        VA 2-256-481        Carlos Monsalve

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

5043-5045 Timothy Ln, Jacksonville, FL 32210      VA 2-256-481        Carlos Monsalve

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

638 Harrison Ave, Panama City, FL 32401            VA 1-431-301        David McCord

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

110 N Brockway St, Palatine, IL 60067                      VA 1-435-736        Justin Schmidt

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

1022-1088 Lillington Hwy, Spring Lake, NC 28390            VA 2-078-442        Nathan Alvey

CoStar Image



CREXi Infringing Image



Address:

4081 Salem Ave, Dayton, OH 45416

Registration Number: Photographer:

VA 1-407-487        Zachary Robb

CoStar Image



CREXi Infringing Image



Address:

2030 Baron Dr, Sycamore, IL 60178

Registration Number: Photographer:

VA 1-405-408          Brian McCann

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1730 SW 30th Ave, Hallandale Beach, FL 33009      VA 2-079-288        Carolyn Crisp

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

5615 N University Dr, Coral Springs, FL 33067    VA 1-429-135    Carolyn Crisp

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:   Photographer:

5700 Royal Palm Blvd, Margate, FL 33063                     VA 1-919-648           David Dunn

CoStar Image



CREXi Infringing Image



- LOT: +/- 0.51 AC          BUILDING: +/- 4,600 SF          ZONED: B-3
- 5 BAYS + OFFICE
- IDEAL FOR END USER/OWNER OPERATOR (VACANT)
- HEAVILY TRAFFICKED INTERSECTION/FRONTAGE AT TWO INTERSECTIONS
- FORMER TIRE CHOICE LOCATION/AUTO REPAIR

PRICE:      

Address:

501 W 11th St, Panama City, FL 32401

Registration Number: Photographer:

VA 1-431-301          David McCord

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

1401 Saint Andrews Rd, Columbia, SC 29210                  VA 1-434-827          Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:

1 E Main St, Collegeville, PA 19426

Registration Number: Photographer:

VA 1-431-095    Mitchell Birnbaum

CoStar Image



CREXi Infringing Image



Address:

Registration Number: Photographer:

365 Hawthorne Ave, Oakland, CA 94609

VA 1-436-701        Anita Shin

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

4509 Foothill Blvd, Oakland, CA 94601                 VA 1-434-743          Anita Shin

CoStar Image



CREXi Infringing Image



Address:

715 SE 5th St, Stuart, FL 34994

Registration Number: Photographer:

VA 2-060-801     David Dunn

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number: Photographer:

2100 Old Highway 17 N, North Myrtle Beach, SC 29582              VA 1-407-525          Nathan Alvey

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

103 Woodland Park Dr, Newark, DE 19702                      VA 1-407-541        Jonas Kleiner

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

2901 E Park Ave, Tallahassee, FL 32301                      VA 2-213-658        David McCord

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

12605 NW 115th Ave, Medley, FL 33178        VA 2-050-479     Rigoberto Perdomo

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1208C VFW Pky, West Roxbury, MA 02132             VA 2-048-983          Jeremy Wescott

CoStar Image



CREXi Infringing Image



Address:                                         Registration Number: Photographer:

1208C VFW Pky, West Roxbury, MA 02132            VA 2-048-983        Jeremy Wescott

CoStar Image



CREXi Infringing Image



Address:

1208C VFW Pky, West Roxbury, MA 02132

Registration Number: VA 2-088-691

Photographer: Spencer Crispino

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

1408 Memorial Dr, Chicopee, MA 01020                  VA 1-407-447        Jonathan Coon

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

3203 S Interstate 35, Round Rock, TX 78664            VA 2-282-737        Josh Putman

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number:  Photographer:

19800-19866 S Harlem Ave, Frankfort, IL 60423        VA 2-244-003      Gian Lorenzo Ferretti

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

19800-19866 S Harlem Ave, Frankfort, IL 60423              VA 2-244-003        Gian Lorenzo Ferretti

CoStar Image



CREXi Infringing Image



Exhibit C, Page 17706

Address:                                              Registration Number: Photographer:

19800-19866 S Harlem Ave, Frankfort, IL 60423         VA 2-244-003      Gian Lorenzo Ferretti

