Address:                                                    Registration Number: Photographer:

155 Carolina Sq, Edgefield, SC 29824                       VA 2-122-855         William Neary

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

155 Carolina Sq, Edgefield, SC 29824        VA 2-122-855          William Neary

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

5900-5982 S Land Park Dr, Sacramento, CA 95822         VA 2-078-458       Melissa Greulich

CoStar Image



CREXi Infringing Image



Address:                                                      Registration Number: Photographer:

1669 SE South Niemeyer Cir, Port Saint Lucie, FL 34952        VA 1-431-742          Arne Nielsen

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number:    Photographer:

20111 SW 112th Ave, Tualatin, OR 97062          VA 1-435-988            Christopher Weaver

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

27411 Ynez Rd, Temecula, CA 92591           VA 1-920-040          Nick Del Cioppo

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

31715 Vine St, Willowick, OH 44095          VA 2-076-973      Kristin Locurto

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

31715 Vine St, Willowick, OH 44095          VA 2-076-973        Kristin Locurto

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

31715 Vine St, Willowick, OH 44095              VA 2-076-973        Kristin Locurto

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

31715 Vine St, Willowick, OH 44095                          VA 2-076-973        Kristin Locurto

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

31715 Vine St, Willowick, OH 44095          VA 2-076-973        Kristin Locurto

CoStar Image



CREXi Infringing Image



Exhibit C, Page 17837

Address:                                        Registration Number: Photographer:

31715 Vine St, Willowick, OH 44095              VA 2-076-973        Kristin Locurto

CoStar Image



CREXi Infringing Image



Address:

31715 Vine St, Willowick, OH 44095

Registration Number: Photographer:

VA 2-076-973        Kristin Locurto

CoStar Image



CREXi Infringing Image



Address:

7424 NE 2nd Ave, Miami, FL 33138

Registration Number: VA 1-410-721

Photographer: Jose Rosales

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

909-943 Corporate Way, Fremont, CA 94539            VA 2-138-421        Christopher Lau

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

444 Executive Center Blvd, El Paso, TX 79902        VA 1-407-460        Linda Miner

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1517 12th Ave, Seattle, WA 98122                  VA 2-248-327        Anthony Harle

CoStar Image



CREXi Infringing Image



Address:                                                      Registration Number: Photographer:

8241-8259 Business Park Dr, Port Saint Lucie, FL 34952        VA 1-435-720        Mark Dolan

CoStar Image



CREXi Infringing Image



Address:                                         Registration Number:  Photographer:

805-875 S Coast Hwy, Oceanside, CA 92054         VA 1-436-707          Joerg Boetel

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

14801 Murdock St, Chantilly, VA 20151        VA 2-276-684        Joseph Furio

CoStar Image



CREXi Infringing Image



**Exhibit C, Page 17846**

Address:                                        Registration Number: Photographer:

211-215 E State Rd, Island Lake, IL 60042        VA 2-243-897       Justin Schmidt

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

211-215 E State Rd, Island Lake, IL 60042   VA 2-243-897      Justin Schmidt

CoStar Image



CREXi Infringing Image



Address:

211-215 E State Rd, Island Lake, IL 60042

Registration Number: VA 2-243-897

Photographer: Justin Schmidt

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

211-215 E State Rd, Island Lake, IL 60042   VA 2-243-897      Justin Schmidt

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

211-215 E State Rd, Island Lake, IL 60042          VA 2-243-897        Justin Schmidt

CoStar Image



CREXi Infringing Image



Address:

211-215 E State Rd, Island Lake, IL 60042

Registration Number: Photographer:

VA 2-243-897        Justin Schmidt

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

28600 SW 137th Ave, Homestead, FL 33033          VA 2-110-478          Giovanny Lopez

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

140 High St, Springfield, MA 01199               VA 1-636-702          Jonathan Coon

CoStar Image



CREXi Infringing Image



Exhibit C, Page 17854

Address:                                         Registration Number:  Photographer:

140 High St, Springfield, MA 01199               VA 1-636-702          Jonathan Coon

CoStar Image



CREXi Infringing Image



Exhibit C, Page 17855

Address:

1531-1553 S Wayne Rd, Westland, MI 48186

Registration Number: VA 1-919-348

Photographer: Trisha Everitt

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

1531-1553 S Wayne Rd, Westland, MI 48186           VA 1-919-348          Trisha Everitt

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

1722 Main St, Columbia, SC 29201            VA 1-405-413         Jason Benns

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

1742 E Mason St, Green Bay, WI 54302         VA 1-410-705        Ryan Stephany

CoStar Image



CREXi Infringing Image



Address:

25 Chestnut St, Gaithersburg, MD 20877

Registration Number: VA 2-087-999

Photographer: Anna Northrup

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

1010 S Dixie Hwy, Hallandale Beach, FL 33009    VA 1-407-534        Mark White

CoStar Image



CREXi Infringing Image



Address:                                                             Registration Number: Photographer:

1193-1195 S Diamond Bar Blvd, Diamond Bar, CA 91765      VA 1-918-518        Mike Bellsmith

CoStar Image



CREXi Infringing Image



Exhibit C, Page 17862

Address:                                          Registration Number: Photographer:

550 Grand Ave, Carlsbad, CA 92008                 VA 1-410-692        Joerg Boetel

CoStar Image



CREXi Infringing Image



Address:

345-477 NW Prima Vista Blvd, Port Saint Lucie, FL 34983

Registration Number: Photographer:

VA 2-218-339        Jack Cook

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

7442-7446 Grand Ave, Elmwood Park, IL 60707        VA 2-088-584        Justin Schmidt

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

670 Willow St, Lemoyne, PA 17043            VA 1-407-542          Jon Buehler

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

670 Willow St, Lemoyne, PA 17043                      VA 1-407-542         Jon Buehler

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

1091 Old Fannin Rd, Brandon, MS 39047             VA 1-410-736          Sara McKercher

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

1404 W South St, Lebanon, IN 46052          VA 1-429-130      Jason Koenig

CoStar Image



CREXi Infringing Image



Address:                              Registration Number: Photographer:

