UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-8819-CBM(ASx) | Date | MAY 10, 2023 |
| Title | CoStar Group, Inc. et al v. Commercial Real Estate Exchange Inc. | | |

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:    IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

The Court finds that the Motion for entry of judgment, etc., [368] and motion for review of minute order DKT 364, etc., [370] and currently set for hearing on May16, 2023, are appropriate for decision without oral argument.

Accordingly, these motions are taken UNDER SUBMISSION and the hearing is vacated. No appearances are necessary on May 16, 2023.  A written order will issue.

IT IS SO ORDERED.

cc: all parties

| CV 90 (12/02) | CIVIL MINUTES - GENERAL | Initials of Deputy Clerk YS |
|---|---|---|