KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS #158708
epeters@keker.com
WARREN A. BRAUNIG #243884
wbraunig@keker.com
NICHOLAS S. GOLDBERG #273614
ngoldberg@keker.com
KATIE LYNN JOYCE #308263
kjoyce@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendant and Counterclaimant
COMMERCIAL REAL ESTATE EXCHANGE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Defendant.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION, INC.,<br><br>Counterdefendants | Case No. 2:20-cv-08819 CBM (ASx)<br><br>**PROOF OF SERVICE**<br><br>Ctrm:       8D, 8th Floor<br>Judge:      Hon. Consuelo B. Marshall<br><br>Date Filed:  September 25, 2020<br><br>Discovery Cutoff: November 30, 2023<br>Pretrial Conference: September 24, 2024<br>Trial Date:  October 22, 2024 |

PROOF OF SERVICE
Case No. 2:20-cv-08819 CBM (ASx)

2331267

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On July 24, 2023, I served the following document(s):

**NOTICE OF APPEAL**

**DEFENDANT, COUNTERCLAIMANT, AND APPELLANT COMMERCIAL REAL ESTATE EXCHANGE, INC.'S REPRESENTATION STATEMENT**

☑   by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| | |
|---|---|
| Nicholas J. Boyle | Elyse M. Greenwald |
| Sarah A. Tomkowiak | Jessica Stebbins Bina |
| Anne C. Malinee | Latham & Watkins LLP |
| Charles A. Berdahl | 10250 Constellation Blvd. |
| David L. Johnson | Suite 1100 |
| Roberto Borgert | Los Angeles, CA 90067 |
| Latham & Watkins LLP | Tel.:  424-653-5500 |
| 555 Eleventh Street, NW | Fax:  424-653-5501 |
| Suite 1000 | |
| Washington, D.C. 20004 | Belinda S. Lee |
| Tel.:  202-637-2200 | Latham & Watkins LLP |
| Fax:  202-637-2201 | 505 Montgomery Street, Suite 2000 |
| costarcrexi.lwteam@lw.com | San Francisco, CA 94111 |
| | Tel.:  415-391-0600 |
| | Fax:  415-395-8095 |
| | |
| | Elizabeth A. Parvis |
| | Latham & Watkins LLP |
| | 1271 Avenue of the Americas |
| | New York, NY 10020 |
| | Tel.:  212-906-1200 |
| | Fax:  212-751-4864 |

1  Executed on July 24, 2023, at San Francisco, California.

2  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

3

4

5  _____
   Jennifer Gray

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28