| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
|   | ELLIOT R. PETERS - # 158708 |
| 2 | epeters@keker.com |
|   | WARREN A. BRAUNIG - # 243884 |
| 3 | wbraunig@keker.com |
|   | NICHOLAS S. GOLDBERG - # 273614 |
| 4 | ngoldberg@keker.com |
|   | KATIE LYNN JOYCE - # 308263 |
| 5 | kjoyce@keker.com |
|   | 633 Battery Street |
| 6 | San Francisco, CA 94111-1809 |
|   | Telephone:    415 391 5400 |
| 7 | Facsimile:    415 397 7188 |
| 8 | Attorneys for Defendant and Counterclaimant COMMERCIAL REAL ESTATE EXCHANGE, INC., |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION INC., | | Case No. 2:20-CV-08819 CBM (ASx) |
| | Plaintiffs, | **DISCOVERY DISPUTE SUBMITTED TO SPECIAL MASTER** |
| v. | | **DECLARATION OF LAWSON DEES IN SUPPORT OF CREXI'S OPPOSITION TO COSTAR'S RENEWED MOTION TO COMPEL CREXI TO RUN IMAGE MATCHING SOFTWARE** |
| COMMERCIAL REAL ESTATE EXCHANGE, INC., | | |
| | Defendant. | Date Filed:  September 25, 2020 |
| | | Discovery Cutoff: November 30, 2023 |
| | | Pre-Trial Conference: September 24, 2024 |
| | | Trial Date:  October 22, 2024 |
| COMMERCIAL REAL ESTATE EXCHANGE, INC., | | |
| | Counterclaimant, | |
| v. | | |
| COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION, INC., | | |
| | Counterdefendants. | |

---

DECLARATION OF LAWSON DEES IN SUPPORT OF CREXI'S OPPOSITION TO COSTAR'S RENEWED
MOTION TO COMPEL CREXI TO RUN IMAGE MATCHING SOFTWARE
Case No. 2:20-CV-08819 CBM (ASx)

2373257

I, LAWSON DEES, declare as follows:

1. I am Vice President of Operations at Commercial Real Estate Exchange, Inc. ("CREXi"). I have been a CREXi employee since 2015. In that time, I have been deeply involved in CREXi's operations, including how CREXi manages large amounts of listing data and images on its internal systems. In addition, I oversaw CREXi's efforts to compile images and data in compliance with the Court's April 18 Order Re Plaintiffs' Motion to Compel Responses to Discovery Requests ("April 18 Order").

2. I understand that the April 18 Order required CREXi to compile and produce images in four categories listed below:

> (1) all photographs that contain, in whole or in part, a CoStar watermark, logo or copyright;
>
> (2) photographs and images containing CoStar's watermark/logo that have been captured by any filters used by CREXI, including Restb;
>
> (3) photographs and images captured by the Getty Images filter; and
>
> (4) all photographs and images that are in CREXI's possession, custody or control, (whether on its website and image library) that were obtained from CoStar's website or database by CREXI's employees, officers, or agents, (including surreptitious access of CoStar's website and database) where the term 'agents' includes independent contractors CREXi engaged to upload listings to CREXi's platform.

3. By October 2022, CREXi produced 89,506 images in compliance with the Court's April 18 Order. In December 2022, CoStar filed a second amended complaint, accusing fewer than half of the images that CREXi produced in compliance with the April 18 Order.

4. I have reviewed the list of 500 images that CoStar provided on September 6, 2023 ("CoStar's September 6 Spreadsheet"). CoStar never sent CREXi a takedown notice for any of these images, and did not include them in its original, first amended, or second amended complaints. CREXi first became aware that these images were at issue on September 6.

5. CREXi tracks images using a 32-digit, unique identifying number called the "Content ID." For each image, the Content ID is embedded in the image URL. CoStar's

1

DECLARATION OF LAWSON DEES IN SUPPORT OF CREXI'S OPPOSITION TO COSTAR'S RENEWED MOTION TO COMPEL CREXI TO RUN IMAGE MATCHING SOFTWARE
Case No. 2:20-CV-08819 CBM (ASx)

2373257

1  September 6 Spreadsheet identified images by URL and thus provided CREXi with the unique
2  Content ID for each image at issue.

