| | |
|---|---|
| 1 | JESSICA STEBBINS BINA (BAR NO. 248485) |
|   | jessica.stebbinsbina@lw.com |
| 2 | ELYSE M. GREENWALD (BAR NO. 268050) |
|   | elyse.greenwald@lw.com |
| 3 | LATHAM & WATKINS LLP |
|   | 10250 Constellation Boulevard |
| 4 | Suite 1100 |
|   | Los Angeles, CA 90067 |
| 5 | Tel: 424.653.5500 |
|   | Fax: 424.653.5501 |
| 6 | |
| 7 | *Attorneys for Plaintiffs and Counterdefendants CoStar Group, Inc. and CoStar Realty Information, Inc.* |
| 8 | [Additional Counsel Listed on the Next Page] |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 11 | COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC., | CASE NO. 2:20-cv-08819-CBM-AS |
| 12 | | **DISCOVERY DISPUTE SUBMITTED TO SPECIAL MASTER** |
| 13 | Plaintiffs, | |
| 14 | v. | Assigned to Hon. Consuelo B. Marshall |
| 15 | COMMERCIAL REAL ESTATE EXCHANGE, INC., | Hon. Alka Sagar, Magistrate Judge |
| 16 | Defendant. | **COSTAR'S APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF REPLY IN SUPPORT OF COSTAR'S RENEWED MOTION TO COMPEL CREXI TO RUN IMAGE-MATCHING SOFTWARE** |
| 17 | COMMERCIAL REAL ESTATE EXCHANGE, INC., | |
| 18 | | |
| 19 | Counterclaimant, | |
| 20 | v. | Date Filed:   September 25, 2020 |
| 21 | COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC., | Trial Date:   October 22, 2024 |
| 22 | Counterdefendants. | |

| | |
|---|---|
| 1 | NICHOLAS J. BOYLE* |
|   | nicholas.boyle@lw.com |
| 2 | SARAH A. TOMKOWIAK* |
|   | sarah.tomkowiak@lw.com |
| 3 | LATHAM & WATKINS LLP |
|   | 555 Eleventh Street, NW |
| 4 | Suite 1000 |
|   | Washington, D.C. 20004 |
| 5 | Tel: 202.637.2200 |
|   | Fax: 202.637.2201 |
| 6 | |
| 7 | CAITLIN E. DAHL* |
|   | caitlin.dahl@lw.com |
| 8 | KAREN D. FRANKENTHAL* |
|   | karen.frankenthal@lw.com |
| 9 | LATHAM & WATKINS LLP |
|   | 330 North Wabash Avenue |
| 10 | Suite 2800 |
|   | Chicago, IL 60611 |
| 11 | Tel: 312.876.7700 |
|   | Fax: 312.993.9767 |
| 12 | |
| 13 | |
|   | * *Admitted pro hac vice* |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Pursuant to Local Rule 79-5, this Court's Procedures, and the Stipulated Protective Order entered in this Action on January 14, 2022 (Dkt. 105), Plaintiffs and Counterdefendants CoStar Group, Inc. and CoStar Realty Information, Inc. (collectively, "CoStar") hereby submit this Application for Leave to Provisionally File Under Seal Certain Documents in Support of CoStar's Reply in Support of its Renewed Motion to Compel Commercial Real Estate Exchange Inc. ("CREXi") to Run Image-Matching Software ("Reply"). This Application is accompanied by the Sealed Declaration of Karen D. Frankenthal ("Frankenthal Declaration"), as required by L.R. 79-5.2.2(b).

Certain material that CoStar describes and attaches in connection with its Reply has been designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by CREXi pursuant to the Stipulated Protective Order (Dkt. 105). As a result, and as required by Local Rule 79-5, CoStar requests that the following documents be filed under seal:

1. An unredacted version of the Declaration of Sarah A. Tomkowiak in Support of CoStar's Reply ("Tomkowiak Declaration"), which describes and quotes Exhibits A-E, which CREXi has designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only";

2. Exhibit A to the Tomkowiak Declaration, which is a true and correct copy of a document produced in this litigation bearing the Bates numbers CREXI-CS-00717670-71 and is designated "Highly Confidential – Attorneys' Eyes Only";

3. Exhibit B to the Tomkowiak Declaration, which is a true and correct copy of a document produced in this litigation bearing the Bates numbers CREXI-CS-00518202-06 and is designated "Highly Confidential – Attorneys' Eyes Only";

4. Exhibit C to the Tomkowiak Declaration, which is a true and correct copy of a document produced in this litigation bearing the Bates numbers CREXI-CS-00520949-50 and is designated "Highly Confidential – Attorneys' Eyes Only";

5. Exhibit D to the Tomkowiak Declaration, which is a true and correct copy of a document produced in this litigation bearing the Bates number CREXI-CS-10100795 and is designated "Confidential"; and

1

CASE NO. 2:20-cv-08819-CBM-AS
COSTAR'S APPLICATION TO FILE UNDER SEAL RE RENEWED
MTC CREXI TO RUN IMAGE-MATCHING SOFTWARE

6. Exhibit E to the Tomkowiak Declaration, which is a true and correct copy of a document produced in this litigation bearing the Bates numbers CREXI-CS-00628848-53 and is designated "Highly Confidential – Attorneys' Eyes Only."

Pursuant to Local Rule 79-5.2.2(b), CoStar's counsel contacted CREXi's counsel on October 19, 2023 and provided notice that CoStar intended to file the designated material described above, and asked whether CREXi would withdraw its confidentiality designation. On October 20, 2023, counsel for CREXi indicated that CREXi would not withdraw its designations, even in part.

For the reasons discussed in the October 24, 2023 Frankenthal Declaration, CoStar opposes CREXi's sealing request.

Dated: October 24, 2023                      Respectfully submitted,

**LATHAM & WATKINS LLP**

By:  */s/ Nicholas J. Boyle*
    Nicholas J. Boyle
    (admitted *pro hac vice*)
    Sarah A. Tomkowiak
    (admitted *pro hac vice*)
    555 Eleventh Street, NW
    Suite 1000
    Washington, D.C. 20004
    Tel: 202.637.2200
    Fax: 202.637.2201
    Email: nicholas.boyle@lw.com
           sarah.tomkowiak@lw.com

    Jessica Stebbins Bina
    (Bar No. 248485)
    Elyse M. Greenwald
    (Bar No. 268050)
    10250 Constellation Boulevard
    Suite 1100
    Los Angeles, CA 90067
    Tel: 424.653.5500
    Fax: 424.653.5501
    Email: jessica.stebbinsbina@lw.com
           elyse.greenwald@lw.com

    Caitlin E. Dahl
    (admitted *pro hac vice*)
    Karen D. Frankenthal
    (admitted *pro hac vice*)
    330 North Wabash Avenue
    Suite 2800

| | |
|---|---|
| 1 | Chicago, IL 60611 |
| 2 | Tel: 312.876.7700 |
|   | Fax: 312.993.9767 |
| 3 | Email: caitlin.dahl@lw.com |
|   | karen.frankenthal@lw.com |
| 4 | *Attorneys for Plaintiffs and Counterdefendants* |
| 5 | *CoStar Group, Inc. and CoStar Realty Information, Inc.* |

3

CASE NO. 2:20-cv-08819-CBM-AS
COSTAR'S APPLICATION TO FILE UNDER SEAL RE RENEWED
MTC CREXI TO RUN IMAGE-MATCHING SOFTWARE