| | |
|---|---|
| 1 | JESSICA STEBBINS BINA (BAR NO. 248485) |
|   | jessica.stebbinsbina@lw.com |
| 2 | ELYSE M. GREENWALD (BAR NO. 268050) |
|   | elyse.greenwald@lw.com |
| 3 | LATHAM & WATKINS LLP |
|   | 10250 Constellation Boulevard |
| 4 | Suite 1100 |
|   | Los Angeles, CA 90067 |
| 5 | Tel: 424.653.5500 |
|   | Fax: 424.653.5501 |
| 6 | |
| 7 | *Attorneys for Plaintiffs and Counterdefendants* |
|   | *CoStar Group, Inc. and CoStar Realty Information, Inc.* |
| 8 | [Additional Counsel Listed on the Next Page] |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC., <br><br>Plaintiffs, <br><br>v. <br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC., <br><br>Defendant. <br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC., <br><br>Counterclaimant, <br><br>v. <br><br>COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC., <br><br>Counterdefendants. | CASE NO. 2:20-cv-08819-CBM-AS <br><br>**DISCOVERY DISPUTE SUBMITTED TO SPECIAL MASTER** <br><br>Assigned to Hon. Consuelo B. Marshall <br>Hon. Alka Sagar, Magistrate Judge <br><br>**DECLARATION OF SARAH A. TOMKOWIAK IN SUPPORT OF COSTAR'S REPLY IN SUPPORT OF RENEWED MOTION TO COMPEL CREXI TO RUN IMAGE-MATCHING SOFTWARE** <br><br>**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL** <br><br>Date Filed:  September 25, 2020 <br>Trial Date:  October 22, 2024 |

1  NICHOLAS J. BOYLE*
   nicholas.boyle@lw.com
2  SARAH A. TOMKOWIAK*
   sarah.tomkowiak@lw.com
3  LATHAM & WATKINS LLP
   555 Eleventh Street, NW
4  Suite 1000
   Washington, D.C. 20004
5  Tel: 202.637.2200
   Fax: 202.637.2201
6

7  CAITLIN E. DAHL*
   caitlin.dahl@lw.com
8  KAREN D. FRANKENTHAL*
   karen.frankenthal@lw.com
9  LATHAM & WATKINS LLP
   330 North Wabash Avenue
10 Suite 2800
   Chicago, IL 60611
11 Tel: 312.876.7700
   Fax: 312.993.9767
12

13

14 * *Admitted pro hac vice*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 2:20-cv-08819-CBM-AS
TOMKOWIAK DECL. ISO COSTAR'S MTC CREXI
TO RUN IMAGE-MATCHING SOFTWARE

I, Sarah A. Tomkowiak, declare as follows:

1. I am an attorney licensed to practice law in Washington, D.C., a partner at Latham & Watkins LLP, located at 555 Eleventh Street NW, Suite 1000, Washington, D.C., and counsel for Plaintiffs and Counterdefendants CoStar Group, Inc., and CoStar Realty Information, Inc. (collectively, "CoStar") in the above-captioned case against Commercial Real Estate Exchange, Inc. ("CREXi"). I have personal knowledge of the facts set forth below, and if called upon, can and will testify competently thereto.

2. I am submitting this declaration in connection with and in support of CoStar's Reply in Support of CoStar's Renewed Motion to Compel CREXi to Run Image-Matching Software.

3. Through the course of discovery, CoStar has learned of CREXi's practice of cropping and altering CoStar's copyright management information (i.e., its star logo watermark) from CoStar photographs. Indeed, CoStar has previously emphasized that CREXi's employees and its agents have accessed LoopNet more than two million times and copied CoStar's property listings containing CoStar's copyrighted photographs and listing data. *See* Dkt. 351 at ¶ 59. Produced documents show CREXi's routine practice of directing its employees and offshore agents to crop and remove CoStar's watermark from photographs, including those screenshotted from LoopNet.com, before copying them into CREXi's systems. Produced documents further show CREXi employees advising brokers to crop and remove CoStar's watermark from photographs prior to uploading them on the CREXi platform.

4. Attached to this declaration are examples of documents produced by CREXi that reflect this practice. The date range for these documents is September, 17 2018 to May 19, 2020. These documents were produced to CoStar between February 15, 2023 and September 29, 2023.

5. Attached as **Exhibit A** is a true and correct copy of a May 19, 2020 email from Nick DeGiorgio, CREXi's Supply Growth Manager, to CREXi's entire business development email distribution list (*bdr@crexi.com*), the team dedicated to adding brokers and listings to the CREXi platform, copying CREXi managers and employees Ashley Kobovitch, James Burton, and Roger Smith with the subject ███████████████████ produced in this litigation with

1 the Bates number CREXI-CS-00717670-71.  In this email, ████████

2 ████████████████████████████████████████████████████████

3 ████████████████████████████████████████████████████████

4 ████████████████████████████████████████████████████████

5 ████████████  (CREXi has previously pled that LoopNet is such a critical source of

6 listings that CREXi requires open access to that site, and it filed a now-dismissed declaratory

7 judgment claim to obtain such access.) ████████████████████████

8 ████████████████████████████████████████████████████████

9 ████████████████████████████████████████████████████████

10 ████████████████████████████████████████████████████████

11 ████████████████████████████████████████████████████████

12 ████████████████████████████████████████████████████████

13 ████████████████████████████████████████████████████████

14 ████████ (emphasis in original).  CREXi produced this document on September 29, 2023,

15 and evidence of CREXi's copying from LoopNet and cropping continues to flow in as fact

16 discovery draws to a close.

17          6.     Attached as **Exhibit B** is a true and correct copy of a September 18, 2019 email

18 chain between Nick DeGiorgio, James Burton, and offshore agent Ritesh Jaiswal with the subject

19 ████████████ produced in this litigation with the Bates number CREXI-CS-00518202-06.

20 In this chain, DeGiorgio forwards to Burton an email from a broker.  DeGiorgio asks ████

21 ████████████████████████████████████████ DeGiorgio responds ████████

22 ████████████████████████████████████████████████ (emphasis in original).

23 Burton then forwards the chain to Jaiswal and repeated DeGiorgio's instruction that ████

24 ████████████████████████████████████████████ (emphasis in original).

25          7.     Attached as **Exhibit C** is a true and correct copy of an August 7, 2020 email chain

26 between James Burton, Austin Maddox, and offshore agent Ritesh Jaiswal with the subject ████

27 ████████████████████████ produced in this litigation with the Bates number CREXI-CS-

28 00520949-50.  Maddox emails Jaiswal, copying Burton, a hyperlink to information that Jaiswal

would use to create and build listings on CREXi's platform.  Maddox instructs ▮

▮

▮

8.      Attached as **Exhibit D** is a true and correct copy of a May 14, 2020 Jira support ticket created by CREXi employee Christian Vien produced in this litigation with the Bates number CREXI-CS-10100795.  In this ticket, Vien instructs CREXi's listing creation distribution to ▮

9.      Attached as **Exhibit E** is a true and correct copy of a September 17, 2018 email from CREXi employee Roger Smith to broker Gunner Tronolone with the subject ▮ ▮ produced in this litigation with the Bates number CREXI-CS-00628848-53.  In the email, Tronolone provides ▮ ▮  In response, Smith explains ▮ ▮

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 24, 2023 in Washington, D.C.


*Sarah A. Tomkowiak*
Sarah A. Tomkowiak

# EXHIBITS A-E

**(REDACTED VERSION OF DOCUMENTS PROPOSED TO BE FILED UNDER SEAL IN THEIR ENTIRETY)**