1  JESSICA STEBBINS BINA (BAR NO. 248485)
   jessica.stebbinsbina@lw.com
2  ELYSE M. GREENWALD (BAR NO. 268050)
   elyse.greenwald@lw.com
3  LATHAM & WATKINS LLP
4  10250 Constellation Boulevard
   Suite 1100
5  Los Angeles, CA 90067
   Tel: 424.653.5500
6  Fax: 424.653.5501

7  *Attorneys for Plaintiffs and Counterdefendants*
8  *CoStar Group, Inc. and CoStar Realty Information, Inc.*

9  [Additional Counsel Listed on the Next Page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Defendant.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC.,<br><br>Counterdefendants. | CASE NO. 2:20-cv-08819-CBM-AS<br><br>**DISCOVERY DISPUTE SUBMITTED TO SPECIAL MASTER**<br><br>**[PROPOSED] ORDER DENYING COSTAR'S APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF REPLY IN SUPPORT OF COSTAR'S RENEWED MOTION TO COMPEL CREXI TO RUN IMAGE-MATCHING SOFTWARE**<br><br>Date Filed:   September 25, 2020<br>Trial Date:    October 22, 2024 |

| | |
|---|---|
| 1 | NICHOLAS J. BOYLE* |
|   | nicholas.boyle@lw.com |
| 2 | SARAH A. TOMKOWIAK* |
|   | sarah.tomkowiak@lw.com |
| 3 | LATHAM & WATKINS LLP |
|   | 555 Eleventh Street, NW |
| 4 | Suite 1000 |
|   | Washington, D.C. 20004 |
| 5 | Tel: 202.637.2200 |
|   | Fax: 202.637.2201 |
| 6 | |
| 7 | CAITLIN E. DAHL* |
|   | caitlin.dahl@lw.com |
| 8 | KAREN D. FRANKENTHAL* |
|   | karen.frankenthal@lw.com |
| 9 | LATHAM & WATKINS LLP |
|   | 330 North Wabash Avenue |
| 10 | Suite 2800 |
|   | Chicago, IL 60611 |
| 11 | Tel: 312.876.7700 |
|   | Fax: 312.993.9767 |
| 12 | |
| 13 | |
| 14 | * *Admitted pro hac vice* |

# [PROPOSED] ORDER

The Court, having read and considered Plaintiffs and Counterdefendants CoStar Group, Inc. and CoStar Realty Information, Inc.'s (collectively, "CoStar") Application for Leave to Provisionally File Under Seal Certain Documents in Support of CoStar's Reply in Support of its Renewed Motion to Compel Commercial Real Estate Exchange Inc. ("CREXi") to Run Image-Matching Software (the "Reply"), hereby:

\_\_**DENIES** the Application to seal.

\_\_**GRANTS** the Application to seal.

If the Application is **GRANTED**, the documents set forth below, which were submitted on October 24, 2023, are to be filed under seal pursuant to Local Rule 79-5:

| Documents To Be Filed Under Seal |
| --- |
| Unredacted Version of the Declaration of Sarah A. Tomkowiak in Support of CoStar's Reply ("Tomkowiak Declaration") |
| **Exhibit A** to the Tomkowiak Declaration |
| **Exhibit B** to the Tomkowiak Declaration |
| **Exhibit C** to the Tomkowiak Declaration |
| **Exhibit D** to the Tomkowiak Declaration |
| **Exhibit E** to the Tomkowiak Declaration |

**IT IS SO ORDERED.**

Dated: _____  By:_____
                                     Hon. Suzanne Segal (Ret.)
                                     Special Master