| | |
|---|---|
| 1 | JESSICA STEBBINS BINA (BAR NO. 248485) |
|   | jessica.stebbinsbina@lw.com |
| 2 | ELYSE M. GREENWALD (BAR NO. 268050) |
|   | elyse.greenwald@lw.com |
| 3 | LATHAM & WATKINS LLP |
|   | 10250 Constellation Boulevard |
| 4 | Suite 1100 |
|   | Los Angeles, CA 90067 |
| 5 | Tel: 424.653.5500 |
|   | Fax: 424.653.5501 |
| 6 | |
| 7 | *Attorneys for Plaintiffs and Counterdefendants CoStar Group, Inc. and CoStar Realty Information, Inc.* |
| 8 | [Additional Counsel Listed on the Next Page] |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COMMERCIAL REAL ESTATE EXCHANGE, INC., <br><br> Defendant. <br><br> COMMERCIAL REAL ESTATE EXCHANGE, INC., <br><br> Counterclaimant, <br><br> v. <br><br> COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC., <br><br> Counterdefendants. | CASE NO. 2:20-cv-08819-CBM-AS <br><br> **DISCOVERY DISPUTE SUBMITTED TO SPECIAL MASTER** <br><br> Assigned to Hon. Consuelo B. Marshall <br> Hon. Alka Sagar, Magistrate Judge <br><br> **DECLARATION OF DARIUSH EDALATKHAH IN SUPPORT OF COSTAR'S REPLY IN SUPPORT OF RENEWED MOTION TO COMPEL CREXI TO RUN IMAGE-MATCHING SOFTWARE** <br><br> Date Filed:   September 25, 2020 <br> Trial Date:   October 22, 2024 |

| | |
|---|---|
| 1 | NICHOLAS J. BOYLE* |
| | nicholas.boyle@lw.com |
| 2 | SARAH A. TOMKOWIAK* |
| | sarah.tomkowiak@lw.com |
| 3 | LATHAM & WATKINS LLP |
| | 555 Eleventh Street, NW |
| 4 | Suite 1000 |
| | Washington, D.C. 20004 |
| 5 | Tel: 202.637.2200 |
| | Fax: 202.637.2201 |
| 6 | |
| 7 | CAITLIN E. DAHL* |
| | caitlin.dahl@lw.com |
| 8 | KAREN D. FRANKENTHAL* |
| | karen.frankenthal@lw.com |
| 9 | LATHAM & WATKINS LLP |
| | 330 North Wabash Avenue |
| 10 | Suite 2800 |
| | Chicago, IL 60611 |
| 11 | Tel: 312.876.7700 |
| | Fax: 312.993.9767 |
| 12 | |
| 13 | * *Admitted pro hac vice* |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

I, Dariush Edalatkhah, declare as follows:

1. I am the Director, Business Intelligence at CoStar Group, Inc., and CoStar Realty Information, Inc. (collectively, "CoStar"). I am authorized by CoStar to make this declaration and have personal knowledge of the facts described below.

2. I am submitting this declaration in connection with and in support of CoStar's Reply in Support of CoStar's Renewed Motion to Compel CREXi to Run Image-Matching Software.

3. Following the Special Master's guidance at the June 12, 2023 informal discovery conference, CoStar compiled a sample set of 500 CoStar owned images that were displayed on CREXi with CoStar's star logo watermark cropped out. CoStar has been unable to locate any of the 500 images in CREXi's production.

4. I worked to identify a set of CoStar-owned images that were displayed on CREXi's website with CoStar's star logo watermark cropped out, but have not been produced by CREXi in this case. I identified a sample of 500 images. I have compiled, on an image-by-image basis: (i) the property ID in CoStar's system, (ii) the photographer, (iii) the source of the image (e.g., CoStar's field research department), and (iv) the date CoStar obtained the photograph. I have confirmed that each such image was eligible to be displayed with CoStar's star logo watermark based on CoStar's watermarking logic. Based on this review, I have concluded that CoStar owns all of the images in its sample.

5. I have also reviewed evidence regarding a sampling of CREXi's access to LoopNet listings, to spot check whether that access can be tied to specific CoStar images. While CREXi has taken steps to hide its access, e.g., though the use of VPNs, the evidence I have reviewed indicates that CREXi accessed LoopNet listings containing CoStar images from the 500-image sample prior to the date on which CoStar identified the same image on CREXi.com.

6. After reviewing CREXi's Opposition to CoStar's Motion, I investigated CREXi's representation that the 500-image sample included duplicate images. Based on my investigation, I have concluded that CoStar's 500-image sample has no duplicates. Instead, CoStar made an unintentional clerical error when providing CREXi with the CREXi URL corresponding to where

an image appeared on CREXi's website. This only impacted 4 out of the 500 images in the sample (i.e., 4 images received the correct URL, and 4 images received the incorrect duplicate URL). When corrected, the sample includes no duplicates and instead reflects 500 unique images that appeared on CREXi's website with CoStar's watermark cropped out. CoStar will provide CREXi with the corrected URLs for these 4 images.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 24, 2023 in Washington, D.C.

*[signature]*

Dariush Edalatkhah