Honorable Suzanne H. Segal (Ret.)
Signature Resolution
633 W. 5th Street, Suite 1000
Los Angeles, CA 90071
JudgeSegal@SignatureResolution.com
Special Master

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Defendant. | Case No. CV 20-8819 CBM (ASx)<br><br>SPECIAL MASTER'S REPORT AND RECOMMENDATION REGARDING AMENDMENTS TO SCHEDULING ORDER |
| COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC.,<br><br>Counterdefendants. | |

This Report and Recommendation (the "Report") is submitted to the Honorable Consuelo B. Marshall, United States District Judge, pursuant to Fed. R. Civ. P. 53. The Report includes proposed amendments (in a proposed order) to the current scheduling order (Dkt. 373). The parties have entered into a joint stipulation, which proposes extensions to the current fact discovery, expert discovery, Daubert motions cut-off date, and summary judgment motions deadlines, while preserving the current trial date. Based upon discussions with the parties, and upon review of

1  the parties' joint stipulation and the proposed amendments to the case schedule
2  reflected therein, the Special Master finds that an extension of the existing dates is
3  necessary, and respectfully recommends that the proposed Amended Scheduling
4  Order (which reflects the parties' agreement) be adopted by the District Judge.

6  DATED: 11/22/2023

                           *Hon. Suzanne Segal (Ret.)*
                           HON. SUZANNE H. SEGAL (RET.)
                           SPECIAL MASTER

## AMENDED SCHEDULING ORDER

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Fact discovery cutoff | November 30, 2023 | February 16, 2024 |
| Initial expert disclosure due | January 5, 2024 | March 19, 2024 |
| Rebuttal expert disclosure due | February 5, 2024 | April 19, 2024 |
| Expert discovery cutoff | February 26, 2024 | May 10, 2024 |
| Opening Motions for Summary Judgment | March 11, 2024 | June 7, 2024 |
| Response to Motions for Summary Judgment | April 12, 2024 | July 12, 2024 |
| Replies in support of Motions for Summary Judgment | May 10, 2024 | August 2, 2024 |
| *Daubert* Motions | July 12, 2024 | August 9, 2024 |
| Motions for Summary Judgment Hearing Date | June 11, 2024 | September 17, 2024 |
| Responses to *Daubert* Motions | August 2, 2024 | August 30, 2024 |
| Replies in support of *Daubert* Motions | August 16, 2024 | September 13, 2024 |
| Last day to file motions in limine | August 30, 2024 | August 30, 2024 |
| Last day to set motions for oral argument | September 27, 2024 | September 27, 2024 |
| Last day to lodge pretrial documents | September 3, 2024 | September 3, 2024 |
| Pretrial Conference | September 24, 2024 at 2:30 p.m. | September 24, 2024 at 2:30 p.m. |

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Jury Trial | October 22, 2024 at 10:00 a.m. | October 22, 2024 at 10:00 a.m. |

**IT IS SO ORDERED.**

Dated: NOVEMBER 29, 2023

Hon. Consuelo B. Marshall
United States District Judge