ELYSE M. GREENWALD (BAR NO. 268050)
elyse.greenwald@lw.com
LATHAM & WATKINS LLP
10250 Constellation Boulevard
Suite 1100
Los Angeles, CA 90067
Tel: 424.653.5500
Fax: 424.653.5501

*Attorneys for Plaintiffs and Counterdefendants*
*CoStar Group, Inc. and CoStar Realty Information, Inc.*

[Additional Counsel Listed on the Next Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COMMERCIAL REAL ESTATE EXCHANGE, INC., <br><br> Defendant. <br><br> COMMERCIAL REAL ESTATE EXCHANGE, INC., <br><br> Counterclaimant, <br><br> v. <br><br> COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC., <br><br> Counterdefendants. | CASE NO. 2:20-cv-08819-CBM-AS <br><br> Assigned to Hon. Consuelo B. Marshall <br> Hon. Alka Sagar, Magistrate Judge <br><br> **[PROPOSED] ORDER DENYING CREXI'S MOTION FOR LEAVE TO FILE SECOND AMENDED COUNTERCLAIMS** <br><br> Date Filed:   September 25, 2020 <br> Trial Date:   March 11, 2025 |

| | |
|---|---|
| 1 | NICHOLAS J. BOYLE* |
|   | nicholas.boyle@lw.com |
| 2 | SARAH A. TOMKOWIAK* |
|   | sarah.tomkowiak@lw.com |
| 3 | ROBERTO J. BORGERT* |
|   | roberto.borgert@lw.com |
| 4 | KATHERINE L. GRIFFITTS* |
|   | katherine.griffitts@lw.com |
| 5 | LATHAM & WATKINS LLP |
|   | 555 Eleventh Street, NW |
| 6 | Suite 1000 |
|   | Washington, D.C. 20004 |
| 7 | Tel: 202.637.2200 |
|   | Fax: 202.637.2201 |
| 8 | |
| 9 | CAITLIN E. DAHL* |
|   | caitlin.dahl@lw.com |
| 10 | LATHAM & WATKINS LLP |
|    | 330 North Wabash Avenue |
| 11 | Suite 2800 |
|    | Chicago, IL 60611 |
| 12 | Tel: 312.876.7700 |
|    | Fax: 312.993.9767 |
| 13 | |
| 14 | * *Admitted pro hac vice* |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

Defendant and Counterclaimant Commercial Real Estate Exchange, Inc.'s ("CREXi") Motion for Leave to File Second Amended Counterclaims ("Motion") came before the Court. The Court, having reviewed all the papers submitted in support of and in opposition to the Motion, as well as the oral arguments of counsel (if any), and the applicable law, finds that CREXi's Motion should be DENIED.

IT IS SO ORDERED.

Dated:                                            By:_____
                                                  Hon. Consuelo B. Marshall
                                                  United States District Judge