1  ELYSE M. GREENWALD (BAR NO. 268050)
2  elyse.greenwald@lw.com
   LATHAM & WATKINS LLP
3  10250 Constellation Boulevard
4  Suite 1100
   Los Angeles, CA 90067
5  Tel: 424.653.5500
6  Fax: 424.653.5501

7  *Attorneys for Plaintiffs and Counterdefendants*
8  *CoStar Group, Inc. and CoStar Realty Information, Inc.*

9  [Additional Counsel Listed on the Next Page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COMMERCIAL REAL ESTATE EXCHANGE, INC., <br><br> Defendant. | CASE NO. 2:20-cv-08819-CBM-AS <br><br> Assigned to Hon. Consuelo B. Marshall <br> Hon. Alka Sagar, Magistrate Judge <br><br> **[PROPOSED] ORDER GRANTING COSTAR'S MOTION TO COMPEL ARBITRATION AND REQUEST FOR STAY** <br><br> Date: September 10, 2024 <br> Time: 10:00 a.m. <br> Courtroom: 8B <br> Before: Hon. Consuelo B. Marshall <br><br> Trial Date: March 11, 2025 |
| COMMERCIAL REAL ESTATE EXCHANGE, INC., <br><br> Counterclaimant, <br><br> v. <br><br> COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC., <br><br> Counterdefendants. | |

1  NICHOLAS J. BOYLE*
   nicholas.boyle@lw.com
2  SARAH A. TOMKOWIAK*
   sarah.tomkowiak@lw.com
3  ANNE C. MALINEE*
   anne.malinee@lw.com
4  ROBERTO J. BORGERT*
   roberto.borgert@lw.com
5  LATHAM & WATKINS LLP
   555 Eleventh Street, NW
6  Suite 1000
   Washington, D.C. 20004
7  Tel: 202.637.2200
   Fax: 202.637.2201
8

9  CAITLIN E. DAHL*
   caitlin.dahl@lw.com
10 LATHAM & WATKINS LLP
   330 North Wabash Avenue
11 Suite 2800
   Chicago, IL 60611
12 Tel: 312.876.7700
   Fax: 312.993.9767
13

14

15 *  *Admitted pro hac vice*

16

17

18

19

20

21

22

23

24

25

26

27

28

# [PROPOSED] ORDER

The above-entitled matter having come before the Court upon Plaintiffs and Counterdefendants CoStar Group, Inc. and CoStar Realty Information, Inc.'s (collectively, "CoStar") Motion to Compel Arbitration and Request for Stay ("Motion") and the Court, having reviewed all the papers submitted in support of and in opposition to the Motion, as well as the oral arguments of counsel (if any); hereby:

**ORDERS** the parties to arbitrate Commercial Real Estate Exchange, Inc.'s counterclaims, as reflected in CREXi's Second Amended Counterclaims, other than as on appeal or stayed below; and

**STAYS** proceedings in this Court on CoStar's claims and CREXi's trademark counterclaims pending arbitration.

**IT IS SO ORDERED.**

Dated: _____     By:_____
                                                                 Hon. Consuelo B. Marshall
                                                                 United States District Judge