KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS #158708
epeters@keker.com
WARREN A. BRAUNIG #243884
wbraunig@keker.com
NICHOLAS S. GOLDBERG #273614
ngoldberg@keker.com
KATIE LYNN JOYCE #308263
kjoyce@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant and Counterclaimant
COMMERCIAL REAL ESTATE EXCHANGE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COMMERICAL REAL ESTATE EXCHANGE, INC.,<br><br>Defendant. | Case No. 2:20-CV-08819 CBM (ASx)<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR COSTAR'S MOTION TO COMPEL ARBITRATION [827]**<br><br>Ctrm: 8D, 8th Floor<br>Judge: Hon. Consuelo B. Marshall<br><br>Date Filed: September 25, 2020<br><br>Pre-Trial Conf.: February 11, 2025<br>Trial Date: March 11, 2025 |
| COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>COSTAR GROUP, INC. AND COSTAR REALTY INFORMATION, INC.,<br><br>Counterdefendants. | |

1
ORDER GRANTING JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR COSTAR'S MOTION TO COMPEL ARBITRATION
Case No. 2:20-CV-08819 CBM (ASx)

2760282

Upon consideration of the parties' Joint Stipulation Regarding Briefing Schedule for CoStar's Motion to Compel Arbitration:

The September 10, 2024 hearing on CoStar's Motion to Compel Arbitration and Request for Stay (ECF No. 809) ("Motion to Compel Arbitration") is **VACATED**.

Should the Court issue a ruling denying CREXi's pending Motion for Leave to File Second Amended Counterclaims (ECF No. 771) ("Motion for Leave"), CoStar's Motion to Compel Arbitration shall be deemed **WITHDRAWN**.

Alternatively, should the Court issue a ruling granting CREXi's pending Motion for Leave,

1. CREXi's Opposition to CoStar's Motion to Compel Arbitration shall be due three weeks after the Court's ruling;
2. CoStar's Reply in support of its Motion to Compel Arbitration shall be due three weeks after the due date for CREXi's Opposition; and
3. The Court shall reset the hearing on CoStar's Motion to Compel.

**IT IS SO ORDERED.**

Dated: AUGUST 12, 2024

Honorable Consuelo B. Marshall
United States Court District Judge