ELYSE M. GREENWALD (BAR NO. 268050)
elyse.greenwald@lw.com
LATHAM & WATKINS LLP
10250 Constellation Boulevard
Suite 1100
Los Angeles, CA 90067
Tel: 424.653.5500
Fax: 424.653.5501

*Attorneys for Plaintiffs and Counterdefendants
CoStar Group, Inc. and CoStar Realty Information, Inc.*

[Additional Counsel Listed on the Next Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Defendant. | CASE NO. 2:20-cv-08819-CBM-AS<br><br>**[PROPOSED] ORDER RE COSTAR'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:　　　　December 10, 2024<br>Time:　　　　10 a.m.<br>Courtroom:　8B<br>Before:　　　Hon. Consuelo Marshall<br><br>Trial Date:　March 11, 2025 |
| COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC.,<br><br>Counterdefendants. | |

1  NICHOLAS J. BOYLE*
   nicholas.boyle@lw.com
2  SARAH A. TOMKOWIAK*
   sarah.tomkowiak@lw.com
3  ANNE C. MALINEE*
   anne.malinee@lw.com
4  LATHAM & WATKINS LLP
   555 Eleventh Street, NW
5  Suite 1000
   Washington, D.C. 20004
6  Tel: 202.637.2200
   Fax: 202.637.2201
7

8  CAITLIN E. DAHL*
   caitlin.dahl@lw.com
9  LATHAM & WATKINS LLP
   330 North Wabash Avenue
10 Suite 2800
   Chicago, IL 60611
11 Tel: 312.876.7700
   Fax: 312.993.9767
12

13

14

15

16 * *Admitted pro hac vice*

17

18

19

20

21

22

23

24

25

26

27

28

# [PROPOSED] ORDER

Before the Court is Plaintiffs CoStar Group Inc.'s and CoStar Realty Information, Inc.'s (collectively, "CoStar's'") Motion for Partial Summary Judgment (the "Motion"), as to liability only, on CoStar's First Claim for Relief, copyright infringement in violation of 17 U.S.C. §§ 106 and 501. Dkt. 776-3, ¶¶ 219-234 (CoStar's proposed Third Amended Complaint).[1]  Having reviewed and fully considered the papers submitted by the parties, the applicable law, and all files and records in this action, the Court **GRANTS** CoStar's Motion.

The Court finds that there is no genuine dispute that:

- CoStar owns a valid copyright in each of the images at issue in CoStar's Motion (the "Infringed Images");
- For each of the Infringed Images, Defendant Commercial Real Estate Exchange, Inc. ("CREXi") violated at least one of CoStar's exclusive rights under the Copyright Act to reproduce, display, and distribute its copyrighted works, and/or to create derivative works, *see* 17 U.S.C. §§ 106(1), (2), (3), & (5), by reproducing on its servers, displaying on its website, cropping out CoStar's watermark from, and/or sending promotional email blasts containing the Infringed Images; and
- CREXi is the proximate cause of the infringement of each of the Infringed Images because CREXi and/or its agents uploaded tens of thousands of the Infringed Images directly to CREXi.com, and for all of the Infringed Images, CREXi maintained an active role in selecting, arranging, and modifying those images before and after CREXi displayed them on its website.

The Court further finds that there is no genuine dispute that CREXi lacks protection under the "safe harbor" provision of the Digital Millenium Copyright Act,

---

[1] On August 16, 2024, the Court granted CoStar's Motion for Leave to File a Third Amended Complaint with the exception of small subset of images that CoStar had sought leave to pursue via its Third Amended Complaint. Dkt. 830. The Court directed CoStar to file its Third Amended Complaint by August 22, 2024.

17 U.S.C. § 512(c)(1). The Court also holds that CREXi's "unclean hands" affirmative defense to CoStar's First Claim for Relief (copyright infringement) fails as a matter of law. Finally, the Court holds that CREXi has not shown that any of the remaining affirmative defenses CREXi raises to CoStar's claim of copyright infringement preclude granting summary judgment on liability in CoStar's favor.

The Court therefore holds that CREXi is liable for infringing the copyrights of each of the Infringed Images and **GRANTS** CoStar's Motion.

**IT IS SO ORDERED.**

Dated: _____

Hon. Consuelo B. Marshall
United States District Judge