KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS #158708
epeters@keker.com
WARREN A. BRAUNIG #243884
wbraunig@keker.com
NICHOLAS S. GOLDBERG #273614
ngoldberg@keker.com
KATIE LYNN JOYCE #308263
kjoyce@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendant and Counterclaimant
COMMERCIAL REAL ESTATE EXCHANGE, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Defendant. | Case No. 2:20-CV-08819 CBM (ASx)<br><br>**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF DEFENDANT AND COUNTERCLAIMANT COMMERCIAL REAL ESTATE EXCHANGE, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:          December 10, 2024<br>Time:         10:00 a.m.<br>Ctrm:        8D, 8th Floor<br>Judge:       Hon. Consuelo B. Marshall |
| COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>COSTAR GROUP, INC. AND COSTAR REALTY INFORMATION, INC.,<br><br>Counterdefendants. | Date Filed:          September 25, 2020<br><br>Pre-Trial Conf.:   February 11, 2025<br>Trial Date:          March 11, 2025 |

# TABLE OF CONTENTS

**Page**

CoStar's Pinwheel Logo ................................................................................. 1

User-Uploaded Images on CREXi's Platform ............................................. 11

CREXi Users' Assent to CREXi's Terms of Services ................................ 13

User-Directed Images on CREXi's Platform ............................................. 15

Time-Barred Images on CREXi's Platform ................................................ 17

CoStar's Failure to Send Takedown Notices Before Suing ...................... 18

CREXi's DMCA Procedures ....................................................................... 18

CoStar's *Post*-Suit DMCA Takedown Notices, and CREXi's Response .............. 20

CREXi's Removal of Accused Images ....................................................... 22

STATEMENT OF UNCONTROVERTED FACTS
ISO CREXI'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 2:20-CV-08819 CBM (ASx)

2711291

| Uncontroverted Fact | Supporting Evidence |
|---|---|
| **CoStar's Pinwheel Logo** ||
| 1.  CoStar stamps its pinwheel logo (⟳) on the bottom right-hand corner of certain real estate images appearing on the LoopNet site. This logo does not identify CoStar by name. It does not include the copyright symbol or any statement that the image is "owned" or "copyrighted" by CoStar. | Frizzell Decl., Ex. 14 (CoStar's Feb. 13, 2024 Supp. Response to Interrog. No. 14); Frizzell Decl., Ex. 53 (Expert Report of Tülin Erdem, PhD) at ¶¶ 11, 24, 52. |
| 2.  Prior to March 22, 2021, CoStar stated in the LoopNet terms of service that it may add its logo watermarks to images CoStar/LoopNet did not own, namely images uploaded by users of LoopNet. CoStar further explained that it did so "to protect against the copying or further distribution of your photographs without your permission." CoStar said the same in a prior sworn discovery response. | Frizzell Decl., Ex. 22 (CoStar00000214 / Dep. Ex. 700) at 216; Frizzell Decl., Ex. 21 (CoStar00000149); Frizzell Decl., Ex. 51 (*Xceligent* litigation, CoStar's Response to Interrog. No. 1) at 5. |
| 3.  On March 22, 2021, CoStar revised the LoopNet terms of service to remove this language, but still without stating that its logo is only applied to images on which CoStar owns a copyright. | Frizzell Decl., Ex. 21 (CoStar00000149). |
| 4.  Numerous brokers have complained to CREXi and CoStar about CoStar watermarking images owned by those brokers. | Frizzell Decl., Ex. 30 (CoStar00234346 / Dep. Ex. 360) at 346-347; Frizzell Decl., Ex. 39 (CoStar00395707); Frizzell Decl., Ex. 41 (CoStar00402153); Frizzell Decl., Ex. 42 (CoStar00402543 / Dep. Ex. 379); Frizzell Decl., Ex. 29 (CoStar00233239 / Dep. Ex. 377) at 240-243; Frizzell Decl., Ex. 37 (CoStar00393339); Frizzell Decl., Ex. 23 (CoStar00148044 / Dep. Ex. 355) at 045; Frizzell Decl., Ex. 26 (CoStar00171926 / Dep. Ex. 487); |

2711291

| | | |
|---|---|---|
| | | Frizzell Decl., Ex. 40 (CoStar00400165 / Dep. Ex. 374); |
| | | Dees Decl., Ex. 57 (CREXI-CS-10168242); |
| | | Dees Decl., Ex. 59 (CREXI-CS-10168260); |
| | | Dees Decl., Ex. 54 (CREXI-CS-10166096); |
| | | Dees Decl., Ex. 53 (CREXI-CS-10172196); |
| | | Dees Decl., Ex. 58 (CREXI-CS-10168250); |
| | | Dees Decl., Ex. 56 (CREXI-CS-10168241); |
| | | Dees Decl., Ex. 60 (CREXI-CS-10170311); |
| | | Dees Decl., Ex. 55 (CREXI-CS-10166776). |
| 5. | Numerous CoStar employees have revealed that they did not understand the appearance of the pinwheel logo to mean that CoStar owns a copyright in the underlying image. | Frizzell Decl., Ex. 34 (CoStar00352772 / Dep. Ex. 375) at 775; |
| | | Frizzell Decl., Ex. 38 (CoStar00394111 / Dep. Ex. 373); |
| | | Frizzell Decl., Ex. 40 (CoStar00400165 / Dep. Ex. 374); |
| | | Frizzell Decl., Ex. 27 (CoStar00171933 / Dep. Ex. 376); |
| | | Frizzell Decl., Ex. 43 (CoStar00402566) at 1; |
| | | Frizzell Decl., Ex. 29 (CoStar00233239 / Dep. Ex. 377) at 240-243; |
| | | Frizzell Decl., Ex. 24 (CoStar00148117 / Dep. Ex. 362) at 119-120; |
| | | Frizzell Decl., Ex. 35 (CoStar00361521-539 / Dep. Ex. 354) at 521, 527, 532; |
| | | Frizzell Decl., Ex. 33 (CoStar00352430); |
| | | Frizzell Decl., Ex. 28 (CoStar00222406); |

STATEMENT OF UNCONTROVERTED FACTS
ISO CREXI'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 2:20-CV-08819 CBM (ASx)

