KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS #158708
epeters@keker.com
WARREN A. BRAUNIG #243884
wbraunig@keker.com
NICHOLAS S. GOLDBERG #273614
ngoldberg@keker.com
KATIE LYNN JOYCE #308263
kjoyce@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendant and Counterclaimant
COMMERCIAL REAL ESTATE EXCHANGE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION INC., <br><br> Plaintiffs, <br><br> v. <br><br> COMMERCIAL REAL ESTATE EXCHANGE, INC., <br><br> Defendant. | Case No. 2:20-CV-08819 CBM (ASx) <br><br> **[PROPOSED] ORDER GRANTING CREXI'S MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Date Filed:      September 25, 2020 <br><br> Pre-Trial Conf.:  February 11, 2025 <br> Trial Date:      March 11, 2025 |
| COMMERCIAL REAL ESTATE EXCHANGE, INC., <br><br> Counterclaimant, <br><br> v. <br><br> COSTAR GROUP, INC. AND COSTAR REALTY INFORMATION, INC., <br><br> Counterdefendants. | |

**[PROPOSED] ORDER**

The above-entitled matter having come before the Court on the motion for partial summary judgment filed by Defendant and Counterclaimant Commercial Real Estate Exchange, Inc. ("CREXi"), and the Court having considered the papers and oral argument presented in support and opposition, the motion is hereby GRANTED as follows:

1. Summary judgment is granted in favor of CREXi and against Plaintiffs and Counter-Defendants CoStar Group, Inc. and CoStar Realty Information Inc. (collectively "CoStar") on CoStar's second and third causes of action under the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 1202(b)(1), (3).

2. Summary judgment is granted in favor of CREXi and against CoStar on CoStar's first cause of action for copyright infringement with respect to the following allegedly infringing images:

   a. the 23,609 accused images that were uploaded directly by CREXi users, as identified in Exhibit 21 to the Declaration of Lawson Dees in Support of CREXi's Motion for Partial Summary Judgment, because, as a matter of law, CoStar cannot establish that CREXi took volitional conduct with respect to those images; and

   b. the 23,609 accused images uploaded by CREXi users and the 13,028 additional accused images uploaded at the direction of a CREXi user, as identified in Exhibits 21 and 22, respectively, to the Declaration of Lawson Dees in Support of CREXi's Motion for Partial Summary Judgment, due to CREXi's satisfaction of the copyright safe harbor, 17 U.S.C. § 512.

3. Summary judgment is granted in favor of CREXi and against CoStar on CoStar's first, second, and third causes of action with respect to the 5,456 images identified in Exhibit 30 to the Declaration of Lawson Dees in Support of

1  CREXi's Motion for Partial Summary Judgment, due to CoStar's failure to allege
2  its claims within the applicable statute of limitations.
3  **IT IS SO ORDERED.**
4
5
6  Dated: _____      _____
7                                        Hon. Consuelo Marshall
                                         United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28