| | |
|---|---|
| 1 | GENEVIEVE VOSE WALLACE |
| 2 | (WSBA No. 38422) |
|   | gwallace@susmangodfrey.com |
| 3 | SUSMAN GODFREY L.L.P. |
|   | 401 Union Street, Suite 3000 |
| 4 | Seattle, WA 98101 |
|   | Phone: (206) 516-3880 |
| 5 | Fax: (206) 516-3883 |
| 6 | |
|   | Attorney Non-Party Restb.ai, LLC |
| 7 | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC., | Case No. 2:20-cv-08819-CBM-AS |
| Plaintiffs, | **DECLARATION OF XAVI HERNANDO IN SUPPORT OF COSTAR'S APPLICATION TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF COSTAR'S MOTION FOR PARTIAL SUMMARY JUDGMENT [DKT. NO. 831]** |
| vs. | |
| COMMERCIAL REAL ESTATE EXCHANGE, INC., | |
| Defendant. | |
| COMMERCIAL REAL ESTATE EXCHANGE, INC., | |
| Counterclaimant, | |
| v. | |
| COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC., | |
| Counterdefendants. | |

1

I Xavi Hernando, hereby declare as follows:

1. I am the Chief Executive Officer and Co-Founder of the company Mercurio Platform SL, a company based in Barcelona, Spain. Mercurio Platform SL does business under the name Restb.ai ("Restb"). I am over the age of 18 and make this declaration based on my personal knowledge.

2. Restb, a third party to this lawsuit, produced documents and gave testimony pursuant to a subpoena served by CoStar Group, Inc. (CoStar). I understand that CoStar has filed, provisionally under seal, certain of the documents Restb produced, as well as portions of the transcript from the deposition of Restb's witness, Angel Esteban Soto, along with its Motions for Partial Summary Judgment (Dkt. No. 833).

3. I have reviewed the Restb documents and deposition testimony that CoStar filed provisionally under seal (Exs. 3 and 124-128 to the Declaration of Anne C. Malinee in Support of CoStar's Statement of Uncontroverted Facts in Support of Motion for Partial Summary Judgment (Dkt. No. 832)).

4. The documents CoStar filed contains Restb confidential business information, which is not available publicly and is commercially sensitive. These documents are contractual agreements and contain confidential and commercially sensitive business terms. Their release to the public would be damaging to Restb.

5. The deposition testimony excerpts also contain Restb confidential business information, which is not available publicly and is commercially sensitive. The deposition testimony identifies clients of Restb, discusses confidential aspects of the operation and accuracy level of Restb's watermark detection solution, and discusses confidential aspects of the business relationship between Restb and CREXi. Releasing this testimony to the public would be damaging to Restb.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of August, 2024, in Barcelona, Spain.

_____
Xavi Hernando

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of King, State of Washington. I am over the age of 18 and not a party to the within action; my business address is 401 Union Avenue, Suite 3000, Seattle, Washington 98101.

On August 26, 2024, I served the foregoing document(s) described as follows:

## TITLE

on the interested parties in this action as follows:

____BY MAIL:
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____ BY PERSONAL SERVICE:
I caused to be delivered such envelope by hand to the offices of the addressee.

 XX BY ELECTRONIC MAIL
I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service list.

Executed on August 26, 2024, at Seattle, Washington.

 XX   (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Nicole Cullen                             /s/ Nicole Cullen
 (Type or Print Name)                      (Signature)

# SERVICE LIST

Re: *CoStar Group, Inc., et al. v. Commercial Real Estate Exchange, Inc.*
United States District Court Case No. 2:20-cv-8819-CBM-AS

| | |
|---|---|
| Nicholas J. Boyle<br>nicholas.boyle@lw.com<br>Sarah A. Tompkowiak<br>sarah.tomkowiak@#lw.com<br>Roberto J. Borgert<br>roberto.borgert@lw.com<br>**LATHAM & WATKINS LLP**<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>Tel: 202-637-2200<br><br>Jessica Stebbins Bina<br>jessica.stebbinsbina@lw.com<br>Elyse M. Greenwald<br>elyse.greenwald@lw.com<br>**LATHAM & WATKINS LLP**<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>Tel: 424.653.5525<br><br>Caitlin E. Dahl<br>caitlin.dahl@lw.com<br>Sofia A. Vitiello<br>sofia.vitiello@lw.com<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>Tel: 312.876.7700<br><br>*Attorneys for Plaintiffs and Counterdefendants CoStar Group, Inc. and CoStar Realty Information, Inc.* | Elliot R. Peters<br>Warren A. Braunig<br>Nicholas S. Goldberg<br>Katie Lynn Joyce<br>**KEKER, VAN NEST & PETERS LLP**<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Tel: (415) 391-5400<br>Email: CREXSTAR@keker.com<br><br>*Attorneys for Defendant and Counterclaimant Commercial Real Estate Exchange, Inc.* |

1

12645770v1/017472