UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-08819-CBM-ASx | Date | August 28, 2024 |
|---|---|---|---|
| Title | CoStar Group, Inc. et al v. Commercial Real Estate Exchange Inc. | | |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**   **IN CHAMBERS- ORDER RE: COSTAR'S MOTION TO COMPEL ARBITRATION**

On August 12, 2024, the Court granted the parties' stipulation regarding a briefing schedule for CoStar's motion to compel arbitration. (Dkt. No. 828.) The Court's order stated that should the Court issue a ruling denying CREXi's motion for leave to file Second Amended Counterclaims, CoStar's motion to compel arbitration "shall be deemed withdrawn." (*Id.*) On August 16, 2024, the Court denied CREXi's motion for leave to file Second Amended Counterclaims in this action. (Dkt. No. 829.) Pursuant to these orders, CoStar's motion to compel arbitration (Dkt. No. 809) is hereby deemed withdrawn.

**IT IS SO ORDERED.**