KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS #158708
epeters@keker.com
WARREN A. BRAUNIG #243884
wbraunig@keker.com
NICHOLAS S. GOLDBERG #273614
ngoldberg@keker.com
KATIE LYNN JOYCE #308263
kjoyce@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant and Counterclaimant
COMMERCIAL REAL ESTATE EXCHANGE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Defendant.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>COSTAR GROUP, INC. AND COSTAR REALTY INFORMATION, INC.,<br><br>Counterdefendants. | Case No. 2:20-CV-08819 CBM (ASx)<br><br>**DEFENDANT AND COUNTERCLAIMANT COMMERCIAL REAL ESTATE EXCHANGE, INC.'S NOTICE OF MOTION AND *DAUBERT* MOTION TO EXCLUDE OPINIONS OF MR. DANIEL ROFFMAN**<br><br>Date:              January 7, 2025<br>Time:             10:00 a.m.<br>Ctrm:            8D, 8th Floor<br>Judge:           Hon. Consuelo B. Marshall<br><br>Date Filed:            September 25, 2020<br><br>Discovery Cutoff:  November 30, 2023<br>Pre-Trial Conf.:      February 11, 2025<br>Trial Date:              March 11, 2025 |

---

CREXI'S NOTICE OF MOTION AND DAUBERT MOTION TO EXCLUDE
OPINIONS OF MR. DANIEL ROFFMAN
Case No. 2:20-CV-08819 CBM (ASx)

2782287

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on January 7, 2025, at 10:00 a.m., or as soon thereafter as this matter may be heard, in the courtroom of District Judge Consuelo B. Marshall, located at the First Street Courthouse, 350 W. 1st Street, Los Angeles, California 90012, Courtroom 8D, Defendant and Counterclaimant Commercial Real Estate Exchange, Inc. ("CREXi") will move to exclude the opinions of Mr. Daniel Roffman.

This motion is made on the grounds that Mr. Roffman's opinions should be excluded under Federal Rule of Evidence 403 because any probative value of his opinions is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, or wasting time. Mr. Roffman's opinions—which address CREXi's access to LoopNet (a public website)—are untethered from CoStar's remaining claims in this case. CoStar's remaining claims concern copyright infringement and violations of the Digital Millenium Copyright Act. But Mr. Roffman admits that he was "unable to directly connect CREXi's access to LoopNet with the images that CoStar has alleged CREXi stole." As a result, Mr. Roffman's highly technical testimony will result in a confusing, misleading, and wasteful exercise that is far afield from any relevant issue.

As an alternative basis for relief, Mr. Roffman's Opinion Two and the opinions that rely upon it (Opinions Three, Four, and Five) should be excluded under Federal Rule of Evidence 702. In Opinion Two, Mr. Roffman created and deployed an unreliable methodology to conclude that certain LoopNet access records are associated with CREXi. His subsequent opinions further analyze the Opinion Two activity to reach irrelevant conclusions about the meaning of that activity.

This motion is based on this Notice of Motion and Motion, as well as the concurrently filed Memorandum of Points and Authorities, the Declaration of Katie Lynn Joyce and attached exhibits, the Proposed Order, all files and records in this

action, and such other evidence and argument as may be permitted.

**Compliance with Local Rule 7-3.** This motion is made following a telephonic conference between counsel for CREXi and counsel for CoStar, which took place on August 29, 2024. The parties were not able to resolve the issues raised by this motion.

Dated: September 9, 2024                   KEKER, VAN NEST & PETERS LLP

By: */s/ Katie Lynn Joyce*
Katie Lynn Joyce

Attorneys for Defendant and Counterclaimant
COMMERCIAL REAL ESTATE EXCHANGE, INC.

2
CREXI'S NOTICE OF MOTION AND DAUBERT MOTION TO EXCLUDE
OPINIONS OF MR. DANIEL ROFFMAN
Case No. 2:20-CV-08819 CBM (ASx)

2782287