1  ELYSE M. GREENWALD (BAR NO. 268050)
2  elyse.greenwald@lw.com
   LATHAM & WATKINS LLP
3  10250 Constellation Boulevard
4  Suite 1100
   Los Angeles, CA 90067
5  Tel: 424.653.5500
6  Fax: 424.653.5501

7  *Attorneys for Plaintiffs and Counterdefendants*
8  *CoStar Group, Inc. and CoStar Realty Information, Inc.*

9  [Additional Counsel Listed on the Next Page]

10              **UNITED STATES DISTRICT COURT**
11              **CENTRAL DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| 13  COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC., | CASE NO. 2:20-cv-08819-CBM-AS |
| 14 | Assigned to Hon. Consuelo B. Marshall |
| 15              Plaintiffs, | Hon. Alka Sagar, Magistrate Judge |
| 16       v. | **[PROPOSED] ORDER GRANTING COSTAR'S MOTION TO EXCLUDE THE OPINIONS OF GARY ELSNER** |
| 17  COMMERCIAL REAL ESTATE EXCHANGE, INC., | |
| 18              Defendant. | Date:         January 7, 2025<br>Time:         10:00 AM<br>Courtroom: 8D<br>Before:      Hon. Consuelo B. Marshall |
| 19 | |
| 20  COMMERCIAL REAL ESTATE EXCHANGE, INC., | Trial Date:   March 11, 2025 |
| 21 | |
| 22              Counterclaimant, | |
| 23       v. | |
| 24  COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC., | |
| 25 | |
| 26              Counterdefendants. | |

27
28

| | |
|---|---|
| 1 | NICHOLAS J. BOYLE* |
|  | nicholas.boyle@lw.com |
| 2 | SARAH A. TOMKOWIAK* |
|  | sarah.tomkowiak@lw.com |
| 3 | ANNE C. MALINEE* |
|  | anne.malinee@lw.com |
| 4 | KATHERINE L. GRIFFITTS* |
|  | katherine.griffitts@Lw.com |
| 5 | LATHAM & WATKINS LLP |
|  | 555 Eleventh Street, NW |
| 6 | Suite 1000 |
|  | Washington, D.C. 20004 |
| 7 | Tel: 202.637.2200 |
|  | Fax: 202.637.2201 |
| 8 | |
| 9 | CAITLIN E. DAHL* |
|  | caitlin.dahl@lw.com |
| 10 | LATHAM & WATKINS LLP |
|  | 330 North Wabash Avenue |
| 11 | Suite 2800 |
|  | Chicago, IL 60611 |
| 12 | Tel: 312.876.7700 |
|  | Fax: 312.993.9767 |
| 13 | |
| 14 | * *Admitted pro hac vice* |
| 15 | |
| ... | |
| 28 | |

# [PROPOSED] ORDER

Before the Court is Plaintiffs CoStar Group Inc.'s and CoStar Realty Information, Inc.'s (collectively, "CoStar's") Motion to Exclude the Opinions of Gary Elsner (the "Motion"). Having reviewed and fully considered the papers submitted by the parties, the applicable law, and all files and records in this action, the Court **GRANTS** CoStar's Motion.

The Court hereby **EXCLUDES** under Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) all opinions and testimony offered by Defendant Commercial Real Estate Exchange's ("CREXi's") expert Mr. Elsner. The Court holds that Mr. Elsner is not qualified by knowledge, skill, experience, training, or education to offer expert opinions on the topics on which he opines. Furthermore, his opinions are based on insufficient facts or data, are not the product of reliable methods, and/or are not the result of the reliable application of principles and methods, specifically the hypothetical negotiation framework, to the facts of this case. As a result, they will not assist the trier of fact, and Mr. Elsner is prohibited from opining or testifying on these issues or topics at trial.

**IT IS SO ORDERED.**

Dated: _____    By:_____
                                        Hon. Consuelo B. Marshall
                                        United States District Judge