KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS #158708
epeters@keker.com
WARREN A. BRAUNIG #243884
wbraunig@keker.com
NICHOLAS S. GOLDBERG #273614
ngoldberg@keker.com
KATIE LYNN JOYCE #308263
kjoyce@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendant and Counterclaimant
COMMERCIAL REAL ESTATE EXCHANGE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Defendant. | Case No. 2:20-CV-08819 CBM (ASx)<br><br>**DECLARATION OF WARREN A. BRAUNIG IN SUPPORT OF COMMERCIAL REAL ESTATE EXCHANGE, INC.'S MOTION TO STRIKE SUPPLEMENTAL EXPERT REPORT OF THEA VAUGHAN; EXHIBITS 1-7**<br><br>Date:           October 29, 2024<br>Time:          10:00 a.m.<br>Ctrm:         8D, 8th Floor<br>Judge:        Hon. Consuelo B. Marshall<br><br>Date Filed:          September 25, 2020 |
| COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>COSTAR GROUP, INC. AND COSTAR REALTY INFORMATION, INC.,<br><br>Counterdefendants. | Pre-Trial Conf.:   February 11, 2025<br>Trial Date:          March 11, 2025 |

2782037

I, Warren A. Braunig, declare as follows:

1.      I am an attorney licensed to practice law in the State of California. I am a partner at Keker, Van Nest & Peters LLP, and I represent Defendant and Counterclaimant Commercial Real Estate Exchange, Inc. ("CREXi") in this action.

2.      I make this declaration in support of CREXi's Motion to Strike the August 9, 2024 supplemental expert report of Plaintiffs and Counterdefendants CoStar Group, Inc. and CoStar Realty Information, Inc.'s (collectively, "CoStar") expert, Thea Vaughan.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the Amended Expert Report of Thea Vaughan, dated March 27, 2024.

4.      Attached hereto as **Exhibit 2** is true and correct copy of images CoStar accuses CREXi of infringing in this case, as produced by CoStar, with Bates numbers CoStar00266386, CoStar00254930, CoStar00116268, CoStar00268891, CoStar00107886, CoStar00266407, CoStar00106079, CoStar00268237, CoStar00111460, CoStar00263159, CoStar00256060, CoStar00107167, and CoStar00107546. I have compiled these documents into a single exhibit for ease of review.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of the relevant excerpts from the transcript of the June 7, 2024 deposition of Thea Vaughan.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of the Supplemental Expert Report of Thea Vaughan, dated August 9, 2024 ("Supplemental Vaughan Report").

7.      Attached hereto as **Exhibit 5** is a true and correct copy of Exhibit B to the Supplemental Vaughan Report, a declaration signed by Nancy E. Wolff and dated August 8, 2024.

8.      Attached hereto as **Exhibit 6** is a true and correct copy of the relevant excerpts from the Amended Rebuttal Expert Report and Disclosure of Cate M. Elsten, dated July 1, 2024.

1

2782037

9.      Attached hereto as **Exhibit 7** is a true and correct copy of Exhibit C to the Supplemental Vaughan Report, an analysis prepared by Ms. Vaughan after her deposition that compares a hand-selected group of CoStar images with Google Street View images of corresponding property addresses.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct. Executed on September 9, 2024, in San Francisco, California.

Warren Braunig

DECLARATION OF WARREN A. BRAUNIG IN SUPPORT OF COMMERCIAL REAL ESTATE EXCHANGE, INC.'S MOTION TO STRIKE SUPPLEMENTAL EXPERT REPORT OF THEA VAUGHAN; EXHIBITS 1-7
Case No. 2:20-CV-08819 CBM (ASx)

2782037