1  KEKER, VAN NEST & PETERS LLP
   ELLIOT R. PETERS #158708
2  epeters@keker.com
   WARREN A. BRAUNIG #243884
3  wbraunig@keker.com
   NICHOLAS S. GOLDBERG #273614
4  ngoldberg@keker.com
   KATIE LYNN JOYCE #308263
5  kjoyce@keker.com
   633 Battery Street
6  San Francisco, CA 94111-1809
   Telephone: 415 391 5400
7  Facsimile: 415 397 7188

8  Attorneys for Defendant and Counterclaimant
   COMMERCIAL REAL ESTATE EXCHANGE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION INC., | Case No. 2:20-CV-08819 CBM (ASx) |
|---|---|
| Plaintiffs, | **DEFENDANT AND COUNTERCLAIMANT COMMERCIAL REAL ESTATE EXCHANGE, INC.'S NOTICE OF MOTION AND MOTION TO EXCLUDE OPINIONS OF THEA VAUGHAN** |
| v. | |
| COMMERCIAL REAL ESTATE EXCHANGE, INC., | |
| Defendant. | Date: January 7, 2025<br>Time: 10:00 a.m.<br>Ctrm: 8D, 8th Floor<br>Judge: Hon. Consuelo B. Marshall |
| COMMERCIAL REAL ESTATE EXCHANGE, INC., | Date Filed: September 25, 2020<br>Pre-Trial Conf.: February 11, 2025<br>Trial Date: March 11, 2025 |
| Counterclaimant, | |
| v. | |
| COSTAR GROUP, INC. AND COSTAR REALTY INFORMATION, INC., | |
| Counterdefendants. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on January 7, 2025, at 10:00 a.m., or as soon thereafter as this matter may be heard, in the courtroom of District Judge Consuelo B. Marshall, located at the First Street Courthouse, 350 W. 1st Street, Los Angeles, California 90012, Courtroom 8D, Defendant and Counterclaimant Commercial Real Estate Exchange, Inc. ("CREXi") will move pursuant to Federal Rule of Evidence 702 to exclude the opinions and testimony of Plaintiffs and Counterdefendants CoStar Group, Inc. and CoStar Realty Information, Inc.'s (collectively, "CoStar") designated expert, Thea Vaughan.

This motion is made on the grounds that Ms. Vaughan is not qualified to offer any of her opinions; Ms. Vaughan's opinion regarding the supposed hypothetical license value of CoStar's images is unreliable, speculative, and contrary to Ninth Circuit precedent; Ms. Vaughan's opinions regarding CoStar's intent when it watermarks images is improper, irrelevant, and unreliable; and Ms. Vaughan's opinion regarding supposed "harm" to CoStar from cropping is unreliable and unsupported by evidence. This motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, the concurrently filed Declaration of Nicholas S. Goldberg and the attached exhibits, the concurrently filed Proposed Order, all files and records in this matter, and such other evidence and argument as may be permitted.

**Compliance with Local Rule 7-3.** This Motion is made following a telephonic conference between counsel for CREXi and counsel for CoStar, which took place on August 29, 2024. The parties were not able to resolve the issues raised by this motion.

| | | |
|---|---|---|
| 1 | Dated: September 9, 2024 | KEKER, VAN NEST & PETERS LLP |
| 2 | | |
| 3 | | By: /s/ *Nicholas S. Goldberg* |
| 4 | | Nicholas S. Goldberg |
| 5 | | Attorneys for Defendant and Counterclaimant COMMERCIAL REAL ESTATE EXCHANGE, INC. |