KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS #158708
epeters@keker.com
WARREN A. BRAUNIG #243884
wbraunig@keker.com
NICHOLAS S. GOLDBERG #273614
ngoldberg@keker.com
KATIE LYNN JOYCE #308263
kjoyce@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendant and Counterclaimant
COMMERCIAL REAL ESTATE EXCHANGE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION INC., <br><br> Plaintiffs, <br><br> v. <br><br> COMMERCIAL REAL ESTATE EXCHANGE, INC., <br><br> Defendant. | Case No. 2:20-CV-08819 CBM (ASx) <br><br> **COMMERCIAL REAL ESTATE EXCHANGE, INC.'S NOTICE OF MOTION AND MOTION TO EXCLUDE OPINIONS OF COSTAR EXPERT LOUIS G. DUDNEY** <br><br> Date:  January 7, 2025 <br> Time:  10:00 a.m. <br> Ctrm:  8D, 8th Floor <br> Judge:  Hon. Consuelo B. Marshall |
| COMMERCIAL REAL ESTATE EXCHANGE, INC., <br><br> Counterclaimant, <br><br> v. <br><br> COSTAR GROUP, INC. AND COSTAR REALTY INFORMATION, INC., <br><br> Counterdefendants. | Date Filed:  September 25, 2020 <br> Pre-Trial Conf.:  February 11, 2025 <br> Trial Date:  March 11, 2025 |

1       TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2       PLEASE TAKE NOTICE that on January 7, 2025, at 10:00 a.m., or as soon

3   thereafter as this matter may be heard, in the courtroom of District Judge Consuelo

4   B. Marshall, located at the First Street Courthouse, 350 W. 1st Street, Los Angeles,

5   California 90012, Courtroom 8D, Defendant and Counterclaimant Commercial

6   Real Estate Exchange, Inc. ("CREXi") will move to exclude the opinions of CoStar

7   expert Louis G. Dudney pursuant to Federal Rules of Evidence 702 and 403.

8       This motion is made on the grounds that Mr. Dudney's opinions should be

9   excluded under Federal Rule of Evidence 702 because his opinions are based on an

10  unreliable methodology that is untethered to the alleged infringement in the case.

11  Specifically, his "expenses saved" opinion is based on CoStar's supposed cost to

12  build its entire image library of more than 5 million images over a six-year period

13  (as measured by the full costs of CoStar's Field Research department), and not the

14  costs that CREXi saved as a result of the alleged infringement of approximately

15  48,000 images. There is no "fit" between the opinions he offers and the facts of the

16  case. In addition, Mr. Dudney's methodology is unreliable because he

17  acknowledges that CoStar's Field Research department is responsible for tasks

18  other than photography but fails to analyze or deduct those non-photography costs,

19  resulting in an inflated and irrelevant calculation of CoStar's baseline costs.

20      His opinions should also be excluded under Federal Rule of Evidence 403

21  because any probative value of his opinions is substantially outweighed by a danger

22  of unfair prejudice, confusing the issues, and misleading the jury. Courts routinely

23  exclude experts on Rule 403 grounds whose opinions rely on the entire business

24  costs instead of costs narrowly tailored to the alleged infringement, and where there

25  is a risk that tossing out a large number (even if irrelevant) will contaminate the

26  jury's deliberations with respect to damages.  Mr. Dudney's unreliable opinions

27  provide no meaningful elaboration of the issues and will serve only to confuse the

28

NOTICE OF MOTION AND MOTION TO EXCLUDE OPINIONS OF COSTAR EXPERT LOUIS G. DUDNEY
Case No. 2:20-CV-08819 CBM (ASx)

2782505

1  issues and mislead the jury, as CoStar intends.[1]

2      This motion is based on this Notice of Motion and Motion, as well as the

3  concurrently filed Memorandum of Points and Authorities, the Declaration of Jason

4  George and attached exhibits, the Proposed Order, all files and records in this

5  action, and such other evidence and argument as may be permitted.

6      **Compliance with Local Rule 7-3.** This motion is made following a

7  telephonic conference between counsel for CREXi and counsel for CoStar, which

8  took place on August 29, 2024. The parties were not able to resolve the issues

9  raised by this motion.

10  Dated: September 9, 2024              KEKER, VAN NEST & PETERS LLP

11

12

13                              By:  /s/ *Warren A. Braunig*
                                     Warren A. Braunig

14                                   Attorneys for Defendant and Counterclaimant
                                     COMMERCIAL REAL ESTATE
15                                   EXCHANGE, INC.

16

17

18

19

20

21

22

23

24

25

26

27  ---
[1] Mr. Dudney also offered rebuttal opinions in response to the expert reports of
28  CREXi experts Cate Elsten and Gary Elsner. CREXi does not move to exclude
    those rebuttal opinions.