GENEVIEVE VOSE WALLACE
(WSBA No. 38422)
gwallace@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Phone: (206) 516-3880
Fax: (206) 516-3883

Attorney Non-Party Restb.ai, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> COMMERCIAL REAL ESTATE EXCHANGE, INC., <br><br> Defendant. <br><br> COMMERCIAL REAL ESTATE EXCHANGE, INC., <br><br> Counterclaimant, <br> v. <br><br> COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC., <br><br> Counterdefendants. | Case No. 2:20-cv-08819-CBM-AS <br><br> **DECLARATION OF XAVI HERNANDO IN SUPPORT OF COSTAR'S APPLICATION TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF COSTAR'S MOTION TO EXCLUDE THE OPINIONS OF DR. TULIN ERDEM, COSTAR'S MOTION TO EXCLUDE OPINIONS OF CATE ELSTEN, COSTART'S MOTION TO EXCLUDE OPINIONS OF GARY ELSNER [DKT. NO. 871, 855, 863]** |

I, Xavi Hernando, hereby declare as follows:

1. I am the Chief Executive Officer and Co-Founder of the company Mercurio Platform SL, a company based in Barcelona, Spain. Mercurio Platform SL does business under the name Restb.ai ("Restb"). I am over the age of 18 and make this declaration based on my personal knowledge.

2. Restb, a third party to this lawsuit, produced documents and gave testimony pursuant to a subpoena served by CoStar Group, Inc. (CoStar). I understand that CoStar has filed, provisionally under seal, certain of the documents Restb produced along with its Motion to Exclude Opinions of Tülin Erdem (Dkt. No. 871). Specifically, it is my understanding that CoStar filed the following Restb documents, as exhibits 15-18 to its Application to Seal: RESTB-ESI-00036907, RESTB-ESI-00036933, RESTB-ESI-00036943, RESTB-ESI-00035577.

3. I also understand that CoStar has filed, provisionally under seal, two expert reports—the Amended Expert Report of Thea Vaughan, dated March 27, 2024, and the Rebuttal Report of Thea Vaughan dated April 19, 2024 ("the Vaughan Reports")—along with its Motion to Exclude Opinions of Cate Elsten (Dkt. No. 855) and its Motion to Exclude Opinions of Gary Elsner (Dkt. N.o. 863). These expert reports apparently discuss testimony provided by Restb's witness, Angel Esteban Soto. Restb has not been provided with access to these expert reports.

4. I have reviewed the Restb documents and the deposition testimony discussed in the Vaughan Reports that CoStar filed provisionally under seal.

5. The documents CoStar filed contains Restb confidential business information, including the identities of its customers, which is not available publicly and is commercially sensitive. Their release to the public would be damaging to Restb.

6. The deposition testimony excerpts discussed in the Vaughan Reports also contain Restb confidential business information, which is not available

publicly and is commercially sensitive. The deposition testimony identifies customers of Restb, discusses confidential communications between Restb and its customers, and discusses confidential aspects of the business relationship between Restb and CREXi. Releasing this testimony to the public would be damaging to Restb. Restb requests that any portions of the Vaughan Reports that discuss this deposition testimony be redacted or otherwise withheld from the public docket.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _____ day of September, 2024, in Barcelona, Spain.

_____
Xavi Hernando

I, Xavi Hernando, hereby declare as follows:

1. I am the Chief Executive Officer and Co-Founder of the company Mercurio Platform SL, a company based in Barcelona, Spain. Mercurio Platform SL does business under the name Restb.ai ("Restb"). I am over the age of 18 and make this declaration based on my personal knowledge.

2. Restb, a third party to this lawsuit, produced documents and gave testimony pursuant to a subpoena served by CoStar Group, Inc. (CoStar). I understand that CoStar has filed, provisionally under seal, certain of the documents Restb produced along with its Motion to Exclude Opinions of Tülin Erdem (Dkt. No. 871). Specifically, it is my understanding that CoStar filed the following Restb documents, as exhibits 15-18 to its Application to Seal: RESTB-ESI-00036907, RESTB-ESI-00036933, RESTB-ESI-00036943, RESTB-ESI-00035577.

