LEWIS & LLEWELLYN LLP
Evangeline A.Z. Burbidge (Bar No. 266966)
eburbidge@lewisllewellyn.com
Zachary C. Flood (Bar No. 312616)
zflood@lewisllewellyn.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 800-0590

Attorneys for Non-Party
TWELVE12

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION, INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>    Defendant. | Case No. 2:20-cv-08819 CBM (AS)<br><br>**NON-PARTY TWELVE12'S STATEMENT OF NON-OPPOSITION REGARDING SEALING CERTAIN INFORMATION THAT IS THE SUBJECT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER OTHER PARTIES' MATERIALS SHOULD BE SEALED**<br><br>Ctrm:  8B, 8th Floor<br>Judge: Hon. Hon. Consuelo<br><br>Trial Date:  October 3, 2023 |
| COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>    Counterclaimant,<br><br>  v.<br><br>COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION, INC.,<br><br>    Counterdefendants. | |

Non-Party Twelve12 ("Twelve12") submits this statement regarding Plaintiff CoStar's Motion to Exclude Opinions of Cate Elsten (Dkt. 857) (the "Motion to Exclude") and CoStar's Application for Leave to File Under Seal Certain Documents in Support of Its Motion to Exclude Opinions of Cate Elsten (Dkt. 855) (the "Sealing Application"). CoStar's Sealing Application notes that Exhibit 1 to the Motion to Exclude—a copy of the expert report of Cate Elsten—contains references to and quotes from a document produced by Twelve12 in response to third-party discovery in this action with beginning Bates number Twelve12-000071. Twelve12 produced this document with a "Highly Confidential" designation under the relevant Stipulated Protective Order (Dkt. 105).

Twelve12 has reviewed only the three sentences of Exhibit 1 to the Motion to Exclude that reference Twelve12 and cite to Twelve12's Highly Confidential document (Twelve12-000071). Based on that review, Twelve12 does ***not*** consider those sentences of Exhibit 1 to the Motion to Exclude to be sensitive or confidential Twelve12 information and does ***not*** take the position that they need to be redacted or sealed.

Twelve12 submits this statement solely to state that it still believes the underlying document produced as Twelve12-000071 contains Highly Confidential Twelve12 information, and to reserve the right to protect against the further public disclosure of Twelve12-000071 in this litigation or otherwise.

|     |                              |                                                                                   |
| --- | ---------------------------- | --------------------------------------------------------------------------------- |
| 1   |                              |                                                                                   |
| 2   |                              | Respectfully submitted,                                                           |
| 3   | Dated: September 13, 2024    | LEWIS & LLEWELLYN LLP                                                             |
| 4   |                              | By: */s/ Evangeline A.Z. Burbidge*                                                |
| 5   |                              | Evangeline A.Z. Burbidge<br>Zachary C. Flood<br>Attorneys for Non-Party<br>TWELVE12 |