```
 1  ELYSE M. GREENWALD (BAR NO. 268050)
    elyse.greenwald@lw.com
 2  LATHAM & WATKINS LLP
    10250 Constellation Boulevard
 3  Suite 1100
    Los Angeles, CA 90067
 4  Tel: 424.653.5500
    Fax: 424.653.5501
 5
    Attorneys for Plaintiffs and Counterdefendants
 6  CoStar Group, Inc. and CoStar Realty Information, Inc.

 7  [Additional Counsel Listed on the Next Page]
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COMMERCIAL REAL ESTATE EXCHANGE, INC., <br><br> Defendant. <br><br> COMMERCIAL REAL ESTATE EXCHANGE, INC., <br><br> Counterclaimant, <br><br> v. <br><br> COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC., <br><br> Counterdefendants. | CASE NO. 2:20-cv-08819-CBM-AS <br><br> **DECLARATION OF DARIUSH EDALATKHAH IN SUPPORT OF COSTAR'S OPPOSITION TO CREXI'S MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Date:        December 10, 2024 <br> Time:       10:00 a.m. <br> Courtroom:  8D <br> Before:     Hon. Consuelo Marshall <br><br> Trial Date:  March 11, 2025 |

1  NICHOLAS J. BOYLE*
   nicholas.boyle@lw.com
2  SARAH A. TOMKOWIAK*
   sarah.tomkowiak@lw.com
3  ANNE C. MALINEE*
   anne.malinee@lw.com
4  LATHAM & WATKINS LLP
   555 Eleventh Street, NW
5  Suite 1000
   Washington, D.C. 20004
6  Tel: 202.637.2200
   Fax: 202.637.2201
7

8  CAITLIN E. DAHL*
   caitlin.dahl@lw.com
9  LATHAM & WATKINS LLP
   330 North Wabash Avenue
10 Suite 2800
   Chicago, IL 60611
11 Tel: 312.876.7700
   Fax: 312.993.9767
12

13 *Admitted pro hac vice*

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Dariush Edalatkhah, declare as follows:

1. I am the Director, Business Intelligence at CoStar Group, Inc., and CoStar Realty Information, Inc. (collectively, "CoStar"). I am authorized by CoStar to make this declaration and have personal knowledge of the facts described below. I am submitting this declaration in support of CoStar's Opposition to CREXi's Motion for Partial Summary Judgment.

2. CoStar utilizes watermarking software, which displays CoStar's star watermark to the bottom right-hand corner of images that CoStar owns, as users interact with CoStar's websites. Whether an image displays the CoStar star logo watermark is determined by the "tagging" of the image's attachment source and attachment type as the image is uploaded to CoStar's system by a CoStar employee.

3. CoStar previously sued CREXi for copyright infringement for a small number of images that, for at least some period of time, did not display CoStar's star logo watermark when they were viewed on CoStar's websites, due to the manner in which those images were tagged when they were uploaded to CoStar's system by CoStar employees.

4. I have reviewed the image associated with Attachment Master ID 8034918 (bates stamped CoStar00274882) in CoStar's system, and confirmed that it is tagged in a manner such that it displays CoStar's star logo watermark when viewed on CoStar's website. However, due to the very light color of the sky in the righthand corner of the image, the star logo watermark is not visible to the human eye.

5. In investigating this issue, I directed CoStar's Principal Software Engineer, Mark Osborn, to compare the pixel difference between the water-marked version of the image associated with Attachment Master ID 8034918 (bates stamped CoStar00274882) and a non-watermarked, duplicate version of the image that corresponds to the produced-watermarked version. This was accomplished using a comparison software that produced the below comparison:

1

CASE NO. 2:20-cv-08819-CBM-AS
EDALATKHAH DECL. ISO COSTAR'S
OPP. TO CREXI'S MOT. FOR PARTIAL SUMM. J.

While appearing visually identical, the image on the top left (which reflects the water-marked image associated with Attachment Master ID 8034918 (bates stamped CoStar00274882), is 2 KB larger in size. The pixel comparison between the two images depicted in blue in the bottom row shows that the star logo watermark appears on the image.



6. I have reviewed CREXi's Third Amended Appendix D ("TAAD") produced on September 19, 2024. Certain CREXi Content IDs identified in the TAAD are associated with multiple CoStar Attachment Master IDs (the unique number each image is assigned in CoStar's systems). My team and I have confirmed that for every "CREXi Content ID" associated with multiple Attachment Master IDs in the TAAD, the corresponding file type is described as a PDF (*e.g.*, a flyer with multiple images).

2

CASE NO. 2:20-cv-08819-CBM-AS
EDALATKHAH DECL. ISO COSTAR'S
OPP. TO CREXI'S MOT. FOR PARTIAL SUMM. J.

1   I declare under penalty of perjury that the foregoing is true and correct.

2

3   Executed on September 24, 2024 in Washington, D.C.

_____

Dariush Edalatkhah

3

CASE NO. 2:20-cv-08819-CBM-AS
EDALATKHAH DECL. ISO COSTAR'S
OPP. TO CREXI'S MOT. FOR PARTIAL SUMM. J.