KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS #158708
epeters@keker.com
WARREN A. BRAUNIG #243884
wbraunig@keker.com
NICHOLAS S. GOLDBERG #273614
ngoldberg@keker.com
KATIE LYNN JOYCE #308263
kjoyce@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendant and Counterclaimant
COMMERCIAL REAL ESTATE EXCHANGE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Defendant.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>COSTAR GROUP, INC. AND COSTAR REALTY INFORMATION, INC.,<br><br>Counterdefendants. | Case No. 2:20-CV-08819 CBM (ASx)<br><br>**DECLARATION OF CHRISTINE ZALESKI IN SUPPORT OF DEFENDANT AND COUNTERCLAIMANT COMMERCIAL REAL ESTATE EXCHANGE INC.'S OPPOSITION TO COSTAR'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Ctrm:     8D, 8th Floor<br>Judge:    Hon. Consuelo B. Marshall<br><br>Date Filed:        September 25, 2020<br><br>Pre-Trial Conf.:  February 11, 2025<br>Trial Date:        March 11, 2025 |

I, Christine Zaleski, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am an associate at Keker, Van Nest & Peters LLP, and I represent Defendant and Counterclaimant Commercial Real Estate Exchange, Inc. ("CREXi") in this action.

2. In response to CREXi's Interrogatories, including Interrogatories Nos. 1 and 22, seeking basic identifying information about each of the Accused Images in this case, CoStar has produced multiple variations of a spreadsheet CoStar now refers to as its "Master Image Spreadsheet." CoStar has produced seven versions of the Master Image Spreadsheet (on November 30, 2022; July 31, 2023; September 22, 2023; February 6, 2024; May 31, 2024; August 14, 2024; August 30, 2024; and September 20, 2024), each time adding images, subtracting images, and/or changing information about the images, including basic identifying information like the purported copyright registration number, photographer name, photographer relationship to CoStar, or other image-related data. One of the columns in the spreadsheet is "CoStar Initial Notice to CREXi Date," which purports to be the first date on which CoStar provided notice to CREXi of the alleged infringement (in response to Interrogatories Nos.1 and 22). CoStar's Master Image Spreadsheets are attached hereto as **Exhibits 100, 102-103, 106, 108,** and at Dkt. Nos. 838-3 (Exs. 7, 10, and 13 to the Decl. of N. Frizzell in Support of CREXi's Motion for Summary Judgment).

3. At 4:55 p.m. PT on Friday, September 20, 2024 (nearly one year after document discovery closed on September 29, 2023, and two business days prior to the deadline for submitting this opposition) CoStar produced another version of its Master Image Spreadsheet, the "Corrected Fifth Amended Master Image Spreadsheet." The Corrected Fifth Amended Master Image Spreadsheet changed the alleged date that CoStar notified CREXi of allegedly infringing images (the "CoStar Initial Notice to CREXi Date") for 36,299 images. Exhibit 106 is a true

1

ZALESKI DECLARATION ISO CREXI'S OPPOSITION TO COSTAR'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 2:20-CV-08819 CBM (ASx)
2781956

