1  ELYSE M. GREENWALD (BAR NO. 268050)
   elyse.greenwald@lw.com
2  LATHAM & WATKINS LLP
   10250 Constellation Boulevard
3  Suite 1100
   Los Angeles, CA 90067
4  Tel: 424.653.5500
   Fax: 424.653.5501
5
   *Attorneys for Plaintiffs and Counterdefendants*
6  *CoStar Group, Inc. and CoStar Realty Information, Inc.*

7  [Additional Counsel Listed on the Next Page]

8              **UNITED STATES DISTRICT COURT**
              **CENTRAL DISTRICT OF CALIFORNIA**
9

10  COSTAR GROUP, INC., and             CASE NO. 2:20-cv-08819-CBM-AS
    COSTAR REALTY INFORMATION,
11  INC.,                               **DECLARATION OF ELYSE M.**
                                        **GREENWALD IN SUPPORT OF**
12              Plaintiffs,             **COSTAR'S UNOPPOSED *EX PARTE***
                                        **APPLICATION TO SEAL**
13         v.

14  COMMERCIAL REAL ESTATE              Before:      Hon. Consuelo Marshall
    EXCHANGE, INC.,
15                                      Trial Date:  March 11, 2025
                Defendant.
16
    COMMERCIAL REAL ESTATE
17  EXCHANGE, INC.,

18              Counterclaimant,

19         v.

20  COSTAR GROUP, INC., and
    COSTAR REALTY INFORMATION,
21  INC.,

22              Counterdefendants.

23

24

25

26

27

28

NICHOLAS J. BOYLE*
nicholas.boyle@lw.com
SARAH A. TOMKOWIAK*
sarah.tomkowiak@lw.com
ANNE C. MALINEE*
anne.malinee@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Tel: 202.637.2200
Fax: 202.637.2201

CAITLIN E. DAHL*
caitlin.dahl@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Tel: 312.876.7700
Fax: 312.993.9767

*Admitted pro hac vice*

I, Elyse M. Greenwald, declare as follows:

1.    I am an attorney licensed to practice law in the State of California, a counsel at Latham & Watkins LLP, located at 10250 Constellation Blvd., Suite 1100, Los Angeles, CA 90067, and counsel for Plaintiffs and Counterdefendants CoStar Group, Inc. and CoStar Realty Information, Inc. (collectively, "CoStar") in the above-captioned case against Commercial Real Estate Exchange, Inc. ("CREXi"). I have personal knowledge of the facts set forth below, and, if called upon, can and will testify competently thereto.

2.    I am submitting this declaration in connection with and in support of CoStar's *Ex Parte* Application to Seal Docket Nos. 776-3, 776-4, 841, 875, 893-2 and 895-1.

3.    At approximately 2:05 p.m. PT on Sunday, September 29, 2024, counsel for CoStar left a voicemail with Eleanor Brock of Keker, Van Nest & Peters LLP, counsel for CREXi, and informed Ms. Brock of the basis for CoStar's request, and the relief sought.  At approximately 5:52 p.m. PT on Sunday, September 29, 2024, counsel for CoStar sent Ms. Brock a follow up email seeking CREXi's position on CoStar's *ex parte* application.  Ms. Brock responded by email at approximately 10:20 p.m. PT on Sunday, September 29, 2024, and confirmed that CREXi does not oppose CoStar's *ex parte* application.

4.    At approximately 4:47 p.m. PT on Sunday, September 29, 2024, counsel for CoStar alerted third-party Restb.ai, LLC's ("Restb") counsel of CoStar's request, and the relief sought.  At approximately 6:38 p.m. PT, counsel for Restb confirmed that CoStar should proceed to file its *ex parte* application to seal.

I declare under penalty of perjury that the foregoing is true and correct.

1    Executed on September 30, 2024, in Los Angeles, California.

2

3                                               *Elyse M. Greenwald*
                                                Elyse M. Greenwald
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28