KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS #158708
epeters@keker.com
WARREN A. BRAUNIG #243884
wbraunig@keker.com
NICHOLAS S. GOLDBERG #273614
ngoldberg@keker.com
KATIE LYNN JOYCE #308263
kjoyce@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant and Counterclaimant
COMMERCIAL REAL ESTATE EXCHANGE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION INC., <br><br> Plaintiffs, <br><br> v. <br><br> COMMERCIAL REAL ESTATE EXCHANGE, INC., <br><br> Defendant. | Case No. 2:20-CV-08819 CBM (ASx) <br><br> **[PROPOSED] ORDER GRANTING COSTAR'S APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL (DKT. 893)** <br><br> Ctrm: 8D, 8th Floor <br> Judge: Hon. Consuelo B. Marshall <br><br> Date Filed: September 25, 2020 <br> Pre-Trial Conf.: February 11, 2025 <br> Trial Date: March 11, 2025 |
| COMMERCIAL REAL ESTATE EXCHANGE, INC., <br><br> Counterclaimant, <br><br> v. <br><br> COSTAR GROUP, INC. AND COSTAR REALTY INFORMATION, INC., <br><br> Counterdefendants. | |

**[Proposed] Order Re CREXi's Application for Leave to File Documents Under Seal**

Having considered CoStar's Application for Leave to File Under Seal ("Application") (Dkt. 893), the Declarations of Eleanor F. Brock and Lawson Dees, and other documents filed in support thereof, the Court hereby rules as follows:

| Sealing Category | Exhibit | Content to Be Sealed | Ruling (Grant or Deny) |
|---|---|---|---|
| API Agreements | Dahl Decl. Ex. 52[1] | Entirety of Exhibit | |
| | Dahl Decl. Ex. 53 | Entirety of Exhibit | |
| | Dahl Decl. Ex. 54 | Entirety of Exhibit | |
| | Dahl Decl. Ex. 55 | Entirety of Exhibit | |
| | Dahl Decl. Ex. 56 | Entirety of Exhibit | |
| | Dahl Decl. Ex. 63 | Entirety of Exhibit | |
| Customer Lists and Identities | Dahl. Decl. Ex. 30 | Redacted portions[2] | |

---

[1] All exhibits refer to exhibits to the Declaration of Caitlin E. Dahl in Support of CoStar's Statement of Genuine Disputes of Material Fact in Opposition to CREXi's Motion for Partial Summary Judgment ("Dahl. Decl.") (Dkt. 895-2).

[2] *See* the highlighted version of Exhibit 25 to the Declaration of Lawson Dees in Support of CREXi's Opposition to CoStar's Motion for Partial Summary Judgement, filed with the Declaration of Eleanor F. Brock in Support of CREXi's Application for Leave to File Certain Documents Under Seal in Support of CREXi's Opposition to CoStar's Motion for Partial Summary Judgement (Dkt. 899).

1

[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL (DKT. 893)
Case No. 2:20-CV-08819 CBM (ASx)

2799328

| Internal CREXi Procedures | Dahl Decl. Ex. 28 | Redacted portions[3]<br><br>(and portions of CoStar's SDF, at 57, which cite or refer to material in Dahl Decl. Ex. 28)[4] | |
|---|---|---|---|

CREXi's request to seal the portions of CoStar's Statement of Genuine Disputes of Material Fact ("CoStar's SDF") that reflect CREXi-designated material filed with CoStar's Motion for Partial Summary Judgment, CREXi's Motion for Partial Summary Judgment, and CREXi's Opposition to CoStar's Motion for Partial Summary Judgment, as detailed in CoStar's Application for Leave to File Certain Documents Under Seal in Support of CoStar's Motion for Partial Summary Judgment (Dkt. 831), the Declaration of Niall Frizzell ISO CoStar's Application for Leave to File Certain Documents Under Seal (Dkt. 843), CREXi's Application for Leave to File Certain Documents Under Seal in Support of CREXi's Motion for Partial Summary Judgment (Dkt. 836), the Declaration of Jason George in Support of CREXi's Application for Leave to File Certain Documents Under Seal (Dkt. 837), CREXi's Application for Leave to File Certain Documents Under Seal in Support of CREXi's Opposition to CoStar's Motion for Partial Summary Judgement (Dkt. 898), and the Declaration of Eleanor F. Brock in Support of CREXi's Application for Leave to File Certain Documents Under Seal (Dkt. 899) is also GRANTED.

---

[3] *See* the highlighted version of this document filed with Dahl Decl. (Dkt. 895-2).

[4] *See* the Declaration of Eleanor F. Brock in Support of CoStar's Application for Leave to File Documents Under Seal (Dkt. 893) and Exhibit A attached thereto, filed concurrently with this [Proposed] Order.

2

[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL (DKT. 893)
Case No. 2:20-CV-08819 CBM (ASx)

2799328

For each document for which this Application is granted, the documents shall be filed under seal pursuant to Local Rule 79-5 within 10 days of this order. For each document for which the Application is denied, the documents shall be filed on the public docket within 10 days of this order.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                             Hon. Consuelo Marshall
                                             United States District Judge