1  ELYSE M. GREENWALD (BAR NO. 268050)
2  elyse.greenwald@lw.com
   LATHAM & WATKINS LLP
3  10250 Constellation Boulevard
4  Suite 1100
   Los Angeles, CA 90067
5  Tel: 424.653.5500
6  Fax: 424.653.5501

7  *Attorneys for Plaintiffs and Counterdefendants*
8  *CoStar Group, Inc. and CoStar Realty Information, Inc.*

9  [Additional Counsel Listed on the Next Page]

10            **UNITED STATES DISTRICT COURT**
11             **CENTRAL DISTRICT OF CALIFORNIA**
12

13 | COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC., | CASE NO. 2:20-cv-08819-CBM-ASx |

Plaintiffs,

v.

COMMERCIAL REAL ESTATE EXCHANGE, INC.,

Defendant.

COMMERCIAL REAL ESTATE EXCHANGE, INC.,

Counterclaimant,

v.

COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC.,

Counterdefendants.

**ORDER GRANTING COSTAR'S UNOPPOSED *EX PARTE* APPLICATION TO SEAL DOCKET NOS. 776-3, 776-4, 841, 875, 893-2 AND 895-1  [906]**

Before:    Hon. Consuelo Marshall

Trial Date:  March 11, 2025

1  NICHOLAS J. BOYLE*
   nicholas.boyle@lw.com
2  SARAH A. TOMKOWIAK*
   sarah.tomkowiak@lw.com
3  ANNE C. MALINEE*
   anne.malinee@lw.com
4  LATHAM & WATKINS LLP
   555 Eleventh Street, NW
5  Suite 1000
   Washington, D.C. 20004
6  Tel: 202.637.2200
   Fax: 202.637.2201
7

8  CAITLIN E. DAHL*
   caitlin.dahl@lw.com
9  LATHAM & WATKINS LLP
   330 North Wabash Avenue
10 Suite 2800
   Chicago, IL 60611
11 Tel: 312.876.7700
   Fax: 312.993.9767
12

13 *Admitted pro hac vice

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Having considered the papers submitted by counsel, the applicable law, and all files and records in this action, and good cause appearing, the Court **GRANTS** Plaintiffs and Counterdefendants CoStar Group, Inc.'s and CoStar Realty Information, Inc.'s (collectively, "CoStar") Unopposed *Ex Parte* Motion to Seal Docket Nos. 776-3, 776-4, 841, 875, 893-2 and 895-1. The Court **ORDERS** that the Clerk of Court shall place under seal the documents filed at Docket Nos. 776-3, 776-4, 841, 875, 893-2 and 895-1.

**IT IS SO ORDERED.**

Dated: OCTOBER 9, 2024         By: _____
                                    Hon. Consuelo B. Marshall
                                    United States District Judge