| | |
|---|---|
| 1 | ELYSE M. GREENWALD (BAR NO. 268050) |
| 2 | elyse.greenwald@lw.com<br>LATHAM & WATKINS LLP |
| 3 | 10250 Constellation Boulevard<br>Suite 1100 |
| 4 | Los Angeles, CA 90067<br>Tel: 424.653.5500 |
| 5 | Fax: 424.653.5501 |
| 6 | *Attorneys for Plaintiffs and Counterdefendants<br>CoStar Group, Inc. and CoStar Realty Information, Inc.* |
| 7 | [Additional Counsel Listed on the Next Page] |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10<br>11 | COSTAR GROUP, INC., and<br>COSTAR REALTY INFORMATION,<br>INC., | CASE NO. 2:20-cv-08819-CBM-AS |
| 12 | Plaintiffs, | **[PROPOSED] ORDER DENYING<br>DEFENDANT CREXI'S MOTION** |
| 13 | v. | **TO STRIKE COSTAR'S THIRD<br>AMENDED INITIAL** |
| 14<br>15 | COMMERCIAL REAL ESTATE<br>EXCHANGE, INC., | **DISCLOSURES AND EXCLUDE<br>WITNESS TESTIMONY** |
| 16 | Defendant. | |
| 17<br>18 | COMMERCIAL REAL ESTATE<br>EXCHANGE, INC., | Date:       November 12, 2024<br>Time:       10:00 a.m. |
| 19 | Counterclaimant, | Courtroom: 8D<br>Before:     Hon. Consuelo B. Marshall |
| 20 | v. | Trial Date: March 11, 2025 |
| 21<br>22 | COSTAR GROUP, INC., and<br>COSTAR REALTY INFORMATION,<br>INC., | |
| 23 | Counterdefendants. | |

NICHOLAS J. BOYLE*
nicholas.boyle@lw.com
SARAH A. TOMKOWIAK*
sarah.tomkowiak@lw.com
ANNE C. MALINEE*
anne.malinee@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Tel: 202.637.2200
Fax: 202.637.2201

CAITLIN E. DAHL*
caitlin.dahl@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Tel: 312.876.7700
Fax: 312.993.9767

*Admitted pro hac vice*

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Before the Court is Defendant Commercial Real Estate Exchange, Inc.'s |
| 3 | ("CREXi") Motion to Strike CoStar's Third Amended Initial Disclosures and |
| 4 | Exclude Witness Testimony (Dkt. 904, "Motion"). Having reviewed and fully |
| 5 | considered the papers submitted by the parties, the applicable law, and all files and |
| 6 | records in this action, the Court **DENIES** CREXi's Motion. |
| 7 | |
| 8 | **IT IS SO ORDERED.** |

Dated: _____        By:_____
                                                            Hon. Consuelo B. Marshall
                                                            United States District Judge