KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS #158708
epeters@keker.com
WARREN A. BRAUNIG #243884
wbraunig@keker.com
NICHOLAS S. GOLDBERG #273614
ngoldberg@keker.com
KATIE LYNN JOYCE #308263
kjoyce@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendant and Counterclaimant
COMMERCIAL REAL ESTATE EXCHANGE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION INC.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>　　　　　　　Defendant.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>　　　　　　　Counterclaimant,<br><br>　　v.<br><br>COSTAR GROUP, INC. AND COSTAR REALTY INFORMATION, INC.,<br><br>　　　　　　　Counterdefendants. | Case No. 2:20-CV-08819 CBM (ASx)<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL RE COSTAR'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date Filed:　　September 25, 2020<br>Pre-Trial Conf.:　February 11, 2025<br>Trial Date:　　March 11, 2025 |

[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL
RE COSTAR'S REPLY ISO MPSJ
Case No. 2:20-CV-08819 CBM (ASx)

2818314

**[Proposed] Order Re CoStar's Application for Leave to File Documents Under Seal**

Having considered CoStar's Application for Leave to File Under Seal regarding CoStar's Reply in Support of Its Motion for Partial Summary Judgment ("Application"), Dkt. 944, the Court hereby GRANTS the request the request for leave with respect to the following documents designated by CREXi:

1. The CREXi-designated portions of CoStar's response to CREXi's Statement of Disputed Facts, as identified in Exhibit A to the Declaration of Niall Frizzell in Support of CoStar's Application for Leave to File Under Seal. Dkt. 945-2.

2. Exhibit 21 to the Declaration of Katherine L. Griffitts in support of CoStar's reply in support of its motion for partial summary judgment. Dkt. 945-3, Ex. 21.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Consuelo Marshall
United States District Judge

1

[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL
RE COSTAR'S REPLY ISO MPSJ
Case No. 2:20-CV-08819 CBM (ASx)

2818314