KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS #158708
epeters@keker.com
WARREN A. BRAUNIG #243884
wbraunig@keker.com
NICHOLAS S. GOLDBERG #273614
ngoldberg@keker.com
KATIE LYNN JOYCE #308263
kjoyce@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant and Counterclaimant
COMMERCIAL REAL ESTATE EXCHANGE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Defendant.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>COSTAR GROUP, INC. AND COSTAR REALTY INFORMATION, INC.,<br><br>Counterdefendants. | Case No. 2:20-CV-08819 CBM (ASx)<br><br>**DECLARATION OF KATIE LYNN JOYCE IN SUPPORT OF CREXI'S REPLY IN SUPPORT OF MOTION TO STRIKE COSTAR'S THIRD AMENDED INITIAL DISCLOSURES AND EXCLUDE TESTIMONY OF LATE-DISCLOSED WITNESSES (DKT. 904)**<br><br>Date: November 12, 2024<br>Time: 10:00 a.m.<br>Ctrm: 8D, 8th Floor<br>Judge: Hon. Consuelo B. Marshall<br><br>Date Filed: September 25, 2020<br>Pre-Trial Conf.: February 11, 2025<br>Trial Date: March 11, 2025 |

I, Katie Lynn Joyce, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am a partner at Keker, Van Nest & Peters LLP, and I represent Defendant and Counterclaimant Commercial Real Estate Exchange, Inc. ("CREXi") in this action.

2. I make this declaration in support of CREXi's Reply in support of CREXi's Motion to Strike CoStar's Third Amended Initial Disclosures and Exclude Testimony of Late-Disclosed Witnesses (Dkt. 904).

3. Attached hereto as **Exhibit A** is a true and correct copy of an excerpt of the Amended Expert Report of Thea Vaughan, dated March 27, 2024.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct. Executed on November 1, 2024, in San Francisco, California.

_Katie Lynn Joyce_
Katie Lynn Joyce

# EXHIBIT A

Case 2:20-cv-08819-CBM-AS   Document 959-1   Filed 11/01/24   Page 3 of 8   Page ID
#:217447

CONFIDENTIAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COMMERCIAL REAL ESTATE EXCHANGE, INC., <br><br> Defendant. | Case No. 2:20-cv-08819-CBM-AS |
| COMMERCIAL REAL ESTATE EXCHANGE, INC., <br><br> Counterclaimant, <br><br> v. <br><br> COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC., <br><br> Counterdefendants. | |

## AMENDED EXPERT REPORT OF THEA VAUGHAN

Dated: March 27, 2024

competitors.[9]  I understand that CoStar has systematically copyrighted the millions of images it takes each year, underscoring the importance CoStar places on these images.[10]

24.  Mr. Adams also testified that each CoStar photo has "immense value" because often times it will be "the only photo of [a given] location that exists."[11]  Additionally, though it may seem counterintuitive, photographs of "smaller buildings in less important locations" may actually "have a greater value," because those buildings have "never been photographed and [CoStar's photo] is the only one of" its kind.[12]  Each CoStar image has an "additive," "lifetime value" as "people continue to view it, as it continues to provide value to [CoStar's] customers, [and] as it continues to offer a completeness of the market."[13]

25.  Since at least 2013, CoStar has developed image guidelines and style policies to ensure quality photographs are consistently taken for the purpose of CRE listings.[14]  As stated in CoStar's 2013 image guidelines, for example, "highlights and shadows" should not "dominate the image," and the building featured in the image must be "centered and all edges [] within the image frame."[15]  CoStar photographers were also instructed to take photos "on a clear, sunny day" with "no obstructions like cars, fences, trees, poles, etc. disrupting the shot."[16]  CoStar's 2022 Style

---

[9] SAC ¶¶ 92, 95; https://www.costar.com/about.

[10] Dep. Ex. 1181 ¶¶ 4-5; M. Adams Dep. Tr. 121:24-122:1; CoStar Resp. and Obj. to Interrogatory No. 14; SAC ¶¶ 95-96.

[11] M. Adams Dep. Tr. 133:4-8.

[12] *Id.* at 133:9-12.

[13] *Id.* at 135:1-136:6.

[14] Dep. Ex. 747; CoStar00216110.

[15] Dep. Ex. 747 at CoStar00216096.

[16] *Id.*

Guide enhanced those guidelines, stating further that images must be taken at certain altitudes and distances depending on the type of building or building feature being captured by the image.[17]

26. Excerpts of these guidelines and style guide are set forth below.

**2013 Image and Attachment Guidelines & Information**[18]

### Photos & Image Tab

## Identifying Quality Photos

In addition to the image and file sizes as shown in the Photo Spec category, there are other qualites to keep in mind when loading and replacing images.

The building photos below exemplify high-quality images:

- The highlights and shadows are clear and neither dominate the image (exposure)
- The building is centered and all edges are within the image frame (composition)
- Details both near and far are clear and in focus (depth of field)
- The photos were taken on a clear, sunny day
- There are no obstructions like cars, fences, trees, poles, etc. disrupting the shot

---

[17] CoStar00216110 at 115, 144, 163.
[18] Dep. Ex. 747 at CoStar00216096.

**CONFIDENTIAL**

**2022 Field Research Photo & Video Style Guide**[19]





---

[19] CoStar00216110 at 144, 192.

**CONFIDENTIAL**

27. CoStar's emphasis on image quality and curation has only grown over the years. Today, CoStar employs a team of highly skilled architectural photographers, and equips each with CoStar-issued equipment, including cameras such as the Canon EOS 5D Mark III.[20] CoStar also trains its photographers about CRE imagery so that images account for aspect ratio, brightness, contrast, color, white balance, sharpness, and focus.[21] CoStar photographers are prohibited from using their phones to take photographs and are "specifically instructed to use their CoStar-issued camera gear to capture imagery."[22]

28. CoStar has invested vast resources in assembling its commercial real estate database and proprietary image library, including $5 billion over the last three decades.[23] As Mr. Adams testified, CoStar's library of "original high-quality photography" and its "photographer high standards" provide a unique advantage that "absolutely separates [CoStar] from the rest of the [CRE] competition."[24]

29. I understand that CoStar's commercial real estate imagery, including the images at issue in this lawsuit, are a key part of both the CoStar information services product and the LoopNet marketplace.[25] With respect to the CoStar product, CoStar is providing its subscribers with a comprehensive view of the commercial real estate landscape in the United States and beyond.[26] The product includes billions of data points, with millions of data changes each day but

---

[20] K. Mason Dep. Tr. 51:3-8; 159:19-24; Dep. Ex. 740 at CoStar00199138-162.

[21] K. Mason Dep. Tr. 31:6-11; Dep. Ex. 740 at CoStar00199117-137.

[22] K. Mason Dep. Tr. 159:25-160:7.

[23] *Supra* ¶¶ 23, 25, 27; SAC ¶¶ 44, 80-93.

[24] M. Adams Dep. Tr. 134:9-12.

[25] SAC ¶¶ 44, 46-47, 95.

[26] *Id.* ¶¶ 13, 44.