KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS #158708
epeters@keker.com
WARREN A. BRAUNIG #243884
wbraunig@keker.com
NICHOLAS S. GOLDBERG #273614
ngoldberg@keker.com
KATIE LYNN JOYCE #308263
kjoyce@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant and Counterclaimant
COMMERCIAL REAL ESTATE EXCHANGE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Defendant.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>COSTAR GROUP, INC. AND COSTAR REALTY INFORMATION, INC.,<br><br>Counterdefendants. | Case No. 2:20-CV-08819 CBM (ASx)<br><br>**DECLARATION OF KATIE LYNN JOYCE IN SUPPORT OF CREXI'S OPPOSITION TO COSTAR'S MOTION TO EXCLUDE OPINION FIVE OF ANDREW CRAIN**<br><br>Ctrm: 8D, 8th Floor<br>Judge: Hon. Consuelo B. Marshall<br><br>Date Filed: September 25, 2020<br><br>Trial Date: March 11, 2025 |

I, Katie Lynn Joyce, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am an partner at Keker, Van Nest & Peters LLP, and I represent Defendant and Counterclaimant Commercial Real Estate Exchange, Inc. ("CREXi") in this action.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Amended Supplemental Expert Report of Daniel Roffman, dated August 6, 2024.

3. Attached hereto as **Exhibit B** are excerpted pages from the deposition of Daniel Roffman, taken on June 6, 2024.

4. Attached hereto as **Exhibit C** are excerpted pages from the deposition of Andrew Crain, taken on July 26, 2024.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct. Executed on November 6, 2024, in San Francisco, California.

_____
Katie Lynn Joyce