# Exhibit A



 CoStar™ | PUT THE MOST POWERFUL COMMERCIAL REAL ESTATE NETWORK TO WORK FOR YOU.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CoStar00105068

# The most complete commercial real estate data and the best exposure for your properties

## $1.3B
Revenue

## 165K
CoStar users

## 32+
Years experience

## 25
Brands

## 4,200
Employees

## 76M
Visitors to our websites monthly

 CSGP-NASDAQ



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CoStar00105069



**LoopNet**™

Visits from **tenants and investors** each month

**12.6M**



**BizBuySell**™

Visits from **entrepreneurs, buyers and sellers** of businesses each month

**2M**



**CoStar**™

Used by 165K+ commercial real estate professionals

(including 95% of the top 1,000 brokerage firms)

**Apartments.com**™

Visits from **renters** each month

**60M**



**Lands of America**™

Visits from **people** interested in land, ranches and farms each month

**1.4M**



CoStar Group™

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CoStar00105070

# Largest Database of CRE Information



| | | |
|---|---|---|
| **6.1M**<br>Commercial properties | **118B**<br>Sq ft. tracked | **1.2M**<br>Active listings |
| **3.6M**<br>Sales comparables | **6.4M**<br>Lease comparables | **7M**<br>Tenants profiled |

 CoStar Group™

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CoStar00105071

# Only CoStar gives you....



**175,000+**
COSTAR USERS



AWARD WINNING REPORTERS FROM AROUND THE WORLD



**600**
SOFTWARE DEVELOPERS
TO FACILITATE GATHERING OF DATA TECHNOLOGY



RESEARCH
**$1B**
INVESTMENT



**1,300+** MARKETING RESEARCH ADVISORS

REAL TIME DATA FEEDS



**90** MARKET ANALYSTS



AERIAL INSIGHTS



**220** DRONES



**234** CARS CANVASSING

**76M** MARKETPLACE VISITORS



LARGEST COMMUNITY OF CRE DEALMAKERS

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CoStar00105072











**View building details, spaces available, on/off market opportunities, photos and ownership info.**

**View cap rates, effective rents, vacancies, absorption rates and more against a true set of competitive peers.**

**Stay ahead of construction activity at a market, submarket or street level.**

**Understand how new supply & demand in your market or submarket will affect your investments.**

**Track comparable sales, properties for sale and sales trends, lease comps and who is active in the market.**

# Fully integrated platform



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CoStar00105073

# The New CoStar

**CoStar Group™**



## Redesigned CoStar Homepage

- CoStar Authored News Articles:
  - 17,639 Articles Published since Feb 2017
- Simplified Access to Marketing Center
- New CoStar Analytics

**OFFICE »**

As Part of National Real Estate Strategy, Walgreens Partnership Makes a Move in Dallas

Campbell Global to Relocate HQ to Oregon's Tallest Building

LSC Development Plans Long Island Self Storage Facility

**RETAIL »**

Walgreens Said to Be Considering $70 Billion Leveraged Buyout

Macerich Sees Improved Leasing Activity, Looming Store Closings in Challenging Quarter

Dialysis Clinic in Orange Closes for $8.8 Million

**MULTIFAMILY »**

JV Sells Cortland Reunion Apartments in Kissimmee

BSR Sells More Properties in US Secondary Markets

Seattle Apartments Celebrating Tech's Early Days Command Top Dollar

**INDUSTRIAL »**

Brookfield Closes on Miami Cargo Park Acquisition

Luggage Specialist Decides Not to Pack

Investor Acquires Anaheim Industrial

**COMPANIES/PEOPLE »**

Seasoned Real Estate Appraiser Rejoins Former Company

Trumark Relaunches Commercial Division

Former Tishman Speyer Broker Returns to DC, and JLL, as Managing Director

**FINANCE/CAPITAL MKTS »**

Grubb Properties Secures $30 Million Loan for Recently Renovated Charlotte Office

Convenience Stores, Tire Shops and Car Washes Top National Retail Properties' 2020 Wish List

Investor Acquires Orlando Area Apartments in Portfolio Sale

**ANALYTICS »**

Industrial Investment Peaks in Many of Arkansas' Metropolitan Areas

Mission Gorge Sale Comes After San Diego State University's Initial Offer for Former Stadium Site

