# CoStar's online audience is unparalleled



CoStar00223706.005

*Comscore, Hitwise

# An incredibly vibrant online marketplace

## 1,300,000,000
Visits to our websites annually

## 1,000,000
Properties advertised



# CoStar marketplaces leads have led to

## 20,000,000
### Property leases

## 1,000,000
### Properties sold





**The stakes are high.**
Office building owners lose $40 billion annually due to excess vacancy.

CoStar00223706.008

# 84% of all office availabilities sit vacant for over 6 months costing owners $4.3 billion per year



CoStar00223706.009

# Owners selling in the past decade lost $339 billion of potential value because of average vacancy rate of 20%



95,472 Office Properties 3-5 Star Sold in U.S. Past 10 Years

CoStar00223706.010

# Competition is everywhere



# Competitors on every corner:
# 4,500 high quality spaces within just 15 minutes



CoStar00223706.012



CoStar00223706.013



# But it is very difficult to stand out

CoStar00223706.014



# Marketing office space is challenging

CoStar00223706.015

# A typical building has 25,000 prospective tenants within 5 miles



# 200,000

decision-makers
and influencers in
that universe of 25,000
prospective tenants

CoStar00223706.016

# Many of your prospect's decision influencers are outside of your market

## 40%
of searches for office space originate outside of your market

## 25%
of tenants have their headquarters outside of your market

CoStar00223706.017

# It is impossible to build a good email list of 200,000 decision influencers across the country



CoStar00223706.018

# Email blasts miss most of your prospects

- The list is incomplete

- Majority of tenants missing

- Emails go to brokers

- Majority of emails are SPAM

- Click through rates are less than 3.5%



     

CoStar00223706.019

# Websites do not reach out to your prospects





**Property website is not found after scrolling to the last page – page 13**

     

CoStar00223706.020

# Signs reach potential tenants that are already at your building



CoStar00223706.021

# Digital marketplaces offer compelling value

## Virtually every industry sells their products through them today





CoStar00223706.022

# Other industries have shifted their strategies to digital



US Total Media Ad Spending, by Media 2008-2023
source: eMarketer

CoStar00223706.023

# When people make a major purchase, they go online...









**40%**
of U.S. couples meet online

**93%**
of home buyers search for their next house online

**96%**
of Baby Boomers are conducting a job search online

**93%**
of consumers research online before buying a car

*National Association of Realtors, MultiGenerational Job Search; Millenial Branding and Beyond.com, Easyautosale.com

     

CoStar00223706.024



# THEN

# Realtors used to sell homes by marketing to other realtors with flyers and the MLS





CoStar00223706.025



# 50% of home buyers find their next house themselves on the Internet



CoStar00223706.026



# CRE has changed too

The majority of companies search for their next office on the Internet

CoStar00223706.027



Sponsored a joint independent study of commercial real estate searches online



88% of tenants search for commercial real estate online

     

CoStar00223706.028

 & 

Sponsored a joint independent study of commercial real estate searches online



**40% have leased a property they initially found themselves searching online**

CoStar00223706.029

     



# 12.6M Monthly Visits

LoopNet is the most visited
commercial real estate website in the world

CoStar00223706.030



| | 0 | 1,000,000 | 2,000,000 | 3,000,000 | 4,000,000 | 5,000,000 | 6,000,000 | 7,000,000 |
|---|---|---|---|---|---|---|---|---|

LoopNet
WeWork
CREXi
commercial.century21.com
42Floors
Regus Business Centres
OfficeSpace
Buildout
LiquidSpace
Cushman Wakefield
Brevitas
Catylist
Reonomy
Realnex
commercialmls.com
The Brokerlist
CBRE
getdigsy.com
squarefoot.com
totalcommercial.com
CIMLS
compstak.com
propertysend.com
VTS
Colliers
Real Capital Analytics
Search Office Space
realmassive.com
JLL
Reis
officefinder.com
Real Capital Markets
pivotdesk.com
brownfieldlistings.com
Property Line

