KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS #158708
epeters@keker.com
WARREN A. BRAUNIG #243884
wbraunig@keker.com
NICHOLAS S. GOLDBERG #273614
ngoldberg@keker.com
KATIE LYNN JOYCE #308263
kjoyce@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant and Counterclaimant
COMMERCIAL REAL ESTATE EXCHANGE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Defendant.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>COSTAR GROUP, INC. AND COSTAR REALTY INFORMATION, INC.,<br><br>Counterdefendants. | Case No. 2:20-CV-08819 CBM (ASx)<br><br>**DECLARATION OF KATIE LYNN JOYCE IN SUPPORT OF CREXI'S REPLY BRIEF IN SUPPORT OF *DAUBERT* MOTION TO EXCLUDE OPINIONS OF MR. DANIEL ROFFMAN**<br><br>Date: January 7, 2025<br>Time: 10:00 a.m.<br>Ctrm: 8D, 8th Floor<br>Judge: Hon. Consuelo B. Marshall<br><br>Discovery Cutoff: November 30, 2023<br>Pre-Trial Conf.: February 11, 2025<br>Trial Date: March 11, 2025 |

I, Katie Lynn Joyce, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am a partner at Keker, Van Nest & Peters LLP, and I represent Defendant and Counterclaimant Commercial Real Estate Exchange, Inc. ("CREXi") in this action.

2. I make this declaration in support of CREXi's Reply Brief In Support of *Daubert* Motion to Exclude Opinions of Mr. Daniel Roffman. I have personal knowledge of the facts set forth herein, and if called to testify as a witness thereto under oath, I could competently do so.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the transcript of the deposition of Daniel Roffman, dated June 6, 2024.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct. Executed on November 26, 2024, in San Francisco, California.

