UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION INC.,

Plaintiffs,

v.

COMMERCIAL REAL ESTATE EXCHANGE, INC.,

Defendant.

COMMERCIAL REAL ESTATE EXCHANGE, INC.,

Counterclaimant,

v.

COSTAR GROUP, INC. AND COSTAR REALTY INFORMATION, INC.,

Counterdefendants.

Case No. 2:20-CV-08819 CBM (ASx)

**ORDER RE: INDIAN LITIGATION AND SETTLEMENTS [1040]**

Ctrm: 8D, 8th Floor
Judge: Hon. Consuelo B. Marshall

Date Filed: September 25, 2020

Pre-Trial Conf.: February 11, 2025
Trial Date: March 11, 2025

Upon consideration of the parties' Joint Stipulation And Request for Order Regarding Indian Litigation and Settlements, and the parties' related Binding Term Sheet Regarding Resolution of Various Discovery Issues referenced therein ("Term Sheet"), and for good cause appearing, the Court hereby ORDERS as follows:

1. CoStar shall not, in this proceeding, use, reference or rely upon, directly or indirectly, the commissions, commission reports or Indian judgments (including the various consent terms and supporting statements/declarations) from the Indian BPO Cases, or the fact of the Indian BPO Cases, other than as required to defend itself against allegations made based on the foregoing, or as required to effect the Term Sheet.

2. CREXi shall not, in this proceeding, use, reference or rely upon, directly or indirectly, the commissions, commission reports or Indian judgments (including the various consent terms and supporting statements/declarations) from the Indian BPO Cases, or the fact of the Indian BPO Cases, other than as required to defend itself against allegations made based on the foregoing, or as required to effect the Term Sheet.

3. CoStar shall not, in this proceeding, use, reference or rely upon, directly or indirectly, the materials seized in the Indian BPO Cases. Nothing in this Order shall preclude CoStar from relying upon materials produced by CREXi or which CREXi later produces (even if those same materials were also produced by an Indian BPO).

4. CoStar shall not, in this proceeding, make any claim or allegation that CREXi, or any of its officers, directors, employees or counsel, engaged in misconduct or misused process in connection with proceedings in India or is in contempt of any Indian Court order.

5. CREXi shall not, in this proceeding, make any claim or allegation that CoStar, or any of its officers, directors, employees or counsel,

engaged in misconduct or misused process in connection with proceedings in India or is in contempt of any Indian or U.S. Court order.

**IT IS SO ORDERED.**

Dated: January 6, 2025

Honorable Consuelo B. Marshall
United States District Judge