UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 20-08819-CBM (ASx) | Date | March 12, 2025 |
| Title | CoStar Group, Inc. et al v. Commercial Real Estate Exchange Inc. | | |

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| V.R. Vallery | Miranda Algorri |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Nicholas Boyle | Elliot R. Peters |
| Elyse M. Greenwald | Warren Braunig |
| Katherine Griffith | Nicholas Goldberg |
| Sarah Tomkowiak | Christine Zaleski |
| | Niall Friczell |

**Proceedings: COSTAR'S MOTION FOR PARTIAL SUMMARY JUDGMENT [833]; DEFENDANT AND COUNTERCLAIMANT COMMERCIAL REAL ESTATE EXCHANGE INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT [838]**

The hearing is held. Following discussion with counsel, the court takes the motions under submission. A written order will issue.

|  |  | 2 | : | 06 |
|---|---|---|---|---|
| | Initials of Preparer | VRV | | |