ELYSE M. GREENWALD (BAR NO. 268050)
elyse.greenwald@lw.com
LATHAM & WATKINS LLP
10250 Constellation Boulevard
Suite 1100
Los Angeles, CA 90067
Tel: 424.653.5500
Fax: 424.653.5501

*Attorneys for Plaintiffs and Counterdefendants*
*CoStar Group, Inc. and CoStar Realty Information, Inc.*

[Additional Counsel Listed on the Next Page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC., | CASE NO. 2:20-cv-08819-CBM-AS |
| Plaintiffs, | **JOINT STATEMENT REGARDING OUTSTANDING SEALING APPLICATIONS** |
| v. | |
| COMMERCIAL REAL ESTATE EXCHANGE, INC., | |
| Defendant. | |
| COMMERCIAL REAL ESTATE EXCHANGE, INC., | |
| Counterclaimant, | |
| v. | |
| COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC., | |
| Counterdefendants. | |

1  NICHOLAS J. BOYLE*
   nicholas.boyle@lw.com
2  SARAH A. TOMKOWIAK*
   sarah.tomkowiak@lw.com
3  ANNE C. MALINEE*
   anne.malinee@lw.com
4  KATHERINE L. GRIFFITTS*
   katherine.griffitts@lw.com
5  LATHAM & WATKINS LLP
   555 Eleventh Street, NW
6  Suite 1000
   Washington, D.C. 20004
7  Tel: 202.637.2200
   Fax: 202.637.2201
8

9  CAITLIN E. DAHL*
   caitlin.dahl@lw.com
10 LATHAM & WATKINS LLP
   330 North Wabash Avenue
11 Suite 2800
   Chicago, IL 60611
12 Tel: 312.876.7700
   Fax: 312.993.9767
13
   * Admitted pro hac vice
14
   Attorneys for Plaintiffs and Counterdefendants
15 CoStar Group, Inc. and CoStar Realty Information, Inc.

16

17

18

19

20

21

22

23

24

25

26

27

28

# JOINT STATEMENT

Pursuant to the Court's May 20, 2025 Order, Dkt. 1117, Plaintiffs and Counterdefendants CoStar Group, Inc., and CoStar Realty Information, Inc. (collectively, "CoStar"), and Defendant and Counterclaimant Commercial Real Estate Exchange Inc. ("CREXi") (together, the "Parties"), hereby submit the following Joint Statement Regarding Outstanding Sealing Applications.

## I.    THE COURT's MAY 20, 2025 ORDER

The Court addressed a number of requests for sealing in its May 20, 2025 Order.  The Parties have reviewed the Court's order, met and conferred, and are concurrently filing the unredacted and redacted filings as ordered by the Court.  In preparing their filings, it came to the Parties' attention that the Court's order did not provide rulings on Malinee Exhibits 24, 179, and 241, which CoStar sought to seal at Mobius' request in its Application for Leave to File Under Seal Certain Documents in Support of CoStar's Motion for Partial Summary Judgment, Dkt. 831. Mobius filed a declaration supporting its designations of these exhibits on September 9, 2024.  *See* Dkt. 852.  On May 27, 2025, counsel for CoStar contacted counsel for Mobius seeking permission to publicly file these exhibits given the Court's guidance in its May 20, 2025 Order.  On May 28, 2025, counsel for Mobius responded that it needed additional time to evaluate whether it would continue to maintain its designations.  Should Mobius withdraw its designations, CoStar will cause them to be filed on the docket.  Should Mobius continue to maintain its designations, the parties will submit a joint report to the Court, advising the Court of any outstanding issues to be ruled upon.

## II.    APPLICATIONS TO SEAL RESOLVED BY THE COURT'S ORDER

In its May 20, 2025 Order, the Court required the Parties to file a joint statement "informing the Court whether [its] Order resolves any part of the parties' remaining application to seal in this case and if so, identifying those applications

and corresponding documents for the Court." Dkt. 1117 at 10.  Below is a chart reflecting the Parties' pending applications and corresponding documents which were addressed by the Court's Order.

| Dkt. | Filing Title | Resolved Documents |
|---|---|---|
| 855 | CoStar's Application For Leave To File Under Seal Certain Documents In Support Of CoStar's Motion To Exclude Opinions Of Cate Elsten | • Ex. 12, CREXI-CS-00634792 (Granted)<br>• Ex. 17, CREXI-CS-00733781 (Granted) |
| 863 | CoStar's Application For Leave To File Under Seal Certain Documents In Support Of CoStar's Motion To Exclude The Opinions Of Gary Elsner | • Ex. 11, CREXi's Second Amended Appendix D (Granted as redacted by CREXi) |
| 1060 | CoStar's Omnibus Application For Leave To File Under Seal Certain Documents In Support Of CoStar's Motions *In Limine* | • Ex. 48, MIL #11, CREXI-CS-00731913 (Granted)<br>• Ex. 49, MIL #11, CREXI-CS-00731937 (Granted) |

1

2     Dated:  May 28, 2025                    Respectfully submitted,

3

4                                            LATHAM & WATKINS LLP

5                                            By:  /s/ Nicholas J. Boyle

6                                                 Nicholas J. Boyle
                                                  (admitted *pro hac vice*)
7

8                                            *Attorneys for Plaintiffs and*
                                             *Counterdefendants CoStar Group, Inc.*
9                                            *and CoStar Realty Information, Inc.*

10

11

12    Dated:  May 28, 2025                    KEKER, VAN NEST & PETERS LLP

13

14

15                                           By:  /s/ Warren A. Braunig

16                                                Warren A. Braunig

17                                           *Attorneys for Defendant and*
                                             *Counterclaimant Commercial Real*
18                                           *Estate Exchange, Inc.*

19

20

21

22

23

24

25

26

27

28

1    **<u>ATTESTATION</u>**

2        Pursuant to Local Rule 5-4.3.4(a)(2)(I), I, Nicholas J. Boyle, attest under

3    penalty of perjury that I have obtained concurrence and authorization from the

4    other signatories to affix their electronic signatures to this filing.

5

6        Dated: May 28, 2025            LATHAM & WATKINS LLP

7

8                                  By:  */s/ Nicholas J. Boyle*
                                        Nicholas J. Boyle

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 2:20-cv-08819-CBM-AS
                                                   JOINT STATEMENT REGARDING OUTSTANDING SEALING
                                                   APPLICATIONS PURSUANT TO DKT. 1117