UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION INC., <br><br> Plaintiffs, <br><br> v. <br><br> COMMERCIAL REAL ESTATE EXCHANGE, INC., <br><br> Defendant. | Case No. 2:20-CV-08819 CBM (ASx) <br><br> **ORDER GRANTING CREXI'S UNOPPOSED EX PARTE APPLICATION TO SEAL DOCKET NO. 1027-3 [1086]** <br><br> Date:          January 7, 2025 <br> Time:         10:00 a.m. <br> Ctrm:         8D, 8th Floor <br> Judge:       Hon. Consuelo B. Marshall <br><br> Date Filed:        September 25, 2020 <br><br> Discovery Cutoff: November 30, 2023 <br> Pre-Trial Conf.:   February 11, 2025 <br> Trial Date:        March 11, 2025 |
| COMMERCIAL REAL ESTATE EXCHANGE, INC., <br><br> Counterclaimant, <br><br> v. <br><br> COSTAR GROUP, INC. AND COSTAR REALTY INFORMATION, INC., <br><br> Counterdefendants. | |

# ORDER

Having considered the papers submitted by counsel, the applicable law, and all files and records in this action, and good cause appearing, the Court **GRANTS** Defendant and Counterclaimant Commercial Real Estate Exchange, Inc. (collectively, "CREXi") Unopposed *Ex Parte* Motion to Seal Docket No. 1027-3. The Court **ORDERS** that the Clerk of Court shall place under seal the documents filed at Docket No. 1027-3.

**IT IS SO ORDERED.**

Dated: June 11, 2025

Consuelo B. Marshall
United States District Judge

1