KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS #158708
epeters@keker.com
WARREN A. BRAUNIG #243884
wbraunig@keker.com
NICHOLAS S. GOLDBERG #273614
ngoldberg@keker.com
KATIE LYNN JOYCE #308263
kjoyce@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant and Counterclaimant
COMMERCIAL REAL ESTATE EXCHANGE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Defendant.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>COSTAR GROUP, INC. AND COSTAR REALTY INFORMATION, INC.,<br><br>Counterdefendants. | Case No. 2:20-CV-08819 CBM (ASx)<br><br>**DEFENDANT AND COUNTERCLAIMANT COMMERCIAL REAL ESTATE EXCHANGE, INC.'S NOTICE OF MOTION AND MOTION TO STAY**<br><br>Date: September 16, 2025<br>Time: 10:00 a.m.<br>Ctrm: 8D, 8th Floor<br>Judge: Hon. Consuelo B. Marshall<br><br>Date Filed: September 25, 2020<br>Pre-Trial Conf.: Not set<br>Trial Date: Not set |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on September 16, 2025, at 10:00 a.m., or as soon thereafter as this matter may be heard, in the courtroom of District Judge Consuelo B. Marshall, located at the First Street Courthouse, 350 West 1st Street, Los Angeles, California 90012, Courtroom 8D, Defendant and Counterclaimant Commercial Real Estate Exchange, Inc. ("CREXi") will move for a stay of proceedings on the claims currently before this Court (consisting of CoStar's copyright infringement and DMCA claims and CREXi's trademark infringement counterclaims), in order to facilitate a single trial of all claims and counterclaims in this action. The Ninth Circuit recently issued an order reviving CREXi's antitrust and unfair competition counterclaims; those claims are presently awaiting remand from the Ninth Circuit. CREXi seeks a stay until such time as discovery is completed on CREXi's antitrust and unfair competition counterclaims, such that all claims and counterclaims are in the same posture for a single trial of all issues in this case. Proceeding in this way will ensure the most equitable, expedient, and efficient resolution of all claims, with the least burden on the Court, on jurors, and on the parties.

This motion is based on this Notice of Motion and Motion; the concurrently filed Memorandum of Points and Authorities, Declaration of Niall Frizzell, and Proposed Order; all files and records in this action; and such other evidence and argument as may be permitted.

**Compliance with Local Rule 7-3.** This motion is made following a telephonic conference between counsel for CREXi and counsel for CoStar, which took place on July 18, 2025. The parties were not able to resolve the issues raised by this motion during or after their telephonic meet and confer. CoStar opposes the motion.

Dated: July 25, 2025

KEKER, VAN NEST & PETERS LLP

By: */s/ Elliot R. Peters*
Elliot R. Peters
Warren A. Braunig
Nicholas S. Goldberg
Katie Lynn Joyce

Attorneys for Defendant and Counterclaimant
COMMERCIAL REAL ESTATE EXCHANGE, INC.