1  ELYSE M. GREENWALD (BAR NO. 268050)
   elyse.greenwald@lw.com
2  LATHAM & WATKINS LLP
   10250 Constellation Boulevard
3  Suite 1100
   Los Angeles, CA 90067
4  Tel: 424.653.5500
   Fax: 424.653.5501
5
   *Attorneys for Plaintiffs and Counterdefendants*
6  *CoStar Group, Inc. and CoStar Realty Information, Inc.*

7  [Additional Counsel Listed on the Next Page]

8              **UNITED STATES DISTRICT COURT**
             **CENTRAL DISTRICT OF CALIFORNIA**
9

10 COSTAR GROUP, INC., and            CASE NO. 2:20-cv-08819-CBM-AS
   COSTAR REALTY INFORMATION,
11 INC.,                              Assigned to Hon. Consuelo B. Marshall
                                      Hon. Alka Sagar, Magistrate Judge
12                Plaintiffs,
13                                    **JOINT STIPULATION TO SET**
14         v.                         **BRIEFING SCHEDULE AND**
                                      **CONTINUE HEARING ON CREXI'S**
15 COMMERCIAL REAL ESTATE             **MOTION TO STAY**
   EXCHANGE, INC.,
16                                    Courtroom:  8D
17                Defendant.          Before:     Hon. Consuelo B. Marshall
18 COMMERCIAL REAL ESTATE
19 EXCHANGE, INC.,
20                Counterclaimant,
21         v.
22 COSTAR GROUP, INC., and
23 COSTAR REALTY INFORMATION,
   INC.,
24
25                Counterdefendants.
26
27
28

NICHOLAS J. BOYLE*
nicholas.boyle@lw.com
SARAH A. TOMKOWIAK*
sarah.tomkowiak@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Tel: 202.637.2200
Fax: 202.637.2201

CAITLIN E. DAHL*
caitlin.dahl@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Tel: 312.876.7700
Fax: 312.993.9767

*Admitted pro hac vice

Plaintiffs and Counterdefendants CoStar Group, Inc. and CoStar Realty Information, Inc. (collectively, "CoStar"), and Defendant and Counterclaimant Commercial Real Estate Exchange, Inc. ("CREXi"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on June 23, 2025, the Ninth Circuit issued an order reviving CREXi's antitrust and related counterclaims, which had been dismissed by this court;

WHEREAS, CREXi filed a Motion to Stay proceedings on CoStar's copyright claims and CREXi's trademark counterclaims, in order to allow for discovery to be completed on CREXi's antitrust and related claims and for all claims and counterclaims to then be tried in one single trial;

WHEREAS, CoStar opposes the motion;

WHEREAS, for the mutual convenience of the parties, CoStar and CREXi have agreed to a briefing schedule and hearing date for CREXi's Motion to Stay;

WHEREAS, the parties have agreed to the following briefing schedule: CREXi filed its Motion to Stay on July 25, 2025; CoStar will file its Opposition to CREXi's Motion to Stay on August 25, 2025; CREXi will file its Reply in support of its Motion to Stay on September 9, 2025; and

WHEREAS, the parties agree that the hearing on the Motion to Stay should be held on September 23, 2025, at 10:00 a.m. or as soon thereafter as is convenient for the Court.

NOW, THEREFORE, it is stipulated and agreed that

- CREXi filed its Motion to Stay on July 25, 2025;
- CoStar will file its Opposition to CREXi's Motion to Stay on August 25, 2025;
- CREXi will file its Reply in support of its Motion to Stay on September 9, 2025; and
- The hearing on CREXi's Motion to Stay will be held on September 23, 2025, at 10:00 a.m. or as soon thereafter as is convenient for the Court.

CASE NO. 2:20-cv-08819-CBM-AS
JOINT STIPULATION TO SET BRIEFING SCHEDULE
AND CONTINUE HEARING ON CREXI'S MOT. TO STAY

1   IT IS SO STIPULATED.

2

3       Respectfully submitted,

4

5

6   Dated: July 28, 2025                KEKER, VAN NEST & PETERS LLP

7

8                           By:  */s/ Warren A. Braunig*
                                 Warren A. Braunig
9
                                 *Attorneys for Defendant and Counterclaimant*
10                               *COMMERCIAL REAL ESTATE EXCHANGE,*
                                 *INC.*
11

12

13

14  Dated: July 28, 2025                LATHAM & WATKINS LLP

15

16                          By:  */s/ Sarah A. Tomkowiak*
                                 Sarah A. Tomkowiak
17
                                 *Attorneys for Plaintiffs and*
18                               *Counterdefendants COSTAR GROUP, INC.,*
                                 *and COSTAR REALTY INFORMATION, INC.*
19

20

21

22

23

24

25

26

27

28

1

# **ATTESTATION**

2      Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Sarah A. Tomkowiak, attest

3   under penalty of perjury that I have obtained concurrence and authorization from

4   the other signatory to affix their electronic signature to this filing.

5

6    Dated: July 28, 2025                    LATHAM & WATKINS LLP

7

8                                    By:   */s/ Sarah A. Tomkowiak*
                                          Sarah A. Tomkowiak
9
                                          .
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 2:20-cv-08819-CBM-AS
JOINT STIPULATION TO SET BRIEFING SCHEDULE
AND CONTINUE HEARING ON CREXI'S MOT. TO STAY