| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>SEP 15 2025<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| COSTAR GROUP, INC. and COSTAR REALTY INFORMATION, INC.,<br><br>    Plaintiffs-counter-defendants - Appellees,<br><br> v.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>    Defendant-counter-claimant - Appellant. | No. 23-55662<br><br>D.C. No. 2:20-cv-08819-CBM-AS<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

    The judgment of this Court, entered June 23, 2025, and amended on September 5, 2025 takes effect this date.

    This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                              FOR THE COURT:

                              MOLLY C. DWYER<br>                              CLERK OF COURT