KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS #158708
epeters@keker.com
WARREN A. BRAUNIG #243884
wbraunig@keker.com
NICHOLAS S. GOLDBERG #273614
ngoldberg@keker.com
KATIE LYNN JOYCE #308263
kjoyce@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendant and Counterclaimant
COMMERCIAL REAL ESTATE EXCHANGE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Defendant. | Case No. 2:20-cv-08819 CBM (ASx)<br><br>**PROOF OF SERVICE** |
| COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION, INC.,<br><br>Counterdefendants | |

PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On December 22, 2025, I served the following document(s):

**CORRECTED REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL**

**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

☑ by **ELECTRONICALLY POSTING** to the ECF website of the United States District Court, Central District of California. The Court performed service electronically on all ECF-registered entities in this matter.

☑ by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| | |
|---|---|
| Nicholas J. Boyle<br>Sarah A. Tomkowiak<br>Anne C. Malinee<br>Charles A. Berdahl<br>David L. Johnson<br>Roberto Borgert<br>Latham & Watkins LLP<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, D.C. 20004<br>Tel.:  202-637-2200<br>Fax:  202-637-2201<br>costarcrexi.lwteam@lw.com | Elyse M. Greenwald<br>Jessica Stebbins Bina<br>Latham & Watkins LLP<br>10250 Constellation Blvd.<br>Suite 1100<br>Los Angeles, CA 90067<br>Tel.:  424-653-5500<br>Fax:  424-653-5501<br><br>Belinda S. Lee<br>Latham & Watkins LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Tel.:  415-391-0600<br>Fax:  415-395-8095 |

| | |
|---|---|
| 1 | |
| 2 | Elizabeth A. Parvis |
| 3 | Latham & Watkins LLP |
| 4 | 1271 Avenue of the Americas |
| 5 | New York, NY 10020 |
|   | Tel.:  212-906-1200 |
|   | Fax:  212-751-4864 |

Elizabeth A. Parvis
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Tel.:  212-906-1200
Fax:  212-751-4864

Executed on December 22, 2025, at San Francisco, California.  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Jennifer Gray