UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>    Defendant.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>    Counterclaimant,<br><br>    v.<br><br>COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC.,<br><br>    Counterdefendants. | CASE NO. 2:20-cv-08819-CBM-AS<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT AND COUNTERCLAIMANT COMMERCIAL REAL ESTATE EXCHANGE, INC.'S *EX PARTE* APPLICATION FOR A CONTINUANCE OF THE HEARING ON COSTAR'S MOTION TO DISQUALIFY [1274]**<br><br>Before: Hon. Consuelo B. Marshall |

# ORDER

Before the Court is Plaintiffs and Counterdefendants CoStar Group, Inc.'s and CoStar Realty Information, Inc.'s (collectively, "CoStar") Opposition to Defendant and Counterclaimant Commercial Real Estate Exchange, Inc.'s ("CREXi") *Ex Parte* Application for a Continuance of the Hearing on CoStar's Motion to Disqualify Quinn Emanuel Urquhart & Sullivan, LLP.

Having considered the papers submitted by counsel, the applicable law, all files and records in this action, and the arguments of counsel, and good cause appearing, CREXi's *Ex Parte* Application for a Continuance of a Hearing on CoStar's Motion to Disqualify is **GRANTED** in part and **DENIED** in part. The briefing schedule on CoStar's Motion to Disqualify shall remain unchanged, and the hearing on CoStar's Motion to Disqualify shall be continued to March 17, 2026.

The Court **ORDERS** the following deadlines regarding CoStar's Motion to Disqualify Quinn Emanuel Urquhart & Sullivan, LLP:

(1) The deadline for CREXi to file an opposition to CoStar's Motion to Disqualify is February 3, 2026.

(2) The deadline for CoStar to file a reply in support of their Motion to Disqualify is February 10, 2026.

(3) If needed, the hearing date regarding CoStar's Motion to Disqualify is March 17, 2026.

**IT IS SO ORDERED.**

Dated: February 2, 2026

Hon. Consuelo B. Marshall
United States District Judge