UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-08819-CBM-AS | Date | August 10, 2026 |
| Title | CoStar Group, Inc. et al v. Commercial Real Estate Exchange Inc. | | |

| | |
|---|---|
| Present: The Honorable | CONSUELO B. MARSHALL<br>UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| V.R. Valley | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE: DEFENDANT AND COUNTERCLAIMANT COMMERCIAL REAL ESTATE EXCHANGE, INC.'S EX PARTE APPLICATION FOR STAY PENDING RESOLUTION OF MANDAMUS PETITION [1320]**

Upon consideration of Defendant and Counterclaimant Commercial Real Estate Exchange, Inc.'s *Ex Parte* Application for Stay Pending Resolution of Mandamus Petition (Doc. No. 1320), Costar's Opposition to Crexi's *Ex Parte* Application for an Indefinite Stay Pending Resolution of Mandamus Petition (Doc. No. 1321), and Defendant and Counterclaimant Commercial Real Estate Exchange, Inc.'s Reply in further support of *Ex Parte* Application for Stay Pending Resolution of Mandamus (Doc. No. 1322), the Court hereby denies the Defendant and Counterclaimant's *Ex Parte* Application.

IT IS SO ORDERED.

:

Initials of Preparer VRV