UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-08819-CBM-AS | Date | August 20 ,2026 |
| Title | CoStar Group, Inc., et al v. Commercial Real Estate Exchange Inc. | | |

| | |
|---|---|
| Present: The Honorable | CONSUELO B. MARSHALL<br>UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| V.R. Valley | Laura Elias |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Nicholas J. Boyle | Kalpana Srinivasan |
| Anne D. Malinee | Ian B. Crosby |
| Caitlin E. Dahl | Zachary Savage |

**Proceedings: STATUS CONFERENCE**

The case is called and counsel state their appearances. Court and counsel confer. The parties are ordered to file a joint document by August 28, 2026, as to whether the Court should rule on the pending motions in limine following the recent appearance of defense counsel.

The Court sets Defendant and Counterclaimant Commercial Real Estate Exchange, Inc.'s Renewed Motion for Spoliation Sanctions (Doc. No. 1027) and CoStar's Cross-Motion for Evidentiary Sanctions Due to Crexi's Spoliation of Evidence (Doc. No. 1032) for hearing on August 26, 2026, at 10:00 a.m. The parties are instructed to meet and confer regarding proposed pretrial and trial dates and file a stipulation or request with their proposed schedule. The trial estimate is ten (10) days.

: 35

Initials of Preparer VRV