KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 789-3100
Fax: (310) 789-3150

*Attorneys for Defendant and Counterclaimant Commercial Real Estate Exchange, Inc.*

(Additional Counsel on Next Page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Defendant. | Case No. 2:20-cv-08819-CBM-AS<br><br>**JOINT STIPULATION REGARDING MOTIONS IN LIMINE**<br><br>Courtroom: 8D<br>Before: Hon. Consuelo B. Marshall |
| COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC,<br><br>Counterdefendants. | |

IAN B. CROSBY*
icrosby@susmangodfrey.com
KATHERINE M. PEASLEE (310298)
kpeaslee@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Los Angeles, CA 90067
Phone: (206) 516-3880
Fax: (206) 516-3883

ELIZA R. FINLEY (301318)
efinley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 789-3100
Fax: (310) 789-3150

ZACHARY B. SAVAGE*
zsavage@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Phone: (212) 336-8330
Fax: (212) 336-8340

ALEX KAPLAN*
akaplan@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Phone: (713) 651-9366
Fax: (713) 654-6666

**Admitted pro hac vice*

Pursuant to the Court's August 20, 2026 Order instructing the parties to file a joint document advising the Court as to whether the Court should rule on the pending motions in limine (Dkt. 1331), Plaintiffs and Counterdefendants CoStar Group, Inc. and CoStar Realty Information, Inc. (collectively, "CoStar"), and Defendant and Counterclaimant Commercial Real Estate Exchange, Inc. ("CREXi"), by and through their respective counsel, hereby advise the Court that:

- Neither CoStar nor CREXi seeks to withdraw any of the pending motions in limine;
- Neither CoStar nor CREXi seeks to file supplemental briefing on any of the pending motions in limine; and
- The parties agree that the pending motions in limine are ripe for the Court's disposition and should be ruled on at the Court's convenience.

DATED: August 28, 2026

SUSMAN GODFREY L.L.P.

By: _/s/ Kalpana Srinivasan_
Kalpana Srinivasan

*Attorneys for Defendant and Counterclaimant Commercial Real Estate Exchange, Inc.*

DATED: August 28, 2026

LATHAM & WATKINS LLP

By: _/s/ Nicholas J. Boyle_
Nicholas J. Boyle

*Attorneys for Plaintiffs and Counterdefendants CoStar Group, Inc., and CoStar Realty Information, Inc.*

# ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Kalpana Srinivasan, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated: August 28, 2026

SUSMAN GODFREY L.L.P.

By: /s/ *Kalpana Srinivasan*
Kalpana Srinivasan