KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 789-3100
Fax: (310) 789-3150

*Attorneys for Defendant and Counterclaimant Commercial Real Estate Exchange, Inc.*

(Additional Counsel on Next Page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC.,<br>Plaintiffs,<br>v.<br>COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br>Defendant. | CASE NO. 2:20-cv-08819-CBM-AS<br><br>Assigned to Hon. Consuelo B. Marshall<br>Hon. Alka Sagar, Magistrate Judge<br><br>**JOINT STIPULATION AND REQUEST FOR ORDER REGARDING EXPERT SUBSTITUTION** |
| COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br>Counterclaimant,<br>v.<br>COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC.,<br>Counterdefendants. | |

IAN B. CROSBY*
icrosby@susmangodfrey.com
KATHERINE M. PEASLEE (310298)
kpeaslee@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Los Angeles, CA 90067
Phone: (206) 516-3880
Fax: (206) 516-3883

ELIZA R. FINLEY (301318)
efinley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 789-3100
Fax: (310) 789-3150

ZACHARY B. SAVAGE*
zsavage@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Phone: (212) 336-8330
Fax: (212) 336-8340

ALEX KAPLAN*
akaplan@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Phone: (713) 651-9366
Fax: (713) 654-6666

**Admitted pro hac vice*

Plaintiffs and Counterdefendants CoStar Group, Inc. and CoStar Realty Information, Inc. (collectively, "CoStar") and Defendant and Counterclaimant Commercial Real Estate Exchange, Inc. ("CREXi"), by and through their respective counsel, hereby jointly stipulate as follows:

WHEREAS, on March 19, 2024, CREXi timely served a report from its damages expert, Cate Elsten;

WHEREAS, on May 20, 2024, CREXi timely served Ms. Elsten's rebuttal report to the opinions of CoStar damages experts Louis Dudney and Thea Vaughan;

WHEREAS, on July 1, 2024, CREXi timely served Ms. Elsten's amended report and amended rebuttal report;

WHEREAS, on September 3, 2024, CREXi served Ms. Elsten's further amended report, the timeliness of which CoStar disputes, *see* Dkt. 1185, CoStar's Mot. to Exclude Opinions of C. Elsten, at 2 n.2;

WHEREAS, on September 2, 2026, CREXi notified CoStar that it had recently learned Ms. Elsten would no longer be available to testify at trial for medical reasons and that CREXi therefore intended to seek substitution of another expert in her place;

WHEREAS, on September 15, 2026, CREXi notified CoStar that it intends to substitute Justin Lewis for Ms. Elsten;

WHEREAS, the parties have conferred regarding Ms. Elsten's unavailability and appropriate conditions of substitution;

WHEREAS, good cause exists for a limited amendment to the case schedule in light of Ms. Elsten's genuine unavailability for trial and the parties' agreement on conditions that will promote judicial efficiency and fairness to the parties,

NOW, THEREFORE, the parties hereby jointly stipulate and request that the Court enter an Order as follows:

(1) CREXi may substitute Justin Lewis for its expert Cate Elsten;

(2) Mr. Lewis will adopt Ms. Elsten's opinions in full and will not offer any new opinions;

(3) CREXi will provide CoStar with dates prior to October 30, 2026, for Mr. Lewis' deposition;

(4) Mr. Lewis will serve a report setting forth his qualifications and compensation and adopting and attaching Ms. Elsten's prior reports no later than 14 days before Mr. Lewis' deposition;

(5) the Court's ruling on CoStar's pending *Daubert* motion regarding Ms. Elsten's opinions will apply equally to Mr. Lewis' opinions to the extent any decision turns on the substance of those opinions;

(6) CoStar may file a new *Daubert* motion regarding Mr. Lewis, limited to arguments it could not have raised prior to the substitution (including but not limited to Mr. Lewis' qualifications); and

(7) CoStar will not reference the substitution before the jury, nor will it imply that Mr. Lewis did not author his report or opinions.

A [Proposed] Order is filed herewith.

Respectfully submitted,

DATED: September 24, 2026

SUSMAN GODFREY L.L.P.

By: */s/ Kalpana Srinivasan*
Kalpana Srinivasan

*Attorneys for Defendant and Counterclaimant Commercial Real Estate Exchange, Inc.*

DATED: September 24, 2026

LATHAM & WATKINS LLP

By: */s/ Nicholas Boyle*
Nicholas Boyle

*Attorneys for Plaintiffs and Counterdefendants CoStar Group, Inc., and CoStar Realty Information, Inc.*

**ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Kalpana Srinivasan, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

Dated: September 24, 2026

*/s/ Kalpana Srinivasan*
Kalpana Srinivasan