KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 789-3100
Fax: (310) 789-3150

*Attorneys for Defendant and Counterclaimant Commercial Real Estate Exchange, Inc.*

(Additional Counsel on Next Page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Defendant. | CASE NO. 2:20-cv-08819-CBM-AS<br><br>Assigned to Hon. Consuelo B. Marshall<br>Hon. Alka Sagar, Magistrate Judge<br><br>**JOINT STIPULATION AND REQUEST FOR ORDER REGARDING ANTITRUST AND UNFAIR COMPETITION COUNTERCLAIMS CASE SCHEDULE** |
| COMMERCIAL REAL ESTATE EXCHANGE, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC.,<br><br>Counterdefendants. | |

IAN B. CROSBY*
icrosby@susmangodfrey.com
KATHERINE M. PEASLEE (310298)
kpeaslee@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Los Angeles, CA 90067
Phone: (206) 516-3880
Fax: (206) 516-3883

ELIZA R. FINLEY (301318)
efinley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 789-3100
Fax: (310) 789-3150

ZACHARY B. SAVAGE*
zsavage@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Phone: (212) 336-8330
Fax: (212) 336-8340

ALEX KAPLAN*
akaplan@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Phone: (713) 651-9366
Fax: (713) 654-6666

**Admitted pro hac vice*

Plaintiffs and Counterdefendants CoStar Group, Inc. and CoStar Realty Information, Inc. (collectively, "CoStar") and Defendant and Counterclaimant Commercial Real Estate Exchange, Inc. ("CREXi"), by and through their respective counsel, hereby jointly stipulate as follows:

WHEREAS, CREXi asserted counterclaims under § 2 of the Sherman Act for unlawful monopolization and attempted monopolization (claims 1–6); under § 1 of the Sherman Act and the Cartwright Act for exclusive dealing (claims 7–8); and for unfair and unlawful competition under the UCL (claims 12–13) (the "Antitrust Counterclaims");

WHEREAS, this Court dismissed CREXi's Antitrust Counterclaims and directed entry of final judgment on those claims, permitting appeal to the Ninth Circuit (Dkt. 461);

WHEREAS, in an amended opinion dated September 5, 2025, the Ninth Circuit reversed this Court's dismissal of the Antitrust Counterclaims and remanded for further proceedings;

WHEREAS, fact and expert discovery, motions practice, the pretrial conference, and trial remain to be completed on the Antitrust Counterclaims (*see* Dkt. 1261 at 4);

WHEREAS, there is presently no schedule in place governing the Antitrust Counterclaims; and

WHEREAS, the parties have met and conferred and reached agreement regarding a proposed schedule for the Antitrust Counterclaims.

NOW, THEREFORE, the parties hereby jointly stipulate and request that the Court enter the following case schedule governing the Antitrust Counterclaims:

| Event | Deadline |
| --- | --- |
| Deadline for Parties to submit either agreed upon or disputed proposal regarding additional discovery on Antitrust Counterclaims | Friday, November 6, 2026 |
| Deadline for serving additional counterclaim written discovery | Friday, May 7, 2027 |
| Substantial completion of document productions | Friday, July 9, 2027 |
| Fact discovery cutoff | Friday, November 12, 2027 |
| Opening expert reports due | Friday, January 28, 2028 |
| Rebuttal expert reports due | Friday, April 7, 2028 |
| Expert discovery cutoff | Friday, May 12, 2028 |
| Opening motions for summary judgment | Friday, June 23, 2028 |
| Oppositions to motions for summary judgment | Friday, August 11, 2028 |
| Replies in support of motions for summary judgment | Friday, September 15, 2028 |
| *Daubert* motions | Friday, October 13, 2028 |
| Responses to *Daubert* motions | Friday, November 17, 2028 |
| Replies to *Daubert* motions | Friday, December 15, 2028 |
| Last day to file motions *in limine* | To be set by the Court after MSJ/*Daubert* decisions |
| Pretrial Conference | TBD Based on the Court's and Parties' Availability |
| Trial | TBD Based on the Court's and Parties' Availability |

A [Proposed] Order is filed herewith.

Respectfully submitted,

DATED: October 5, 2026

SUSMAN GODFREY L.L.P.

By: */s/ Kalpana Srinivasan*
Kalpana Srinivasan

*Attorneys for Defendant and Counterclaimant Commercial Real Estate Exchange, Inc.*

DATED: October 5, 2026

LATHAM & WATKINS LLP

By: */s/ Nicholas Boyle*
Nicholas Boyle

*Attorneys for Plaintiffs and Counterdefendants CoStar Group, Inc., and CoStar Realty Information, Inc.*

**ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Kalpana Srinivasan, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

Dated: October 5, 2026

*/s/ Kalpana Srinivasan*
Kalpana Srinivasan