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

19800-19866 S Harlem Ave, Frankfort, IL 60423     VA 2-244-003        Gian Lorenzo Ferretti

CoStar Image



CREXi Infringing Image



Address:                                                        Registration Number: Photographer:

19800-19866 S Harlem Ave, Frankfort, IL 60423      VA 2-244-003      Gian Lorenzo Ferretti

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number: Photographer:

19800-19866 S Harlem Ave, Frankfort, IL 60423                    VA 2-244-003     Gian Lorenzo Ferretti

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number: Photographer:

19800-19866 S Harlem Ave, Frankfort, IL 60423      VA 2-244-003      Gian Lorenzo Ferretti

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

3262-3264 Cove Bend Dr, Lutz, FL 33559               VA 2-266-846        Raif Fluker

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

28 Global Dr, Greenville, SC 29607                VA 1-429-412        Christopher Newman

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number: Photographer:

230 Millers Crossing, Harker Heights, TX 76548          VA 2-282-741      Josh Putman

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number: Photographer:

230 Millers Crossing, Harker Heights, TX 76548                   VA 2-282-741        Josh Putman

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

2020 W State Highway 114, Grapevine, TX 76051      VA 1-435-231        Keith Howard

CoStar Image



CREXi Infringing Image



Address:

623 Maitland Ave, Altamonte Springs, FL 32701

Registration Number: | Photographer:

VA 1-919-314     Robert Dallas

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number: Photographer:

6013 Preston Hwy, Louisville, KY 40219                           VA 2-199-779          Dale Rushing

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

1284 Mission St, San Francisco, CA 94103                   VA 2-267-424      Clinton Perry

CoStar Image



CREXi Infringing Image



Address:

2761 Jefferson Davis Hwy, Stafford, VA 22554

Registration Number: VA 2-108-174

Photographer: Jeanette Holland

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

4620 PGA Blvd, Palm Beach Gardens, FL 33418          VA 2-187-221        David Dunn

CoStar Image



CREXi Infringing Image



Address:                                         Registration Number: Photographer:

4620 PGA Blvd, Palm Beach Gardens, FL 33418      VA 2-187-221        David Dunn

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number: Photographer:

5900 Sea Lion Pl, Carlsbad, CA 92010                             VA 2-047-578        Joerg Boetel

CoStar Image



CREXi Infringing Image



Address:

2063 S Hellman Ave, Ontario, CA 91761

Registration Number: Photographer:

VA 1-435-118          Daniel Marquez

CoStar Image



CREXi Infringing Image



Address:                                         Registration Number: Photographer:

2063 S Hellman Ave, Ontario, CA 91761            VA 1-435-118        Daniel Marquez

CoStar Image



CREXi Infringing Image



Address:                                                Registration Number: Photographer:

2063 S Hellman Ave, Ontario, CA 91761                   VA 1-436-081          Daniel Marquez

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

2063 S Hellman Ave, Ontario, CA 91761             VA 1-436-081        Daniel Marquez

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

2063 S Hellman Ave, Ontario, CA 91761                 VA 2-064-882        Daniel Marquez

CoStar Image



CREXi Infringing Image



Address:                                                      Registration Number: Photographer:

2063 S Hellman Ave, Ontario, CA 91761                        VA 2-064-882        Daniel Marquez

CoStar Image



CREXi Infringing Image



Address:

13700-13798 NE 11th Ave, Miami, FL 33161

Registration Number: VA 2-062-104

Photographer: Al Paris

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

13700-13798 NE 11th Ave, Miami, FL 33161                   VA 2-062-104           Al Paris

CoStar Image



CREXi Infringing Image



Address:

13700-13798 NE 11th Ave, Miami, FL 33161

Registration Number: VA 2-087-892    Photographer: Al Paris

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

13700-13798 NE 11th Ave, Miami, FL 33161          VA 2-087-892        Al Paris

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

3600-3614 Robert W Kirkwood Hwy, Wilmington, DE 19808      VA 1-435-521        Simon Berg

CoStar Image



CREXi Infringing Image



Address:

2010 Whitfield Park Loop, Sarasota, FL 34243

Registration Number: VA 2-291-406

Photographer: Leila Sally

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

4014 Chouteau Ave, Saint Louis, MO 63110           VA 1-431-633         Courtney Wilson

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

1021 Avenida Pico, San Clemente, CA 92673        VA 1-410-692      Joerg Boetel

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

1041 Avenida Pico, San Clemente, CA 92673            VA 2-200-253        Eric Norton

CoStar Image



CREXi Infringing Image



Address:

46 Race St, San Jose, CA 95126

CoStar Image

Registration Number: Photographer:

VA 1-918-723          Christopher Lau



CREXi Infringing Image



Address:

1402-1416 W 1st St, Springfield, OH 45504

Registration Number:  Photographer:

VA 2-078-261         Holly Routzohn

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1927 L St, Sacramento, CA 95811                   VA 1-998-121      Mark McNamara

CoStar Image



CREXi Infringing Image



Address:                                                  Registration Number: Photographer:

1502-1520 Tulare St, Fresno, CA 93706                     VA 1-407-537        Bryan Cifranic

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

1502-1520 Tulare St, Fresno, CA 93706                 VA 2-060-036        Enrique Meza

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1502-1520 Tulare St, Fresno, CA 93706             VA 1-434-930         Enrique Meza

CoStar Image



CREXi Infringing Image



Address:                                         Registration Number: Photographer:

6743 W Pershing Ave, Visalia, CA 93291           VA 1-407-545        America Rivas

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

600 Bicycle Path, Port Jefferson Station, NY 11776          VA 2-113-132          Dagny Gallo

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number:  Photographer:

600 Bicycle Path, Port Jefferson Station, NY 11776    VA 2-113-132      Dagny Gallo

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

118 N Royal St, Mobile, AL 36602                           VA 1-920-014        Brian Falacienski

CoStar Image



CREXi Infringing Image

Exhibit C, Page 17748



Address:                                                    Registration Number: Photographer:

1800-1820 N Midland Blvd, Nampa, ID 83651                   VA 2-022-717      Todd Cook

CoStar Image



CREXi Infringing Image



Address:

1800-1820 N Midland Blvd, Nampa, ID 83651

Registration Number:   Photographer:

VA 2-022-717           Todd Cook

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

244 Main St, Northampton, MA 01060                          VA 1-435-530          Tina Wood

CoStar Image



CREXi Infringing Image



Exhibit C, Page 17752

Address:                                                      Registration Number: Photographer:

153-157 N 5th St, Reading, PA 19601                          VA 2-079-276      Carmen Gerace

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

920-922 New Rd, Elsmere, DE 19805                           VA 1-435-521        Simon Berg

CoStar Image



CREXi Infringing Image



Address:

20900 NE 30th Ave, Aventura, FL 33180

Registration Number: VA 2-206-225

Photographer: Brian Sokolowski

CoStar Image



CREXi Infringing Image



Address:

2800 N 5th St, Saint Augustine, FL 32084

Registration Number: Photographer:

VA 1-407-498    Kimberly Allawat

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

489 Main St, Groton, MA 01450                   VA 2-093-450       Jeff Tippett

CoStar Image



CREXi Infringing Image



Exhibit C, Page 17757

Address:                                              Registration Number: Photographer:

489 Main St, Groton, MA 01450                         VA 2-093-450      Jeff Tippett

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

2101 Dixon St, Des Moines, IA 50316                        VA 1-407-486        Jesse Denker

CoStar Image



CREXi Infringing Image



Address:
2101 Dixon St, Des Moines, IA 50316

Registration Number: Photographer:
VA 1-407-486    Jesse Denker

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

1360 N Dutton Ave, Santa Rosa, CA 95401                    VA 2-122-426        George Chao

CoStar Image



CREXi Infringing Image



Address:

10489 Grand River Rd, Brighton, MI 48116

Registration Number: VA 2-074-718

Photographer: Trisha Everitt

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

107 N Oak St, Durand, MI 48429                    VA 1-919-299        Trisha Everitt

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

107 N Oak St, Durand, MI 48429              VA 1-919-299        Trisha Everitt

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

409-419 Lancaster Dr NE, Salem, OR 97301          VA 1-431-640        Jeremy Polzel

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

409-419 Lancaster Dr NE, Salem, OR 97301           VA 1-431-640        Jeremy Polzel