656 East Dr, Miami, FL 33166          VA 2-287-400        Brian Sokolowski

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

656 East Dr, Miami, FL 33166                VA 2-287-400        Brian Sokolowski

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

656 East Dr, Miami, FL 33166                VA 2-287-400         Brian Sokolowski

CoStar Image



CREXi Infringing Image



Address:

12003 N 395 Hwy, Spokane, WA 99218

Registration Number: VA 1-407-456

Photographer: Jonathan Jantz

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

781 Station Dr, Arlington, TX 76015                   VA 2-088-373          Ethan Healy

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

801 Station Dr, Arlington, TX 76015               VA 2-077-849        Nancy Honeycutt

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

741 Johnnie Dodds Blvd, Mount Pleasant, SC 29464      VA 1-919-472      Ryan Gwilliam

CoStar Image



CREXi Infringing Image



Address:                                                Registration Number:  Photographer:

8940-8960 W Bell Rd, Peoria, AZ 85382                   VA 2-218-005          John Williams

CoStar Image



CREXi Infringing Image



Address:

7522-7536 Woodrow St, Irmo, SC 29063

Registration Number: VA 1-435-193

Photographer: Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number:  Photographer:

2999 Sunset Blvd, West Columbia, SC 29169     VA 1-434-395         Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

1021 Kinley Rd, Irmo, SC 29063              VA 1-434-395         Ryan Devaney

CoStar Image



CREXi Infringing Image



Exhibit C, Page 17880

Address:                                                          Registration Number: Photographer:

4164-4168 Clemmons Rd, Clemmons, NC 27012          VA 2-148-666          Charlotte Alvey

CoStar Image



CREXi Infringing Image



Address:

110 W Sandy Lake Rd, Coppell, TX 75019

Registration Number: VA 2-295-977

Photographer: Robert Beary

CoStar Image



CREXi Infringing Image



Address:

110 W Sandy Lake Rd, Coppell, TX 75019

Registration Number: VA 2-295-977

Photographer: Robert Beary

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

110 W Sandy Lake Rd, Coppell, TX 75019            VA 2-295-977          Robert Beary

CoStar Image



CREXi Infringing Image



Address:                                Registration Number:  Photographer:

7120 N Haggerty Rd, Canton, MI 48187    VA 1-940-279         Trisha Everitt

CoStar Image



CREXi Infringing Image



Exhibit C, Page 17885

**Exhibit C, Page 17886**

Address:                                                    Registration Number: Photographer:

7120 N Haggerty Rd, Canton, MI 48187                        VA 1-940-279          Trisha Everitt

CoStar Image



CREXi Infringing Image



Exhibit C, Page 17887

Address:                                        Registration Number: Photographer:

904-908 Kasper St, Bellevue, NE 68147           VA 2-074-988          Drew Davis

CoStar Image



CREXi Infringing Image



Exhibit C, Page 17888

Address:                                          Registration Number: Photographer:

34800 Groesbeck Hwy, Clinton Township, MI 48035        VA 2-142-987        Douglas Wright

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number:  Photographer:

26203 Novi Rd, Novi, MI 48375                      VA 1-653-832          Lisa Borkus

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

983 W NASA Pky, Webster, TX 77598              VA 2-276-809          Jacob Shelby

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

983 W NASA Pky, Webster, TX 77598           VA 2-276-809          Jacob Shelby

CoStar Image



CREXi Infringing Image



Address:

574 W Huron St, Pontiac, MI 48341

Registration Number: Photographer:

VA 2-266-854        Owen Kaufman

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

574 W Huron St, Pontiac, MI 48341           VA 2-266-854          Owen Kaufman

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

574 W Huron St, Pontiac, MI 48341                 VA 2-266-854          Owen Kaufman

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

27-81 S Federal Hwy, Deerfield Beach, FL 33441        VA 2-076-083        Carolyn Crisp

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

3325 W End Ave, Nashville, TN 37203         VA 2-279-523          Andrew Nelson

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

2402 Del Paso Dr, Sacramento, CA 95834         VA 1-431-135         Melissa Greulich

CoStar Image



CREXi Infringing Image



Address:

19101 SW 108 Ave, Miami, FL 33157

Registration Number: VA 1-435-982

Photographer: Rigoberto Perdomo

CoStar Image



CREXi Infringing Image



Address:

19101 SW 108 Ave, Miami, FL 33157

Registration Number: VA 1-435-982

Photographer: Rigoberto Perdomo

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

19101 SW 108 Ave, Miami, FL 33157                 VA 1-435-982          Rigoberto Perdomo

CoStar Image



CREXi Infringing Image



Address:                                  Registration Number: Photographer:

4323 E Bell Rd, Phoenix, AZ 85032          VA 2-099-078         Peter Sills

CoStar Image



CREXi Infringing Image



Address:

4323 E Bell Rd, Phoenix, AZ 85032

Registration Number: VA 2-099-078

Photographer: Peter Sills

CoStar Image



CREXi Infringing Image



Address:

900 Powder Plant Rd, Bessemer, AL 35022

Registration Number: VA 2-266-459

Photographer: Austin Lucas

CoStar Image



CREXi Infringing Image



Address:

900 Powder Plant Rd, Bessemer, AL 35022

Registration Number: Photographer:

VA 2-266-459          Austin Lucas

CoStar Image



CREXi Infringing Image



Address:                                            Registration Number: Photographer:

239 Village Center Pky, Stockbridge, GA 30281            VA 1-434-454        Bonnie Heath

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number: Photographer:

211 W Douglass St, Reading, PA 19601          VA 1-918-891      Steve Cuttler

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

10900 Medlock Bridge Rd, Johns Creek, GA 30097        VA 1-919-453        Russell Holloway

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

214 S Hayne St, Monroe, NC 28112                      VA 1-437-135        Jill Gilbert

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

214 S Hayne St, Monroe, NC 28112                           VA 1-437-135        Jill Gilbert

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

1105-1113 Frankford Ave, Philadelphia, PA 19125    VA 1-435-773    Steve Baist

CoStar Image



CREXi Infringing Image



Address:                                                           Registration Number: Photographer:

1105-1113 Frankford Ave, Philadelphia, PA 19125        VA 1-435-773        Steve Baist

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

1105-1113 Frankford Ave, Philadelphia, PA 19125            VA 1-435-773         Steve Baist

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

406 Briarwood Dr, Jackson, MS 39206         VA 1-421-735        Sara McKercher

CoStar Image



CREXi Infringing Image



Address:                                                  Registration Number:  Photographer:

5225 Sigmon Rd, Wilmington, NC 28403            VA 2-243-452        Lawrence Hiatt

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

5225 Sigmon Rd, Wilmington, NC 28403              VA 2-243-452          Lawrence Hiatt

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

5225 Sigmon Rd, Wilmington, NC 28403        VA 2-243-452        Lawrence Hiatt

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

120 Sparkleberry Rd, Columbia, SC 29229           VA 1-919-851          Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

2700 Middleburg Dr, Columbia, SC 29204      VA 1-436-749      Ryan Devaney

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

7 Technology Cir, Columbia, SC 29203        VA 1-435-277        Jason Benns

CoStar Image



CREXi Infringing Image



Address:

7 Technology Cir, Columbia, SC 29203

Registration Number: VA 2-213-270

Photographer: Ryan Gwilliam

CoStar Image



CREXi Infringing Image



Address:                                                Registration Number: Photographer:

7 Technology Cir, Columbia, SC 29203                    VA 2-213-270         Ryan Gwilliam

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

7 Technology Cir, Columbia, SC 29203         VA 2-213-270        Ryan Gwilliam

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

7 Technology Cir, Columbia, SC 29203              VA 2-213-270      Ryan Gwilliam

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

2323 W Chestnut St, Rogers, AR 72756               VA 2-144-363         Michael Denison

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

2 Park Ave, Manhasset, NY 11030                   VA 1-434-357        Joseph Furio

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1906 W Burbank Blvd, Burbank, CA 91506            VA 2-213-172        Jeremiah Unruh

CoStar Image



CREXi Infringing Image



Address:

6320 N Oracle Rd, Tucson, AZ 85704

Registration Number: Photographer:

VA 1-434-748        Barb Hildenbrand

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number: Photographer:

700 S 4th St, Hamburg, PA 19526                                  VA 1-434-339    Mitchell Birnbaum

CoStar Image



CREXi Infringing Image



Address:

700 S 4th St, Hamburg, PA 19526

CoStar Image

Registration Number: Photographer:

VA 1-434-339          Mitchell Birnbaum



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

700 S 4th St, Hamburg, PA 19526                   VA 1-434-339         Mitchell Birnbaum

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

403-409 E Catawba St, Belmont, NC 28012                    VA 1-918-731        Jill Gilbert

CoStar Image



CREXi Infringing Image



Address:

87 Quaker St, Granville, NY 12832

Registration Number: VA 1-922-134

Photographer: Tina Wood

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

6115 Central Ave NW, Albuquerque, NM 87105            VA 1-434-411        Scott Kerr

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

1615 Delaware Ave, Fort Pierce, FL 34950          VA 1-434-767          Carolyn Crisp

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number: Photographer:

1317 Webster Ave, Fort Collins, CO 80524      VA 1-435-204      Jason Tuomey

CoStar Image



CREXi Infringing Image



Exhibit C, Page 17936

Address:

824 Hewitt Dr, Waco, TX 76712

Registration Number: Photographer:

VA 1-391-663      Michael Marx

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

824 Hewitt Dr, Waco, TX 76712                     VA 1-434-913        Michael Marx

CoStar Image



CREXi Infringing Image



Address:

1300 S Calhoun Rd, Brookfield, WI 53005

Registration Number: Photographer:

VA 2-257-746        Richard Ebbers

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number: Photographer:

474 Wando Park Blvd, Mount Pleasant, SC 29464           VA 1-434-608        Ryan Gwilliam

CoStar Image



CREXi Infringing Image



Address:                                                      Registration Number: Photographer:

474 Wando Park Blvd, Mount Pleasant, SC 29464                 VA 1-434-608          Ryan Gwilliam

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

4133 Merle Hay Rd, Des Moines, IA 50310           VA 1-434-718        Chris Petersen

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

712 W Scharbauer Dr, Midland, TX 79705            VA 1-429-433         Julie Cate

CoStar Image



CREXi Infringing Image



Address:                                            Registration Number: Photographer:

8110 W Peoria Ave, Peoria, AZ 85345                 VA 1-403-923        Craig Darragh

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

201-250 S Ocean Blvd, Manalapan, FL 33462                 VA 2-119-550         Giovanny Lopez

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

460-484 Church Rd, Southaven, MS 38671                       VA 2-131-025      Mary Drost

CoStar Image



CREXi Infringing Image



Address:                                         Registration Number: Photographer:

3001 Griffin Rd, Fort Lauderdale, FL 33312       VA 1-431-067        Mark White

CoStar Image



CREXi Infringing Image



Exhibit C, Page 17947

Address:                                                    Registration Number: Photographer:

611 Dog Track Rd, Casselberry, FL 32750         VA 2-077-875       Robert Dallas

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

3805 Covington Hwy, Decatur, GA 30032             VA 1-429-142       Bonnie Heath

CoStar Image



CREXi Infringing Image



Address:

3805 Covington Hwy, Decatur, GA 30032

Registration Number: VA 1-431-598

Photographer: Bonnie Heath

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

3443 Wilkinson Blvd, Charlotte, NC 28208          VA 1-431-081        Ray Dodds

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number:  Photographer:

535 W Hutchins Pl, San Antonio, TX 78221              VA 2-171-802         Jeffrey Seaman

CoStar Image



CREXi Infringing Image



Address:

17-23 E Broadway, New York, NY 10002

Registration Number: VA 2-076-796

Photographer: Victoria Iniguez

CoStar Image



CREXi Infringing Image



Address:

45 S Washington St, Hinsdale, IL 60521

Registration Number: VA 2-050-356

Photographer: Benjamin Gonzales

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

863 S Orange Ave, East Orange, NJ 07018         VA 1-434-244        John Georgiadis

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

1545 Spruce Ter, Tampa, FL 33607                           VA 2-295-971         Raif Fluker

CoStar Image



CREXi Infringing Image



Address:

1545 Spruce Ter, Tampa, FL 33607

Registration Number: Photographer:

VA 2-295-971        Raif Fluker

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number: Photographer:

1545 Spruce Ter, Tampa, FL 33607                                 VA 2-295-971        Raif Fluker

CoStar Image



CREXi Infringing Image



Address:

1545 Spruce Ter, Tampa, FL 33607

Registration Number: Photographer:

VA 2-295-971        Raif Fluker

CoStar Image



CREXi Infringing Image



Address:

1368 Lexington Ave, New York, NY 10128

Registration Number: VA 2-060-064

Photographer: Victoria Iniguez

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

9300 Lakeside Blvd, Owings Mills, MD 21117        VA 1-435-000      Patrick O'Conor

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

25907 Conifer Rd, Conifer, CO 80433         VA 1-434-892        Stacey Rocero

CoStar Image



CREXi Infringing Image



Address:

14043 W Bell Rd, Surprise, AZ 85374

Registration Number: Photographer:

VA 2-230-845          John Williams

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

303 E Foothill Blvd, Monrovia, CA 91016          VA 1-434-279        Mike Bellsmith

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

1488 Gulf To Bay Blvd, Clearwater, FL 33755                 VA 2-230-022        Leila Sally

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

401-433 W Ramona St, Ventura, CA 93001                     VA 1-421-781        Ernst Mutchnick

CoStar Image



CREXi Infringing Image



Address:                                                        Registration Number: Photographer:

614 SW 11th Ave, Portland, OR 97205                            VA 1-434-419        Taylour White

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

222 W Esperanza Blvd, Green Valley, AZ 85614    VA 1-434-926          Carrie Williams

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

4201 49th St N, Saint Petersburg, FL 33709           VA 2-088-591        Leila Sally

CoStar Image



CREXi Infringing Image



Address:                                                      Registration Number: Photographer:

4201 49th St N, Saint Petersburg, FL 33709                   VA 2-164-221        James Petrylka

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number: Photographer:

4201 49th St N, Saint Petersburg, FL 33709          VA 2-164-221      James Petrylka

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

4201 49th St N, Saint Petersburg, FL 33709           VA 2-164-221        James Petrylka

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

4201 49th St N, Saint Petersburg, FL 33709           VA 2-164-221        James Petrylka

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number: Photographer:

505 Old Oak Ct, Pontiac, MI 48340             VA 1-434-313        Douglas Wright

CoStar Image



CREXi Infringing Image



Address:

3210 Paces Ferry Pl NW, Atlanta, GA 30305

Registration Number: VA 1-431-139

Photographer: Isaiah Buchanan

CoStar Image



CREXi Infringing Image



Exhibit C, Page 17975

Address:

3210 Paces Ferry Pl NW, Atlanta, GA 30305

Registration Number: Photographer:

VA 1-431-139        Isaiah Buchanan

CoStar Image



CREXi Infringing Image



Address:

19265 Victor Pkwy, Livonia, MI 48152

Registration Number: VA 2-258-072

Photographer: Trisha Everitt

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

525 W Avenue P4, Palmdale, CA 93551                        VA 1-434-937        Danny Tran

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

525 W Avenue P4, Palmdale, CA 93551         VA 1-434-937         Danny Tran

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

45 Sheridan Dr NE, Atlanta, GA 30305              VA 2-217-991          Katie Bricker Tessaro

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

45 Sheridan Dr NE, Atlanta, GA 30305            VA 2-217-991          Katie Bricker Tessaro

CoStar Image



CREXi Infringing Image



Address:

45 Sheridan Dr NE, Atlanta, GA 30305

Registration Number: Photographer:

VA 2-217-991    Katie Bricker Tessaro

CoStar Image



CREXi Infringing Image



Address:

45 Sheridan Dr NE, Atlanta, GA 30305

Registration Number: Photographer:

VA 2-217-991     Katie Bricker Tessaro

CoStar Image



CREXi Infringing Image



Address:

45 Sheridan Dr NE, Atlanta, GA 30305

Registration Number: VA 2-217-991

Photographer: Katie Bricker Tessaro

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

45 Sheridan Dr NE, Atlanta, GA 30305                       VA 2-217-991      Katie Bricker Tessaro

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

155 Portland St, Boston, MA 02114                    VA 2-217-816      Bret Osswald

CoStar Image



CREXi Infringing Image





Address:

16006 Grand Ave, Lake Elsinore, CA 92530

Registration Number: Photographer:

VA 1-920-040    Nick Del Cioppo

CoStar Image



CREXi Infringing Image



Exhibit C, Page 17987

Address:                                              Registration Number:  Photographer:

2624 E Edgar Ave, Fresno, CA 93706                    VA 2-263-672          John Bolling

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

2624 E Edgar Ave, Fresno, CA 93706                VA 2-263-672        John Bolling

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

288 Central Ave, Jersey City, NJ 07307           VA 1-434-805        John Georgiadis

CoStar Image



CREXi Infringing Image



Address:

4645 Matlock Rd, Arlington, TX 76018

Registration Number: VA 1-919-039

Photographer: Keith Howard

CoStar Image



CREXi Infringing Image



Address:

443 E Baltimore Ave, Media, PA 19063

Registration Number:  Photographer:

VA 2-274-673    Jay Ratchford

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

11288 Gratiot Ave, Detroit, MI 48213             VA 1-432-668        Dwayne Walker

CoStar Image



CREXi Infringing Image



Address:

6401-6409 Dr Martin Luther King Jr St N, Saint Petersburg, FL 33702

Registration Number: Photographer:

VA 1-431-639        James Petrylka

CoStar Image



CREXi Infringing Image



Address:

6401-6409 Dr Martin Luther King Jr St N, Saint Petersburg, FL 33702

Registration Number: VA 1-431-639

Photographer: James Petrylka

CoStar Image



CREXi Infringing Image



Address:

6401-6409 Dr Martin Luther King Jr St N, Saint Petersburg, FL 33702

Registration Number: VA 2-092-663

Photographer: Donte Crooks

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number:  Photographer:

6401-6409 Dr Martin Luther King Jr St N, Saint Petersburg, FL    VA 2-088-591          Leila Sally
33702

CoStar Image



CREXi Infringing Image



Address:

6401-6409 Dr Martin Luther King Jr St N, Saint Petersburg, FL 33702

Registration Number: VA 2-088-591

Photographer: Leila Sally

CoStar Image



CREXi Infringing Image



Address:

6401-6409 Dr Martin Luther King Jr St N, Saint Petersburg, FL 33702

Registration Number: VA 2-088-591

Photographer: Leila Sally

CoStar Image



CREXi Infringing Image



Address:

4313 N 19th Ave, Phoenix, AZ 85015

Registration Number: VA 2-090-457

Photographer: Nicholas Cassano

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

4313 N 19th Ave, Phoenix, AZ 85015                VA 2-090-457        Nicholas Cassano

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

4313 N 19th Ave, Phoenix, AZ 85015          VA 2-090-457        Nicholas Cassano

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

4313 N 19th Ave, Phoenix, AZ 85015                         VA 2-090-457      Nicholas Cassano

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

4313 N 19th Ave, Phoenix, AZ 85015              VA 2-090-457      Nicholas Cassano

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number: Photographer:

4313 N 19th Ave, Phoenix, AZ 85015            VA 2-090-457        Nicholas Cassano

CoStar Image



CREXi Infringing Image



Address:                                                Registration Number: Photographer:

4313 N 19th Ave, Phoenix, AZ 85015                      VA 2-090-457      Nicholas Cassano

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

4313 N 19th Ave, Phoenix, AZ 85015               VA 2-090-457        Nicholas Cassano

CoStar Image



CREXi Infringing Image



Address:

4313 N 19th Ave, Phoenix, AZ 85015

Registration Number: VA 2-090-457

Photographer: Nicholas Cassano

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

4313 N 19th Ave, Phoenix, AZ 85015          VA 2-090-457          Nicholas Cassano

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

3660 W Grand Ave, Phoenix, AZ 85019               VA 2-264-280        John Williams

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

3660 W Grand Ave, Phoenix, AZ 85019         VA 2-264-280        John Williams

CoStar Image



CREXi Infringing Image



Address:

Registration Number: Photographer:

3660 W Grand Ave, Phoenix, AZ 85019

VA 2-264-280     John Williams

CoStar Image



CREXi Infringing Image



Address:

3660 W Grand Ave, Phoenix, AZ 85019

Registration Number: VA 2-264-280

Photographer: John Williams

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number:  Photographer:

3660 W Grand Ave, Phoenix, AZ 85019                VA 2-264-280          John Williams

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

258 W Powers Ave, Littleton, CO 80120       VA 1-434-420       Stacey Rocero

CoStar Image



CREXi Infringing Image



Address:

258 W Powers Ave, Littleton, CO 80120

Registration Number: Photographer:

VA 2-079-422        Stacey Rocero

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

475-495 S Golden State Blvd, Turlock, CA 95380    VA 1-434-930        Enrique Meza

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

975 N Miami Beach Blvd, North Miami Beach, FL 33162    VA 2-267-711        Eileen Escarda

CoStar Image



CREXi Infringing Image



| Address: | Registration Number: | Photographer: |
|---|---|---|
| 975 N Miami Beach Blvd, North Miami Beach, FL 33162 | VA 2-267-711 | Eileen Escarda |

CoStar Image



CREXi Infringing Image



**Exhibit C, Page 18020**

Address:

5413 N Clark St, Chicago, IL 60640

Registration Number: VA 2-230-348

Photographer: Gian Lorenzo Ferretti

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

920 J St, Sacramento, CA 95814                        VA 2-237-383          Wesley Jimerson

CoStar Image



CREXi Infringing Image



Address:

920 J St, Sacramento, CA 95814

Registration Number: Photographer:

VA 2-237-383          Wesley Jimerson

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

920 J St, Sacramento, CA 95814              VA 2-237-383          Wesley Jimerson

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

920 J St, Sacramento, CA 95814                        VA 2-237-383        Wesley Jimerson

CoStar Image



CREXi Infringing Image



Address:

920 J St, Sacramento, CA 95814

Registration Number: VA 2-237-383

Photographer: Wesley Jimerson

CoStar Image



CREXi Infringing Image



Address:

920 J St, Sacramento, CA 95814

Registration Number: VA 2-237-383

Photographer: Wesley Jimerson

CoStar Image



CREXi Infringing Image



Address:

920 J St, Sacramento, CA 95814

Registration Number: Photographer:

VA 2-237-383         Wesley Jimerson

CoStar Image



CREXi Infringing Image



Address:

920 J St, Sacramento, CA 95814

Registration Number: Photographer:

VA 2-237-383          Wesley Jimerson

CoStar Image



CREXi Infringing Image



Address:

30 W Spruce Ave, Fresno, CA 93650

Registration Number: VA 2-257-786

Photographer: John Bolling

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

30 W Spruce Ave, Fresno, CA 93650                 VA 2-257-786        John Bolling

CoStar Image



CREXi Infringing Image



Address:

30 W Spruce Ave, Fresno, CA 93650

Registration Number: VA 2-257-786

Photographer: John Bolling

CoStar Image



CREXi Infringing Image



Address:

6505 Mayfield Rd, Mayfield Heights, OH 44124

Registration Number: VA 1-434-914

Photographer: Linda Cook

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

11210 N 30th St, Tampa, FL 33612                  VA 1-435-205        James Petrylka

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

27525 Jefferson Ave, Temecula, CA 92590          VA 1-920-040        Nick Del Cioppo

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number: Photographer:

1055 Van Ness Ave, Fresno, CA 93721                              VA 2-218-000        John Bolling

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

1055 Van Ness Ave, Fresno, CA 93721          VA 2-218-000      John Bolling

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

1055 Van Ness Ave, Fresno, CA 93721         VA 2-218-000        John Bolling

CoStar Image



CREXi Infringing Image



Address:

64 Spokane Dr, Pontiac, MI 48341

Registration Number: VA 1-434-313

Photographer: Douglas Wright

CoStar Image



CREXi Infringing Image



Address:

6035 Peachtree Pky, Norcross, GA 30092

Registration Number: VA 2-116-944

Photographer: Kris Kasabian

CoStar Image



CREXi Infringing Image



Address:

800-814 NE 125th St, North Miami, FL 33161

Registration Number: Photographer:

VA 1-919-063        Carolyn Crisp

CoStar Image



CREXi Infringing Image



Address:

800-814 NE 125th St, North Miami, FL 33161

Registration Number: VA 1-919-063

Photographer: Carolyn Crisp

CoStar Image



CREXi Infringing Image



Address:

800-814 NE 125th St, North Miami, FL 33161

Registration Number: Photographer:

VA 1-919-063        Carolyn Crisp

CoStar Image



CREXi Infringing Image



Exhibit C, Page 18043

Address:                                              Registration Number: Photographer:

6501 E Grant Rd, Tucson, AZ 85715                     VA 1-435-939        Kristen Rademacher

CoStar Image



CREXi Infringing Image



Address:

6501 E Grant Rd, Tucson, AZ 85715

Registration Number: Photographer:

VA 1-435-939        Kristen Rademacher

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

16200-16286 Loch Katrine Ln, Houston, TX 77084             VA 1-435-224        Stephanie McCoy

CoStar Image



CREXi Infringing Image



Address:

2429 Central Ave, Saint Petersburg, FL 33713

Registration Number: VA 2-074-681

Photographer: Leila Sally

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

1416 N Spurgeon St, Santa Ana, CA 92701         VA 1-435-178         Mike Bellsmith

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number:   Photographer:

6000 State Farm Dr, Rohnert Park, CA 94928                        VA 1-429-417           Chris Thompson

CoStar Image



CREXi Infringing Image



Address:                                                        Registration Number: Photographer:

4233 Jonesboro Rd, Forest Park, GA 30297          VA 2-216-207          Adrienne Tann

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

4286-4298 Palm Ave, Hialeah, FL 33012             VA 2-075-957          Rigoberto Perdomo

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

4286-4298 Palm Ave, Hialeah, FL 33012            VA 2-075-957        Rigoberto Perdomo

CoStar Image



CREXi Infringing Image



Address:

4286-4298 Palm Ave, Hialeah, FL 33012

Registration Number: VA 2-075-957

Photographer: Rigoberto Perdomo

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

3639 N Blackstone Ave, Fresno, CA 93726          VA 2-088-616        John Bolling

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

3801 37th Pl, Brentwood, MD 20722           VA 1-431-090        Gene Inserto

CoStar Image



CREXi Infringing Image



Address:

7971 Fort Smallwood Rd, Baltimore, MD 21226

Registration Number: VA 1-435-000

Photographer: Patrick O'Conor

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

2023-2025 Ridge Rd, Homewood, IL 60430           VA 2-291-605        Justin Schmidt

CoStar Image



CREXi Infringing Image



Address:

2023-2025 Ridge Rd, Homewood, IL 60430

Registration Number: VA 2-291-605

Photographer: Justin Schmidt

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

2023-2025 Ridge Rd, Homewood, IL 60430           VA 2-291-605         Justin Schmidt

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

2023-2025 Ridge Rd, Homewood, IL 60430           VA 2-291-605        Justin Schmidt

CoStar Image



CREXi Infringing Image



Address:

2023-2025 Ridge Rd, Homewood, IL 60430

Registration Number: Photographer:

VA 2-291-605    Justin Schmidt

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

110 S Pitt St, Alexandria, VA 22314               VA 1-638-237          Pia Miai

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

2290 S Oneida St, Denver, CO 80224                VA 1-434-420          Stacey Rocero

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

700 Main St, Schwenksville, PA 19473        VA 2-093-200        Steve Baist

CoStar Image



CREXi Infringing Image



Address:                                            Registration Number: Photographer:

4625 Central Way, Fairfield, CA 94534               VA 2-270-116        Steven Bollman

CoStar Image



CREXi Infringing Image



Address:

2142 N Clybourn Ave, Chicago, IL 60614

CoStar Image

Registration Number: VA 2-022-725

Photographer: Jonathan Fairfield



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

13212-13226 W Dixie Hwy, North Miami, FL 33161             VA 1-919-063        Carolyn Crisp

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

13212-13226 W Dixie Hwy, North Miami, FL 33161             VA 2-087-892          Al Paris

CoStar Image



CREXi Infringing Image



Address:                                                      Registration Number:  Photographer:

13212-13226 W Dixie Hwy, North Miami, FL 33161               VA 2-087-892          Al Paris

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number: Photographer:

1700 17th St NW, Washington, DC 20009                 VA 2-291-430         Kate Wichlinski

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

759 Stuyvesant Ave, Irvington, NJ 07111           VA 2-164-202       John Georgiadis

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

375 Main St, Gaithersburg, MD 20878              VA 1-434-343        Gene Inserto

CoStar Image



CREXi Infringing Image



Address:

1601 E Las Olas Blvd, Fort Lauderdale, FL 33301

Registration Number: Photographer:

VA 1-434-303          Mark Dolan

CoStar Image



CREXi Infringing Image



Address:

144 N Seymour, Mundelein, IL 60060

Registration Number: VA 2-058-841

Photographer: Justin Schmidt

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

3181 Coral Way, Miami, FL 33145            VA 2-110-478          Giovanny Lopez

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1418-1464 W Ashlan Ave, Fresno, CA 93705         VA 2-185-320        John Bolling

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

620 N LaSalle St, Chicago, IL 60654                        VA 2-257-471      Gian Lorenzo Ferretti

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

220 W Valley Blvd, San Gabriel, CA 91776                   VA 1-922-687        Mike Bellsmith

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

4910-4920 Lewis Ave, Toledo, OH 43612            VA 1-431-094        Dwayne Walker

CoStar Image



CREXi Infringing Image



Address:

301 W Baltimore Ave, Clifton Heights, PA 19018

Registration Number: VA 2-077-472

Photographer: Mitchell Keingarsky

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

2209 E 7th Ave, Tampa, FL 33605             VA 1-435-671        James Petrylka

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

2506 S Macdill Ave, Tampa, FL 33629             VA 2-285-323        Raif Fluker

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

20861 State Road 7, Boca Raton, FL 33428          VA 1-435-120          David Dunn

CoStar Image



CREXi Infringing Image



Address:

630 N Van Buren St, Stockton, CA 95203

Registration Number: VA 1-391-703

Photographer: Elysse Rishwain-Brown

CoStar Image



CREXi Infringing Image



Address:                                             Registration Number: Photographer:

2881 Main St, East Point, GA 30344                  VA 2-042-924      Isaiah Buchanan

CoStar Image



CREXi Infringing Image



Address:

208 W 14th St, Los Angeles, CA 90015

Registration Number: VA 1-436-663

Photographer: J. Blomdahl

CoStar Image



CREXi Infringing Image



Address:

1790 Hilliard Rome Rd, Hilliard, OH 43026

Registration Number:  Photographer:

VA 1-919-025        Sam Blythe

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number:  Photographer:

214 Longstreet Rd, Willis, TX 77378              VA 1-919-421        Richard Craig

CoStar Image



CREXi Infringing Image



Address:

5425-5433 W Chicago Ave, Chicago, IL 60651

Registration Number: VA 2-222-907

Photographer: Gian Lorenzo Ferretti

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

5425-5433 W Chicago Ave, Chicago, IL 60651            VA 2-222-907        Gian Lorenzo Ferretti

CoStar Image



CREXi Infringing Image



Address:

280 Goldsmith Ave, Newark, NJ 07112

Registration Number: Photographer:

VA 1-434-244    John Georgiadis

CoStar Image



CREXi Infringing Image



Address:

280 Goldsmith Ave, Newark, NJ 07112

Registration Number:   Photographer:

VA 1-434-244      John Georgiadis

CoStar Image



CREXi Infringing Image



Address:

1956 Ridge Rd, Homewood, IL 60430

Registration Number: VA 1-435-977

Photographer: Jonathan Fairfield

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

3100-3122 S Main St, Los Angeles, CA 90007      VA 2-074-829      Marshall Main

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number:  Photographer:

3100-3122 S Main St, Los Angeles, CA 90007          VA 2-074-829        Marshall Main

CoStar Image



CREXi Infringing Image



Address:                                                      Registration Number:  Photographer:

5275 E 126th St, Garfield Heights, OH 44125                  VA 1-434-257          Linda Cook

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

14827 N Cave Creek Rd, Phoenix, AZ 85032         VA 2-196-095         Peter Sills

CoStar Image



CREXi Infringing Image



Exhibit C, Page 18097

Address:

103-105 E Montcalm St, Pontiac, MI 48342

Registration Number: VA 1-918-984

Photographer: Douglas Wright

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

551-553 Chestnut St, Winnetka, IL 60093         VA 2-119-799      Jonathan Fairfield

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

3445-3461 Sheridan Rd, Zion, IL 60099                      VA 1-435-736        Justin Schmidt

CoStar Image



CREXi Infringing Image



Address:

1228 N St, Sacramento, CA 95814

Registration Number: Photographer:

VA 1-998-121        Mark McNamara

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

6536-6550 Collins Ave, Miami Beach, FL 33141       VA 1-435-117        Carolyn Crisp

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

6040 E Brown Rd, Mesa, AZ 85205                   VA 2-161-342          Tim Nelson

CoStar Image



CREXi Infringing Image



Address:

6040 E Brown Rd, Mesa, AZ 85205

Registration Number: VA 2-161-342

Photographer: Tim Nelson

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

3600 W Slauson, Los Angeles, CA 90043                       VA 1-435-888       J. Blomdahl

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

3600 W Slauson, Los Angeles, CA 90043            VA 1-435-888       J. Blomdahl

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

3600 W Slauson, Los Angeles, CA 90043            VA 1-436-122        Adam Davis

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

3600 W Slauson, Los Angeles, CA 90043            VA 2-062-145        Marshall Main

CoStar Image



CREXi Infringing Image



Address:                                  Registration Number: Photographer:

1660-1662 Brittain Rd, Akron, OH 44310    VA 2-077-370         Pamela Lawrentz

CoStar Image



CREXi Infringing Image





Address:                                    Registration Number: Photographer:

12603 W Sunrise Blvd, Sunrise, FL 33323        VA 1-431-088        Carolyn Crisp

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

3698 N Federal Hwy, Boca Raton, FL 33431                   VA 2-267-711          Eileen Escarda

CoStar Image



CREXi Infringing Image



Address:

3698 N Federal Hwy, Boca Raton, FL 33431

Registration Number: VA 2-267-711

Photographer: Eileen Escarda

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

3698 N Federal Hwy, Boca Raton, FL 33431    VA 2-267-711        Eileen Escarda

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number:  Photographer:

3698 N Federal Hwy, Boca Raton, FL 33431      VA 2-267-711          Eileen Escarda

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

754 Richmond Rd, Richmond Hts, OH 44143                     VA 1-918-545        Linda Cook

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

754 Richmond Rd, Richmond Hts, OH 44143                     VA 1-918-545          Linda Cook

CoStar Image



CREXi Infringing Image



Address:                                             Registration Number: Photographer:

4416 E New York St, Aurora, IL 60504                 VA 2-276-748        Emilia Czader

CoStar Image



CREXi Infringing Image



Address:

1893 Remount Rd, Gastonia, NC 28054

Registration Number: Photographer:

VA 1-431-081    Ray Dodds

CoStar Image



CREXi Infringing Image



Address:                                                      Registration Number: Photographer:

5600-5612 W Division St, Chicago, IL 60651                    VA 2-078-143         Benjamin Gonzales

CoStar Image



CREXi Infringing Image



Address:

11620 Audelia Rd, Dallas, TX 75243

Registration Number: Photographer:

VA 2-214-944    Stacey Callaway

CoStar Image



CREXi Infringing Image



Address:                                                          Registration Number: Photographer:

3901-3905 Germantown Ave, Philadelphia, PA 19140          VA 1-434-372        Steve Cuttler

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

3901-3905 Germantown Ave, Philadelphia, PA 19140           VA 1-434-372        Steve Cuttler

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number: Photographer:

1551 NE 167th St N, Miami, FL 33162           VA 2-236-727        Eileen Escarda

CoStar Image



CREXi Infringing Image



Address:

1551 NE 167th St N, Miami, FL 33162

Registration Number: Photographer:

VA 2-236-727        Eileen Escarda

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

1551 NE 167th St N, Miami, FL 33162               VA 2-236-727        Eileen Escarda

CoStar Image



CREXi Infringing Image



Address:                                      Registration Number: Photographer:

1551 NE 167th St N, Miami, FL 33162           VA 2-236-727        Eileen Escarda

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

3922 E Chandler Blvd, Phoenix, AZ 85048          VA 2-281-219          John Williams

CoStar Image



CREXi Infringing Image



Address:

25300 Borough Park Dr, Spring, TX 77380

Registration Number: VA 1-431-638

Photographer: Thomas Richardson

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

185 Front St, Danville, CA 94526                  VA 2-131-283          David McClure

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number: Photographer:

4241 Hendrix Dr, Forest Park, GA 30297                     VA 1-435-153        Dan Kohler

CoStar Image



CREXi Infringing Image



Address:                                                      Registration Number: Photographer:

1030 Leslie Ave, Catonsville, MD 21228          VA 1-435-000          Patrick O'Conor

CoStar Image



CREXi Infringing Image



Address:

288 Cardinal Park Dr, Columbus, OH 43213

Registration Number: VA 1-435-759

Photographer: Sam Blythe

CoStar Image



CREXi Infringing Image



Address:                                                    Registration Number:  Photographer:

288 Cardinal Park Dr, Columbus, OH 43213                    VA 1-435-759          Sam Blythe

CoStar Image



CREXi Infringing Image



Address:                                         Registration Number: Photographer:

288 Cardinal Park Dr, Columbus, OH 43213         VA 1-435-759        Sam Blythe

CoStar Image



CREXi Infringing Image



Address:

288 Cardinal Park Dr, Columbus, OH 43213

Registration Number: VA 1-435-759

Photographer: Sam Blythe

CoStar Image



CREXi Infringing Image



Address:

288 Cardinal Park Dr, Columbus, OH 43213

Registration Number: VA 1-435-759

Photographer: Sam Blythe

CoStar Image



CREXi Infringing Image



Address:

288 Cardinal Park Dr, Columbus, OH 43213

Registration Number: VA 1-435-759

Photographer: Sam Blythe

CoStar Image



CREXi Infringing Image



Address:                                                 Registration Number: Photographer:

2938 Daimler St, Santa Ana, CA 92705                     VA 1-434-876        Nara Cox

CoStar Image



CREXi Infringing Image



Address:                                            Registration Number: Photographer:

1804-1808 S Pearl St, Denver, CO 80210              VA 1-434-892        Stacey Rocero

CoStar Image



CREXi Infringing Image



Address:                                        Registration Number: Photographer:

2130 N Kolb Rd, Tucson, AZ 85715                VA 2-059-738         Barb Hildenbrand

CoStar Image



CREXi Infringing Image



Address:                                         Registration Number: Photographer:

1444 23rd Ave, Oakland, CA 94606                 VA 1-434-776        Anita Shin

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number:  Photographer:

1444 23rd Ave, Oakland, CA 94606            VA 1-434-776          Anita Shin

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

1199 E Bay Dr, Largo, FL 33770              VA 2-224-031        Leila Sally

CoStar Image



CREXi Infringing Image



Address:                                              Registration Number:  Photographer:

21535 Palomar St, Wildomar, CA 92595                 VA 2-131-253          Nick Del Cioppo

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

21535 Palomar St, Wildomar, CA 92595             VA 2-131-253      Nick Del Cioppo

CoStar Image



CREXi Infringing Image



Address:

3111 Emmorton Rd, Abingdon, MD 21009

Registration Number: VA 1-431-099

Photographer: Mike Schisler

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

3111 Emmorton Rd, Abingdon, MD 21009              VA 1-431-099        Mike Schisler

CoStar Image



CREXi Infringing Image





Address:                                              Registration Number: Photographer:

1504 Miner St, Des Plaines, IL 60016                 VA 2-217-992          Justin Schmidt

CoStar Image



CREXi Infringing Image



Address:                                    Registration Number: Photographer:

1504 Miner St, Des Plaines, IL 60016        VA 2-217-992        Justin Schmidt

CoStar Image



CREXi Infringing Image



Address:                                          Registration Number: Photographer:

423 E Ojai Ave, Ojai, CA 93023                   VA 1-431-355          Ernst Mutchnick

CoStar Image



CREXi Infringing Image



Address:                                           Registration Number: Photographer:

942-972 San Pablo Ave, Albany, CA 94706            VA 2-142-153       Anita Shin

CoStar Image



CREXi Infringing Image