3        6.      In the set of 500 images that CoStar provided, four were listed twice, bearing
4  Content IDs f837b527db4c467da6d3dc37e3690dcc, 7a97659855414bf5b350181f6d0a60b7,
5  c182a0e7d65d4ce08fae398907831bd8, and 821699e683d54b31a17b324eceb838a4. Because each
6  CREXi Content ID is associated with a single image, CoStar's list of 500 images actually reflects
7  only 496 unique CREXi images.

8        7.      CoStar has never provided CREXi with the CoStar versions of the images
9  reflected in its September 6 Spreadsheet, but at least some of the CoStar images cannot be exact
10 matches for the CREXi images reflected in the Spreadsheet. For the four images that were listed
11 twice, CoStar contends its version of the image was taken on two different days, by two different
12 photographers. For example, CoStar contends that CREXi image with Content ID
13 f837b527db4c467da6d3dc37e3690dcc is an exact match for two different CoStar photographs
14 associated with the unique identifying numbers 9252365 and 6953355. CoStar further contends
15 that those images were taken on December 17, 2008, by Kristin Thomas, and February 19, 2008,
16 by Andrea Erickson, respectively. If, as CoStar contends, the CoStar images were taken on two
17 different days nearly one year apart, it is impossible for both images to be exact matches for
18 CREXi's image.

19       8.      There are other examples of CoStar claiming that the same CREXi photograph is
20 an exact match for CoStar photographs taken on two different days by different CoStar
21 photographers. CoStar alleges that CREXi image with Content ID
22 7a97659855414bf5b350181f6d0a60b7 is an exact match for CoStar images with unique
23 identifying numbers 105721914 and 14653895, taken seven years apart, on February 16, 2017,
24 and November 2, 2010 respectively, by different photographers. CoStar alleges that CREXi
25 image with Content ID c182a0e7d65d4ce08fae398907831bd8 is an exact match for CoStar
26 images with unique identifying numbers 20987417 and 15735768, taken on December 19, 2012,
27 and April 4, 2011 respectively, by different photographers. CoStar alleges that the CREXi image
28 with content ID 821699e683d54b31a17b324eceb838a4 is an exact match for CoStar images with

1 | unique identifying numbers 4600831 and 4539347, taken on March 16, 2007, and March 8, 2007

2 | respectively, by the same photographer.

3 |     9.     For convenience, I have excerpted the relevant data relating to the duplicate

4 | images from CoStar's September 6 Spreadsheet below.

| CoStar Image Number | CoStar Photographer | CoStar Photograph Date | CREXi Image Content ID |
|---|---|---|---|
| 9252365 | Kristen Thomas | 12/17/2008 | f837b527db4c467da6d3dc37e3690dcc |
| 6953355 | Andrea Erickson | 2/19/2008 | f837b527db4c467da6d3dc37e3690dcc |
| 105721914 | Jay Welker | 2/16/2017 | 7a97659855414bf5b350181f6d0a60b7 |
| 14653895 | Bob Benkert | 11/2/2010 | 7a97659855414bf5b350181f6d0a60b7 |
| 20987417 | Michael Marx | 12/19/2012 | c182a0e7d65d4ce08fae398907831bd8 |
| 15735768 | John Ehart | 4/4/2011 | c182a0e7d65d4ce08fae398907831bd8 |
| 4600831 | Bob Benkert | 3/16/2007 | 821699e683d54b31a17b324eceb838a4 |
| 4539347 | Bob Benkert | 3/8/2007 | 821699e683d54b31a17b324eceb838a4 |

10.     I have reviewed CoStar's First Amended Master Spreadsheet which, according to CoStar, lists "all CoStar-owned images that CoStar is accusing in this Action," served on September 22, 2023.

11.     Of the 500 images listed on CoStar's September 6 Spreadsheet, CoStar included only 122 of them on its September 22, 2023 First Amended Master Spreadsheet.

12.     I have supervised the collection of data concerning the 122 images that CoStar contends that it owns. Of those 122 images, none were flagged by CREXi's image filtering services, Restb or Getty. Furthermore, of the 122, 28 images were uploaded directly by users.

13.     Since April 1, 2020, more than 14.5 million images have been uploaded to and displayed on CREXi's website.

14.     At present, there are 20.9 million images in CREXi's image library.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on October 17, 2023, in Playa Vista, California.

1
2
3       _____
         LAWSON DEES
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

DECLARATION OF LAWSON DEES IN SUPPORT OF CREXI'S OPPOSITION TO COSTAR'S RENEWED MOTION TO COMPEL CREXI TO RUN IMAGE MATCHING SOFTWARE
Case No. 2:20-CV-08819 CBM (ASx)

2373257