2711291

| | | Frizzell Decl., Ex. 25 (CoStar00171825 / Dep. Ex. 378). |
|---|---|---|
| 6. | In August 2017, Lorne Beitler, CoStar's Director, National Accounts, was asked by a broker if CoStar would "apply their logo to images that I upload." Mr. Beitler's response was "Yes, CoStar will watermark photos that flow into our database with our logo. Note, that if the photo originated from your company, just plan to keep the original copy so that you may distribute it . . . ." | Frizzell Decl., Ex. 34 (CoStar00352772 / Dep. Ex. 375) at 775. |
| 7. | In April 2018, in response to a broker's inquiry regarding the use of CoStar's logo watermark, a CoStar research associate stated, "I just got this clarified. CoStar isn't claiming any ownership of your photos, the watermark is there to make sure other companies aren't stealing them from our site." | Frizzell Decl., Ex. 38 (CoStar00394111 / Dep. Ex. 373). |
| 8. | In June 2019, in response to a broker's inquiry regarding CoStar "Stamping my photos," a CoStar research associate stated, "No, the photos are still yours. It's just to prevent others from taking the photos that you've uploaded from our website." | Frizzell Decl., Ex. 40 (CoStar00400165 / Dep. Ex. 374). |
| 9. | In April 2020, Brad McGetrick, CoStar's Vice President, Marketing Research, wrote in an internal email that he "talked to Kevin Mason," CoStar's Vice President, Field Research and Photography, "and he [Mason] brought up some good points." Mr. McGetrick further stated, "First, by providing us a photo, they are giving us license to use as we see fit (meaning we can put it on CoStar, LoopNet, etc). However, we do not own it, they do, and if they ever ask us to remove it we will. *This is also one of the reasons that we put our watermark on it.* It is for their protection as well . . . ." | Frizzell Decl., Ex. 27 (CoStar00171933 / Dep. Ex. 376). |
| 10. | In August 2020, a broker wrote CoStar to complain that CoStar had "put their watermark on our renderings, that were very expensive, and caused them to be blocked on other sites."<br><br>A CoStar sales executive responded that "LoopNet may add digital watermarks to certain parts of *your property listing*, including photographs. We add these digital watermarks to protect against the copying or further distribution of *your photographs* . . . ." | Frizzell Decl., Ex. 29 (CoStar00233239 / Dep. Ex. 377) at 240-243. |

3

2711291

| | | |
|---|---|---|
| | A CoStar CRE Advertising Operations Senior Manager further stated, regarding watermarks, that "per our [Terms and Conditions] we add them."<br><br>Leah McMurtry, LoopNet's Vice President of Operations, further stated, "If we add watermarks to all photos on our site, it is to ensure others don't scrape our data and use photos from our site on other sites. . . . [I]f those sites come to our site—they will see watermarked photos." | |
| 11. | In May 2019, a CoStar employee, Priscilla Raven, stated that she understood "that all images have a watermark once they are in our database," including "user uploaded images." The employee also asked for assistance applying visible watermarks to user-uploaded images because "[o]ur client would like uniformity with the labeling." | Frizzell Decl., Ex. 24 (CoStar00148117 / Dep. Ex. 362) at 119-120. |
| 12. | In October 2020, a CoStar photographer, Gian Lorenzo Ferretti, reported that he was "asked to send" photos to a CoStar client "before posting them on [LoopNet]," and thus before a CoStar logo would be applied. The photographer "agreed" to do so, but then learned that CoStar had recently changed policies regarding the distribution of non-logo-bearing images specifically because of the present litigation. According to the photographer, he "had a meeting with my manager and she told me we can't send photos directly to clients *anymore* because of our lawsuit with CREXi." | Frizzell Decl., Ex. 28 (CoStar00222406). |
| 13. | In January 2021, Matt Gutensohn, a Business System Manager for CoStar's Ten-X subsidiary, asked if there was "any disclaimer that needs to be signed so we can watermark and re-use" a "Broker Provided Image[]." In response, a CoStar employee, Lia Jones, informed Mr. Gutensohn, "I am not aware of any disclaimer, we should be fine." Ms. Jones also copied Kevin Mason, CoStar's Vice President, Field Research, and asked him to "chime in if you have any additional info or got anything wrong." Mr. Mason did not provide a different understanding of whether or when CoStar will add a logo to third-party photos, or what function the CoStar logo serves. | Frizzell Decl., Ex. 25 (CoStar00171825 / Dep. Ex. 378) at 1-2. |

| | |
|---|---|
| 14. Numerous CREXi employees have testified they were unaware that CoStar's logo specifically indicated copyright ownership by CoStar. They testified instead that CREXi cropped out the logo because CREXi did not want CoStar's branding on the CREXi website. | Frizzell Decl., Ex. 66 (Burton Dep.) at 102:15-103:1, 105:18-106:8, 172:4-173:24; <br><br> Frizzell Decl., Ex. 70 (Feb. 13, 2024 Dees Dep.) at 57:13-16, 187:8-16; <br><br> Frizzell Decl., Ex. 68 (M. DeGiorgio Dep.) at 153:8-154:16, 239:1-16; <br><br> Frizzell Decl., Ex. 69 (N. DeGiorgio Dep.) at 169:24-170:4; <br><br> Frizzell Decl., Ex. 72 (Drapeau Dep.) at 51:19-53:21; <br><br> Frizzell Decl., Ex. 62 (Randel Dep.) at 136:19-138:16; <br><br> Frizzell Decl., Ex. 63 (Smith Dep.) at 72:7-18. |
| 15. CoStar employees have testified that they understand logos on real estate images as marks of branding. CoStar itself cropped out third-party logos from images for the same reason. | Frizzell Decl., Ex. 80 (Osborn Dep.) at 15:11-16:3, 80:9-84:5, 110:8-21, 125:23-127:10; <br><br> Frizzell Decl., Ex. 60 (Ruggles Dep.) at 173:5-174:25; <br><br> Frizzell Decl., Ex. 76 (Linnington Dep.) at 331:14-333:15; <br><br> Frizzell Decl., Ex. 67 (Carpenter Dep.) at 135:9-137:9. |
| 16. CoStar admits that another logo CoStar historically applied to images—a stylized version of CoStar's name—is not copyright management information. | Frizzell Decl., Ex. 14 (CoStar's Feb. 13, 2024 Supp. Response to Interrog. No. 14); <br><br> Frizzell Decl., Ex. 80 (Osborn Dep.) at 110:8-21. |
| 17. CoStar admits that it adopted the pinwheel logo to replace the stylized name logo; that the two logos are intended to serve the same purpose; and that the pinwheel was specifically designed to be more "subtle" to viewers. | Frizzell Decl., Ex. 80 (Osborn Dep.) at 11:2-14:15; <br><br> Frizzell Decl., Ex. 64 (Swartz Dep.) at 365:2-366:2; |