3. I also understand that CoStar has filed, provisionally under seal, two expert reports—the Amended Expert Report of Thea Vaughan, dated March 27, 2024, and the Rebuttal Report of Thea Vaughan dated April 19, 2024 ("the Vaughan Reports")—along with its Motion to Exclude Opinions of Cate Elsten (Dkt. No. 855) and its Motion to Exclude Opinions of Gary Elsner (Dkt. N.o. 863). These expert reports apparently discuss testimony provided by Restb's witness, Angel Esteban Soto. Restb has not been provided with access to these expert reports.

4. I have reviewed the Restb documents and the deposition testimony discussed in the Vaughan Reports that CoStar filed provisionally under seal.

5. The documents CoStar filed contains Restb confidential business information, including the identities of its customers, which is not available publicly and is commercially sensitive. Their release to the public would be damaging to Restb.

6. The deposition testimony excerpts discussed in the Vaughan Reports also contain Restb confidential business information, which is not available publicly and is commercially sensitive. The deposition testimony identifies customers of Restb, discusses confidential communications between Restb and its customers, and discusses confidential aspects of the business relationship between Restb and CREXi. Releasing this testimony to the public would be damaging to Restb. Restb requests that any portions of the Vaughan Reports that discuss this deposition testimony be redacted or otherwise withheld from the public docket.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of September, 2024, in Barcelona, Spain.

*[Signature: Xavi H.]*

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of King, State of Washington. I am over the age of 18 and not a party to the within action; my business address is 401 Union Avenue, Suite 3000, Seattle, Washington 98101.

On September 13, 2024, I served the foregoing document(s) described as follows:

**DECLARATION OF XAVI HERNANDO IN SUPPORT OF COSTAR'S APPLICATION TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF COSTAR'S MOTION TO EXCLUDE THE OPINIONS OF DR. TULIN ERDEM, COSTAR'S MOTION TO EXCLUDE OPINIONS OF CATE ELSTEN, COSTART'S MOTION TO EXCLUDE OPINIONS OF GARY ELSNER [DKT. NO. 871, 855, 863]**

on the interested parties in this action as follows:

__XX__ BY ELECTRONIC MAIL
I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service list.

Executed on September 13, 2024, at Seattle, Washington.

__XX__   (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Jami Grounds                                    /s/ Jami Grounds
  (Type or Print Name)                             (Signature)

1

# SERVICE LIST

Re: *CoStar Group, Inc., et al. v. Commercial Real Estate Exchange, Inc.*
United States District Court Case No. 2:20-cv-8819-CBM-AS

| | |
|---|---|
| Nicholas J. Boyle<br>nicholas.boyle@lw.com<br>Sarah A. Tomkowiak<br>sarah.tomkowiak@#lw.com<br>Roberto J. Borgert<br>roberto.borgert@lw.com<br>**LATHAM & WATKINS LLP**<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>Tel: 202-637-2200 | Elliot R. Peters<br>Warren A. Braunig<br>Nicholas S. Goldberg<br>Katie Lynn Joyce<br>**KEKER, VAN NEST & PETERS LLP**<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Tel: 415-391-5400<br>Email: CREXSTAR@keker.com |
| Jessica Stebbins Bina<br>jessica.stebbinsbina@lw.com<br>Elyse M. Greenwald<br>elyse.greenwald@lw.com<br>**LATHAM & WATKINS LLP**<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>Tel: 424-653-5525 | *Attorneys for Defendant and Counterclaimant Commercial Real Estate Exchange, Inc.* |
| Caitlin E. Dahl<br>caitlin.dahl@lw.com<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>Tel: 312-876-7700<br><br>*Attorneys for Plaintiffs and Counterdefendants CoStar Group, Inc. and CoStar Realty Information, Inc.* | |

2

12705508v1/017472