1  and correct copy of this Corrected Fifth Amended Master Image Spreadsheet,
2  served on September 20, 2024.
3       4.   Based on CREXi's brief review of this late-produced document,
4  CREXi has identified numerous errors in the updated "Initial Notice to CREXi"
5  column. For example, the Fifth Amended Master Image Spreadsheet alleges that
6  CoStar provided initial notice to CREXi for 73 images by "Letter Dated June 16,
7  2023" or "August 30, 2023" that were not identified in either letter. CoStar's initial
8  notice to CREXi of these 73 images did not occur until September 15, 2023. The
9  CREXi ContentIDs for those 73 images are 0681b7cca0564cb6b7de95a46f527359;
10 079125ba04ad4e8bb30c25259b6a0637; 0919ba5af2bb4e599645fb10fa9575ff;
11 0eef2f6157b245f8913d9330f5052f4a; 1075e79de6ad4579b3b57e9be6136eb8;
12 10764585954d43bf8b5302f72a8bba41; 107bb8552c05445eb940db1c9c5f46cc;
13 142bcb8e677c4e8b8b7b81ab2471f8eb; 19e530c460fe4bf8840ab7e3cf87ca2e;
14 1a89b3256ac14eada01daf3e5894f6f9; 2bed41e90e544e0295430bd37f7bc599;
15 2c43f0918f19485d99f2e93c2aa8ca21; 2f2e1215a4da49ffa7427376b59771bd;
16 3011e88657db459f8c750c821edf1425; 306478992421450ba7a77b6520020356;
17 31f453ef0def40c0b718f00d61143727; 3308c1709d344b15aec612b107642b2f;
18 38806bf030524eb084fe8c74e0d7dab7; 3c6f250c5d3b4a2a9f10811a743693dc;
19 3e0c13d4f364413193b8e275c0c43d03; 428ea4f79a004fcbbaa91ff7599f2b2c;
20 461145746b3941edbb6ab9ae12552f30; 48ca75fba3d14f31adf0ec96ae2ac682;
21 493c99576bff4253807624a773a35580; 4c7e1e0840444e5a9a9523f1aa272033;
22 571d588e57424fb8bc3c6583d033da8f; 58b25fcfd1fd406ab4a1d264a7ffb74a;
23 5a9a0a94d9164efba1d3d2de700a6977; 5bbff006404841b2b040f925fc4b3103;
24 650170d203d04e2abcdcafd5dfa79876; 686f7d997d174d549396d63f0c731471;
25 6a1ca6d044c94a6195ea4f8cb0f2fad7; 6f2e3f1adac44a8289c342021a44c599;
26 71e2690cf4f3467490a4380a8991345e; 74b61ca511b747a6a4f059a99d892dd1;
27 78cae07ade0c4b0e9194a3a4688e1311; 813c7cebe0d6480b8cde363237aaf7ed;
28 81f9a03c4c5c41058d05601d15ac1e94; 8315d29830a449d295ebfb12c11b3c51;

1  8605fb876f2d4fe8a5af353ddece6cd4; 8aa40e7a9b9d4d62a1b2eb8ffcc26655;
2  8c9fb744c3a540a1baa3fbb8d5da5218; 8fa06d0e71b2459abc6760c1c0485fc7;
3  901fc3ed260c41cea400211abb7cd7cd; 92a9bbd701344711a31344a9577dc4e5;
4  9eb908ec698546c4b8ea93b4c2bb62c1; a329177533534b86898d3427c1413f3a;
5  a340b65b530d4c43bdadaecc11886e7b; a647d55df3cd4dd585e0ef3fde6b4b07;
6  ae28c9b273584f8493d9a491177943b1; aeee1d79b46a44a1ad48c56ad5459868;
7  b0e0bde0dc0c47f1b2c70c41314ee75b; b1d6c929e63a42488bae1d2c14e3e0b7;
8  b46c616f8a5a411c8ded55594d6b0c48; b564952788d7427abff524c6e8696f48;
9  c64984c481774c2c8a3fccaae5b279e6; caa468fbc93143678a3799067e657aa0;
10 cb40cf2f6c264b8592b5606eb26ab08d; cdeab6daeb574e268f6aeef7840aab0d;
11 d7553c662a6d44b8ab086ee19e30c175; ded4b3f699324baab81942c0b5571509;
12 eb3e6d283b604aa5b14631958bec2221; eecd2eebbfd547d5a160614e249a4ec7;
13 ef4d6598c2c149f595d54386bcf13d23; ef9eeb1f44c3407b8859b0dc4c4ba1d6;
14 efb6c92d8148480eaab70a229125a37c; f18777aa326f4c748101d4d55c83abbf;
15 f68ce9b5c34b4de4be20783a312f1aa2; f7a40faee625408b851db0d25d632980;
16 fc9426c73ab34c76b51ab6deab809fea; fe12ba5312454760b8d8d2d2eaa74cbf;
17 fe4711e5b83444fbb249ed08e2c8b8c3; 041ac80fe93d4cd08c42ca98789f97ab.