Manhattan Remains a Tech Haven, but Future Demand Faces Issues

**DEVELOPMENT »**

Historic Gaslamp Quarter Bets on Return of the Car-Free Pedestrian Mall

Los Angeles Investor Closes Record-Setting Land Deal in Austin, Texas

Chicago Mayor Vows to Tighten TIF Covenants in City Development Contracts

**HOSPITALITY »**

Luxury Hotelier Mandarin Oriental to Bring Hotel, Condominiums to Dallas

Developer Hopes to Smoke Out Financing for East Tennessee Luxury Resort

Construction to Start Next Year on First JW Marriott Hotel in Dallas

**HEALTHCARE »**

Regenxbio Expands Build-to-Suit Lease in Rockville Biotech Hub

Work Begins on New Use for Former Target on Chicago's South Side

Nashville Investor Snags Medical Office Building in North Carolina

**SPECIALTY »**

Jernigan Capital Acquires 5 Self-Storage Facilities in Miami-Dade County

CubeSmart Looks to 'Grow Smart' to Offset Impact of New Supply in Its Top Markets

Office Building Breaks Ground at Florida Airport

**LEGAL/LEGISLATION »**

Amazon-Backed Seattle City Council Candidates Fall Behind in Vote Count

In Election Year, Even Bipartisan Backed Opportunity Zones Become Political Fodder

US Cities Look to New Jersey on Short-Term Rental Rules for Airbnb

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# CoStar Property Enhancements

**CoStar Group**™



## All new CoStar Property Search with:

- Search Layers including:
  - Heat Maps
  - Opportunity Zones
- Property Placards: allowing users to see images and details while still in Map Mode
- Enhanced Property Analytics including:
  - Key Performance Indicators
  - Demographic information including Population Growth, HH Income
  - New Construction Statistics
- Representation of Coworking space
- CoStar Estimated Rents
- Improved Property and Market Analytics
- Property Favorites and Enhanced Alerts
- Travel Times Search Boundaries

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# CoStar Property Enhancements



## New Property Analytics







HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# CoStar Property Enhancements



## Property Layers



- Parcels
- Opportunity Zones
- Demographics
- Market Statistics

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CoStar00105077

CoStar Property
Enhancements



# Multi Asset Class Underwriting Reports



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# CoStar Sales COMPS Enhancements



## All new CoStar Sales Comps

- Custom Analytic Reports and Charts
- Comps Detail Page Enhancements
- Improved Property and Market Analytics
- Search Layers including Heat Maps, Parcels and Opportunity Zones

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# CoStar Analytics Enhancements



## Search Markets

- 1,560 Curated Market Reports for Office, Industrial, Retail and Multifamily
- 10,532 Curated Submarket Reports for Office, Industrial, Retail and Multifamily
- CoStar Market Analyst Videos (Updated Quarterl
- Market and Submarket Compare
- Replaces Retired Quarterly Market Reports
- Real Time Reporting (Previously Quarterly)
- Search Layers with Heat Maps

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# CoStar Analytics Enhancements

## Market Compare





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CoStar Analytics
Enhancements





**Orange County - CA** ▾
Multi-Family Market
☆☆☆☆☆

| 243,115 ⬇ Inventory Units | 6,101 ⬍ Under Constr Units | 2,677 ⬇ 12 Mo Absorp Units | 4.6% ⬍ Vacancy Rate | $2,076 ⬇ Market Asking Rent/Unit | $373 K ⬇ Market Sale Price/Unit | 4.2% ⬍ Market Cap Rate |

**Summary**   Rent   Construction   Sales   Economy   Players   Vacancy   Submarkets   Data

## Summary

The large amount of new inventory to have delivered this cycle in Orange County has almost solely been focused on high-end luxury units. Developers often have little choice, as the cost of development has continued to surge, and numerous supply constraints have provided additional obstacles to new construction.

While rent growth had slowed in the past few years, strong summer leasing pushed 12-month rent growth back above the national and historical averages. Submarkets that had seen some of the largest inventory growth this cycle finally saw solid rent growth as strong lease-up helped landlords drive rent growth in recent quarters. Pricing continues to rise, as investor interest in Orange County has yet to wane, though sales volume has continued to trend down.