# LoopNet has 22X more unique visitors





CoStar00223706.031

# LoopNet ranks #1 on Google on more than 22,000 commercial real estate search terms



| | |
|---|---|
| 🔍 commercial office space \| | 🎤 |

🔍 commercial office space **for rent**

🔍 commercial office space **for rent near me**

🔍 commercial office space **for sale**

🔍 commercial office space **for lease**

🔍 commercial office space **near me**

🔍 commercial office space **for sale near me**

🔍 commercial office space **for lease near me**

🔍 commercial office space **design**

🔍 commercial office space **design ideas**

🔍 commercial office space **rental rates**

Google Search    I'm Feeling Lucky

*Report inappropriate predictions*

          

CoStar00223706.032

# LoopNet has page 1 presence on Google for 25,500 search terms





     

CoStar00223706.033

# 82% of companies that are searching for space search on LoopNet



**82%**

     

# We see 10,000 corporations searching LoopNet every day

QUALCOMM | Johnson & Johnson | LabCorp | Broadridge | JPMorgan Chase & Co. | LENNAR

Booz Allen | hp | PG&E | New York Life | Pfizer | American Express

Principal | ASSURANT | RH Robert Half | usbancorp | CenturyLink | MetLife

Thrivent Financial | xerox | USAA | VISA | General Mills | ABM

Ford | NCR | Lilly | citi | AT&T | intuit

Duke Energy | CBS Corporation | CITRIX | Level(3) Communications | amazon | Blackstone

International Paper

# We see 10,000 corporations searching LoopNet every day

     

     

     

     

     

     

  

CoStar00223706.036

# Example: Amazon is the largest tenant in America and has searched LoopNet 66,012 times in 12 months



     

# Amazon case study

## 6,585 Total Views







| amazon | amazon | amazon | amazon | | amazon | amazon | amazon | amazon | amazon |
|---|---|---|---|---|---|---|---|---|---|
| 40 Views | 19 Views | 28 Views | 19 Views | | 9 Views | 38 Views | 30 Views | 19 Views | 43 Views |

## 13 Total Views



| April 2017 | | Nov 2018 | Dec 2018 | Jan 2019 | Feb 2019 | March 2019 | April 2019 | May 2019 | June 2019 | July 2019 | Aug 2019 | Oct 2019 |

## Less than $10,000 invested for a $150,000,000 lease

CoStar00223706.038



# CoStar also puts your property in front of brokers

## 125,000

commercial real estate professionals use CoStar. No other source comes close.

## 40 Million

total monthly searches

## 130,000

deals trailing 12 months

CoStar00223706.039

# 99% of the top 100 US brokerage firms rely on CoStar


















































CoStar0228706.040

# Exhibit D



CoStar00115780

# Exhibit E



CoStar00240193

# Exhibit F



CoStar00242976

# Exhibit G



CoStar00258914

# Exhibit H



CoStar00245121

# Exhibit I



OUTSIDE COUNSEL ONLY

CoStar00380654

# Exhibit J



OUTSIDE COUNSEL ONLY

CoStar00380753

# Exhibit K



OUTSIDE COUNSEL ONLY

CoStar00380714

# Exhibit L

| From: | Cory Acree [/O=COSTARGROUP/OU=SD/CN=RECIPIENTS/CN=CACREE] |
|---|---|
| Sent: | 4/9/2020 8:18:03 PM |
| To: | Tod Kuwahara [tkuwahara@costar.com] |
| Subject: | RE: CREXi SEM |

Also I wanted to let you know that they don't show up for any of the geo specific campaigns...most likely due to high CPC for those keywords.

-Cory

**From:** Tod Kuwahara
**Sent:** Thursday, April 9, 2020 1:14 PM
**To:** Cory Acree
**Subject:** Re: CREXi SEM

Yeah, that's the odd thing, all indications are that they have a very minimal spend, but they are doing well with that small budget. They must have figured out how to best optimize their spend, but at the same time, that should be easy to counteract I'd assume.

**From:** Cory Acree <CAcree@costar.com>
**Date:** Thursday, April 9, 2020 at 1:06 PM
**To:** Tod Kuwahara <tkuwahara@costar.com>
**Subject:** RE: CREXi SEM

Oh I understand. I've been bidding aggressively on their branded keyword. We don't get a lot of clicks, but we are showing up sometimes.

I can tell from looking at the account that their keyword list is pretty limited...the campaigns included are really the only places they show up in the auction insights reports from Google.