_____
Katie Lynn Joyce

# EXHIBIT 1

```
 1                 UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3                       WESTERN DIVISION

 4     - - - - - - - - - - - - - x
                                 :
 5     COSTAR GROUP, INC., and   :
       COSTAR REALTY             :
 6     INFORMATION, INC.,        :   CASE NO.
                                 :
 7          Plaintiffs,          :   2:20-cv-08819 CBM (ASx)
                                 :
 8     v.                        :
                                 :
 9     COMMERCIAL REAL ESTATE    :
       EXCHANGE, INC.,           :
10          Defendant.           :
       - - - - - - - - - - - - - x
11     COMMERCIAL REAL ESTATE    :
       EXCHANGE, INC.,           :
12          Counterclaimant.     :
                                 :
13     v.                        :
                                 :
14     COSTAR GROUP, INC., and   :
       COSTAR REALTY             :
15     INFORMATION, INC.,        :
                                 :
16          Counter Defendants.  :
       - - - - - - - - - - - - - x

17

18           CONFIDENTIAL - ATTORNEYS EYES ONLY
          VIDEOTAPED DEPOSITION OF DANIEL ROFFMAN
19                  Thursday, June 6, 2024
                         9:01 a.m.
20

21     JOB NO.:  1015094
       Pages 1 through 309
22     Reported By:   CASSANDRA E. ELLIS, CSR-CA #14448,
       CSR-HI #475, CCR-WA #3484, RPR, RMR, RDR, CRR,
23     Realtime Systems Administrator #823848

24

25
```

```
13:28:20   1    CREXi sessions that the LoopNet accounts for
13:28:22   2    Mike Rosenfeld, navigated to the discussed
13:28:25   3    listing in LoopNet, 804 Pershing Drive, in
13:28:30   4    Silver Spring, Maryland, on June 17th, 2020; do
13:28:33   5    you see that?
13:28:33   6          A.   That's correct.
13:28:34   7          Q.   Your report does not identify any
13:28:36   8    accused image that is associated with that
13:28:38   9    address; correct?
13:28:39  10          A.   That's correct.
13:28:57  11          Q.   And you did not determine whether
13:28:58  12    an accused image for that property was accessed
13:29:02  13    during the activity that you identify; correct?
13:29:04  14          A.   As I described earlier, there would
13:29:07  15    be no log of that.  The images load when you
13:29:11  16    load the listing page.  So from that
13:29:14  17    perspective, I would assume that they did, but I
13:29:18  18    don't have a log to prove it.
13:29:20  19          Q.   And even if the images load when
13:29:22  20    the listing page is loaded, they're in a gallery
13:29:26  21    that you have to click through; correct?
13:29:29  22               MS. TOMKOWIAK:  Objection, calls
13:29:30  23    for speculation.
13:29:31  24          A.   I looked at them again the other
13:29:37  25    day.  I don't recall with specificity, but that
```

```
13:29:40   1    seems about right that you may have to click
13:29:43   2    through images.
13:29:44   3             Q.   And you did not analyze whether the
13:29:46   4    images for 804 Pershing Drive were clicked
13:29:52   5    through during the user activity that you
13:29:54   6    discuss in paragraph 123?
13:29:56   7             A.   I don't -- I don't know that those
13:29:59   8    would even show up in the logs if they were
13:30:01   9    preloaded with the page.
13:30:02  10             Q.   And you did not determine -- but
13:30:08  11    you did -- you did not analyze whether the
13:30:11  12    images were clicked through during the user
13:30:15  13    activity that you discussed in paragraph 123?
13:30:19  14             MS. TOMKOWIAK:   Objection, asked
13:30:20  15    and answered.
13:30:20  16             A.   My analysis didn't cover that, I
13:30:22  17    can think of examples where the photos might
13:30:24  18    load otherwise, but I did not do that analysis.
13:30:27  19             Q.   And you did not determine when or
13:30:35  20    how the accused image related to this property
13:30:39  21    appeared on CREXi; correct?
13:30:40  22             A.   I did not write about that, I may
13:30:49  23    have looked at the SAMIS to look at that, but I
13:30:52  24    don't recall, at the moment, having done that.
13:30:53  25             Q.   Well, the SAMIS is produced by
```

```
13:30:57   1    CoStar, you would have had to look at Appendix
13:30:59   2    D, CREXi's Appendix D.  Did you analyze Appendix
13:31:03   3    D in the context of this paragraph, to your
13:31:07   4    recollection?
13:31:08   5         A.   I definitely referenced Appendix D.
13:31:12   6    I don't know if I did in the context of this
13:31:14   7    particular paragraph.  So I don't -- I don't
13:31:17   8    know.  The SAMIS would have told me when CoStar
13:31:20   9    at least knew about it, but I don't recall
13:31:22  10    exactly whether I looked at Appendix D for this
13:31:25  11    or not.
13:31:27  12         Q.   And your report does not disclose
13:31:29  13    any opinion or determination of when or how an
13:31:32  14    accused image appeared on CREXi related to 804
13:31:36  15    Pershing Drive?
13:31:37  16         A.   I have no opinion on that.
13:31:39  17         Q.   And in this same paragraph, you
13:31:43  18    identify an IP address that you attribute to
13:31:48  19    Mr. Rosenfeld; correct?
13:32:03  20              I can clarify.  I can clarify my
13:32:05  21    question.
13:32:05  22              MS. TOMKOWIAK:  Yeah.
          23    BY MS. JOYCE:
13:32:06  24         Q.   In the same paragraph, you identify
13:32:08  25    user activity from Mr. Rosenfeld that occurred
```