CoStar Image



CREXi Infringing Image



Address:

6710 W Pershing Ave, Visalia, CA 93291

Registration Number: Photographer:

VA 1-407-545          America Rivas

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

725 SE Port St Lucie Blvd, Port Saint Lucie, FL 34984        VA 1-919-118        David Dunn

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

725 SE Port St Lucie Blvd, Port Saint Lucie, FL 34984        VA 1-919-118        David Dunn

CoStar Image



CREXi Infringing Image



Address:                                             Registration Number: Photographer:

14045 Independence Blvd, Indian Trail, NC 28079      VA 1-431-081      Ray Dodds

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

5443 San Jose Blvd, Jacksonville, FL 32207        VA 1-407-516        John Metzger

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

609 Attain St, Fuquay Varina, NC 27526                     VA 1-434-269          Lawrence Hiatt

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

816-826 Taraval St, San Francisco, CA 94116                VA 1-410-749        Abigail Klein

CoStar Image



CREXi Infringing Image



Address:                                                        Registration Number: Photographer:

816-826 Taraval St, San Francisco, CA 94116        VA 1-410-749        Abigail Klein

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

615 N Upper Broadway St, Corpus Christi, TX 78401        VA 2-224-182        Fred Farhad
                                                                            Ranjbaran

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

219 Armour Ave, South San Francisco, CA 94080              VA 1-407-508        Paul Perez

CoStar Image



CREXi Infringing Image



Address:

6729 W Pershing Ave, Visalia, CA 93291

Registration Number: VA 1-407-545

Photographer: America Rivas

CoStar Image



CREXi Infringing Image



Address:

706 W Julian St, San Jose, CA 95126

Registration Number: VA 2-228-124

Photographer: Clinton Perry

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

706 W Julian St, San Jose, CA 95126                        VA 2-228-124        Clinton Perry

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

5214 SW 91st Ter, Gainesville, FL 32608         VA 1-407-468        Leslie Smith

CoStar Image



CREXi Infringing Image



Address:

714 Montana Dr, Charlotte, NC 28216

Registration Number: Photographer:

VA 1-436-216      Jill Gilbert

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

316-318 Guilford Ave, Baltimore, MD 21202         VA 1-434-806          Heather Coburn

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

11540 183rd Pl, Orland Park, IL 60467             VA 2-038-406        Barbara Rudolf

CoStar Image



CREXi Infringing Image



Address:

12960 Commerce Lakes Dr, Fort Myers, FL 33913

Registration Number: VA 2-135-925

Photographer: Richard Grant

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

11215 Abercorn St, Savannah, GA 31419              VA 1-434-826        Ryan Gwilliam

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

11215 Abercorn St, Savannah, GA 31419                 VA 1-434-826        Ryan Gwilliam

CoStar Image



CREXi Infringing Image



Address:

11545 W 183rd Pl, Orland Park, IL 60467

Registration Number: VA 2-038-406    Photographer: Barbara Rudolf

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

805 Linden Ave, South San Francisco, CA 94080              VA 1-407-508        Paul Perez

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

30471 Avenida De Las Flores, Rancho Santa Margarita, CA 92688 VA 2-207-617    Eric Norton

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number: Photographer:

1670 Capital St, Elgin, IL 60124              VA 2-088-015        Dulce Rodriguez

CoStar Image



CREXi Infringing Image



Address:

198 W Shaw Ave, Clovis, CA 93612

Registration Number: VA 1-435-833

Photographer: John Bolling

CoStar Image



CREXi Infringing Image



Address:

20 W Shaw Ave, Clovis, CA 93612

Registration Number: Photographer:

VA 1-435-833      John Bolling

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

4237 Walnut St, Philadelphia, PA 19104            VA 1-434-861          Mitchell Birnbaum

CoStar Image



CREXi Infringing Image



Address:                                         Registration Number: Photographer:

4237 Walnut St, Philadelphia, PA 19104           VA 1-434-861      Mitchell Birnbaum

CoStar Image



CREXi Infringing Image



Address:                                                     Registration Number: Photographer:

222 Carter Dr, Middletown, DE 19709                          VA 1-918-616        Simon Berg

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

326-334 W Lee Hwy, Warrenton, VA 20186           VA 1-435-216        Pia Miai

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

322-323 W Lee Hwy, Warrenton, VA 20186              VA 1-435-216         Pia Miai

CoStar Image



CREXi Infringing Image



Address:                                             Registration Number: Photographer:

2555 N Monroe St, Tallahassee, FL 32303              VA 2-199-788        David McCord

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number:  Photographer:

1101 Erie Blvd, Syracuse, NY 13210                   VA 1-918-527          Tina Wood

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

4519-4525 Pine St, Philadelphia, PA 19143         VA 2-143-570        Mitchell Birnbaum

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

4519-4525 Pine St, Philadelphia, PA 19143                  VA 2-143-570        Mitchell Birnbaum

CoStar Image



CREXi Infringing Image



Address:

889 N Maize Rd, Wichita, KS 67212

Registration Number: Photographer:

VA 1-431-296          Lawrence Ediger

CoStar Image



CREXi Infringing Image



Address:                                            Registration Number:  Photographer:

32 W State St, Binghamton, NY 13901                 VA 1-435-783          Tina Wood

CoStar Image



CREXi Infringing Image



Address:

32 W State St, Binghamton, NY 13901

Registration Number: Photographer:

VA 1-435-783          Tina Wood

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

32 W State St, Binghamton, NY 13901               VA 1-435-783        Tina Wood

CoStar Image



CREXi Infringing Image



Address:

5050 NW 74th Ave, Miami, FL 33166

Registration Number: VA 1-407-543

Photographer: Ygor Vanderbiest

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

5050 NW 74th Ave, Miami, FL 33166                 VA 2-078-454        Mark White

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

3120 S Valley View Blvd, Las Vegas, NV 89102          VA 2-103-965        Jay Sanchez

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number: Photographer:

3120 S Valley View Blvd, Las Vegas, NV 89102                     VA 2-103-965        Jay Sanchez

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

3120 S Valley View Blvd, Las Vegas, NV 89102       VA 2-103-965      Jay Sanchez

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

200 Maple Ave, South San Francisco, CA 94080              VA 1-434-728        Christopher Lau

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

14317 Manchester Rd, Ballwin, MO 63011           VA 1-435-218         James Hunstein

CoStar Image



CREXi Infringing Image



Exhibit C, Page 17812

Address:

Registration Number: Photographer:

4821 W Craig Rd, Las Vegas, NV 89130

VA 1-434-369      Jennifer Carpenter

CoStar Image



CREXi Infringing Image



Address:

4821 W Craig Rd, Las Vegas, NV 89130

Registration Number: VA 1-434-369

Photographer: Jennifer Carpenter

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

1260-1296 SE Industrial Blvd, Port Saint Lucie, FL 34952      VA 1-407-489        Anna Brady

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

8901 Indian Hills Dr, Omaha, NE 68114           VA 1-429-419        Eric Bernstein

CoStar Image



CREXi Infringing Image





Address:

8901 Indian Hills Dr, Omaha, NE 68114

Registration Number: VA 1-429-419

Photographer: Eric Bernstein

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

201-209 S 72nd St, Omaha, NE 68114                VA 2-257-456         Seth Johanson

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

201-209 S 72nd St, Omaha, NE 68114                          VA 2-257-456        Seth Johanson

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

3701 SW College Rd, Ocala, FL 34474         VA 2-275-788        Carlos Monsalve

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

9000 Edgeworth Dr, Capitol Heights, MD 20743      VA 1-431-302        Gene Inserto

CoStar Image



CREXi Infringing Image



Address:

7 Mary Way, Hainesport, NJ 08036

Registration Number: VA 2-122-352

Photographer: Carmen Gerace

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

1739-1745 S Coast Hwy, Oceanside, CA 92054            VA 1-436-707        Joerg Boetel

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

18492 Dexter Ave, Lake Elsinore, CA 92532          VA 2-104-128        Nick Del Cioppo

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

18492 Dexter Ave, Lake Elsinore, CA 92532            VA 2-104-128        Nick Del Cioppo

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

155 Carolina Sq, Edgefield, SC 29824                  VA 2-122-855        William Neary

CoStar Image



CREXi Infringing Image