2711291

| | |
|---|---|
| | Frizzell Decl., Ex. 74 (Florance Dep.) at 200:6-14. |
| 18. CoStar's pinwheel logo is a trademark owned by CoStar. | Frizzell Decl., Ex. 48. |
| 19. CoStar has sued for copyright infringement on multiple images that, for at least some period of time, did not bear the pinwheel logo when they appeared on CoStar's website—some bearing no marking whatsoever, and some bearing only the CoStar stylized name logo that CoStar has admitted is not copyright management information. | Frizzell Decl., Ex. 45 (Dep. Ex. 350); Frizzell Decl., Ex. 19 (CoStar00274882, CoStar00379159, CoStar00379208, CoStar00379270, CoStar00379320, CoStar00379359, CoStar00379385, CoStar00379421, CoStar00379449, CoStar00379467, CoStar00379488, CoStar00379531, CoStar00379599, CoStar00379632, CoStar00379666, CoStar00379694, CoStar00379726, CoStar00379779, CoStar00379810, CoStar00379855, CoStar00379897, CoStar00379933, CoStar00379961, CoStar00380013, CoStar00380036, CoStar00380056, CoStar00380097, CoStar00380157, CoStar00380211, CoStar00380281, CoStar00380363, CoStar00380425, CoStar00380465, CoStar00380525, CoStar00380590, CoStar00380654, CoStar00380714, CoStar00380753, CoStar00380792, CoStar00380838, CoStar00380875, CoStar00380908, |

6

| | | |
|---|---|---|
| | | CoStar00380968, CoStar00381015); <br><br> Frizzell Decl., Ex. 46 (Osborn Dep. Ex. 371); <br><br> Dees Decl., Ex. 61 (CREXI-CS-00354559); <br><br> Frizzell Decl., Exs. 12-13 (CoStar's Feb. 6, 2024 Supp. Response to Interrogs. Nos. 1, 22: Second Amended Master Image Spreadsheet); <br><br> Dkt. 351-3 to 360-25 (Second Amended Complaint, Ex. C). |
| 20. | CoStar has applied its pinwheel logo to images that it does not own, and that were in fact taken by brokers and uploaded to CoStar's site. | Frizzell Decl., Exs. 5, 32 (CoStar's May 26, 2023 Supp. Response to Interrog. No. 24 & CoStar00277025 / Dep. Ex. 144); <br><br> Frizzell Decl., Ex. 14 (CoStar's Feb. 13, 2024 Supp. Response to Interrog. No. 3); <br><br> Frizzell Decl., Ex. 47 (CREXI-CS-00726145, CREX-CS-00726146, CREXI-CS-00726150, CoStar00274879); <br><br> Frizzell Decl., Exs. 49, 31 (CREXI-CS-00725433, CoStar00251301); <br><br> Frizzell Decl., Exs. 17-18 (CREXI-CS-00725740, CoStar00242917); <br><br> Frizzell Decl., Exs. 16, 50 (CREXI-CS-00730956, CoStar00239995); <br><br> Frizzell Decl., Ex. 20 (CREXI-CS-00731304, CoStar00257513, CoStar00257514, CoStar00257515, CoStar00257516, CoStar00257517, CoStar00257518, CoStar00257519); <br><br> Frizzell Decl., Ex. 30 (CoStar00234346 / Dep. Ex. 360) at 346-347; |

7

2711291

| | | |
|---|---|---|
| | | Frizzell Decl., Ex. 23 (CoStar00148044 / Dep. Ex. 355) at 045;<br><br>Frizzell Decl., Ex. 67 (Carpenter Dep.) at 121:10-123:5, 129:21-130:3, 132:21-133:22). |
| 21. | There are numerous additional images over which CoStar claims ownership, but to which it has not applied its pinwheel logo. | Frizzell Decl., Ex. 36 (CoStar00361543-558 / Dep. Ex. 356) at 543-545;<br><br>Frizzell Decl., Ex. 28 (CoStar00222406);<br><br>Frizzell Decl., Ex. 52 (Expert Report of Gary Elsner) at ¶¶ 148-149 & Exs. 19-20;<br><br>Frizzell Decl., Ex. 15 (CoStar's May 1, 2024 Supp. Response to Interrog. No. 4). |
| 22. | There are thousands of other images that appeared on CREXi's website bearing a CoStar logo, as to which CoStar does not allege infringement, including images CoStar previously asserted in this case as instances of supposed copyright infringement, but as to which CoStar withdrew its claim of infringement. | Dkt. 351-3 to 360-25 (Second Amended Complaint, Ex. C);<br><br>Frizzell Decl., Exs. 6-7 (CoStar's July 31, 2023 Supp. Response to Interrogs. Nos. 1, 22 & Master Image Spreadsheet);<br><br>Frizzell Decl., Exs. 9-10 (CoStar's Sept. 22, 2023 Supp. Response to Interrogs. Nos. 1, 22 & First Amended Master Image Spreadsheet);<br><br>Frizzell Decl., Exs. 12-13 (CoStar's Feb. 6, 2024 Supp. Response to Interrogs. Nos. 1, 22: Second Amended Master Image Spreadsheet). |
| 23. | A consumer survey conducted by Dr. Tülin Erdem found that, at most 3.0% of respondents presented with a real estate image bearing CoStar's pinwheel logo understood the logo to convey that CoStar owned the rights to the image. A higher percentage of respondents understood CoStar's pinwheel logo to mean that Zillow, American Recycling Center, or Star Alliance owned the rights to the underlying image. Most respondents did not understand | Frizzell Decl., Ex. 53 (Expert Report of Tülin Erdem, PhD) at ¶¶ 39-44, 60-65. |

8

| | |
|---|---|
| | anything about copyright ownership based on the presence of the CoStar pinwheel logo on the image. | |
| 24. | The consumer survey conducted by Dr. Tülin Erdem found that, when presented with a real estate image bearing a hypothetical watermark that includes not just CoStar's logo, but also CoStar's name, the © copyright symbol, and the year, in the form of a banner—appearing below—77.6% of respondents exposed to that hypothetical condition believed that CoStar owned the rights to the underlying image. CoStar does not use this hypothetical banner or any of the added information it includes—the CoStar's name, the © copyright symbol, and the year—in connection with its pinwheel logo as supposed CMI.<br><br> | |
| | | Frizzell Decl., Ex. 53 (Expert Report of Tülin Erdem, PhD) at ¶¶ 21, 52, 57, 64. |
| 25. | A number of CoStar executives and employees have questioned, doubted, disagreed with, or expressed confusion about the relationship between CoStar's logo and CoStar's purported ownership of the underlying images, internally and/or publicly. | Frizzell Decl., Ex. 75 (LaRue Dep.) at 164:14-167:3, 179:11-182:14, 197:9-198:7, 216:20-24, 221:14-222:10;<br>Frizzell Decl., Ex. 60 (Ruggles Dep.) at 157:8-18, 159:9-16, 164:20-166:25, 172:12-173:12, 173:13-21, 174:21-25, 179:9-180:25, 214:15-216:23, 219:22-221:18, 225:4-235:14, 240:19-242:11, 250:6-259:23, 261:1-22, 266:5-267:12; |