18   5.   Attached hereto as **Exhibit 32** are true and correct copies of the letters CoStar sent to CREXi requesting the takedown of images from CREXi's website on June 16, 2023; August, 30, 2023; and September 15, 2023. As is apparent in the letters, the first time that any of the above 73 Content IDs appear in any of CoStar's letters to CREXi is September 15, 2023. CREXi has not had the chance to review all of the 36,000+ revised date entries, but may find other mistakes as well.

24   6.   In referencing the number of Accused Images in its Statement of Undisputed Facts, CoStar frequently counts the same Accused Image multiple times. This is clear from review of CoStar's Corrected Fifth Amended Master Image Spreadsheet. For example, the same CREXi image file produced at CREXI-CS-00028148 appears in CoStar's Master Image Spreadsheet in 8 separate rows

3

relating to CoStar Attachment Master ID Nos. 205226565; 205226712; 205226817; 35065084; 35065089; 293245401; 293245437; 293245491. In total, CoStar alleged more than 4,000 duplicate CREXi image files in its most recent Master Image Spreadsheet. I calculated the number of unique images falling into the categories detailed by CoStar in its Statement of Undisputed Facts by using the Microsoft Excel function to "Remove duplicates" in CREXi's Appendix D, which was Exhibit 20 to the Declaration of Lawson Dees in Support of CREXi's Motion for Partial Summary Judgment (Dkt. # 838-9). When counting only the unique Accused Images, the number of Accused Images in the categories detailed by CoStar in its Statement of Undisputed Facts are as follows:

   a. 21,976 Accused Image files were uploaded by a CREXi employee or vendor at the direction of a user (excluding TAC images);

   b. 22,957 Accused Image files were uploaded directly by a user (excluding TAC images);

   c. 4,289 Accused Image files were never displayed on CREXi's website;

   d. The number of Accused Image files that were flagged by Restb is 21,998.

7. In connection with its motion for partial summary judgment, CoStar submitted a list of copyright registration certificates and "title sheets" purportedly associated with the Accused Images. *See* CoStar MPSJ, Malinee Decl., Ex. 271. I have reviewed CoStar's exhibit, and compared it against the list of registration numbers appearing in the latest iteration of CoStar's "Master Image Spreadsheet," cited above. That comparison reveals that even using CoStar's own data, almost 60% of the Accused Images are not associated with a "title sheet." A true and correct copy of this comparison, listing the claimed registrations for which no title

sheet was provided, and the number of images purportedly associated with each registration, is attached hereto as **Exhibit 119**.

8.  I have reviewed CoStar's production in connection with CoStar's assertion that Accused Images were taken by independent contractors as works for hire. CoStar has produced only one independent contractor agreement with a purported contract photographer in this case—the agreement attached as Exhibit 1 to the Declaration of Daniel McCallum in support of CoStar's motion for partial summary judgment.

9.  Based on the latest iteration of CoStar's "Master Image Spreadsheet," cited above, which includes columns for "Available to Appear on CoStar Date" and "Copyright Registration Date," the data reflects that CoStar purports to have registered numerous images more than five years after publication. By sorting CoStar's data, I have identified a list of such photographs. Attached hereto as **Exhibit 120** is a true and correct copy of a list I prepared reflecting such images and CoStar's claimed data about them.

10. Mobius's 30(b)(6) witness Kibran Khan was deposed in this case on August 7, 2024. Two days prior, on August 4, 2024, my colleague Nicholas Goldberg and I met with Mr. Khan and Mr. Khan's counsel via Zoom teleconference for less than 30 minutes in anticipation of CoStar's deposition. During that time, I showed Mr. Khan fewer than five documents via screenshare. That session was the only time CREXi's counsel met with Mr. Khan or any other Mobius employee in connection with CoStar's subpoena in this case. The content of that discussion is privileged pursuant to a common interest agreement between CREXi and Mobius.