**Orange County Multifamily Update**                                    9:30

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    CoStar00105082





## All new CoStar Mobile

- iPhone and Android Mobile Apps
- iPad and Tablet
- Apple Watch Support
- Reports and Property Listings
- Stacking Plans
- Realtime GPS and 3D building Maps

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# DAILY Rent Observations (Impact of Covid-19)



- Automated data feeds on over 60,000+ communities advertising on Apartments.com.
- Tracking over 31,000,000 market-rate rental units
- 300,000,000+ data points captured monthly.

New York – 4 & 5 Star Multi-family



Orange County – 4 & 5 Star Multi-family



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CoStar00105084

# DAILY Rent Observations (Impact of Covid-19)



## Seattle – 4 & 5 Star Multi-family



## Boston – 4 & 5 Star Multi-family



## Washington DC – 4 & 5 Star Multi-family



## Los Angeles – 4 & 5 Star Multi-family



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CoStar00105085

# Full List of Enhancements since 2016... (more to come in 2020)


CoStar Group™

| 1 | Proudct Area | Feature | Released |
|---|---|---|---|
| 2 | Analytics | Multi-Family Full Underwriting Report | 2016 |
| 3 | Analytics | Multi-Family Rent Survey Report | 2016 |
| 4 | Analytics | Multi-Family Condensed Rent Survey Report | 2016 |
| 5 | Analytics | Office Full Underwriting Report | 2017 |
| 6 | Analytics | Industrial Full Underwriting Report | 2016 |
| 7 | Analytics | Property Detail Multi-Family Comps Tab | 2016 |
| 8 | Analytics | Multi-Family Collaborative Filtering (using Apartments.com | 2016 |
| 9 | Analytics | Custom Market Report (Property Report) | 2016 |
| 10 | Analytics | Daily Asking Rent Chart (Actual Feed Data) | 2016 |
| 11 | Analytics | MF Modeled Estimated Rent | 2016 |
| 12 | Analytics | MF Modeled Estimated Rent - Forecast 5 Years | 2017 |
| 13 | Analytics | Commercial Same Store Modeled Rent (Office, Industrial, R | 2017 |
| 14 | Analytics | Market Report (Office, Industrial, Retail, MF) | 2017 |
| 15 | Analytics | Submarket Report  (Office, Industrial, Retail, MF) | 2017 |
| 16 | Analytics | Search Markets Application (List, Map, Compare, KPI) | 2017 |
| 17 | Analytics | Demographic Mapping (block group display) | 2017 |
| 18 | Analytics | Commercial Estimated Rent Data and UI Display | 2018 |
| 19 | Analytics | Analytic Results Dashboard for Commercial and MF (Under | 2019 |
| 20 | Search Products | Modernized the Public Record/Assessment tab in Property | 2016 |
| 21 | Search Products | Modernization of For Sale Detail Pages | 2016 |
| 22 | Search Products | LoopNet Diamond & Platinum advertised properties displa | 2016 |
| 23 | Search Products | Add/Edit Lease Comps within CoStar Property | 2016 |
| 24 | Search Products | Lease Comps Import Tool | 2016 |
| 25 | Search Products | New Property Summary report | 2016 |
| 26 | Search Products | New Lease Availability report | 2016 |
| 27 | Search Products | User Entered Attachments & Images for Lease Comps | 2016 |
| 28 | Search Products | Modernization of Sale Comps Detail Pages | 2016 |
| 29 | Search Products | Modernization of Tenant Detail Pages in Property | 2016 |
| 30 | Search Products | Implemented Google Maps in all CoStar products including | 2017 |