-Cory

**From:** Tod Kuwahara
**Sent:** Thursday, April 9, 2020 1:01 PM
**To:** Cory Acree
**Subject:** Re: CREXi SEM

Thanks, I'll pass this data on. BTW, we do need to be proactive and address this to stunt their growth, or it will come back to bite us. So, if you can find some campaigns that will hurt them, you shouldn't hesitate.

**From:** Cory Acree <CAcree@costar.com>
**Date:** Thursday, April 9, 2020 at 12:57 PM
**To:** Tod Kuwahara <tkuwahara@costar.com>
**Subject:** RE: CREXi SEM

That backs up what I was seeing as well. The commercial real estate keyword is in its own ad group, so I'm able to see data for that keyword. I've included some stats below. Their Impression Share increased in that campaign from 15.6% to 42%. March 16th was the first week when we started seeing a major slowdown, and I compared this most recent time period to the 24 days prior.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Impression Share for top Campaigns

| Campaigns | Commercial Real Estate | | Top Terms CRE | | Top Terms Office | | Top Terms Industrial | |
|---|---|---|---|---|---|---|---|---|
| Time Periods | LoopNet | CREXi | LoopNet | CREXi | LoopNet | CREXi | LoopNet | CREXi |
| Feb 21- March 15 | 84.65% | 15.62% | 40% | N/A | 69% | N/A | 69.93% | N/A |
| March 16-April 9 | 90% | 42% | 38% | <10% | 66% | 10.23% | 64.46% | <10% |

In response to this data, I've been boosting the Showcase and Cityfeet keywords as well in order to capture some more market share for our brands.

The two sites that have seen the largest decrease in impression share as a result of the coronavirus is cadre.com and realmassive.com.

-Cory Acree

---

**From:** Tod Kuwahara
**Sent:** Thursday, April 9, 2020 12:50 PM
**To:** Cory Acree
**Subject:** Re: CREXi SEM

SimilarWeb data, which we use for general competitive tracking, is in for March now.  It shows CREXi paid search traffic is up 38%.  I'll be passing that on to Joe.

---

**From:** Cory Acree <CAcree@costar.com>
**Date:** Thursday, April 9, 2020 at 9:14 AM
**To:** Tod Kuwahara <tkuwahara@costar.com>
**Subject:** RE: CREXi SEM


They haven't really been affected…I think it's partly because their spend appears to be pretty low and focused on a few campaigns.

When looking at the auction insights reports in Google, their position is much lower than ours but doesn't appear to have changed much due to COVID.  I'll get some data together though.

-Cory

---

**From:** Tod Kuwahara
**Sent:** Wednesday, April 8, 2020 5:31 PM
**To:** Cory Acree
**Subject:** CREXi SEM

Joe is asking if you have any data available to determine how CREXi has been affected lately due to COVID.


**Tod Kuwahara**
Director of Product Development, SEO at LoopNet.com
CoStar Group

901 Via Piemonte, #450
Ontario, CA  91764

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CoStar00164945

(213) 462-1680 x7029 Office
tkuwahara@costar.com

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CoStar00164946

# Exhibit M

| | |
|---|---|
| **From**: | Joe Albrecht [/O=COSTARGROUP/OU=SD/CN=RECIPIENTS/CN=JALBRECHT] |
| **Sent**: | 2/5/2020 6:14:30 PM |
| **To**: | Cory Acree [cacree@costar.com] |
| **CC**: | Tod Kuwahara [tkuwahara@costar.com] |
| **Subject**: | RE: Buy up the SEM in Omaha, NE |

Yes

**From:** Cory Acree <CAcree@costar.com>
**Sent:** Wednesday, February 5, 2020 9:54 AM
**To:** Joe Albrecht <JAlbrecht@costar.com>
**Cc:** Tod Kuwahara <tkuwahara@costar.com>
**Subject:** RE: Buy up the SEM in Omaha, NE

OK...I've made changes to help.

It seems like Omaha has received a LOT of attention.  Is this due to cancellations, aggressive sales managers, or CREXI being stronger there?

**From:** Joe Albrecht
**Sent:** Tuesday, February 4, 2020 5:27 PM
**To:** Cory Acree
**Cc:** Tod Kuwahara
**Subject:** Buy up the SEM in Omaha, NE

Cory,

Can you buy up the SEM in Omaha for the common FL keywords so that we take the top 3 spots. Use Cityfeet, and Showcase as blockers. We have a competitor (CREXI) trying to make a play. I want to suck all the oxygen to our sites so we drive up the most traffic on our listings. Sales will use it to recapture some accounts.