DANIEL ROFFMAN - CONFIDENTIAL - AEO
JUNE 06, 2024

JOB NO. 1015094

| | | |
|---|---|---|
| 13:43:56 | 1 | A.  I do. |
| 13:43:56 | 2 | Q.  Your report does not identify any |
| 13:43:58 | 3 | accused images that are associated with the 65 |
| 13:44:03 | 4 | Bagby Drive address; correct? |
| 13:44:04 | 5 | A.  Again, as I said before, the |
| 13:44:10 | 6 | address and the listings show up in the logs, |
| 13:44:14 | 7 | but the photographs do not, so I don't have that |
| 13:44:17 | 8 | data. |
| 13:44:18 | 9 | Q.  And your report does not determine |
| 13:44:23 | 10 | whether an accused image for the 65 Bagby Drive |
| 13:44:27 | 11 | property was accessed or viewed during the |
| 13:44:31 | 12 | activity you describe in your report because the |
| 13:44:34 | 13 | logs don't show that? |
| 13:44:35 | 14 | A.  Can you say it one more time? |
| 13:44:42 | 15 | Q.  Yeah.  Your report does not |
| 13:44:44 | 16 | determine whether an accused image for the 65 |
| 13:44:47 | 17 | Bagby Drive property was accessed or viewed |
| 13:44:49 | 18 | during the activity you describe in your report |
| 13:44:52 | 19 | because the logs don't show that? |
| 13:44:54 | 20 | A.  The LoopNet logs do not show that, |
| 13:44:56 | 21 | and no other logs, such as outbound logs from |
| 13:45:00 | 22 | CREXi, have been produced, which might have |
| 13:45:02 | 23 | shown that. |
| 13:45:03 | 24 | Q.  And you did not determine when or |
| 13:45:06 | 25 | how an accused image appeared on CREXi? |

13:45:09  1              A.   There may have been indicators of
13:45:19  2    that in documents I reviewed or even videos that
13:45:22  3    I reviewed, but I didn't do an analysis of that.
13:45:25  4              Q.   In paragraph 126, you say that
13:45:30  5    CoStar alleges that BPO Neptune viewed a listing
13:45:34  6    for 4229 Lafayette Center Drive, Chantilly,
13:45:40  7    Virginia, on September 7th, 2020, the same date
13:45:43  8    details of that property listing appeared on
13:45:45  9    CREXi; do you see that?
13:45:45  10             A.   I do.
13:45:49  11             Q.   Do you know if the details of that
13:45:52  12   property listing refers to data about the
13:45:57  13   property listing or an image?
13:46:00  14             A.   I don't know, sitting here right
13:46:04  15   now.  I would want to -- that cites to the
13:46:07  16   second amended complaint, so I would want to go
13:46:09  17   look at what is specifically in there.
13:46:11  18             Q.   And your report does not identify
13:46:14  19   any accused image that is associated with the
13:46:18  20   4229 La Fayette Center Drive address; right?
13:46:21  21             A.   It does not, but again, that would
13:46:23  22   not show up in the logs from LoopNet.
13:46:25  23             Q.   And because it does not show up in
13:46:29  24   the logs from LoopNet you did not determine
13:46:34  25   whether an accused image was accessed or viewed

```
13:46:37   1   for the 4229 La Fayette Center Drive property
13:46:41   2   during the activity you identify?
13:46:43   3           A.   It's not in the logs that were
13:46:53   4   available to me.  If you want to make other data
13:46:56   5   available I'm happy to consider it and, you
13:46:59   6   know, revise as necessary.
13:47:01   7           Q.   And you did not determine when or
13:47:03   8   how an accused image appeared on CREXi?
13:47:06   9                MS. TOMKOWIAK:  Objection, asked
13:47:07  10   and answered.
13:47:07  11           A.   As I said, I didn't do an analysis
13:47:11  12   of that, I may have observed in documents that
13:47:13  13   were produced or in videos, but I didn't
13:47:16  14   actually seek to try and analyze that.
13:47:18  15           Q.   And then, at the end of paragraph
13:47:21  16   126, you say that you determined IP address
13:47:27  17   111.93.250.26 was associated with Neptune
13:47:37  18   Business Solutions BPO; correct?
13:47:39  19           A.   I see that, yes.
13:47:42  20           Q.   And you say that IP address
13:47:44  21   generated 13,885 requests in a LoopNet logs
13:47:49  22   across 1,319 sessions requesting information on
13:47:55  23   3,817 listings; is that right?
13:47:58  24           A.   I see that.
13:48:00  25           Q.   And you did not provide a list of
```