2711291

| | |
|---|---|
| | Frizzell Decl., Ex. 79 (McMurtry Dep.) at 98:17-108:11; |
| | Frizzell Decl., Ex. 80 (Osborn Dep.) at 7:13-35:20, 49:24-59:9, 73:22-76:2, 79:20-84:5, 109:9-112:8; |
| | Frizzell Decl., Ex. 61 (Seeto Dep.) at 207:22-219:14; |
| | Frizzell Decl., Ex. 64 (Swartz Dep.) at 362:16-366:2; |
| | Frizzell Decl., Ex. 78 (McGetrick Dep.) at 230:11-238:3; |
| | Frizzell Decl., Ex. 76 (Linnington Dep.) at 327:14-333:15; |
| | Frizzell Decl., Ex. 67 (Carpenter Dep.) at 108:16-110:8, 114:1-117:6, 121:13-123:5, 129:21-130:3, 132:21-133:22, 135:9-137:9, 141:17-142:7, 142:10-144:8, 144:12-15, 144:20-145:4, 146:3-12, 146:23-147:17, 176:1-16, 188:7-20, 188:25-189:18, 219:4-220:25; |
| | Frizzell Decl., Ex. 77 (Lowy Dep.) at 362:17-369:20; |
| | Frizzell Decl., Ex. 74 (Florance Dep.) at 199:23-211:11; |
| | Frizzell Decl., Ex. 73 (Edalatkhah Dep.) at 229:5-11, 239:20-240:21, 357:10-365:12; |
| | Frizzell Decl., Ex. 24 (CoStar00148117 / Dep. Ex. 362) at 119-120; |
| | Frizzell Decl., Ex. 25 (CoStar00171825 / Dep. Ex. 378); |
| | Frizzell Decl., Ex. 27 (CoStar00171933 / Dep. Ex. 376); |

10

2711291

| | | |
|---|---|---|
| | | Frizzell Decl., Ex. 28 (CoStar00222406); |
| | | Frizzell Decl., Ex. 33 (CoStar00352430); |
| | | Frizzell Decl., Ex. 35 (CoStar00361521-539 / Dep. Ex. 354) at 521, 527, 532; |
| | | Frizzell Decl., Ex. 29 (CoStar00233239 / Dep. Ex. 377) at 240-243; |
| | | Frizzell Decl., Ex. 34 (CoStar00352772 / Dep. Ex. 375) at 775; |
| | | Frizzell Decl., Ex. 38 (CoStar00394111 / Dep. Ex. 373); |
| | | Frizzell Decl., Ex. 40 (CoStar00400165 / Dep. Ex. 374); |
| | | Frizzell Decl., Ex. 43 (CoStar00402566) at 1; |
| | | Frizzell Decl., Ex. 44 (CoStar00405430). |
| 26. | Mark Osborn, CoStar's 30(b)(6) deponent on the subject of the CoStar logo, was asked, "How is anybody looking at this circular [CoStar pinwheel] logo supposed to know that this isn't just CoStar branding?" Mr. Osborn responded, "I agree *there's nothing here that shows ownership* unless that is publicized somewhere in the terms and conditions of the website maybe."<br><br>Asked further if he was aware of "any steps that CoStar took to communicate to the world or publicize the fact that, according to you, [CoStar]'s logos were intended to convey ownership," Mr. Osborn answered, "I'm not aware." | Frizzell Decl., Ex. 80 (Osborn Dep. at 27:2-8, 29:11-24, 76:3-22). |
| **User-Uploaded Images on CREXi's Platform** | | |
| 27. | CREXi operates a commercial real estate listing platform on www.crexi.com that allows brokers, owners, and others interested in commercial real estate to post and view property listings and access related services. | Dees Decl. at ¶¶ 3-5; Frizzell Decl., Ex. 1 (CREXi's Dec. 23, 2021 Response to Interrog. No. 1). |
| 28. | CREXi users may post listings to CREXi's platform for free. | Dees Decl. at ¶¶ 3-5; |

11

2711291

| | | Frizzell Decl., Ex. 68 (M. DeGiorgio Dep.) at 149:17-150:12. |
|---|---|---|
| 29. | Users may create listings and upload photographs directly to CREXi's listing platform. | Dees Decl. at ¶¶ 3-6; Frizzell Decl., Ex. 70 (Feb. 13, 2024 Dees Dep.) at 222:13-19. |
| 30. | Users upload photographs directly to CREXi's listing platform in one of two ways: via a webform or via an API feed. | Dees Decl. at ¶¶ 6-7, 20; Dees Decl., Ex. 1; Frizzell Decl., Ex. 1 (CREXi's Dec. 23, 2021 Response to Interrog. No. 7); Frizzell Decl., Ex. 70 (Feb. 13, 2024 Dees Dep.) at 225:4-13. |
| 31. | Using the webform, CREXi users can add photographs to a listing by clicking a button entitled "Add Photos." | Dees Decl. at ¶¶ 7-9; Dees Decl., Ex. 1. |
| 32. | Photographs added through the "Add Photos" button are viewable on live listings on CREXi's listing platform. | Dees Decl. at ¶¶ 7-9. |
| 33. | Using the webform, CREXi users are also able to add an "Offering Memorandum" or to "Upload your own Flyer" to a listing. | Dees Decl. at ¶¶ 7-9; Dees Decl., Ex. 1. |
| 34. | Offering memoranda and flyers are marketing documents that may contain photographs. | Dees Decl. at ¶¶ 7-9. |
| 35. | To upload these files, CREXi users click "Add Files" on CREXi's webform. | Dees Decl. at ¶¶ 7-9; Dees Decl., Ex. 1. |
| 36. | User-uploaded images are automatically transferred onto one of CREXi's computer servers at the point at which the user clicks "Add Photos" or "Add files." | Dees Decl. at ¶ 12-13. |
| 37. | CoStar has alleged that 46,304 unique CREXi image files infringe CoStar's copyrights, violate the Digital Millennium Copyright Act ("DMCA"), or both ("Accused Images"). Of those, 44,339 unique CREXi images files are alleged to be infringing. | Dees Decl. at ¶ 28. |
| 38. | Users uploaded 22,664 of the Accused Images that CoStar alleges are infringing by direct upload through CREXi's webform. | Dees Decl. at ¶ 35; Dees Decl., Ex. 21. |