11. I have reviewed CoStar's allegations in its Master Image Spreadsheet alleging that certain CREXi images were cropped. A substantial proportion of the images CoStar contends were cropped were not cropped in any manner. The CREXi version of those images matches the CoStar version exactly, with both

5

ZALESKI DECLARATION ISO CREXI'S OPPOSITION TO COSTAR'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 2:20-CV-08819 CBM (ASx)

2781956

images reflecting CoStar's pinwheel logo fully in-tact. I have collected 100 examples of the images that CoStar alleges in its Fifth Amended Master Image Spreadsheet were cropped, but are not cropped. Those images are attached hereto as **Exhibit 109**.

12. Attached hereto as **Exhibit 1** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00167240 and marked as Deposition Exhibit 125.

13. Attached hereto as **Exhibit 2** is a true and correct copy of a document produced as Bates stamp CoStar00392662 and marked as Deposition Exhibit 152.

14. Attached hereto as **Exhibit 3** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00235120 and marked as Deposition Exhibit 421.

15. Attached hereto as **Exhibit 4** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00361300 and marked as Deposition Exhibit 428.

16. Attached hereto as **Exhibit 5** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00235279 and marked as Deposition Exhibit 435.

17. Attached hereto as **Exhibit 6** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00391392 and marked as Deposition Exhibit 562.

18. Attached hereto as **Exhibit 7** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00411079 and marked as Deposition Exhibit 728.

19. Attached hereto as **Exhibit 8** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00411080 and marked as Deposition Exhibit 567.

20. Attached hereto as **Exhibit 9** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00411081 and marked as Deposition Exhibit 568.

21. Attached hereto as **Exhibit 10** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00171933 and marked as Deposition Exhibit 705.

22. Attached hereto as **Exhibit 11** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00000214 and marked as Deposition Exhibit 905.

23. Attached hereto as **Exhibit 12** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00411079 and marked as Deposition Exhibit 915.

24. Attached hereto as **Exhibit 13** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00402770 and marked as Deposition Exhibit 962.

25. Attached hereto as **Exhibit 14** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00453283 and marked as Deposition Exhibit 1178.

26. Attached hereto as **Exhibit 15** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CREXI-CS-00725740 and marked as Deposition Exhibit 1186.

27. Attached hereto as **Exhibit 16** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00381397 and marked as Deposition Exhibit 1274.

28. Attached hereto as **Exhibit 17** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00381405 and marked as Deposition Exhibit 1275.

29. Attached hereto as **Exhibit 18** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00422643 and marked as Deposition Exhibit 1276.

30. Attached hereto as **Exhibit 19** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00381685 and marked as Deposition Exhibit 1278.

31. Attached hereto as **Exhibit 20** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00381671 and marked as Deposition Exhibit 1282.

32. Attached hereto as **Exhibit 21** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00381692 and marked as Deposition Exhibit 1331.

33. Attached hereto as **Exhibit 22** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00424127 and marked as Deposition Exhibit 1336.

34. Attached hereto as **Exhibit 23** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00422136 and marked as Deposition Exhibit 1337.

35. Attached hereto as **Exhibit 24** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00461791 and marked as Deposition Exhibit 1415.

36. Attached hereto as **Exhibit 25** is a true and correct copy of a document produced beginning with Bates stamp MB029473 and marked as Deposition Exhibit 1594.

37. Attached hereto as **Exhibit 26** is a true and correct copy of a document produced by CREXi beginning with Bates stamp CREXI-CS-00640779 and marked as Deposition Exhibit 1606.

38. Attached hereto as **Exhibit 27** is a true and correct copy of a document produced by CREXi beginning with Bates stamp CREXI-CS-00641063 and marked as Deposition Exhibit 1608.

39. Attached hereto as **Exhibit 28** is a true and correct copy of a letter from CoStar Counsel to counsel for CREXi, dated March 23, 2021.

40. Attached hereto as **Exhibit 29** is a true and correct copy of a letter from CoStar Counsel to counsel for CREXi, dated April 30, 2021.

41. Attached hereto as **Exhibit 30** is a true and correct copy of a letter from CoStar Counsel to counsel for CREXi, dated July 6, 2021.