| 1 | Proudct Area | Feature | Released |
|---|---|---|---|
| 31 | General | New CoStar Home page & menu | 2017 |
| 32 | General | Re-engineered Lookup with smart type ahead assistance | 2017 |
| 33 | News | Prominent placement of redesigned CoStar News | 2017 |
| 34 | Search Products | featuring: | 2018 |
| 35 | Search Products | Estimated Rents on all CoStar Properties | 2018 |
| 36 | Mobile | Search for properties, for lease, for sale and sale comps | 2017 |
| 37 | Mobile | Search and view Lease Comps | 2017 |
| 38 | Mobile | Parcel layer on map | 2018 |
| 39 | Mobile | Find nearby properties | 2018 |
| 40 | Mobile | View, edit and update listings | 2019 |
| 41 | Search Products | New Multi-Family Search interface | 2019 |
| 42 | General | updated My Preferences page | |
| 43 | Search Products | UK Map Layers: Retail & Shopping Center | 2019 |
| 44 | Search Products | CAN-specific deliverables: Parcel data layer for major marke | 2019 |
| 45 | Search Products | New Comps Search Launch & Cutover | 2019 |
| 46 | Search Products | New For Sale Search Launch & Cutover | 2019 |
| 47 | Mobile | News presentation on phone | 2019 |
| 48 | Workflow Tools | single sign-on with CoStar (eliminated separate Propex | 2019 |
| 49 | Analytics | Commercial Peers tab | 2019 |
| 50 | Analytics | Market Analyst Videos | 2019 |
| 51 | Analytics | Industrial Underwriting Report | 2019 |
| 52 | Analytics | Retail Underwriting Report | 2019 |
| 53 | Analytics | Shopping Center Underwriting Report | 2019 |
| 54 | Analytics | Student Housing Market Reports | 2019 |
| 55 | Analytics | Student Housing added to Search Markets | 2019 |
| 56 | Analytics | Student Housing Underwriting Report | 2019 |
| 57 | Analytics | Daily Rent analytics for all Property Types | 2019 |
| 58 | Analytics | Capital Markets Report | 2019 |
| 59 | Analytics | Retail & MF | 2019 |
| 60 | Search Products | US Public Record Search | 2020 |
| 61 | Analytics | Big Book content added to CoStar Suite | 2018 |
| 62 | Workflow Tools | CoStar Lease Analysis redesign | 2020 |
| 63 | | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Exhibit B

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CoStar00219286





# MULTI-FAMILY OWNERS & INVESTORS

The power of

## KNOWING



CoStar00219286.001

# How do owners and investors use CoStar?



Assess markets and property types to craft strategy

Identify acquisition opportunities

Find sites for development

Target tenants and craft marketing strategies

Analyze and underwrite deals

Identify local brokers and property managers

Identify opportunities to increase rents and occupancy

Monitor performance relative to peers

CoStar00219286.002



# Who is CoStar?

CoStar00219286.003



**The most comprehensive commercial real estate data.**

**The most influential network of CRE professionals.**

**$3B**
invested in research and technology

**35**
years of experience

**5,400**
employees

**188K**
CoStar users

**29**
brands

**1.9B**
visitors to our websites annually

CoStar00219286.004



**CoStar™**

# International reach.
# Global customer base.
# Local expertise.

85 offices across North America, Asia and Europe.
Clients spanning 42 countries.

CoStar00219286.005

# CoStar Group has the industry's most trusted brands



**LoopNet**
The most heavily trafficked commercial real estate marketplace

**str**
The leading provider of premium benchmarking, analytics and marketplace insights for the global hospitality sectors

**Realla.**
The UK's most powerful search engine for commercial property

**Cozy**
List properties, screen tenants, and collect rent for free

**homesnap**
The real estate industry's national search portal, featuring the same accurate, real-time information that agents use

**CoStar**
The Largest Commercial Real Estate Information & Analytics Provider

**Apartments.com**
The number one apartment listing network

**Ten·X**
The leading platform for online commercial real estate transactions

**BizBuySell**
The most heavily trafficked business for sale marketplace

**Land.com**
The most heavily trafficked rural land for sale marketplace

**Homes.com**
A collaborative marketplace to connect buyers, sellers, and agents and equip them with the right tools to enable smart transactions

CoStar00219286.006

# Multifamily industry leaders trust CoStar

CoStar™





























CoStar00219286.007

# Exhibit C

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CoStar00223706

# Tenants are searching online for a property like yours.

We make sure they find you – not your competitor.



     

CoStar00223706.001

# The internet has created transformative opportunities to market commercial real estate online

---

# CoStar Group is the global leader in helping our clients navigate this emerging digital world



CoStar00223706.002

# 21 leading commercial real estate online marketplaces

    

    

ForRent.com

WestsideRentals

ApartmentFinder™

apartmenthomeliving

realtor.com®

Land And Farm

Apartamentos.com™

    

CoStar00223706.003

# Most online traffic

#1 in Commercial Real Estate

#1 in Apartments

#1 in Businesses for Sale

#1 in Land and Farm

#1 in the United States

#1 in Canada

#1 in the United Kingdom

#1 in Spain

CoStar00223706.004