Can you also buy CREXI keyword. Put our three brands above theirs?

CoStar00381414



office for lease omaha

Q All  Maps  News  Images  Shopping  More     Settings  Tools

About 5,000,000 results (0.61 seconds)

Ad - www.loopnet.com/Omaha/Office-Space ▾
**Omaha Office Space For Lease | 1000's of Listings Added Daily**
Search **Office** Space For **Lease** in **Omaha** by Property Type, Location and Cost. View HD Pictures
and Videos. Research Community Demographics and Information. Real-Time Intelligence.
Community Information. Interactive Map Search. Unmatched # of Listings.
Saved Searches · Find A Broker · Sign In · Properties For Sale · Properties For Lease · Sign Up

Ad - www.easyoffices.com/ ▾
**Offices Lease In Omaha | We Do The Hard Work For You**
Your New **Office** - Fully Supplied, Ready-To-Go, With Furniture Set Up As You Need. Flexible,
Furnished & Ready For You. View - Do A Deal - Move In Tomorrow! Free Expert Advice. Register
Online. View Case Studies.

Ad - www.regus.com/ ▾
**Lease Offices in Omaha | Join The Workspace Revolution**
Work Your Own Way. Join Regus in **Omaha** - Contact Us Today. Let Us Help You Find Your...

Ad - www.wework.com/ ▾  (646) 655-4053
**WeWork Orange County | Offices for Lease | WeWork.com**
Move-in Ready, Full-Serviced **Office** Space For Teams of Any Size. Book A Tour Today.

www.loopnet.com › nebraska › omaha_office-space-for-lease ▾
**Omaha, NE Office Space for Lease - LoopNet.com**
LoopNet is the leading **commercial** real estate listing service with over 5.1 billion sq ft of **space**
for **lease**. Other **Omaha**, NE properties and coworking **space** available for **lease** can be found by
selecting a property type on the right. ... 13750 Millard Ave - **Office Space**.
Space Available: 2,000 - 6,000 SF    Building Size: 17,298 SF
Spaces: 2 Spaces                    Price: $1.58 - $1.92 /SF/Mo

---

CREXi                                                      Q

Q All  News  Maps  Videos  Images  More     Settings  Tools

About 517,000 results (0.42 seconds)

Ad - www.crexi.com ▾  (888) 799-1442
**CREXi® Commercial Real Estate | Buy & Lease CRE Properties**
Search Over 250,000 Properties For Sale and Lease. Find Your Next Investment or Space Today!
Digital LOIs to Close. New Listings Added Daily. Locate Properties. Over 250,000 CRE Listings.
Advanced Property Search. Types: Net Lease, Multi Family, Retail, Office.

**Find Properties**                      **List Your Properties**
Commercial Real Estate Properties        Post Your CRE Listing on CREXi
Search By Location, Broker or Price      Upload Property Details & Photos

www.crexi.com ▾
**CREXi: Commercial Real Estate for Sale & Lease**
Buy, sell, or lease commercial real estate, including retail, office, industrial & multifamily
properties all over the U.S. Visit CREXi.com to get started.

**For Sale**                             **For Lease**
Search commercial real estate for        4,437 SF Medical Space for Lease.
sale, including retail, office ...       Office | 1 space available 4,437 ...

**About**                                **My CREXi Dashboard**
About CREXi. CREXi makes CRE            Photos, maps, description for
easy by consolidating the entire ...    commercial real estate.

**Add A Listing**                        **Broker Plans**
Add your listing to CREXi.com           Learn more about CREXi Broker
today. Listing for sale or for ...       plans. CREXi provides a robust...

More results from crexi.com »

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CoStar00381415

# Exhibit N

**(DOCUMENT PROPOSED TO BE FILED UNDER SEAL IN ITS ENTIRETY)**

# Exhibit O

**(DOCUMENT PROPOSED TO BE FILED UNDER SEAL IN ITS ENTIRETY)**

# Exhibit P

**(DOCUMENT PROPOSED TO BE FILED UNDER SEAL IN ITS ENTIRETY)**