| | | |
|---|---|---|
| 14:08:37 | 1 | four, five, six, seven, eight, nine, ten, |
| 14:08:41 | 2 | eleven, twelve, thirteen rows; do you see that? |
| 14:08:46 | 3 |     A.   Yes. |
| 14:08:46 | 4 |     Q.   And then on the fourth page of the |
| 14:08:48 | 5 | exhibit there's one, two, three, four, five, six |
| 14:08:53 | 6 | rows; do you see that? |
| 14:08:54 | 7 |     A.   Yes. |
| 14:08:56 | 8 |     Q.   And then on the seventh page of the |
| 14:09:12 | 9 | exhibit there's one, two, three, four, five, six |
| 14:09:15 | 10 | rows; do you see that? |
| 14:09:16 | 11 |     A.   I do. |
| 14:09:18 | 12 |     Q.   So, in total, there are 13 rows on |
| 14:09:26 | 13 | the first page, six rows on the fourth page, and |
| 14:09:32 | 14 | six rows on the seventh page, reflecting a total |
| 14:09:37 | 15 | of 25 rows? |
| 14:10:00 | 16 |     A.   Okay.  I see that. |
| 14:10:01 | 17 |     Q.   And each of these rows corresponds |
| 14:10:03 | 18 | to an accused image, based on your understanding |
| 14:10:05 | 19 | of the SAMIS; is that correct? |
| 14:10:08 | 20 |     A.   Generally speaking, yes. |
| 14:10:10 | 21 |     Q.   So you would agree with me that, as |
| 14:10:12 | 22 | reflected in Exhibit 1451, there are 25 accused |
| 14:10:16 | 23 | images associated with the 13 properties that we |
| 14:10:20 | 24 | viewed in Exhibit 1450? |
| 14:10:23 | 25 |     A.   I didn't do this analysis, |

```
14:10:25   1    previously.  I'm taking your representation that
14:10:27   2    this is all of them.  But to the extent that
14:10:32   3    your representation is accurate, that would
14:10:35   4    correlate to what I believe occurred here.
14:10:38   5              Q.   Okay.  And did you know, at the
14:10:43   6    time of your report or sitting here today, that
14:10:46   7    CoStar is withdrawing its claim over attachment
14:10:51   8    master ID 178893735, which is the property at
14:10:58   9    the bottom of the first page in Exhibit 1451?
14:11:02  10              A.   I did not know that, no.
14:11:04  11              Q.   It is no longer asserting that
14:11:06  12    image against CREXi.
14:11:08  13              Did you discuss with CoStar its
14:11:12  14    withdrawal of certain images from this case?
14:11:14  15              A.   I did not, no.
14:11:15  16              Q.   Okay.
14:11:17  17              MS. JOYCE:  Now I'm going to show
14:11:18  18    you another exhibit, that we'll mark as Exhibit
14:11:21  19    1452.
14:11:25  20              (Exhibit No. 1452 was marked for
14:11:28  21    identification.)
14:11:52  22              THE WITNESS:  Thank you.  Before we
14:11:56  23    start this, when we get to a good breaking
14:11:59  24    point, I would like to use the restroom.
          25    BY MS. JOYCE:
```

```
14:16:02  1              A.    Okay.  Okay.  I have 14 now.
14:16:12  2              Q.    Okay.  So for the 13 properties
14:16:16  3    that you identify in paragraph 124, which
14:16:20  4    corresponds to a -- to 25 alleged images, 14 of
14:16:26  5    those 25 alleged images were already on CREXi's
14:16:30  6    platform before the LoopNet activity that you
14:16:34  7    identified; correct?
14:16:36  8                    MS. TOMKOWIAK:  Objection, outside
14:16:39  9    the scope.
14:16:41 10                    You can answer.
14:16:43 11              A.    In my opinion, I am correlating
14:16:51 12    activity in the complaint to what I see in the
14:16:53 13    logs.  I don't talk about the images, so this is
14:16:55 14    outside of what I did.
14:16:57 15                    It would appear, based on what you
14:16:59 16    provided to me, that these are before the date
14:17:02 17    that Mr. Rosenfeld accessed these particular
14:17:07 18    cites.
14:17:07 19                    But I don't know what else
14:17:09 20    Mr. Rosenfeld was doing on that day, maybe he
14:17:12 21    was downloading other details about the property
14:17:14 22    or checking if the images were the right images,
14:17:17 23    I don't know.  I don't have an opinion on that,
14:17:20 24    it's beyond what I did.
14:17:21 25              Q.    Okay.  And based on the documents
```