12

2711291

| 39. | CREXi did not select, add, re-order, or alter the Accused Images uploaded through CREXi's webform. | Dees Decl. at ¶ 10; Frizzell Decl., Ex. 70 (Feb. 13, 2024 Dees Dep.) at 72:20-23. |
|---|---|---|
| 40. | The users who rely on API feeds to upload listings and images to CREXi include multiple listing services, brokerages, and other parties in the commercial real estate industry that display property listings on their own websites. | Dees Decl. at ¶ 22. |
| 41. | The API feeds are software intermediaries that connect CREXi's website to API-users' websites. | Dees Decl. at ¶ 20. |
| 42. | Through the API feed, the user's website transmits data to CREXi's website without any human intervention. | Dees Decl. at ¶ 20; Frizzell Decl., Ex. 59 (Reshetnikov Dep.) at 36:19-37:5. |
| 43. | Through the API feed, when a CREXi user updates their own website with a new listing, the new listing will also automatically appear on CREXi's website. | Dees Decl. at ¶ 20; Frizzell. Decl., Ex. 59 (Reshetnikov Dep.) at 36:19-37:5. |
| 44. | API users uploaded 945 Accused Images to CREXi's system via API feed. | Dees Decl. at ¶ 35; Dees Decl., Ex. 21. |
| 45. | CREXi did not select, add, re-order, or alter in any way the Accused Images received via API feed. | Dees Decl. at ¶ 21. |
| 46. | In total, 23,609 Accused Images were uploaded directly by CREXi's users via CREXi's webform or API. | Dees Decl. at ¶ 35; Dees Decl., Ex. 21. |
| 47. | CREXi employees have never performed any quality control review over any of the Accused Images uploaded by users, except to the extent automatic filters are employed (one implemented at CoStar's request) to scan for images CoStar claims to own, so that CREXi can avoid potential infringement in the first place. | Dees Decl. at ¶¶ 11, 20-21, 44, 63-73; Frizzell Decl., Ex. 70 (Feb. 13, 2024 Dees Dep.) at 131:2-6; Frizzell Decl., Ex. 66 (Burton Dep.) at 19:17-20:2. |
| 48. | CREXi did not sell or license any of the Accused Images. | Dees Decl. at ¶ 35. |
| | **CREXi Users' Assent to CREXi's Terms of Services** | |
| 49. | Any user uploading images to CREXi's website must agree to CREXi's online Terms of Service ("CREXi's Terms"). | Dees Decl. at ¶¶ 14-15, 23; Dees Decl., Ex. 9. |

13

| 50. | To add a property listing through CREXi's webform, users must first create and log in to their CREXi accounts. | Dees Decl. at ¶¶ 14-19. |
| --- | --- | --- |
| 51. | When creating a CREXi account, users assent to CREXi's Terms. | Dees Decl. at ¶¶ 16-19. |
| 52. | To create an account, CREXi users click a blue "Sign Up" button and enter their contact information, password, and industry information. | Dees Decl. at ¶¶ 16-19; Dees Decl., Ex. 9. |
| 53. | The Sign-Up button appears above the statement "By signing up, I accept CREXi's Terms and Conditions and acknowledge CREXi's Privacy Policy." | Dees Decl. at ¶¶ 16-19; Dees Decl., Ex. 9. |
| 54. | The phrases "Terms and Conditions" and "Privacy Policy" appear in blue, underlined font on the Sign-Up screen. | Dees Decl. at ¶¶ 16-19; Dees Decl., Ex. 9. |
| 55. | The phrases "Terms and Conditions" and "Privacy Policy" are hyperlinks to CREXi's "Customer Terms of Service" and CREXi's "Privacy Policy" respectively. | Dees Decl. at ¶¶ 16-19; Dees Decl., Ex. 9. |
| 56. | The users that uploaded Accused Images to CREXi's listing platform via API feed ("API partner") are:<br><br>a.    Realogy<br>b.    The Indiana Commercial Board of Realtors a.k.a ICREX<br>c.    Miami Association Of Realtors<br>d.    Central Panhandle Association of Realtors<br>e.    realMLS (Northeast Florida Multiple Listing Service)<br>f.    Beaches MLS a.k.a. HMLS a.k.a. Association of Greater Fort Lauderdale<br>g.    Rio Grande Valley Multiple Listing Service<br>h.    Daytona Beach Area Association of Realtors<br>i.    Space Coast Association of Realtors a.k.a. Brevard MLS<br>j.    Flagler County Association of Realtors<br>k.    Regional Multiple Listing Service<br>l.    CJMLS | Dees Decl. at ¶ 24; Dees Decl., Ex. 21. |
| 57. | For each of these API partners, CREXi entered into an agreement through which the API partner agreed to CREXi's Terms. | Dees Decl. at ¶¶ 23-26; Dees Decl., Ex. 14 (CREXI-CS-00580828); Dees Decl., Ex. 16 (CREXI-CS-00580852); |

| | | |
|---|---|---|
| | | Dees Decl., Ex. 10 (CREXI-CS-00580742); Dees Decl., Ex. 12 (CREXI-CS-00580800); Dees Decl., Ex. 11 (CREXI-CS-00580791); Dees Decl., Ex. 19 (CREXI-CS-00580907); Dees Decl., Ex. 13 (CREXI-CS-00580810); Dees Decl., Ex. 15 (CREXI-CS-00580845); Dees Decl., Ex. 18 (CREXI-CS-00580878); Dees Decl., Ex. 17 (CREXI-CS-00580855); Dees Decl., Ex. 63. |
| 58. | Under the CREXi Terms, a user submitting content to CREXi affirms that they have "all rights necessary" to grant to CREXi a license to "use," "distribute," and "display" the content. | Dees Decl. at ¶ 14; Dees Decl., Exs. 2-8. |
| 59. | Additionally, CREXi's terms provide that the user shall refrain from submitting any "infringing" content. | Dees Decl. at ¶ 14; Dees Decl., Exs. 2-8. |
| **User-Directed Images on CREXi's Platform** | | |
| 60. | In addition to uploading listings directly, CREXi users may send listing information and photographs to CREXi for CREXi employees or vendors to upload, according to the users' direction. | Dees Decl. at ¶ 37; Frizzell Decl., Ex. 1 (CREXi's Dec. 23, 2021 Response to Interrog. No. 7). |
| 61. | CREXi's policy is to add listings to its platform only after receiving express direction to do so from a user. | Dees Decl. at ¶ 37; Frizzell Decl., Ex. 70 (Feb. 13, 2024 Dees Dep.) at 106:2-107:4; Frizzell Decl., Ex. 1 (CREXi's Dec. 23, 2021 Response to Interrog. No. 7). |
| 62. | Users may provide such express direction via email, an online portal, or telephone. | Dees Decl. at ¶ 38; Frizzell Dec., Ex. 70 (Feb. 13, 2024 Dees Dep.) at 64:12-25; Frizzell Dec., Ex. 66 (Burton Dep.) at 15:15-25. |