42. Attached hereto as **Exhibit 31** is a true and correct copy of a letter from CoStar Counsel to counsel for CREXi, dated August 19, 2021.

43. Attached hereto as **Exhibit 32** is a true and correct copy of a letters from Daniel McCallum of CoStar to CREXi dated June 16, August 30, and September 13, 2023.

44. Attached hereto as **Exhibit 33** is a true and correct copy of a letter from CoStar Counsel to counsel for CREXi, dated July 12, 2023.

45. Attached hereto as **Exhibit 34** is a true and correct copy of a letter from counsel for CREXI to counsel for CoStar, dated January 31, 2024.

46. Attached hereto as **Exhibit 35** is a true and correct copy of a letter from counsel for CREXI to counsel for CoStar, dated February 8, 2024.

47. Attached hereto as **Exhibit 36** is a true and correct copy of a letter from counsel for CREXI to counsel for CoStar, dated March 20, 2024.

48. Attached hereto as **Exhibit 37** is a true and correct copy of a letter from counsel for CREXI to counsel for CoStar, dated April 19, 2024.

49. Attached hereto as **Exhibit 38** is a true and correct copy of a letter from counsel for CREXI to counsel for CoStar, dated June 18, 2024.

50. Attached hereto as **Exhibit 39** is a true and correct copy of a letter from counsel for CREXI to counsel for CoStar, dated September 17, 2024.

51. Attached hereto as **Exhibit 40** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00089452.

52. Attached hereto as **Exhibit 41** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00149464.

53. Attached hereto as **Exhibit 42** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00158442.

54. Attached hereto as **Exhibit 43** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00170197.

55. Attached hereto as **Exhibit 44** is a true and correct copy of the relevant excerpts from documents produced as Bates stamp CoStar00276618, CoStar00250168, CREXI-CS-10010713.

56. Attached hereto as **Exhibit 45** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00277025.

57. Attached hereto as **Exhibit 46** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00285566.

58. Attached hereto as **Exhibit 47** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00393339.

59. Attached hereto as **Exhibit 48** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00393467.

60. Attached hereto as **Exhibit 49** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00394008.

61. Attached hereto as **Exhibit 50** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00395169.

62. Attached hereto as **Exhibit 51** is a true and correct copy of a document produced as Bates stamp CoStar00395191.

63. Attached hereto as **Exhibit 52** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00395512.

64. Attached hereto as **Exhibit 53** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00397392.

65. Attached hereto as **Exhibit 54** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00402072.

66. Attached hereto as **Exhibit 55** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00404500.

67. Attached hereto as **Exhibit 56** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00405430.

68. **Exhibit 57** is intentionally left blank.

69. Attached hereto as **Exhibit 58** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00463936.

70. Attached hereto as **Exhibit 59** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00463938.

71. Attached hereto as **Exhibit 60** is a true and correct copy of several documents produced beginning with Bates stamp CREXI-CS-10029174-80 and CoStar00246785.

72. Attached hereto as **Exhibit 61** is a true and correct copy of several documents produced beginning with Bates stamp CREXI-CS-10069965-82 and CoSatr00249025.

73. Attached hereto as **Exhibit 62** is a true and correct copy of several documents produced beginning with Bates stamp CREXI-CS-10070609-18 and CoStar00256125.

74. Attached hereto as **Exhibit 63** is a true and correct copy of several documents produced beginning with Bates stamp CREXI-CS-10072787-813 and CoStar00240054.

75. Attached hereto as **Exhibit 64** is a true and correct copy of several documents produced beginning with Bates stamp CREXI-CS-10115180-91 and Costar0027411.

76. Attached hereto as **Exhibit 65** is a true and correct copy of several documents produced beginning with Bates stamp CREXI-CS-10142143-45 and Costar00117148.

77. Attached hereto as **Exhibit 66** is a true and correct copy of several documents produced beginning with Bates stamp CREXI-CS-10165184-91 and CoStar0026314.

78. Attached hereto as **Exhibit 67** is a true and correct copy of several documents produced beginning with Bates stamp QUASAR_00000082, 410, 413.