| | | |
|---|---|---|
| 14:17:27 | 1 | you're reviewing now, however, you would agree |
| 14:17:30 | 2 | that 14 of the 25 accused images appear on CREXi |
| 14:17:35 | 3 | before the activity that you describe in |
| 14:17:37 | 4 | paragraph 124? |
| 14:17:41 | 5 | MS. TOMKOWIAK:  Same objections, |
| 14:17:41 | 6 | plus asked and answered. |
| 14:17:43 | 7 | A.   Based on this document that you |
| 14:17:46 | 8 | provided me, that I don't know how accurate it |
| 14:17:48 | 9 | is, I just don't know.  I -- I don't have any |
| 14:17:51 | 10 | basis, I didn't do an analysis of this before. |
| 14:17:53 | 11 | Q.   Okay.  But if -- just assume that |
| 14:17:55 | 12 | this is an accurate export, based on the |
| 14:17:58 | 13 | document that I've provided, documents I |
| 14:18:01 | 14 | provided to you, you would agree that 14 of the |
| 14:18:05 | 15 | 25 accused images appear on CREXi before the |
| 14:18:09 | 16 | activity that you describe in paragraph 124? |
| 14:18:12 | 17 | MS. TOMKOWIAK:  Same objections, |
| 14:18:13 | 18 | asked and answered, calls for speculation, |
| 14:18:15 | 19 | outside the scope. |
| 14:18:16 | 20 | A.   Again, these dates appear before |
| 14:18:22 | 21 | the activity by Mr. Rosenfeld.  I don't know if |
| 14:18:24 | 22 | I went back and looked, though, whether I'd find |
| 14:18:27 | 23 | earlier dates where these same properties were |
| 14:18:29 | 24 | accessed. |
| 14:18:30 | 25 | There's too many possible scenarios |

```
14:18:32  1   here.  I wasn't trying to correlate Rosenfeld's
14:18:35  2   activity to these particular images as much as I
14:18:38  3   was trying to correlate the activity in the
14:18:42  4   complaint to what I saw in the logs.
14:18:56  5          Q.    Okay.  And for the 11 remaining
14:19:00  6   images on Exhibit 1452 do you see that seven of
14:19:07  7   them were uploaded to CREXi in '21 or 2022?
14:19:14  8          A.    Yes, I see that.
14:19:25  9          Q.    So those 11 -- those seven images
14:19:29 10   were uploaded to CREXi months or years after the
14:19:35 11   activity that you are discussing in paragraph
14:19:38 12   124?
14:19:38 13                MS. TOMKOWIAK:  Objection, calls
14:19:39 14   for speculation, outside the scope.
14:19:42 15          A.    As I said before, and I'll be
14:19:46 16   consistent, these upload dates, yes, in this
14:19:48 17   case, are after, by many months or years.
14:19:51 18                But I'm not describing in my report
14:19:55 19   that Mr. Rosenfeld uploaded images.  I say
14:19:59 20   that -- I describe activity where he's visiting
14:20:02 21   the pages, and I've correlated that, so I'm --
14:20:05 22   we're talking like apples to oranges, here.
14:20:08 23          Q.    Well, you're not saying anywhere in
14:20:10 24   your report that CREXi took an accused image
14:20:14 25   from CoStar; correct?
```

```
14:20:16  1         A.   I don't have logs that would show
14:20:19  2    the taking of an image, because a lot of this
14:20:22  3    was done through screen shotting which just
14:20:25  4    doesn't get logged.
14:20:26  5         Q.   What is your basis for saying that
14:20:28  6    a lot of this was done through screen shotting?