STATEMENT OF UNCONTROVERTED FACTS
ISO CREXI'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 2:20-CV-08819 CBM (ASx)

2711291

| 63. | Users may also enroll in a service called "cross-reference" whereby they direct CREXi to check their website or the website of a third party periodically to ensure that the listings on CREXi's platform are up-to-date and match those on the user's site. | Dees Decl. at ¶ 38; Frizzell Decl., Ex. 70 (Feb. 13, 2024 Dees Dep.) at 65:11-23. |
|---|---|---|
| 64. | Some CREXi users create marketing materials for specific listings called property "flyers" or "offering memoranda." Flyers and offering memoranda typically contain information and images relevant to the property being listed. | Dees Decl. at ¶ 39. |
| 65. | Users may send CREXi flyers and offering memoranda for CREXi to extract relevant information and photographs to be uploaded to CREXi's listing platform. | Dees Decl. at ¶ 39. |
| 66. | Some CREXi users maintain listing information and images in internal files such as word documents, excel sheets, and databases. Users may send CREXi these internal files for CREXi to add the relevant information and photographs to CREXi's listing platform. | Dees Decl. at ¶ 40. |
| 67. | Some CREXi users maintain listing information and images on their own websites and the websites of third parties. Users may direct CREXi to mirror the listing information and images on these sites on CREXi's listing platform. | Dees Decl. at ¶ 41; Frizzell Decl., Ex. 66 (Burton Dep.) at 15:15-25. |
| 68. | User-submitted listing information and images are typically transmitted to one of the vendors with whom CREXi works to enter the data into CREXi's system. | Dees Decl. at ¶¶ 42-44; Frizzell Decl., Ex. 1 (CREXi's Dec. 23, 2021 Response to Interrog. No. 7); Frizzell Decl., Ex. 2 (CREXi's Mar. 9, 2022 Supp. Response to Interrog. No. 5). |
| 69. | CREXi's policy is for vendors and employees to upload information and images provided by brokers in the form and order they are provided by users. | Dees Decl. at ¶¶ 42-44; Frizzell Decl., Ex. 66 (Burton Dep.) at 90:25-91:15, 18:1-20. |
| 70. | Regardless of how information is transmitted to CREXi, as matter of policy, CREXi employees and vendors do not exercise discretion over the selection of images appearing on users' listings. | Dees Decl. at ¶¶ 45-47; Frizzell Decl., Ex. 66 (Burton Dep.) at 18:1-20, 90:25-91:15. |

16

2711291

| 71. | CREXi's policy is to prohibit its vendors and employees from applying discretion in selecting, re-ordering, or altering in any way the images provided when uploading user-directed information. | Dees Decl. at ¶¶ 45-47; Frizzell Decl., Ex. 66 (Burton Dep.) at 18:1-20, 90:25-91:15. |
| 72. | In rare instances, CREXi employees or vendors will assist users in uploading their images in the order provided, without applying any discretionary choice. | Dees Decl. at ¶ 43. |
| 73. | As to 13,028 Accused Images, CREXi users provided written instructions or oral instructions that were memorialized in writing to CREXi to upload the images to CREXi.com. | Dees Decl., at ¶¶ 50-56; Dees Decl., Ex. 22. |
| **Time-Barred Images on CREXi's Platform** | | |
| 74. | 7,300 Accused Images were displayed on CREXi before February 13, 2020. | Dees Decl. at ¶ 58; Dees Decl., Exs. 30-31. |
| 75. | Of the 7,300 Accused Images that were displayed before February 13, 2020, 5,456 either were live on CREXi as of December 18, 2019, or became live between December 18, 2019 and February 13, 2020 ("Time-Barred Images"). | Dees Decl. at ¶¶ 58-59; Dees Decl., Exs. 30. |
| 76. | CoStar first alleged the Time-Barred Images in the Second Amended Complaint. | Dkt. 351-3 to 360-25 (Second Amended Complaint, Ex. C). |
| 77. | The Second Amended Complaint was filed on February 13, 2023. | Dkt. 351 (Second Amended Complaint). |
| 78. | CoStar knew that "CoStar-owned images were appearing on CREXi's website . . . as early as late 2019." | Frizzell Decl., Ex. 8 (CoStar's Sept. 15, 2023 Response to RFA No. 12). |
| 79. | CoStar admits that it anticipated litigation against CREXi at least as early as December 18, 2019. | Frizzell Decl., Ex. 11 (CoStar's Feb. 5, 2024 Revised Privilege Log, vol. 1) at 24, PLOG_ID_001558. |
| 80. | In Volume 1 of its privilege log, CoStar listed an email dated December 18, 2019 with the description: <br><br> "Email conversation prepared in anticipation of litigation providing information to assist in rendering legal advice regarding enforcement of intellectual property rights in connection with CoStar v. Commercial Real Estate Exchange Inc. (CREXi.)." | Frizzell Decl., Ex. 11 (CoStar's Feb. 5, 2024 Revised Privilege Log, vol. 1) at 24, PLOG_ID_001558. |