79. Attached hereto as **Exhibit 68** is a true and correct copy of several documents produced beginning with Bates stamp QUASAR_00000163.

80. Attached hereto as **Exhibit 69** is a true and correct copy of relevant excerpts from the Deposition transcript of Jonathan Aceves taken on March 7, 2024.

81. Attached hereto as **Exhibit 70** is a true and correct copy of the relevant excerpts from the Deposition transcript of Mason Adams taken on January 25, 2024.

82. Attached hereto as **Exhibit 71** is a true and correct copy of the relevant excerpts from the Deposition transcript of Erek Benz taken on February 27, 2024.

83. Attached hereto as **Exhibit 72** is a true and correct copy of the relevant excerpts from the Deposition transcript of Adrianna Carpenter taken on November 20, 2023.

84. Attached hereto as **Exhibit 73** is a true and correct copy of the relevant excerpts from the Deposition transcript of Paul Cohen taken on November 30, 2023.

85. Attached hereto as **Exhibit 74** is a true and correct copy of the relevant excerpts from the Deposition transcript of Lawson Dees taken on February 13, 2024.

86. Attached hereto as **Exhibit 75** is a true and correct copy of the relevant excerpts from the Deposition transcript of Lawson Dees taken on February 14, 2024.

87. Attached hereto as **Exhibit 76** is a true and correct copy of the relevant excerpts from the Deposition transcript of Michael DeGiorgio taken on February 2, 2024.

88. Attached hereto as **Exhibit 77** is a true and correct copy of the relevant excerpts from the Deposition transcript of Nick DeGiorgio taken on February 6, 2024.

89. Attached hereto as **Exhibit 78** is a true and correct copy of the relevant excerpts from the Deposition transcript of Dariush Edalatkhah taken on February 14, 2024.

90. Attached hereto as **Exhibit 79** is a true and correct copy of the relevant excerpts from the Deposition transcript of Dariush Edalatkhah taken on February 15, 2024.

91. Attached hereto as **Exhibit 80** is a true and correct copy of the relevant excerpts from the Deposition transcript of Courtney Ettus taken on January 22, 2024.

92. Attached hereto as **Exhibit 81** is a true and correct copy of the relevant excerpts from the Deposition transcript of Kibran Khan Ayubhan, taken on August 7, 2024.

93. Attached hereto as **Exhibit 82** is a true and correct copy of the relevant excerpts from the Deposition transcript of Tim Laehy taken on March 12, 2024.

94. Attached hereto as **Exhibit 83** is a true and correct copy of the relevant excerpts from the Deposition transcript of Austin Maddox taken on March 12, 2024.

95. Attached hereto as **Exhibit 84** is a true and correct copy of the relevant excerpts from the Deposition transcript of Brad McGetrick taken on January 15, 2024.

96. Attached hereto as **Exhibit 85** is a true and correct copy of the relevant excerpts from the Deposition transcript of Brad McGetrick taken on March 26, 2024.

97. Attached hereto as **Exhibit 86** is a true and correct copy of the relevant excerpts from the Deposition transcript of Leah McMurtry taken on January 24, 2024.

98. Attached hereto as **Exhibit 87** is a true and correct copy of the relevant excerpts from the Deposition transcript of Mark Osborn taken on November 30, 2024.

99. Attached hereto as **Exhibit 88** is a true and correct copy of the relevant excerpts from the Deposition transcript of Ross Padfield taken on December 16, 2023.

100. Attached hereto as **Exhibit 89** is a true and correct copy of the relevant excerpts from the Deposition transcript of Victoria Quade taken on February 7, 2024.

101. Attached hereto as **Exhibit 90** is a true and correct copy of the relevant excerpts from the Deposition transcript of Eli Randel taken on December 5, 2023.

102. Attached hereto as **Exhibit 91** is a true and correct copy of the relevant excerpts from the Deposition transcript of Lisa Ruggles taken on February 2, 2024.

103. Attached hereto as **Exhibit 92** is a true and correct copy of the relevant excerpts from the Deposition transcript of Nathan Seeto taken on December 8, 2023.