14:20:31  7         A.   Various different interrogatories
14:20:33  8    and testimony that I've reviewed in the record.
14:20:35  9         Q.   Okay.  And what is the quantity
14:20:39 10    of -- of activity that was done through screen
14:20:41 11    shotting?
14:20:42 12         A.   I don't know, sitting here right
14:20:44 13    now.
14:20:44 14         Q.   Okay.  And you did not render an
14:20:46 15    opinion about whether CREXi engaged in screen
14:20:53 16    shotting to take accused images in this case;
14:20:58 17    correct?
14:20:59 18              MS. TOMKOWIAK:  Objection.
14:20:59 19         A.   That's not one of my opinions
14:21:04 20    listed here, but I do discuss it in the report
14:21:08 21    that that would not be logged.
14:21:10 22         Q.   You discussed that screen shotting
14:21:12 23    would not be logged?
14:21:14 24         A.   Correct.
14:21:14 25         Q.   But you don't discuss whether or
```

```
14:22:46   1    what I correlated
14:22:47   2              I did not look at whether he screen
14:22:48   3    shotted images or downloaded images or uploaded
14:22:52   4    images, this is beyond what I did
14:22:53   5         Q.   You really just didn't get involved
14:22:55   6    with images, generally; is that fair?
14:22:57   7              MS. TOMKOWIAK:  Objection,
14:22:58   8    mischaracterizes his opinions.
14:23:00   9         A.   The logs don't show that.  I've
14:23:03  10    asked for other logs.  I don't have those.
14:23:09  11              MS. JOYCE:  Okay.  We can take a
14:23:10  12    break here.
14:23:10  13              THE VIDEOGRAPHER:  Off the record
14:23:11  14    at 2:22.
14:23:12  15              (Recess.)
14:38:43  16              THE VIDEOGRAPHER:  We're back on
14:38:48  17    the record at 2:38.
          18    BY MS. JOYCE:
14:38:51  19         Q.   Okay.  Let's talk about opinion
14:38:54  20    five --
14:38:54  21         A.   Sure.
14:38:55  22         Q.   -- in your opening report.
14:39:00  23              In paragraph 128, you say:  I
14:39:04  24    analyzed the LoopNet activity in the CREXi
14:39:07  25    associated sessions and determined that 13,774
```

DANIEL ROFFMAN - CONFIDENTIAL - AEO  
JUNE 06, 2024

JOB NO. 1015094

```
 1              CERTIFICATE OF SHORTHAND REPORTER
 2                   I, Cassandra E. Ellis, Registered
 3      Professional Reporter, the officer before whom
 4      the foregoing proceedings were taken, do hereby
 5      certify that the foregoing transcript is a true
 6      and correct record of the proceedings; that said
 7      proceedings were taken by me stenographically
 8      and thereafter reduced to typewriting under my
 9      supervision; and that I am neither counsel for,
10      related to, nor employed by any of the parties
11      to this case and have no interest, financial or
12      otherwise, in its outcome.
13                   IN WITNESS WHEREOF, I have hereunto
14      set my hand this 24th day of June 2024.
15
16
17
18      _____
19      CASSANDRA E. ELLIS, CSR-CA #14448, CCR-WA #3484,
20                     CSR-HI #475, RPR, RMR, RDR,
21                     CRR, REALTIME SYSTEMS
22                     ADMINISTRATOR #823848
23
24
25
```