17

| 81. | CoStar has sued more than a dozen other entities to enforce its purported copyrights. | Frizzell Decl., Ex. 3 (CoStar's Mar. 9, 2022 Supp. Response to CREXi's Interrog. No. 19). |
|---|---|---|
| | **CoStar's Failure to Send Takedown Notices Before Suing** | |
| 82. | CoStar did not send CREXi a takedown notice under the DMCA before suing CREXi. | Dees Decl. at ¶¶ 82-83; Frizzell Decl., Ex. 4 (CoStar's Feb. 13, 2023 Response to RFA No. 1); Frizzell Decl., Ex. 73 (Edalatkhah Dep. at 215:5-18); Frizzell Decl., Exs. 12-13 (CoStar's Feb. 6, 2024 Supp. Response to Interrogs. Nos. 1, 22: Second Amended Master Image Spreadsheet) at col. F ("CoStar Initial Notice to CREXi Date"). |
| 83. | Prior to the filing of the initial complaint, CoStar never notified CREXi that it believed any image on CREXi's website infringed a CoStar copyright. | Dees Decl. at ¶¶ 82-83; Frizzell Decl., Exs. 12-13 (CoStar's Feb. 6, 2024 Supp. Response to Interrogs. Nos. 1, 22: Second Amended Master Image Spreadsheet) at col. F ("CoStar Initial Notice to CREXi Date"). |
| 84. | CoStar never sent CREXi a takedown notice as to any image alleged in the Second Amended Complaint. | Dees Decl. at ¶¶ 82-83, 86; Frizzell Decl., Ex. 4 (CoStar's Feb. 13, 2023 Response to RFA No. 1). |
| | **CREXi's DMCA Procedures** | |
| 85. | Since its founding, CREXi has maintained a notification system and procedure for dealing with notifications of claimed copyright infringement under the Digital Millennium Copyright Act ("DMCA takedown notices"). | Dees Decl. at ¶¶ 72-81; Frizzell Decl., Ex. 71 (Feb. 14, 2024 Dees Dep.) at 25:18-26:7; Frizzell Decl., Ex. 65 (Benz Dep.) at 268:11-269:8. |
| 86. | Since its founding, CREXi has had a policy that provides for the termination in appropriate circumstances of users who are repeat infringers. | Dees Decl. at ¶¶ 72-81; Frizzell Decl., Ex. 71 (Feb. 14, 2024 Dees Dep.) at 25:18-26:7. |

2711291

| 87. | Under a heading titled "DMCA Policy" CREXi's Terms say:<br><br>"If you believe that your copyrighted work has been copied in a way that constitutes copyright infringement and is accessible via the Services, please notify our copyright agent as set forth in the DMCA." | Dees Decl., Ex. 6. |
|---|---|---|
| 88. | The terms list the elements of a compliant DMCA notice and provide instructions for how to submit such a notice to CREXi's DMCA agent. | Dees Decl., Ex. 6. |
| 89. | Since its founding, CREXi has provided contact information for a DMCA agent in its Terms. | Dees Decl. at ¶ 75; Dees Decl., Ex. 2-8. |
| 90. | CREXi has also consistently registered a designated agent with the Copyright Office. | Dees Decl. at ¶ 75; Frizzell Decl., Ex. 81. |
| 91. | CREXi's Terms say:<br><br>"In accordance with the DMCA and other applicable law, we have adopted a policy of terminating, in appropriate circumstances, users who are deemed to be repeat infringers. We may also at our sole discretion limit access to the Services and/or terminate the membership of any user who infringes any intellectual property rights of others, whether or not there is any repeat infringement." | Dees Decl., Ex. 6. |
| 92. | In addition to the external-facing policy available in its Terms, since at least June 2016, CREXi has had internal guidelines about how to address DMCA takedown notices. | Dees Decl. at ¶¶ 77-81; Dees Decl., Ex. 32 (CREXI-CS-00541776). |
| 93. | As of June 2016, CREXi had a nine-page written document detailing how to handle DMCA takedown notices; explaining the process for tracking customers that uploaded material identified in a DMCA takedown notice; and providing the process for issuing repeat infringer warnings. | Dees Decl. at ¶ 78; Dees Decl., Ex. 32 (CREXI-CS-00541776). |
| 94. | CREXi has continuously maintained written internal policies for addressing DMCA takedown notices and repeat infringers since June 2016. | Dees Decl. at ¶¶ 77-81; Frizzell Decl., Ex. 70 (Feb. 13, 2024 Dees Dep.) at 51:24-53:25; Dees Decl., Ex. 32 (CREXI-CS-00541776). |
| 95. | CREXi also has written internal guidelines about assigning and tracking strikes to users | Dees Decl. at ¶¶ 77-81; |

2711291

| | | |
|---|---|---|
| | who uploaded content identified as infringing in DMCA takedown notices. | Dees Decl., Ex. 33 (CREXI-CS-00726755 / Dep. Ex. 60); Dees Decl., Ex. 35 (CREXI-CS-00726756 / Dep. Ex. 62); Dees Decl., Ex. 34 (CREXI-CS-00726772 / Dep. Ex. 61). |
| 96. | Those guidelines include step-by-step procedures for CREXi employees to follow upon receiving a DMCA takedown notice. They indicate that upon receiving a takedown notice, a Salesforce case is created and a strike is given to the user who submitted the content. The guidelines provide a link to CREXi's strike tracker and state that CREXi will ban a user who receives six strikes in a year. Such users will be removed from all listings and banned from using a CREXi account. The guidelines provide that users will be notified each time they received a strike, and emails will be automatically sent to users each time a strike is assigned to them. | Dees Decl. at ¶¶ 77-81; Dees Decl., Ex. 33 (CREXI-CS-00726755 / Dep. Ex. 60); Dees Decl., Ex. 35 (CREXI-CS-00726756 / Dep. Ex. 62); Dees Decl., Ex. 34 (CREXI-CS-00726772 / Dep. Ex. 61). |
| 97. | CREXi also maintains internal DMCA Workflows that provided a visual flow chart of the steps for employees to take upon receiving a DMCA takedown notice. | Dees Decl. at ¶ 81; Dees Decl., Ex. 36 (CREXI-CS-00722810); Dees Decl., Ex. 37 (CREXI-CS-00722811 / Dep. Ex. 200). |
| **CoStar's *Post*-Suit DMCA Takedown Notices, and CREXi's Response** | | |
| 98. | On June 16, 2023, more than 2.5 years after filing this lawsuit, CoStar sent its first DMCA takedown notice to CREXi. | Dees Decl. at ¶ 83; Dees Decl., Ex. 38 (June 16, 2023 McCallum letter); Frizzell Decl., Ex. 71 (Feb. 14, 2024 Dees Dep.) at 56:13-18. |
| 99. | Upon receipt, CREXi activated its DMCA policy, taking down the identified images and assigning strikes to the relevant users. | Dees Decl. at ¶¶ 83-85; Dees Decl., Ex. 20. |
| 100. | Between June 16, 2023, and April 19, 2024, CoStar sent CREXi 7 DMCA takedown notices via email to copyright@crexi.com and/or kris@crexi.com. | Dees Decl. at ¶ 83; Dees Decl., Ex. 38 (June 16, 2023 McCallum letter); |