104. Attached hereto as **Exhibit 93** is a true and correct copy of the relevant excerpts from the Deposition transcript of Doug Shankman taken on February 16, 2024.

105. Attached hereto as **Exhibit 94** is a true and correct copy of the relevant excerpts from the Deposition transcript of Roger Smith taken on November 14, 2023.

106. Attached hereto as **Exhibit 95** is a true and correct copy of the relevant excerpts from the Deposition transcript of James Burton taken on January 24, 2024.

107. Attached hereto as **Exhibit 96** is a true and correct copy of several documents produced beginning with Bates stamps MB027689, MB027689-0001, MB029020, MB029020-0001, MB029033, MB029033-000.

108. Attached hereto as **Exhibit 97** is a true and correct copy of CoStar's Supplemental Responses to CREXi's Interrogatory No. 15, dated May 12, 2023.

109. Attached hereto as **Exhibit 98** is a true and correct copy of the relevant excerpts from the Expert Report of Andrew Crain.

110. Attached hereto as **Exhibit 99** is a true and correct copy of the relevant excerpts from the CoStar's Supplemental Responses to CREXi's Interrogatory No. 1, dated November 30, 2022.

111. Attached hereto as **Exhibit 100** is a true and correct copy of a document served as CoStar's Appendix A (Master Image Spreadsheet), dated November 30, 2022 (and lodged with the court).

112. Attached hereto as **Exhibit 101** is a true and correct copy of the relevant excerpts from the CoStar's Supplemental Responses to CREXi's Interrogatories Nos. 1 and 22, dated May 31, 2024.

113. Attached hereto as **Exhibit 102** is a true and correct copy of a document served as CoStar's Third Amended Master Image Spreadsheet, dated May 31, 2024 (and lodged with the court).

114. Attached hereto as **Exhibit 103** is a true and correct copy of a document served as CoStar's Fourth Amended Master Image Spreadsheet, dated August 14, 2024 (and lodged with the court).

115. Attached hereto as **Exhibit 104** is a true and correct copy of the relevant excerpts from the CoStar's Supplemental Responses to CREXi's Interrogatories Nos. 1 and 22, dated August 14, 2024.

116. Attached hereto as **Exhibit 105** is a true and correct copy of the relevant excerpts from the CoStar's Supplemental Responses to CREXi's Interrogatories Nos. 1 and 22, dated August 30, 2024.

117. Attached hereto as **Exhibit 106** is a true and correct copy of a document served as CoStar's Fifth Amended Master Image Spreadsheet, dated August 20, 2024 (and lodged with the court).

118. Attached hereto as **Exhibit 107** is a true and correct copy of the relevant excerpts from the CoStar's Supplemental Responses to CREXi's Interrogatories Nos. 1 and 22, dated September 20, 2024.

119. Attached hereto as **Exhibit 108** is a true and correct copy of a document served by CoStar's "Corrected" Fifth Amended Master Image Spreadsheet, dated September 20, 2024 (and lodged with the court).

120. Attached hereto as **Exhibit 109** is a true and correct copy of compilation exhibit comprised of 100 images produced by CREXi.

121. Attached hereto as **Exhibit 110** is a true and correct copy of the relevant excerpts from CoStar's Supplemental Responses to CREXi's First Set of Interrogatories, served on February 13, 2024.

122. Attached hereto as **Exhibit 111** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00396866.

123. Attached hereto as **Exhibit 112** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00354080.

124. Attached hereto as **Exhibit 113** is a true and correct copy of a document produced as Bates stamp CoStar00354081(and lodged with the court).

125. **Exhibit 114** is intentionally left blank.

126. Attached hereto as **Exhibit 115** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00449506.

127. Attached hereto as **Exhibit 116** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00391511.

128. Attached hereto as **Exhibit 117** is a true and correct copy of a document produced beginning with Bates stamp MB028664.

129. Attached hereto as **Exhibit 118** is a true and correct copy of a document produced by CoStar beginning with Bates stamp CoStar00463923.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct. Executed on September 24, 2024, in Oakland, California.

*Christine Zaleski*