| | | |
|---|---|---|
| | | Dees Decl., Ex. 39 (June 30, 2023 McCallum letter); Dees Decl., Ex. 40 (Aug. 9, 2023 McCallum letter); Dees Decl., Ex. 62 (Aug. 15, 2023 McCallum letter); Dees Decl., Ex. 43 (Aug. 30, 2023 McCallum letter); Dees Decl., Ex. 41 (Sept. 15, 2023 McCallum letter); Dees Decl., Ex. 42 (Apr. 19, 2024 McCallum letter). |
| 101. | CoStar accused 1,978 images in the takedown notices. None of the Accused Images in the original, First, or Second Amended Complaints were included in the takedown notices CoStar sent between June 21, 2023 and April 19, 2024. | Dees Decl. at ¶¶ 82, 86. |
| 102. | CREXi sent letters responding to each takedown notice received by CoStar. In those letters, CREXi informed CoStar that it had promptly taken down the images identified and notified the third parties who had uploaded the images. | Dees Decl. at ¶ 83; Dees Decl., Ex. 45 (June 21, 2023 Beck letter); Dees Decl., Ex. 46 (CREXI-CS-00738933); Dees Decl., Ex. 47 (July 11, 2023 Beck letter); Dees Decl., Ex. 50 (CREXI-CS-00738945); Dees Decl., Ex. 49 (Sept. 1, 2023 Beck letter); Dees Decl., Ex. 48 (CREXI-CS-00738937); Dees Decl., Ex. 44 (Sept. 18, 2023 Beck email); Dees Decl., Ex. 51 (Oct. 3, 2023 Beck letter); Dees Decl., Ex. 52 (May 2, 2024 Beck letter). |
| 103. | Each time CREXi received a takedown notice for an image, CREXi issued a strike to the user who uploaded or directed the upload of the image. | Dees Decl. at ¶¶ 83-84. |

2711291

| 104. | CoStar sent takedown notices for 1,386 images it accused in the Third Amended Complaint. | Dees Decl. at ¶ 86. |
|---|---|---|
| 105. | Each time CREXi received a Takedown Notice for an Accused Image, CREXi promptly removed the image within days. | Dees Decl. at ¶ 87. |

| CREXi's Removal of Accused Images | | |
|---|---|---|
| 106. | On September 25, 2020, CoStar filed its complaint against CREXi, asserting that CREXi had infringed more than 10,000 copyrighted images, but CoStar provided CREXi URLs for only approximately 80 of those images. | Dkt. 1-4 (Complaint, Ex. D); Frizzell Decl., Exs. 12-13 (CoStar's Feb. 6, 2024 Supp. Response to Interrogs. Nos. 1, 22: Second Amended Master Image Spreadsheet). |
| 107. | On December 14, 2020, CoStar filed an amended complaint against CREXi and asserted that CREXi had infringed additional images. | Dkt. 33 (First Amended Complaint); Frizzell Decl., Exs. 12-13 (CoStar's Feb. 6, 2024 Supp. Response to Interrogs. No. 1, 22: Second Amended Master Image Spreadsheet). |
| 108. | Between March 18, 2021, and July 29, 2021, CoStar's counsel sent five letters to CREXi's counsel claiming that CREXi had infringed additional images. | Frizzell Decl., Ex. 54 (Mar. 18, 2021 letter); Frizzell Decl., Ex. 55 (Apr. 23, 2021 letter); Frizzell Decl., Ex. 56 (May 24, 2021 letter); Frizzell Decl., Ex. 57 (June 25, 2021 letter); Frizzell Decl., Ex. 58 (July 29, 2021 letter); Frizzell Decl., Exs. 12-13 (CoStar's Feb. 6, 2024 Supp. Response to Interrogs. Nos. 1, 22: Second Amended Master Image Spreadsheet). |
| 109. | On November 30, 2022, CoStar informed CREXi that CREXi had allegedly infringed additional images. | Frizzell Decl., Exs. 12-13 (CoStar's Feb. 6, 2024 Supp. Response to Interrogs. Nos. 1, 22: Second Amended Master Image Spreadsheet). |

| | | |
|---|---|---|
| 110. | On December 19, 2022, CoStar sought leave to file a Second Amended Complaint that asserted that CREXi had allegedly infringed approximately 40,000 additional images. | Dkt. 351 (Second Amended Complaint); Frizzell Decl., Exs. 12-13 (CoStar's Feb. 6, 2024 Supp. Response to Interrogs. Nos. 1, 22: Second Amended Master Image Spreadsheet). |
| 111. | CoStar's complaints, letters, and discovery responses did not include all of the information required under the DMCA to constitute a takedown notice. For example, none of those documents included a statement, made under penalty of perjury, that the person has a good faith belief that the use of the work was not authorized by the copyright owner, that the information was accurate, and that CoStar was the copyright owner or was authorized to act on behalf of the owner. | Dees Decl. at ¶ 83; Frizzell Decl., Ex. 54 (Mar. 18, 2021 letter); Frizzell Decl., Ex. 55 (Apr. 23, 2021 letter); Frizzell Decl., Ex. 56 (May 24, 2021 letter); Frizzell Decl., Ex. 57 (June 25, 2021 letter); Frizzell Decl., Ex. 58 (July 29, 2021 letter); Frizzell Decl., Exs. 12-13 (CoStar's Feb. 6, 2024 Supp. Response to Interrogs. Nos. 1, 22: Second Amended Master Image Spreadsheet). |
| 112. | CoStar later provided discovery responses that identified each infringing image by URL. | Frizzell Decl., Exs. 6-7 (CoStar's July 31, 2023 Supp. Response to Interrogs. Nos. 1, 22 & Master Image Spreadsheet); Frizzell Decl., Exs. 9-10 (CoStar's Sept. 22, 2023 Supp. Response to Interrogs. Nos. 1, 22 & First Amended Master Image Spreadsheet). |
| 113. | In the course of this lawsuit, once CREXi received a document identifying a URL on CREXi for an image that CoStar alleged was infringing, CREXi removed the image promptly, typically within days. | Dees Decl. at ¶¶ 84-88. |

23

2711291

Dated:   August 20, 2024

KEKER, VAN NEST & PETERS LLP


By: */s/ Elliot R. Peters*

Elliot R. Peters
Warren A. Braunig
Nicholas S. Goldberg
Katie Lynn Joyce

Attorneys for Defendant and Counterclaimant
COMMERCIAL REAL ESTATE
EXCHANGE, INC.

24

2711291